IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV, | |
| Plaintiff, | |
| v. | Civil Case No. GJH 15-482 |
| CHAIRMAN OF THE BOARD OF TRUSTEES, McDANIEL COLLEGE, *et al.* | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, the Defendants, President Roger Casey ("Casey"), Provost Jeanine Stewart ("Stewart"), and the unnamed individual, Chairman of the Board of Trustees, McDaniel College, Inc. ("the Chairman"), collectively "Defendants," by and through their undersigned counsel, give notice that they are removing from the Circuit Court for Montgomery County, Maryland to this Court, the United States District Court for the District of Maryland, the action entitled *Pavel Naumov v. Chairman of the Board of Trustees McDaniel College, et al.*, Case No. 398899-V, and in support thereof, state as follows:

1. Plaintiff, Pavel Naumov ("Plaintiff"), filed in the Circuit Court for Montgomery County, Maryland a civil action entitled *Pavel Naumov v. Chairman of the Board of Trustees McDaniel College, et al.*, Case No. 398899-V. Casey, Stewart, and the Chairman are the only defendants named in Plaintiff's Complaint. On January 27, 2015, Albert J. Mezzanotte, Jr., Whiteford, Taylor & Preston, LLP, registered agent for McDaniel College, Inc. ("McDaniel"),

received a copy of the Complaint via certified mail.[1] Accordingly, Defendants are filing their Notice of Removal in compliance with the time requirements of 28 U.S.C. § 1446(b).

2. Plaintiff was formerly employed by McDaniel as an Associate Professor of Computer Science (Complaint ¶ 4.) Defendant Casey is the President of McDaniel. (Complaint ¶ 5.) Defendant Stewart is Provost and Dean of the Faculty at McDaniel. (Complaint ¶ 6.) Plaintiff's Complaint asserts various causes of action relating to the termination of his employment by McDaniel.

3. Count I of the Complaint asserts a claim against Defendants arising under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") as related to the termination of Plaintiff's employment from McDaniel. (Complaint ¶¶ 74-84.) Count IV of the Complaint asserts a claim against Defendants arising under the Fourteenth Amendment of the United States Constitution ("Fourteenth Amendment") as related to the termination of Plaintiff's employment from McDaniel (Complaint ¶¶ 112-125.) Accordingly, this Court has original jurisdiction over Counts I and IV of this action under 28 U.S.C. § 1331.

4. In addition to asserting that Defendants violated Title IX and the Fourteenth Amendment, Counts II and III assert state law claims related to the termination of Plaintiff's employment from McDaniel. Count II asserts a claim against Defendants for Intentional Infliction of Emotional Distress and Count III asserts a claim against Defendants for wrongful termination. (Complaint ¶¶ 85-111.) Under 28 U.S.C. § 1367, the Court has supplemental jurisdiction over Plaintiff's state law claims in Counts II and III because those state law claims

---

[1] Defendants do not concede that service was proper and retain the right to make any arguments they have regarding proper service of process. However, Defendants received *notice* of the Complaint on or around January 27, 2015. McDaniel College, Inc. is not named as a defendant in the Complaint.

are "so related to claims in the action within such original jurisdiction [of the Court] that they form part of the same case or controversy under Article III of the United States Constitution." *See* 28 U.S.C. § 1367(a).

5. Under 28 U.S.C. § 1441(a), venue of the removed action is proper, as the United States District Court for the District of Maryland, Southern Division, is the District and Division that encompasses Montgomery County, Maryland, the county in which the Circuit Court Action was filed.

6. Because this is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331, Defendants may remove this action pursuant to 28 U.S.C. § 1441(a).

7. A copy of this Notice of Removal has been mailed to Plaintiff's attorney, and a copy of this Notice of Removal promptly will be filed with the Clerk of the Circuit Court for Montgomery County, Maryland.

8. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all pleadings, documents, and orders that have been received by Defendants are attached hereto as Exhibit 1.

9. Pursuant to Local Rule 103.5(a), I, Katherine H. Levy, hereby certify that true and legible copies of any additional documents on file with the State Court will be filed with this Court within 30 days.

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and because removal is appropriate pursuant to 28 U.S.C. § 1441(a), notice is hereby given that

this action, now pending in the Circuit Court for Montgomery County, Maryland as Case No. 398899-V, is removed in its entirety to this Court.

Respectfully submitted,

*Katherine H. Levy*

Gil A. Abramson (Bar No. 01240)
Katherine H. Levy (Bar No. 30027)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore, Maryland 21209
*phone* (410) 415-2000
*facsimile* (410) 415-2001
gil.abramson@jacksonlewis.com
katherine.levy@jacksonlewis.com

*Attorneys for Defendants,*
*Chairman of the Board of Trustees,*
*McDaniel College, Inc.,*
*Roger Casey, and Jeanine Stewart*

Dated: February 19, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February 2015, a copy of the foregoing Notice of Removal with attachments was served via e-mail and first-class mail, postage prepaid to:

>James C. Strouse
>Strouse Legal Services
>Suite 7
>5401 Twin Knolls Road
>Columbia, MD 21045

>*Attorney for Plaintiff*

_____
Katherine H. Levy
*Attorney for Defendants*