IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Case No: **398899-V**

TO:
**JEANINE STEWART
PROVOST
2 COLLEGE HILL
WESTMINSTER MD 21157**

(Service Address)
ALBERT J. MEZZANOTTE JR., ESQ.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 ST. PAUL STREET
BALTIMORE, MARYLAND 21202

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

**PAVEL NAUMOV**

within 30 days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: 01/15/2015



Barbara H. Meiklejohn
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

### RETURN

[ ] Served _____ on _____ at _____
         (Whom)                      (Date)        (City/State/Country)
[ ] Summons and [ ] Show Cause Order and [ ] Complaint/Petition/Motion Served
[ ] Unserved _____ _____
              (Date)           (Reason)

                    [ ] Sheriff

_____
(Signature)

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Case No: **398899-V**

TO:
**JEANINE STEWART
PROVOST
2 COLLEGE HILL
WESTMINSTER MD 21157**

(Service Address)
**ALBERT J. MEZZANOTTE JR., ESQ.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 ST. PAUL STREET
BALTIMORE, MARYLAND 21202**

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

**PAVEL NAUMOV**

within **30** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: **01/15/2015**



Barbara H. Meiklejohn
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

RETURN

[ ] Served _____ on _____ at _____
           (Whom)          (Date)     (City/State/Country)
[ ] Summons and [ ] Show Cause Order and [ ] Complaint/Petition/Motion Served
[ ] Unserved _____ _____
           (Date)         (Reason)

_____  [ ] Sheriff
(Signature)