

**Barbara H. Meiklejohn**
Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397

January 15, 2015

RE: Notice of New Case Number for
PAVEL NAUMOV vs CHAIRMAN OF THE BOARD OF TRUSTEES, ET AL
Reference Case#:
Case Type: VIOLATION
(836)

Dear Sir/Madam:

Please be advised that the above referenced case was received on January 8, 2015, in the office of the Clerk for Montgomery County. This matter has been assigned case number <u>398899-V</u>. Please include this case number on all future papers to be filed in this case.

Sincerely,

Clerk of the Circuit Court
for Montgomery County,
Maryland

JEANINE STEWART
PROVOST
2 COLLEGE HILL
WESTMINSTER MD 21157