IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>      Plaintiff,<br>v.<br><br>CHAIRMAN OF THE BOARD OF<br>TRUSTEES, McDANIEL COLLEGE, *et al.*<br><br>      Defendants. | Civil Case No. 398899-V |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on February 19, 2015, Defendants, by and through their undersigned counsel, removed this action by filing a Notice of Removal to the United States District Court for the District of Maryland. A copy of the Notice of Removal (with attachments) is attached hereto as Exhibit 1 and will be served upon counsel for Plaintiff. Accordingly, and pursuant to 28 U.S.C. §1446(d), this Court may proceed no further unless and until the case is remanded.

Respectfully submitted,

*/s/ Katherine H. Levy*
Gil A. Abramson (Bar No. 01240)
Katherine H. Levy (Bar No. 30027)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore, Maryland 21209
*phone* (410) 415-2000
*facsimile* (410) 415-2001
gil.abramson@jacksonlewis.com
katherine.levy@jacksonlewis.com
*Attorneys for Defendants*

Dated: February 19, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February 2015, a copy of the foregoing Notice of Filing of Notice of Removal with attachments was served via e-mail and first-class mail, postage prepaid to:

> James C. Strouse
> Strouse Legal Services
> Suite 7
> 5401 Twin Knolls Road
> Columbia, MD 21045
>
> *Attorney for Plaintiff*

---
Katherine H. Levy
*Attorney for Defendants*