IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>      Plaintiff,<br><br>      v.<br><br>CHAIRMAN OF THE BOARD OF TRUSTEES, McDANIEL COLLEGE, *et al*.<br><br>      Defendants. | Case No. 8:15-cv-00482-GJH |

**CONSENT REQUEST TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT**

Defendants, President Roger Casey ("Casey"), Provost Jeanine Stewart ("Stewart"), and the unnamed individual, Chairman of the Board of Trustees, McDaniel College, Inc. ("the Chairman"), (collectively "Defendants"), by and through their undersigned counsel, request that the deadline for Defendants' response to the Complaint be extended by seven (7) days. In support thereof, Defendants state as follows:

1.    Plaintiff, Pavel Naumov ("Naumov"), filed his Complaint in the Circuit Court for Montgomery County, Maryland on January 8, 2015.

2.    Defendants timely removed the case to this Court on February 19, 2015. (Docket No. 1).

3.    The current deadline by which Defendants must respond to the Complaint is February 26, 2015.

4.    Defendants request that their response to the Complaint be extended to and including March 5, 2015.

     5.     Naumov has consented to Defendants' requested extension.

Accordingly, Defendants respectfully requests that this Court enter the Proposed Order (filed herewith) extending the deadline for Defendants' response to the Complaint by seven (7) days to March 5, 2015.

Respectfully submitted,

/s/
Gil A. Abramson (Bar No. 01240)
Katherine H. Levy (Bar No. 30027)

Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
gil.abramson@jacksonlewis.com
katherine.levy@jacksonlewis.com

*Counsel for Defendants*

By consent:

/s/
James C. Strouse (Bar No. 09557)

Strouse Legal Services
5401 Twin Knolls Road
Suite 7
Columbia, MD  21045
Phone: 410-730-7600
Fax: 410-964-9018
sstrousejc@aol.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>      Plaintiff,<br><br>  v.<br><br>CHAIRMAN OF THE BOARD OF TRUSTEES, McDANIEL COLLEGE, *et al*.<br><br>      Defendants. | Civil Case No. 8:15-cv-00482-GJH |

## **ORDER**

Upon consideration of the Consent Request To Extend Deadline For Responsive Pleading, filed by Defendants, it is on this _____ day of February 2015, it is

ORDERED, that the Defendants shall have up to and including March 5, 2015 to file a response to the Complaint.

_____
U.S. District Judge

4841-0094-1858, v. 1