IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>        Plaintiff,<br><br>v.<br><br>CHAIRMAN OF THE BOARD OF TRUSTEES, McDANIEL COLLEGE, INC. *et al.*,<br><br>        Defendants. | Civil Action No. 8:15-cv-00482-GJH |

## NOTICE OF ENTRY OF APPEARANCE

Dear Sir/Madam Clerk:

Please enter the appearance of Gil A. Abramson, as counsel for Defendants Chairman of the Board of Trustees, McDaniel College, Inc., Roger Casey and Jeanine Stewart.

        Respectfully submitted,

        /s/_____
        Gil A. Abramson (Bar No. 01240)
        Katherine H. Levy (Bar No. 30027)
        JACKSON LEWIS PC
        2800 Quarry Lake Drive, Suite 200
        Baltimore, MD 21209
        Phone:    (410) 415-2023
        Fax:       (410) 415-2001
        gil.abramson@jacksonlewis.com

        Counsel for Defendants