# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Pavel Naumov | * | |
| vs. | * | Case No. 8:15-cv-00482 |
| Chairman of the Board of Trustees McDaniel C | * | |
| | ****** | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[X]  I certify, as party/counsel in this case that Pavel Naumov
                                                  (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]  The following corporate affiliations exist with _____
                                                       (name of party)

_____
(names of affiliates)

[ ]  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

| | |
|---|---|
| March 2, 2015 | |
| Date | Signature |
| | /s/   James C. Strouse      09557 |
| | Printed Name          Bar Number |
| | 5401 Twin Knolls Road, Ste. 7 |
| | Address |
| | Columbia, Maryland  21045 |
| | City/State/Zip |
| | 410-730-7600          410-964-9018 |
| | Phone No.             Fax No. |