IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAVEL NAUMOV,

      Plaintiff,

   v.

CHAIRMAN OF THE BOARD OF
TRUSTEES, McDANIEL COLLEGE, *et al*.

      Defendants.

Civil Case No. 8:15-cv-00482-GJH

**DEFENDANTS' MOTION TO DISMISS**

      Defendants, President Roger Casey ("Casey"), Provost Jeanine Stewart ("Stewart"), and the unnamed individual, Chairman of the Board of Trustees, McDaniel College, Inc. ("the Chairman"), (collectively "Defendants"), by and through their undersigned counsel and pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss all claims against Defendants in the Complaint filed by Plaintiff Pavel Naumov.  As discussed more fully in the accompanying Memorandum in support of Defendants' Motion to Dismiss, Plaintiff's claims against Defendants must be dismissed for insufficient service of process and for failure to state a claim upon which relief can be granted.

Dated:  March 5, 2015

Respectfully submitted,

_____/s/_____
Gil A. Abramson (Bar No. 01240)
Katherine H. Levy (Bar No. 30027)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore, Maryland  21209
phone (410) 415-2000
facsimile (410) 415-2001
gil.abramson@jacksonlewis.com
katherine.levy@jacksonlewis.com

Attorneys for Defendants,

Chairman of the Board of Trustees,
McDaniel College, Inc.,
Roger Casey, and Jeanine Stewart

4829-1809-0018, v.  1