IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>        Plaintiff,<br><br>        v.<br><br>CHAIRMAN OF THE BOARD OF TRUSTEES, MCDANIEL COLLEGE, INC., *et al*.<br><br>        Defendants. | Civil Case No. 8:15-cv-00482 GJH |

### **DEFENDANTS' S RESPONSE TO STANDING ORDER CONCERNING REMOVAL**

Defendants, President Roger Casey ("Casey"), Provost Jeanine Stewart ("Stewart"), and the unnamed individual, Chairman of the Board of Trustees, McDaniel College, Inc. ("the Chairman"), collectively "Defendants," by and through their undersigned counsel, submit the following response to the Court's Standing Order Concerning Removal and state as follows:

1. On January 27, 2015, Albert J. Mezzanotte, Jr., Whiteford, Taylor & Preston, LLP, registered agent for McDaniel College, Inc., received a copy of the Complaint and two copies of a summons issued to Stewart via certified mail.[1]

2. Removal of this action is not predicated on diversity jurisdiction.

3. The Notice of Removal was filed with this Court on February 19, 2015, within 30 days after Defendants received *notice* of the Complaint.

4. The action is not predicated on diversity jurisdiction, and was not commenced in state court more than one year before removal to this Court.

---

[1] Defendants do not concede that service was proper and retain the right to make any arguments they have regarding proper service of process. However, Defendants received *notice* of the Complaint on or around January 27, 2015. McDaniel College, Inc. is not named as a defendant in the Complaint.

-2-

5. All Defendants named in the state court action have joined in the removal.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Gil A. Abramson (Bar No. 01240)
                                                Katherine H. Levy (Bar No. 30027)
                                                JACKSON LEWIS P.C.
                                                2800 Quarry Lake Drive
                                                Suite 200
                                                Baltimore, Maryland  21209
                                                *phone* (410) 415-2000
                                                *facsimile* (410) 415-2001
                                                gil.abramson@jacksonlewis.com
                                                katherine.levy@jacksonlewis.com

                                                *Attorneys for Defendants,*
                                                *Chairman of the Board of Trustees,*
                                                *McDaniel College, Inc.,*
                                                *Roger Casey, and Jeanine Stewart*

Dated: March 5, 2015