IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>      Plaintiff,<br><br>      v.<br><br>CHAIRMAN OF THE BOARD OF TRUSTEES, McDANIEL COLLEGE, *et al*.<br><br>      Defendants. | Civil Case No. 8:15-cv-00482-GJH |

**DEFENDANTS' CERTIFICATION OF FILING
OF STATE COURT DOCUMENTS PURSUANT TO LOCAL RULE 103.5(a)**

Defendants, President Roger Casey ("Casey"), Provost Jeanine Stewart ("Stewart"), and the unnamed individual, Chairman of the Board of Trustees, McDaniel College, Inc. ("the Chairman"), (collectively "Defendants"), by and through their undersigned counsel and pursuant to Local Rule 103.5(a), hereby attach as Exhibit 2, a true and legible copy of all documents, other than documents previously submitted to this Court, on file in the Circuit Court of Maryland for Montgomery County (the "State Court") in the civil action entitled *Pavel Naumov v. Chairman of the Board of Trustees McDaniel College, et al.*, Case No. 398899-V, which Defendants removed from the State Court to this Court on February 19, 2015.

Pursuant to Local Rule 103.5(a), I, Katherine H. Levy, hereby certify that true and legible copies of all documents on file in the State Court have now been filed in the United States District Court for the District of Maryland.

Respectfully submitted,

**JACKSON LEWIS P.C.**

/s/
Gil A. Abramson (Bar No.  01240)
Katherine H. Levy (Bar No. 30027)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore, Maryland  21209
*phone*  (410) 415-2000
*facsimile*  (410) 415-2001
gil.abramson@jacksonlewis.com
katherine.levy@jacksonlewis.com
*Attorneys for Defendants*
.

Dated:  March 12, 2015

4850-7600-3874, v.  1