Circuit Court for __Montgomery County, MD.__
<sub>City or County</sub>

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
Defendant: You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT    CASE NUMBER __398 899__ ✓ (Clerk to insert)
CASE NAME: __Dr Pavel Naumov__ vs. __McDaniel College__
              Plaintiff                          Defendant
JURY DEMAND: ☒ Yes ☐ No    Anticipated length of trial: ___ hours or __2__ days
RELATED CASE PENDING? ☐ Yes ☒ No    If yes, Case #(s), if known: _____
Special Requirements?    ☐ Interpreter (Please attach Form CC-DC 41)
                         ☐ ADA accommodation (Please attach Form CC-DC 49)

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| ☐ Motor Tort | ☐ Workers' Comp. | Actual Damages | |
| ☐ Premises Liability | ☐ Wrongful Discharge | ☐ Under $7,500 | ☐ Medical Bills $___ |
| ☐ Assault & Battery | ☐ EEO | ☐ $7,500 - $50,000 | |
| ☐ Product Liability | ☐ Other ___ | ☐ $50,000 - $100,000 | ☐ Property Damages $___ |
| ☐ Professional Malpractice | **CONTRACTS** | ☒ Over $100,000 | |
| ☐ Wrongful Death | ☐ Insurance | | ☐ Wage Loss $ _1 MILLION_ |
| ☐ Business & Commercial | ☐ Confessed Judgment | | |
| ☐ Libel & Slander | ☒ Other _Title IX Violation_ | | |
| ☐ False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| ☐ Nuisance | ☐ Judicial Sale | | |
| ☐ Toxic Torts | ☐ Condemnation | ☐ Under $10,000 | ☐ Declaratory Judgment |
| ☐ Fraud | ☐ Landlord Tenant | ☐ $10,000 - $20,000 | ☐ Injunction |
| ☐ Malicious Prosecution | ☐ Other ___ | ☒ Over $20,0000 | ☐ Other ___ |
| ☐ Lead Paint | **OTHER** | | |
| ☐ Asbestos | ☐ Civil Rights | | |
| ☐ Other ___ | ☐ Environmental | | |
| | ☐ ADA | | |
| | ☐ Other ___ | | |

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation       ☒ Yes ☐ No    C. Settlement Conference ☒ Yes ☐ No
B. Arbitration    ☐ Yes ☐ No    D. Neutral Evaluation    ☐ Yes ☐ No

**TRACK REQUEST**
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☒ 2 days of trial time

ASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND CHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE ANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date __1/19/15__    Signature __[signature]__

FILED
CLERK OF COURT
CLERK'S OFFICE
MONTGOMERY CO. MD
2015 JAN 23 AM 10:53



# Circuit Court for Montgomery County, Maryland
## Office of the Assignment Commissioner
50 Maryland Avenue, Room 1003
Rockville, Maryland 20850
(240) 777-9000

January 15, 2015

## Notice of Pending Events
(884)

Case# 398899-V       PAVEL NAUMOV vs. CHAIRMAN OF THE BOARD OF TRUSTEES, ET AL

Having entered your appearance, please be advised that the following events have been previously scheduled in this case:

| Event Date | Time | Description | Length |
|---|---|---|---|
| 04/10/2015 | 09:30 AM | SCHEDULING HEARING | |
| 10/22/2015 | 02:00 PM | PRETRIAL | |
| 10/22/2015 | 02:00 PM | SETTLEMENT CONF. (RET. JUDGE) | |

**Please report to the Assignment Office for your courtroom assignment.**
Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.



FILED

JAN 15 2015

Clerk of the Circuit Court
Montgomery County, Md.

```
Addressee Checklist            (HEARING.NOTICES  )  01/15/2015 00:11:26

Case# 398899-V      PAVEL NAUMOV vs. CHAIRMAN OF THE BOARD OF TRUSTEES, ET AL

JAMES C STROUSE, ESQ
STROUSE LEGAL SERVICES
SUITE 7
5401 TWIN KNOLLS RD
COLUMBIA MD 21045
```

Case 8:15-cv-00482-GJH   Document 14-1   Filed 03/12/15   Page 3 of 10
Addressee Checklist            (HEARING.NOTICES  )  01/15/2015 00:11:26

Case# 398899-V      PAVEL NAUMOV vs. CHAIRMAN OF THE BOARD OF TRUSTEES, ET AL

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Case No: **398899-V**

TO:                                 (Service Address)



You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

**PAVEL NAUMOV**

within **30** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: **01/15/2015**



_____
Barbara H. Meiklejohn
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

## RETURN

[ ] Served _____ on _____ at _____
                (Whom)                         (Date)        (City/State/Country)

[ ] Summons and [ ] Show Cause Order and [ ] Complaint/Petition/Motion Served

[ ] Unserved _____ _____
                     (Date)          (Reason)

_____ [ ] Sheriff
(Signature)

```
01/15/2015 09:28:59   Addressee Check Sheet - 398899-V                    Page 01

CHAIRMAN OF THE BOARD OF TRUSTEES
MCDANIEL COLLEGE, INC
2 COLLEGE HILL
WESTMINSTER MD 21157

Agent for CHAIRMAN OF THE BOARD OF TRUST
ALBERT J. MEZZANOTTE JR., ESQ.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 ST. PAUL STREET
BALTIMORE, MARYLAND 21202

ROGER CASEY
PRESIDENT
2 COLLEGE HILL
WESTMINSTER MD 21157

Agent for ROGER CASEY:
ALBERT J. MEZZANOTTE JR., ESQ.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 ST. PAUL STREET
BALTIMORE, MARYLAND 21202

JEANINE STEWART
PROVOST
2 COLLEGE HILL
WESTMINSTER MD 21157

Agent for JEANINE STEWART:
ALBERT J. MEZZANOTTE JR., ESQ.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 ST. PAUL STREET
BALTIMORE, MARYLAND 21202
```

SUM1KRF

```
01/15/2015 09:28:41    Addressee Check Sheet - 398899-V                    Page 01

PAVEL NAUMOV                              JAMES C STROUSE, ESQ
5301 MUSKET CT                            STROUSE LEGAL SERVICES
ROCKVILLE MD 20853                        SUITE 7
                                          5401 TWIN KNOLLS RD
CHAIRMAN OF THE BOARD OF TRUSTEES         COLUMBIA MD 21045
MCDANIEL COLLEGE, INC
2 COLLEGE HILL
WESTMINSTER MD 21157

ROGER CASEY
PRESIDENT
2 COLLEGE HILL
WESTMINSTER MD 21157

JEANINE STEWART
PROVOST
2 COLLEGE HILL
WESTMINSTER MD 21157
```

NEWCASE

```
01/15/2015 09:28:29   Addressee Check Sheet - 398899-V                    Page 01

CHAIRMAN OF THE BOARD OF TRUSTEES
MCDANIEL COLLEGE, INC
2 COLLEGE HILL
WESTMINSTER MD 21157

ROGER CASEY
PRESIDENT
2 COLLEGE HILL
WESTMINSTER MD 21157

JEANINE STEWART
PROVOST
2 COLLEGE HILL
WESTMINSTER MD 21157




JAMES C STROUSE, ESQ
STROUSE LEGAL SERVICES
SUITE 7
5401 TWIN KNOLLS RD
COLUMBIA MD 21045
```

CIVSFT3



**Barbara H. Meiklejohn**
Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397

January 15, 2015

RE:   398899-V PAVEL NAUMOV   vs. CHAIRMAN OF THE BOARD OF TRUSTEES, E
              (803)

Dear Sir/Madam:

Our records indicate that you have not filed an information form in the above referenced case in accordance with Rule 2-111(b).

Enclosed you will find two blank Information Reports. One Information Report must be completed by you and filed with the court. The second Information Report must be provided to the Defendant(s) together with a copy of your completed Information Report that you filed with the court.

Sincerely,

*[signature]*

Clerk of the Circuit Court
for Montgomery County,
Maryland

```
01/15/2015 09:28:02   Addressee Check Sheet - 398899-V                Page 01

JAMES C STROUSE, ESQ
STROUSE LEGAL SERVICES
SUITE 7
5401 TWIN KNOLLS RD
COLUMBIA MD 21045
```

RUL2111B

# STROUSE LEGAL SERVICES

James C. Strouse, Ph.D., J.D.
5401 Twin Knolls Road • Suite7 • Columbia, Maryland 21045
[410] 730-7600 Facsimile [410] 964-9018
sstrousejc@aol.com

December 19, 2014

Clerk of the Court
Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850

2015 JAN -8 PM 3: 31
FILED
CLERK OF COURT
CLERK'S OFFICE
MONTGOMERY CO. MD.

Re: Dr. Pavel Naumov v. Chairman of the Board of Directors, McDaniel College, et al.

Dear Clerk,

Enclosed is a Complaint to be filed in the above-referenced matter and an extra copy of page 1. Also enclosed is a check in the amount of $155.00 for the filing fee.

Kindly date stamp the extra page 1 copy and return to me in the enclosed, self-addressed, stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

James C. Strouse, Ph.D., J.D.

JCS: srs