# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| DR. PAVEL NAUMOV | * |
| 5301 Musket Court | * |
| Rockville, MD  20853 | * |
| | * |
| v. | *    Case No.:  8:15-cv-00482 GJH |
| MCDANIEL COLLEGE, INC. | * |
|  President, Board of Trustees for | * |
|     McDaniel College | * |
| Dr. Roger N. Casey, President | * |
| Provost Jeanine Stewart | * |

  *   *   *   *   *   *   *   *   *   *   *

## MOTION FOR LEAVE TO FILE

COMES NOW, Plaintiff, Dr. Pavel Naumov, through counsel, James C. Strouse, Strouse Legal Services, and states:

Plaintiff requests Leave to File a Motion for Additional Time to Respond to Defendant's Motion to Dismiss.

Respectfully Submitted,

/s/  James C. Strouse, Bar No. 09557

Strouse Legal Services

5401 Twin Knolls Road, Suite 7

Columbia, Maryland 21045

410-730-7600

sstrousejc@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2015, a copy of the foregoing Motion for Additional Time was served via the Court's CM/ECF system to:

Gil Abramson, Esq.

Katherine Levy, Esq.

JACKSON LEWIS PC

2800 Quarry Lake Drive, Ste. 200

Baltimore, Maryland  21209                    /s/_ James C. Strouse #09557