# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION

| | | |
|---|---|---|
| DR. PAVEL NAUMOV | * | |
| 5301 Musket Court | * | |
| Rockville, MD  20853 | * | |
| | * | |
| v. | * | Case No.:  8:15-cv-00482 GJH |
| MCDANIEL COLLEGE, INC. | * | |
| President, Board of Trustees for | * | |
| McDaniel College | * | |
| Dr. Roger N. Casey, President | * | |
| Provost Jeanine Stewart | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

After consideration of the Plaintiff's Motion for Leave to File for Additional Time to Respond to Defendant's Motion to Dismiss, it is hereby ordered:

That the Plaintiff's Request for Motion for Leave to File for Additional Time to Respond to Defendant's Motion to Dismiss is **GRANTED.**

_____

United States District Court Judge