# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| DR. PAVEL NAUMOV * | |
| 5301 Musket Court * | |
| Rockville, MD  20853 * | |
| * | |
| v.           * | Case No.:  8:15-cv-00482 GJH |
| MCDANIEL COLLEGE, INC. * | |
| President, Board of Trustees for   * | |
| McDaniel College * | |
| Dr. Roger N. Casey, President * | |
| Provost Jeanine Stewart * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADDITIONAL TIME

COMES NOW, Plaintiff, Dr. Pavel Naumov, through counsel, James C. Strouse, Strouse Legal Services, and states:

1. This case was originally filed in the Circuit Court for Montgomery County, Maryland and moved to the District Court on February 23, 2015.
2. Defendants filed a Motion to Dismiss on March 5, 2015 for Failure to State a Claim and Insufficient Service of Process.
3. Plaintiff must now file a Request for new summonses for the above cited Defendants.

4. Opposing counsel has been contacted and has no objection to extending Plaintiff's time to respond to Defendant's Motion to Dismiss until Friday, April 10, 2015.

WHEREFORE, Plaintiff prays this Honorable Court extend his time to respond to Defendant's Motion to Dismiss until Friday, April 10, 2015.

Respectfully Submitted,

/s/  James C. Strouse, Bar No. 09557
Strouse Legal Services
5401 Twin Knolls Road, Suite 7
Columbia, Maryland 21045
410-730-7600
sstrousejc@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2015, a copy of the foregoing Motion for Additional Time was served via the Court's CM/ECF system to:

Gil Abramson, Esq.
Katherine Levy, Esq.
JACKSON LEWIS PC
2800 Quarry Lake Drive, Ste. 200
Baltimore, Maryland  21209                    /s/_ James C. Strouse #09557