# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| DR. PAVEL NAUMOV           * | |
| 5301 Musket Court           * | |
| Rockville, MD  20853        * | |
|                             * | |
| v.                          * | Case No.:  8:15-cv-00482 GJH |
| MCDANIEL COLLEGE, INC.      * | |
|  President, Board of Trustees for * | |
|     McDaniel College        * | |
| Dr. Roger N. Casey, President * | |
| Provost Jeanine Stewart     * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST TO ISSUE SUMMONSES

COMES NOW, Plaintiff, Pavel Naumov, through counsel, James C. Strouse, Strouse Legal Services, and states:

1. The original summonses issued in this case were issued by the Circuit Court for Montgomery County, Md.
2. The Defendant has filed a Motion to Dismiss partially based on Insufficient Service of Process.

Plaintiff hereby requests (4) summonses to be issued for each of the above-named Defendants, the address for each being McDaniel College, Inc. 2 College Hill, Westminster, Maryland  21157.

Respectfully Submitted,

/s/  James C. Strouse, Bar No. 09557

Strouse Legal Services

5401 Twin Knolls Road, Suite 7

Columbia, Maryland 21045

410-730-7600

sstrousejc@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2015, a copy of the foregoing Request for Summonses was served via the Court's CM/ECF system to:

Gil Abramson, Esq.

Katherine Levy, Esq.

JACKSON LEWIS PC

2800 Quarry Lake Drive, Ste. 200

Baltimore, Maryland  21209                /s/_ James C. Strouse #09557