# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DR. PAVEL NAUMOV** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 8:15-cv-00482 |
| | * | |
| **MCDANIEL COLLEGE** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO RESOLVE DISCOVERY DISPUTE
### (Failure to Cooperate)

COMES NOW, Plaintiff, Dr. Pavel Naumov, through counsel, James C. Strouse, Strouse Legal Services, and states pursuant to Fed. Rule 37:

1. McDaniel College refuses to release Dr. Naumov's furniture, papers, and related items to Dr. Naumov.

2. Dr. Casey, President, McDaniel College, sent a letter which stated that Dr. Naumov should return his college issued computer to the school and Dr. Naumov would receive all his office materials and furniture (chair). **See Attachment 1**

3. Dr. Naumov has returned the computer to Katherine Levy, Esq., Jackson Lewis, attorney for McDaniel College.

1

4.     As instructed by McDaniel College's IT Department and stated in McDaniel's policy regarding mobile devices, Dr. Naumov cleared the hard drive of his computer before returning it, but kept a copy of its contents.  **See Attachment 2**

5.     McDaniel's attorneys, Katherine Levy, Esq., and Gil Abramson, Esq., refuse to return any of Dr. Naumov's belongings, stating that Dr. Naumov must give all the material on the computer to them before they will return Dr. Naumov's belongings.

6.     Dr. Naumov's personal emails to counsel and colleagues around the world, his research materials and his personal photos are not discoverable by McDaniel College.

7.     The proper method to obtain information is through document requests and interrogatories.

8.     Dr. Naumov's attorney has sent letters and made telephone calls to McDaniel's attorneys to return Dr. Naumov's belongings.  **See Attachment 3.**

WHEREFORE, Dr. Naumov prays this Honorable Court will order McDaniel College to return all of Dr. Naumov's belongings within seven (7) days and pay attorney's fees of $500.00 for the time Dr. Naumov's attorney has spent on this discovery related matter.

Respectfully Submitted,

/s/  James C. Strouse, #09557

Strouse Legal Services

5401 Twin Knolls Rd., Ste. 7

Columbia, Maryland 21045

(410) 730-7600

sstrousejc@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2015,, a copy of the foregoing Motion to Reksolve Discovery Dispute was sent via the court's CM/ecf system to:

Gil A. Abramson

Katherine Levy

JACKSON LEWIS, P.C.

2800 Quarry Lake Drive

Suite 200

Baltimore, Maryland  21209

/s/  James C. Strouse,#09557