# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**DR. PAVEL NAUMOV**

    Plaintiff

v.      Case No.: 8:15-cv-00482

**MCDANIEL COLLEGE**

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

After consideration of the Plaintiff's Motion to Resolve a Discovery Dispute (Failure to Cooperate), it is hereby ORDERED:

A. That McDaniel College return all of the Plaintiff's belongings within seven (7) days of this order.

B. That McDaniel College pay the Plaintiff's attorney a fee of $500.00 for the time Dr. Naumov's attorney has spent on this discovery related matter.

_____

UNITED STATES DISTRICT COURT JUDGE