

**MCDANIEL**
**C O L L E G E**
*Changing Lives Since 1867*

Office of the President
2 College Hill
Westminster, MD 21157-4390

410/857-2222
410/857-2411 FAX
www.mcdaniel.edu

January 20, 2015

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

This is to advise that on January 14, 2015, the Executive Board of the Board of Trustees, acting on behalf of the Board of Trustees of McDaniel College, met to review the sanction recommendation of dismissal submitted by the Faculty Affairs Committee. The Executive Board has affirmed this recommendation.

Effective immediately, you are hereby released from your employment at McDaniel College. Your final paycheck covering the period of January 15, 2015, through January 31, 2015, will be paid to you on January 30, 2015, via the pay method you elected. COBRA information will be sent under separate cover to your home address. Should you have additional questions, you may contact Jennifer Glennon at 410-857-2205 or at jglennon@mcdaniel.edu.

Any college-owned equipment or items that were not returned previously should be returned by mail to the Human Resources Department. Any personal effects that remain in your former office will be returned to you as well by mail.

As was communicated previously by Mrs. Glennon, you remain strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance. As a former faculty member dismissed for cause, you are prohibited from being on any property owned by McDaniel College.

Sincerely,

Dr. Roger N. Casey
President

Cc: Jennifer Glennon, MS, PHR
Director of Human Resources

— Attachment # 1