McDaniel College Mobile Policy

### 2.1 Introduction

The following 'mobile security' policy has been established for all mobile device users who access, create or store *sensitive* or *restricted*\* college data on their devices. Enhanced *mobile device* security measures are necessary given such devices:

- Are more likely to stolen or lost,
- Have an elevated probability of device data being scanned without the user being aware of it,
- Are more likely to result in cases of unauthorized persons viewing data when the devices are used in public, and
- Be less likely to be protected by security patching and anti-malware software, resulting in an elevated risk of hacking attacks and virus contamination.

\* *Definition of sensitive/restricted data may be found at the end of this document and confidential data in the staff handbook.*

2.1.1 The purpose of this policy is to define standards, procedures, and restrictions for end users <u>who have legitimate business requirements to access College **sensitive data** from a mobile device</u>, whether College-owned or not. Any device which is used even occasionally while connected to a network which is not McDaniel College's network, or whose normal use may lead to inadvertent connection to a non-McDaniel network, is covered by this policy

### 2.2 General Device Security

McDaniel College mobile devices users should make a concerted effort to conform to the following minimum security standards.

#### 2.2.1. *User behavior and education:*

The biggest threat from mobile device use derives from user behaviors.
Mobile devices can securely be used to conduct sensitive transactions, but only if those devices are *configured correctly* and *operated appropriately*.
When working with sensitive or restricted data in public, guard against the possibility of others' viewing sensitive data, even inadvertently. *Be aware of your surroundings and what others may be able to see.*
Mobile device users are responsible for educating themselves regarding the trade-offs between security and *functionality*. Information on instructional materials and courses can be found on the Portal.

#### 2.2.2. *Report lost or stolen mobile devices*

If your mobile device that has accessed or stored sensitive or restricted College data is <u>lost or stolen</u>, report the loss to the McDaniel College Help Desk *immediately*. If sensitive or restricted data on the device is at risk of being compromised, the data must be remotely wiped.

#### 2.2.3. *Use a device password on your mobile device*

The password used should be as strong a password as the device will support. The device should automatically lock itself after it is idle for a period of time (e.g., 5 minutes) and require re-authentication for further access. On many devices, the use of a device password also encrypts the data stored on the device, making it much more difficult for others who may come into possession of the device to gain access to the stored data.

#### 2.2.4. *Shared use of mobile devices of mobile devices that access sensitive data.*

Many mobile devices are by nature single-user devices, so anyone using the device has access to all your information. Even on devices that can be configured as multi-user devices, access to the device increases the risk of either intentional or inadvertent access of one user's data by another.

#### 2.2.5. *Keep device physically secure*

Users should keep mobile devices close at hand at all times or store them in a secured location when not in use (i.e. in the locked trunk of a car, a locked cabinet, or a cable lock that is secured to a large object).

*Attachment # 2*

### 2.3 Operating System security

*2.3.1 Use appropriate and up-to-date operating systems, applications and when available antivirus software.*
Keeping software up to date with the latest security patches is the first and most important line of defense. Whenever possible, all mobile devices that can run current anti-virus software should be configured to automatically update the antivirus software

*2.3.2. Users should not circumvent operating system security features or otherwise "jailbreak" their mobile devices.*
Jailbreaking makes it possible for users to install (either intentionally or inadvertently) software that allows remote access to the device, which can be left in the default insecure state, thus opening the door to a malicious attack.

*2.3.3 Install only trusted applications.*
Users should only install apps from known, secure vendors, or research software before installing to make sure that it legitimate. Before installing software, users should review the application 'permissions' as applications may share more information about users than they realize, including real time tracking of location.

*2.3.4. Use a privileged account only when necessary.*
On multi-user capable devices, such as laptops, a non-privileged account should be used for day-to-day activities. An administrative account should be used only to make changes that are not allowed for non-privileged users.
The use of a non-administrative account for regular use of their mobile device restricts the installation and alteration of programs and system settings, thus helping to protect the system from malicious applications and activity.

### 2.4 Data Security

*2.4.1. Sensitive data storage.*
The best defense against loss of college data is simply not to have vulnerable data stored on mobile devices. Don't enter or store passwords, safe/door combinations, personal identification numbers, or classified, sensitive, or proprietary information on devices unless absolutely necessary. Email users should carefully consider the risk of accessing or detaching confidential or sensitive attachments on the device.
Only create or store **sensitive** or **restricted** College data if security controls, including strong disk encryption, are in place. This applies to both built-in storage and removable media storage.

*2.4.2. Backup stored data.*
Be sure all data stored on the mobile device is backed up in a secure manner to prevent loss in case the device must be wiped.

*2.4.3 Protect your personal data.*
Users should be careful when storing personal data on mobile devices given the heightened risk of having their personal identity compromised.
In the case of device theft, McDaniel College cannot be held responsible in any manner for the (malicious) use of private information or for its elimination should the device be wiped for security purposes.

*2.4.4 Storing sensitive or restricted information in the public cloud.*
Do not use DropBox or similar cloud services to store sensitive or restricted campus data. The college has no way to access or protect institutional data stored in commercial clouds should the need arise. Sensitive documents should be stored and accessed in campus-provided shared folders or in the portal.

*2.4.5 Delete College-owned data before disposing of a mobile device.*
Devices which have been used to store sensitive or restricted College owned data must be brought to IT for verification of data removal before disposal or re-use for non-College-related purposes.

### 2.5 College networks access security

2.5.1. *Prevent unauthenticated access to McDaniel's network.*
A mobile device must authenticate the user before access to network services will be permitted. Mobile devices should be configured to timeout at maximum after 10-15 minutes of inactivity and require re-authentication before access to the network. The shorter the time period selected the more secure the device.

2.5.2 *Access off-campus networks securely.*
Whenever available, wireless devices should be configured to query the user for confirmation before connecting to wireless networks. Wireless access, such as Bluetooth, Wi-Fi, etc., to the mobile device should be disabled (hidden mode) when not in use to prevent unauthorized wireless access to the device.

2.5.3. *Securing your network communications.*
Users should consider the risks of using insecure networks, and use secured communications when connecting to College databases containing confidential data.

If you are accessing sensitive data through an administrative database such as Colleague's WebUI, Informer or RazersEdge, make sure to use an encrypted VPN connection on a college-owned device.
For all other data transactions review the address bar in your browser to see if the URL appears valid and check to see if the web address begins with https:// and includes a padlock icon which signals that the connection to the website is encrypted
If you use Wi-Fi at home, you should make sure you use a password to protect your Wi-Fi network with a long, unique

| Category: | Public | Sensitive | Restricted |
| --- | --- | --- | --- |
| Definition | Information with no existing local, national or international legal restrictions on access. Reports that contain no personally identifiable information | Information whose access must be guarded due to proprietary, ethical, or privacy considerations | Information protected because of protective statutes, policies or regulations. This level also represents information that isn't by default protected by legal statue, but for which the Information owner has exercised their right to restrict access. |
| Who has access to such information? | For general public. Information that may or must be open to the general public. | For Constituents only; Information that can be shared only with certain groups or with Individuals affiliated with the College. | Information that can only be used internally by designated College employees |
| Examples: | Course Catalog | Date of Birth Ethnicity | Student Academic Record (FERPA), non-directory information, Social Security Number |

mix of numbers, letters and symbols so others can't easily guess your password. You should choose the WPA2 setting when you configure your network for more advanced protection.

---

* McDaniel College Data Classification Guidelines:

**RESTRICTED FINANCIAL DATA**
- Social Security Number
- Credit card (CC) numbers
- Transactions and balances of selected accts (i.e. reserves, endowments)
- GLBA (loan agreements/ balances, collection activity)
- Bank account numbers
- Grant proposals

**RESTRICTED HR DATA**
- Social Security Number
- HIPAA (i.e. Benefit claims)
- Employee counseling
- Employee Background Check
- Employee ADA information
- Employee discipline
- Payroll deduction selections
- Bank account information

- Ethnicity
- I9 Documentation
- Employee Selection of Wellness Program
- Leaves - FMLA, sick leave, LTD/STD
- Garnishments/child support

**RESTRICTED STUDENT DATA**

- Social Security Number
- Class schedule information
- Clinical dictation for transcribing into voice data format
- Confidential letters of recommendation
- Credit Bureau information
- Credit card information, application fees, check information
- Criminal investigation information
- Deceased students
- Disability information
- Discipline information
- Donor information
- Encumbrance information
- Exam schedule
- Fellowship awards
- Financial Aid information
- Fraudulent records information
- Grades/GPA/Transcripts
- Insurance information
- Litigation information
- Medical records
- Minority student information
- Resume information
- Salary data collected from former students
- Subpoenas for student records
- Tax record info of students/parents
- Test scores
- Witness protection program