June 17, 2015

Gil A. Abramson
Katherine H. Levy
JACKSON LEWIS PC
2800 Quarry Lake Drive, Ste. 200
Baltimore, MD  21209

Re:   Naumov v. McDaniel College, Inc., et al.

Dear Gil and Katie,

    This is a note regarding the information that was on Dr. Naumov's computer.  All the information taken off the computer is available to McDaniel College.  All you have to do is ask for it in document production.

    Dr. Naumov cleaned the drive as instructed by McDaniel policy regarding returned computers.  Professors typically return computers every two or three years as the computers are replaced by McDaniel policy on computers for faculty.  (see attachment)  Thus, Dr, Naumov was simply complying with McDaniel College's procedure.

    As Dr. Casey's letter of termination indicated, Dr. Naumov was to get his office materials and furniture as soon as he returned the computer.  The computer has been returned and Dr. Naumov wants his office materials returned to him immediately.  If it is not, we will be forced to ask the court to direct McDaniel to do so.

    I repeat.  All the information is available and saved by Dr. Naumov.  All you have to do is ask for it.

                                               **Attachment #3**

Please return the office materials to Dr. Naumov now.

Sincerely,

James C. Strouse, Ph.D., J.D.

JCS: srs
cc:  Dr. Pavel Naumov
Attachments as Noted