IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DR. PAVEL NAUMOV,<br><br>          Plaintiff,<br><br>     v.<br><br>MCDANIEL COLLEGE, INC. *ET AL.*,<br><br>          Defendants. | Civil Action No. 8:15-cv-00482 GJH |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated October 15, 2015, the Parties hereby submit this Joint Status Report and Request for Modification of Scheduling Order, and state as follows:

A.   All discovery has been completed in this case;

B.   No motions are pending;

C.   Both Plaintiff and Defendants intend to file dispositive pretrial motions;

D.   The case is to be tried by a jury and the Parties anticipate the trial lasting 3 days;

E.   The Parties certify that their counsel met to conduct serious settlement negotiations on February 18, 2016 at the office of Jackson Lewis, PC, 2800 Quarry Lake Drive, Suite 200, Baltimore, MD 21209; present and participating in this settlement negotiations were James Strouse, counsel for Plaintiff, and Eileen Carr Riley, counsel for Defendants;

F.   Plaintiff believes it would be helpful to refer this case to another judge of this court for an ADR conference before the filing of any dispositive pretrial motions; however, Defendants do not believe an ADR would be helpful at this time; and

G.   The Parties do not all consent to proceed before a U.S. Magistrate Judge.

Respectfully submitted,

__/s/_____          __/s/_____
James C. Strouse (09557)                      Gil Abramson (01240)
Strouse Legal Services                        Eileen Carr Riley (23758)
5401 Twin Knolls Road, Suite 7                Jackson Lewis LLP
Columbia, Maryland 21045                      2800 Quarry Lake Drive
Phone: (410) 730-7600                         Suite 200
Fax: (410) 964-9018                           Baltimore, Maryland 21209
Email: sstrousejc@aol.com                     Phone: (410) 415-2000
                                              Fax:  (410) 415-2001
Counsel for Plaintiff                         Email: gil.abramson@jacksonlewis.com
Dr. Pavel Naumov                              eileen.riley@jacksonlewis.com

*signed with permission of counsel*           Counsel for Defendants,
                                              McDaniel College, Inc.
                                              Dr. Roger Casey
                                              Mr. Martin Hill
                                              Dr. Jeannine Stewart

4852-9778-7182, v.  2