IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>        Plaintiff,<br><br>v.<br><br>MCDANIEL COLLEGE, INC. *et al.*,<br><br>        Defendants. | Civil Action No. 8:15-cv-00482 GJH |

## PROPOSED ORDER

Upon consideration of Defendants, McDaniel College, Inc., Dr. Roger Casey, Martin Hill, and Dr. Jeanine Stewart's Motion for Summary Judgment, and any opposition thereto, it is for good cause shown, this _____ day of _____, 2016, ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED;
2. Plaintiff's Complaint is hereby DISMISSED in its entirety with prejudice;
3. Judgment shall be entered in favor of Defendants; and
4. Plaintiff shall pay all costs incurred by Defendants in defending this case.

IT IS SO ORDERED.

 

_____
The Honorable George J. Hazel
United States District Judge

4816-0051-9471, v. 1