# Exhibit 2

## In The Matter Of:
*Re: Title IX Grievance*

*Hearing Regarding Case Filed on September 8, 21014*
*Vol. 2*
*October 15, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing
Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

```
                                                              112

 1   sending unwanted, unsolicited email or talk requests,
 2   posting private or public messages on internet sites,
 3   social networks and/or school bulletin boards,
 4   pursuing, following, waiting or showing up uninvited at
 5   or near a residence, workplace, classroom or other
 6   places frequented by the person, surveillance or other
 7   types of observation including staring or peeping,
 8   gathering information about an individual from friends,
 9   family or co-workers, accessing private information
10   through unauthorized means.
11   Whereupon,
12                     DR. PAVEL NAUMOV,
13   Respondent, testified as follows:
14             BY THE CHAIRPERSON:
15        Q.   Please state your name and position at the
16   institution.
17        A    Pavel Naumov, Associate Professor of
18   Computer Science.
19        Q.   Dr. Naumov, you may now provide a statement
20   to the Board regarding this grievance.
21        A    Thank you.  And before I start I just
```

158

Thinking back, I would think that was the day of her interview at Johns Hopkins and she was just dressed to go off to class to interview. But she also commented twice on my appearance. And I'm bringing this up because it's there. I don't think that -- you know, I'm not complaining and I think it's all silly but she, when I shaved beard one summer and let it grow back it was not as big and she said, have you tried to shave your beard; I said yes.

Also I remember when we were working with students many years ago she said, hey, you know, until Pavel came to my house I never knew that he can wear jeans because he was always in khakis and just like he sleeps in those. That is the only cases when I remember talking about physical appearance.

I would marry you, so this is taken out of some sentence which I indeed said about seven years ago, in 2007, when we just started to work together. And my memory is not good and I never really kept track but the way I remember is we talked about how similar we are and how we have very, you know, common views on

159

1  everything.  And I said we could have been married.
2  Obviously I was not going to marry her.  As I said, I
3  have wife who I know for thirty years.  If I will start
4  saying to all women around me that I'm going to marry
5  her, I would not be married now probably.
6           Now, I also should say -- and this is not
7  to really to say anything bad about Sara but just more
8  to show what kind of relations we had over there.
9  Today is Wednesday.  Next week is Friday.  I checked my
10 calendar.  Next Friday will be exactly nine years since
11 she came for the second interview with McDaniel, when
12 she and I met for the first time.  She used to say this
13 happened before I met, means before the date in 2005 or
14 after I met you.
15          And, and I never use this expression.  In
16 fact, I told her it sounds a little bit strange but
17 she, at some point in her life she would refer to this.
18 And I think it was in some sense reasonable because
19 she, it was changing moment.  In her life she moved
20 from -- to live with her husband because before
21 commuting, in a complicated way she started to work in

D00363