# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAVEL NAUMOV,

Plaintiff, Civil Action No.: 8:15-cv-00482-GJH

v.

McDANIEL COLLEGE, INC., et al.,

Defendants.
____________________________/

Deposition of ELENA SAFIROVA, Ph.D.

Baltimore, Maryland

Thursday, February 18, 2016

10:25 a.m.

Job No.: WDC-074878

Pages: 1 - 93

Reported by: Toni R. Thompson, RMR

for identification and attached to the transcript.)

BY MS. RILEY:

Q And I would like you to just briefly look through that diary, which is not very many pages long, and compare it to your copy of this Exhibit 1 to make sure that --

A Look, I cannot do this, I am not a page counter. You want me to compare if all sheets are here?

Q If you would.

A Okay. It might take me --

MR. STROUSE: Just do a spot.

BY MS. RILEY:

Q You can do a spot-check if you --

A Well, I cannot state truthfully that it's the same thing, I mean that's obvious.

Q Well, that's what I'm going to ask you to do.

A All right. Then I should have to number pages here and compare them as to the number, so that's what I'm going to do.

Okay.

Q So does it appear that what's been marked as Safirova No. 1 is --

A Yes.

Q -- an accurate copy of what you brought?

A It appears to be, yes.

Q Okay. Now, the volume that you brought with you today, is that your husband's personal log or diary?

A It appears to be. I never read it before. He told me that your side wants to see it. I said, Okay, I can take it to them.

Q Have you seen --

A And I have a request from him to bring it back home, so.

Q You may take it back home.

A Yes.

Q Have you seen that purple diary book in his possession before?

A No. As a matter of fact, I don't have a tendency to read my husband's diaries. I know that he has a bunch of them. I don't really care about them.

Q Does he get a new one each year?

A I don't know. I think when we met, which was more than 30 years ago, he had a habit of writing things in a diary and --

MR. ABRAMSON: Excuse me, could you speak up a little bit, please.

THE WITNESS: Yes, I think he writes things from time to time. Sometimes he stops, sometimes he starts again. I don't know why he does it. It doesn't bother me.

BY MS. RILEY:

Q Do you see him writing in this -- you've never seen this volume before, but have you seen him writing in his diaries?

A I don't pay attention to this. I mean he has his work, he has many things going on. As a matter of fact, he has similar books in which he writes his lecture notes. So I cannot really say what exactly he is writing, and it's none of my concern.

Q Well, based upon the dates that are in, on Exhibit 1, this would appear to start in 2014 and

falls into weekend mail. Was it harassing or stalking? I don't know. I think one of those, according to your definition.

Q So you're concluding that Dr. Stewart was harassing or stalking him?

A Well, I don't know. She requested a meeting. She never said what it was about, and Pavel had no clue. I think his best clue that he relayed to me was that this replacement for Sara Miner More, the Chinese guy who was supposed to be visiting professor probably doesn't have proper visa authorization and now they want him to teach extra class, or something like this. That was his best guess why he needs to appear before Stewart early Monday morning.

Q Well, when you did learn what the allegations were against your husband, did you know the identity of the alleged victim of the harassment, hostile environment and stalking?

A He mentioned Dr. More as from conversation with Stewart. I don't know anything else. So Stewart mentioned to him More, that's what

Q Well, in your recollection was her cause for seeking out this government job, leaving McDaniel, was it associated with your husband, her reason for wanting to leave?

A I'm not aware of this. However, I can tell that as you may know there were two people in computer science program. So I mean you can say that everything depends on everything, but when there are just two people working in one program and communicating with each other and if she suddenly became unhappy about this whole thing, possibly, I don't know.

Q But you had not been made aware of that; is that --

A No, I had not been made aware of that.

Q All right.

MS. RILEY: I'm going to ask that this be marked as Exhibit 5.

(Safirova Deposition Exhibit 5 was marked for identification and attached to the transcript.)

BY MS. RILEY:

Q Dr. Safirova, you've been handed what's

been marked as Exhibit 5. I'd like you to take a moment to read it.

A Okay. Okay.

Q Are you familiar with the document that's been handed to you, Exhibit 5?

A I vaguely remember this.

Q So you have seen this? This is an e-mail from your husband dated August 26th, 2012?

A Um-hum.

Q Is that a yes?

A Yes.

Q Okay. This is where you can't just say -- you have to actually say yes or no.

And this was an e-mail that was sent from your husband to Sara More copying her husband?

A I wonder it was sent to Sharon Morell, because I saw this, because as you see it was sent to me. It was also sent to Jesse More, as you can see, who is Sara's husband. Why it was sent to Sharon Morell I suspect it was just mistyped, mispicked address from --

Q Yeah, but you recognize this as a

document that you saw that was sent to Sara More?

A Yes, yes.

Q I'll represent to you that that's a glitch in the computer program that's replacing --

A In your computer program? So are you saying it was actually indeed sent to Sara More, or it was not?

Q Yes, it was.

A Okay.

Q But you recall this e-mail?

A Because I mean I tend to work with e-mail a lot in my work and sometimes it's sensitive for all of us. So I tend to check who things are being sent to. Yes, as all of us I make mistake. But I would have noticed that it was sent, for whatever reason, to some Sharon Morell, of whoever.

Q But Jesse More you recognize as the husband of --

A Yes, I know him.

Q All right. That's the husband of Dr. More?

A That's the husband. Well, to the best of

my knowledge, I mean.

Q Well, you've met him before?

A Yes.

Q That's his name?

A Yes.

Q All right. And you're copied on this e-mail as well?

A Yes.

Q Now, what is your understanding of why your husband would write: Sara, Please, stay. I will make you happy again?

A You know, I can tell you. When Pavel came to McDaniel in 2005 he didn't really have a lot of research record and he wanted to teach in a liberal arts institution, and he was trying to find new topics for his research and it bothered him a lot. In 2006, when the department hired Dr. More, they actually found a lot of commonalities in, you know, their backgrounds. I mean they were both professors of computer science. She had background in security and cryptology and things of that nature, how to protect information. This is what, you know,

after that people would be paid, you know, in equal portions for, you know, for the fall semester and for the spring semester, and the way my husband knew how this accounting worked -- of course he doesn't know how it works when things end, but his recollection from the time he was hired was that the way he was paid his last salary was incorrect, and I think he took up this issue and Mr. Abramson responded in some way which I would qualify, you know, let's give you a little bit, but not all the way to the truth, and because we already had this lawsuit going on we decided not to take it up any further.

Q During the period between January and August 2015 your husband was involved in writing, authoring articles, was he not?

A Yes, he was authoring articles as, you know, as a professor, as a person who --

Q He continued --

A Yeah, he continued his research. He was not paid for it, but he continued it.

Q In fact, he increased his research and his authorship during that period, did he not?

A I don't know, I did not count his papers. Also I want to advise you people who come from outside academia I don't know how they count publications, because there is output produced when you actually write something and after that it takes couple of years to publish it, and very often there are modifications and revisions which are involved into this and when the article is actually published it has date which very often has nothing to do with when actually the idea was produced and the bulk of the paper was written.

Q But did he not have frequent correspondence and was working closely with Professor Tao, T-a-o, during --

A As far as I know --

Q -- this period, January through August 2015?

A Probably. I did not take tabs of, you know, when exactly he worked with who, but, yes. I mean at that point she was his main co-author, because he was banned from college, he didn't have any student co-authors, of whom he had many in the

previous years because he published 20 papers with students co-authors in the previous years, which you never mentioned.

Q But being away from the college did not prevent your husband from conduct his research, did it?

A No, but only with people whom he, you know, who would agree to do this with him, and I guess students, because of the policies instituted by the Defendants, probably would not agree to do this with him.

Q And where did he perform the work preparing these articles during that period January through August 2015?

A I would believe that would be our house.

Q All right. And at that point he still had his work computer, did he not?

A He returned it to you --

THE WITNESS: James, when was that? I would say April something.

MR. STROUSE: Immediately after.

THE WITNESS: Was it March or April?

Записки

Логика

EXHIBIT
Safirova #1
2/18/16 TRC
PENGAD 800-631-6989

8 сентября 2014 года — Понедельник

1. Сегодня нам исполняется 10 лет. Мы ей с Леной вчера звонили когда в Москве уже было утро. Она вроде опять себя не важно чувствует.

2. Сегодня к нам приезжает мама с Еленой Сергеевной. Они проведут неделю по пути в Калифорнию.

3. Сегодня две недели с тех пор как провост решил "suspend" меня в колледже т.е. я уже две недели как не читаю лекций. Это выглядит как громкий хлопок дверью со стороны Corp. А ещё это показывает безрассудство провоста. Ну да ладно у меня есть больше времени на книгу.

4. На прошлой неделе я был в Вальпараисо Чили. Там был WoLLIC. Было интересно, лучше чем я ожидал. Следующий WoLLIC будет в Bloomington IN. Следующим летом ещё будет TARK в Pittsburgh, PA. Все в гости к нам.

5. Я ожидаю что основным фокусом этих заметок будет мой поиск работы. Впервые я решил запросить рекомендации ведущих экспертов: Halpern, Parikh и Bonanno. Halpern, который уже писал мне письмо в прошлом году, сказал "ДА" через 8 минут. Parikh пока попросил прислать CV чтобы он мог решить. От Bonanno пока ответа нет. Но я им всем написал только вчера.

6. Я начинаю терять терпение с Sonaz - иранской девочкой которую я пригласил заниматься diffusion. Коммуникация с ней очень медленная.

7. На WoLLIC'е я так же пригласил к сотрудничеству Ivano Ciardelli, но от него пока ответа нет.

8. С Jia мы пока работаем очень успешно. В связи с пунктом #3, мы сможем по пятницам работать весь день.

9. Мне сегодня так же нужно будет поправить оттиски статьи в JLC. А потом я найду для себя топик на осень.

10 декабря 2014 Среда

1. Папа и Елена Сергеевна приехали в понедельник. Вчера мы ходили в Apple Store на молу покупать iPad. Ещё обедали в узбекском ресторане. Сегодня они поехали на метро в Вашингтон.

2. Пришёл странный ответ от Bonanno, после которого Лена мне порекомендовала спросить кого-нибудь другого. Я планирую написать Hans.

3. В колледже менеджер Zach L. читать вторую секцию Data Structures. Мне кажется что все там просто сходят с ума. Надеюсь что мне оттуда удастся уйти в этом году. Лена считает что они просто развалили Computer Science программу и на её восстановление уйдут годы.

4. С Sanaz всё опять не работает. Мне кажется надо ждать, но надежды увядают. Ivano мне так и не ответил. Гранты в JLC (#9, понедельник) я отправил.

5. Всё больше и больше новых объявлений о работе. Неужели я опять ничего не найду? Мне кажется моё CV улучшилось а ожидания уменьшились (CS, tenure-track). Когда то должен процесс состоятся?

6. Сегодня я обедаю с Sarah Holbrook. Буду ей рассказывать про свою ситуацию. Мы пока с ней про это не говорили, но она считала моё CV и Research Statement. Мы с ней как стало уже традицией встречаемся на sushi lunch.

7. После обеда с Сарой я буду заниматься с Ila. Мы работаем над логикой "policies and rational behavior". Получается, вроде, не плохо.

8. С Вероникой я стал заниматься на "Study Island" и "Spelling City". Вроде идёт хорошо, но Study Island мы делаем для 3го класса, а не 5го. Мне кажется это ей больше по уровню. В пятницу мы с Леной идём на встречу в MCPS про Веронику

13 сентября 2014, Суббота

1. Сегодня пришел очередной идиотский e-mail из колледжа – они предлагают мне назвать свидетелей до того как я узнаю в чём состоят обвинения. Всё это напоминает мне Алису в стране чудес.

2. Мы стали продвигаться с Jia. Нашли ошибку в Logic of Economic Policies and Social Behaviours. Решили добавить произвольные линейные комбинации policies. Это должно упростить конструкцию с моделями Крипке, но немного усложнить ~~игру~~ игру "мальчика". Мы сначала не смогли понять как изменить эту игру для отрицательных чисел, но я вроде бы придумал.

3. Я написал Hans и он мгновенно согласился быть моей референцией. Так что Mankein + Hans готовы. Parikh всё ещё думает.

4. Я так же спросил Joe Halpern следует ли мне поступать в Корнелл. Он сказал можешь поступать но шансов особых нет. Так что я наверное Корнелл для ясности пропущу.

5. Новые объявления про работу продолжают сыпаться. Появилась даже позиция по логике в Болдере по математике.

19 сентября 2014, Пятница

1. Мне наконец предъявили смехотворный список обвинений. Так же выяснилось что обвинения исходят от административного персонала.

2. Всё ещё жду ответа от Parikh.

3. Папа от нас уехал и уже в Москве.

23 сентября 2014, Вторник

1. Parikh молчит, завтра ему о себе напомню.

2. В прошлую пятницу обсуждал с Леной куда поступать на работу. Она одобрила (предварительно) все места кроме Montana State. С тех пор ещё появились Purdue и RPI.

3. Со вчерашнего дня начали ждать

в школу на велосипеде с Вероникой. Сегодня первое холодное утро. Я думаю что на велосипеде можно будет ездить пока не выпадет снег.

4. Продвигается работа с Ма по логике экономических полисей. Закончили каркас доказательства. Мы думаем подать эту работу в IJCAI.

5. Очень медленно дела идут с Sanaz. Тем не менее стало ясно что для "threshold" подхода аксиомы гораздо менее тривиальные чем я думал.

6. Я сам периодически думаю про анонимность, но тут пока особых успехов нет.

7. На следующий год наш курс на ESSLLI не взяли.

24 сентября Среда 2014

1. Я выслал список свидетелей Jennifer из HR. Теперь мяч в её руках. Всё ещё есть шанс что обвинитель откажется от своей глупой линии до слушаний.

2. Сегодня третий день мы с Вероникой ездим в школу и из школы на велике. Пока очень хорошо.

3. Пришёл ответ от Parikh. Говорит что он в Амстердаме. Мне он уже поднадоел. Лена советует ещё немного подождать. Мне кажется что его придётся заменить на Артёмова и Ramanujam[?]. Ну посмотрим.

4. Продолжается поток работ. Самая активная пока Индиана Bloomington, Purdue, Notre Dame. Не знаю какие эмоции вызовет Notre Dame у Лены, но мне кажется очень интересно.

5. Наметился прогресс в работе с Sanaz. Мы перешли на взвешенные графы вместо не взвешенных. Это упрощает аксиомы но всё ещё оставляет задачу интересной.

6. Сегодня в школах "half-day", а завтра вообще выходной по случаю

братских праздников. Я оставляю Веронику сегодня на продлёнке на весь день, а завтра на все последние.

7. Я пытался играть в логику анонимности, на это меня увлекает гораздо меньше чем дифференциальная. Хотя с Sanaz мы расстались до понедельника, я продолжаю про всё это думать.

28 сентября 2014 Воскресенье

1. Вчера мы с Леной и девочками катались 18 миль на велосипеде в районе Hancock, MD. Вероника нас с Леной поразила своей выносливостью. Лена её стала называть "trailblazer".

2. За прошлые четверг-пятницу мы установили новый кран на кухне вместо сломавшегося.

3. Мне наконец ответили про деньги из ESSLLI, говорят что на это уходит много времени, но должны прийти.

4. У меня вчера появилась новая идея про ~~[illegible]~~ науку. Я всегда думал про информацию на не взвешенном графе. Но взвешенным можно изучать накопленные ошибки. Т.е. вес показывает максимальную ошибку при передаче информации по каналу. Ошибку можно измерять в абстрактном метрическом пространстве.

5. Одно из мест где опубликовали работу на прошлой неделе — Notre Dame University. Я им увлёкся — там вроде очень красиво.

2 октября 2014 Четверг

1. Parikh всё молчит. Если не ответит до выходных, то придётся его заменить.

2. Появилась новая работа которой я очень увлёкся — на философском факультете CMU. Там куча логиков и эпистемологов. Мне кажется что это лучший "fit" из всего, что я пока видел. Они в прошлом году наняли студента Halpern с тремя публикациями. Мне кажется в [illegible] на [illegible]

параметрам очень Эн вписался.

3. Я наконец получил дату защиты и состав комиссии. Там две женщины: Florence Hines и Martin. Вряд ли я Эн сам мог найти лучших кандидатов. Я буду перед ними выступать 15го. Надеюсь что всё вскоре после этого закончится (а может и раньше).

4. Интересный прогресс намечается с Sanaz. Я стал привыкать много времени думал про этот теории сам на 90 minut с ней гораздо продуктивнее чем работа одному.

6 октября 2014 Понедельник

1. Переломный момент в работе с Sanaz. В пятницу я заметил ~~что~~ (или в четверг?) что верна Shieldwall axiom. Сегодня мы вместе заметили что верно ещё более общее свойство. Когда внутри Shieldwall есть "traitor" с плохим/хорошим влиянием. Если влияние плохих элементов соединенных с врагами меньше влияния щита, то аксиома всё ещё верна. Это, как мне кажется, очень красивая работа, которую надо заслать в TARK или куда-нибудь ещё на том же уровне. Если всё пройдет, то можно попробовать подать Sanaz на ACM стипендию на конференцию.

2. Parikh всё молчит. Я написал черновик письма Артёмову.

Я там же нашёл ещё две работы на философских факультетах куда мне возможно надо проапплицировать: Syracuse U. и U of Illinois. В Сиракузах нужно знать в ответе за междисциплинарную "minor" по логике. Мне кажется что позиция просто для меня, но Лена не уверена если они согласятся рассматривать не философа. В Иллинойсе нужен эпистемолог и она заинтересована в связях с другими дисциплинами включая Computer Science. Лена считает что я туда лучше вписываюсь.

Да на философию поступать не хочет, т.к. у неё на это нет никаких оснований.

Я никогда не задумывалась про работы

на филфаках, а возможно дня!

7 октября 2014 вторник

1. По Лениному предложению я вместо Артёмова заменил Парикс Рамом из Индии. Он немедленно согласился. Таким образом выбор рекомендателей закончен.

2. Следующий шаг — рассылка заявлений. CMU поставило "deadline" на первое ноября. Сиракузы и Иллинойс — 15е ноября. Все позиции в CS — позже. Как ~~это~~ я сегодня понял, это объясняется наличием конференции у философов: Eastern Division meetings of APA. Они проходят в самом конце декабря ~~в~~ в Филадельфии. Я сомневаюсь ~~что~~ CMU туда поедет. ~~В~~ Сиракузы прямо написали что первый раунд собеседований по интернету. Даже если Иллинойс захочет там встречаться, в Филадельфию труда не составит. Можно даже у Jie остановиться.

3. Из новых работ мальчиков появилась UIC math/stat/cs факультет. Они приглашают всех. Я думаю что там у меня тоже есть шансы. Пока из всех существующих возможностей наиболее интересной выглядит философия в CMU.

4. Я всё ещё очень обнадёжен работой с Sanaz. Возможно, я бы эту работу мог показывать философам. По крайней мере в CMU. В Syracuse эпистемическая логика может быть более "safe" выбором. В любом случае, очень красивый результат.

5. Сегодня должно состояться предварительное заседание "grievance committee". Может узнаю имя обвинителя, а может всё закончится.

8 октября 2014 среда

1. Мне было объявлено что обвинения против меня были выдвинуты провостом. Т.е. она сначала выдвинула ~~[illegible]~~ обвинения, а потом основываясь на этих обвинениях она отстранила меня от работы. Какой-то конфликт интересов налицо.

2. Мне вчера пришла в голову идея логики "price to be forgotten".

Эта логика будет формализовывать модальность П_c Ц ~~that says~~ которая говорит что за сумму C немцы полностью уничтожить улики которые подтверждают верность Ц

9 октября 2014 четверг

1. Оказывается что "Price To be Forgotten" или логика уничтожения улик это то же что логика уверенности. Мы с Джим решили сделать н-дистрибутивную версию этой логики и TARK.

2. Лена сказала мне говорит что AAMAS в Турции это страшно в связи с идущей там войной исламистов. У Джим муж тоже перепугалась. Интересно, что интернет-страничка AAMAS перестала обновлять хотя до подачи абстрактов осталось месяц. Мы туда готовим пока две работы: про логику с эффективными ограничениями и логику экономических политик.

3. Сегодня знаменательный день - я написал первую в своем году заявку на работу. Вероятно это из самое интересное место из тех, что я пока видел - философия в Карнеги Меллоне. Позиция со всех сторон, почти идеальная. Буду отслеживать web-contacts. Следующее место куда я буду писать - это философия в Syracuse U. По сравнению с CMU туда нужно будет подредактировать письмо и teaching statement.

4. Сегодня у меня встреча с Итало и Каролиной в Panera Breads в Westminster. Узнаю что именно Каролине наговорила Сара. В любом случае бредовость всей этой истории только набирает обороты.

17 октября 2014 пятница

1. В понедельник встретился с Jeff Marx говорить про мат ~~ду~~ случай. Он мат ombudsman. Мы проговорили в Panera Breads в Westminster два часа и потом час перед входом, когда Panera закрылась.

2. Во вторник я узнал что Саназ арестовали за вождение машины

без платка. Она говорит что он у неё соскочил с головы. Её вроде бы пока отпустили, но она под наблюдением. Она попросила на пару недель перестать с ней общаться.

3. В среду я выступал на слушании по "моему" делу. Всё вроде бы прошло хорошо. Они продолжают с другими студентами.

4. Я начал работать над ответным иском против Jeanine.

5. Я откопал статью на интернете что Jeanine выступила в 2008 в Oxford'е с докладом про "hard hierarchies" в академии, этот доклад на её CV был не указан.

6. Jia сегодня сказала мне что она себя плохо чувствует. А до этого она мне сообщила что у неё в прошлом месяце были выкидыши. Она теперь стала принимать таблетки (гормоны) от выкидышей и от них полнеет.

7. На слушание пришли ~~[illegible]~~ все бывшие студенты которых я приглашал кроме Lizzy. А я думал что она откликнется первая. Andrew будет выступать в другой день, т.к. в среду он не мог.

Очень не хорошо получилось с Бобом. Он прождал в гостинице, но ему никогда не позвонили.

8. Наконец наступило время снова заняться аппликациями на работу.

20 октября 2014 Понедельник

1. Я вчера спросил Jennifer из отдела кадров как мне подавать жалобу на Jeanine. Она обещала скоро ответить.

2. Я подал шесть заявок на работу. Три философам (CMU, Syracuse, UIUC) и три математикам (Toronto, Boulder, UIC). Сегодня утром был первый web-контакт из UIC.

Теперь наступило время поступать на CS позиции. Первый заход будет состоять из ~20 которых либо совсем нет специализации, либо они выключили Theory/AI. В плане привлекательности, я думаю

CMU пока остаётся на первом месте. Но с другой стороны, во всех есть свои преимущества. На мат факультетах у меня больше надежды поиметь подходящих студентов.

С другой стороны, наверное, на топовых факультетах всегда найдутся студенты.

3. В ближайшую пятницу прилетает Эмма на выходные к Виктории.

Через выходные мы приглашены на день рождения Таисии Виктории с ночевкой, а мы не в воскресенье.

22 октября 2014 Среда

1. Вчера ходили к психиатору в JM, теперь Kennedy Krieger Institute. Подняли Вероника дозу Vyvanse с 40 до 50 mg. Решили попробовать его в выходные не давать.

2. Jennifer из MR сопротивляется моим попыткам встретиться с Title IX advisor.

3. Я вчера наконец понял, что новая аксиома которую мы с На пытаемся изобрести для "Price to be Forgotten" просто не верна. Возможно, что мы сможем закончить "Price to be Forgotten" быстрее чем планировали.

4. Я продолжаю активно рассылать CV на разные работы. Закончено с философией и математикой. Теперь идут стандартные заявки на CS факультеты.

Мне кажется, что самым интересным местом по-прежнему остаётся философия в CMU. Возможно я просто сам не понимаю какие проблемы существуют на философии. На математике будут более подходящие студенты. Хотя, возможно, в CMU студенты тоже будут с хорошей математической подготовкой.

5. В понедельник начал снова работать с Sanaz. Мы стали писать LaTeX.

23 октября 2014 четверг

1. Мы с Ла сменили стиль Price to Be Forgotten на TARK. После того, как мы избавились от лишней аксиомы всё вроде бы стало просто и мы быстро двигаемся к концу этой работы.

2. Мне пришла ещё одна идея в голову: интерпретировать $П^c_ц$ как с бюджетом "c" можно достичь цели Ц.

24 октября 2014 пятница

1. Послали web-контакты. Пока дважды контактировал UIC и дважды Purdue. У Purdue вообще особого deadline нет, говорят начнут рассматривать в первой половине октября. В UIC deadline 3е ноября. Конечно в UIC я вписываюсь на 100%. Почему на меня смотрит Purdue не очень ясно, но возможно это показывает CS-интерес во мне.

2. Сегодня к нам на выходные приехала Эмма. Я её встретил в BWI и взял на ланч. Завтра мы все собираемся в King's Dominion.

3. Price to Be Forgotten продвигается очень хорошо. Возможно к середине ноября допишем. Мы/ Я понял что дальше / надо заниматься анонимностью или аккаунтабилити, но как именно мне пока не ясно.

27 октября 2014 понедельник

1. В субботу с мы с Эммой ездили в Kings Dominion на холлоуин. В воскресенье она улетела обратно в Южную Каролину.

2. Ram наконец стал подавать свои рекомендательные письма. Больше на меня пока никто не ходит, но и рано ещё. Я подхожу к концу своего списка.

3. От комиссии я пока ничего не слышал. Возможно они решили встретиться с президентом. Если до среды не услышу, то буду контактировать Jennifer.

4. У нас закончилось с Sanaz. Надо искать как заделать дырку.

5. Мне пришло в голову что анонимность можно описывать

модальных логиках в которой второй параметр это группа симметрий.

28 октября 2014 вторник

1. Мне кажется что я понял как починить дырку с Sanaz и что Shield wall так вроде бы ни причём.

2. Говорил с Jic про симметрию. Ей понравилось.

3. У меня так же появилась идея что "linked data" можно измерять через Google page rank. Это может рассматриваться как формальное определение "важности" в группе.

4. Вроде бы у меня дырка в камере велосипеда. Нужно будет купить новую.

30 октября 2014 четверг

1. Во вторник получил решение комиссии о том что я не виновен в "stalking", но виновен в "harassment" и "hostile environment". Я готовлю апелляцию.

2. Через два дня (1-го) "deadline" на заявки для замещения Сары. На сегодняшний день поступило только три (!) заявки. Это показывает состояние рынка. Как кто-то надеется найти замену Саре и ещё не показывая меня остаётся полной загадкой. Я не исключаю что после моего ухода программу могут вообще закрыть.

3. Я вроде бы понял как починить Shield Wall с Sanaz. Эта аксиома вроде бы всё ещё нужна, но в более сложной форме.

4. С Jic мы продолжаем работать над "Price to Be Forgotten" для TARKa.

3 ноября 2014 понедельник

1. В пятницу в 1:30 утра мы с Леной подали апелляцию на решение комиссии.

2. В воскресенье ездили на день рождения Таисии.

3. Вроде бы всё получается с Shield Wall и Sanaz. Может будет ещё одна работа к TARK.

4. Я закончил читку заявок на работу.

В общем: сложности подачи 34 заявки. Мне представляется что позиция по философии в CMU остаётся из них самой привлекательной. Мне так же кажется интересными полу-математические позиции в Торонто и UIC.

Наступила пауза ожидания. Формально, в субботу были скон[illegible] в CMU, а сегодня в UIC. Но пока на мою страничку никто не ходит.

5 Ноября 2014 Среда

1. Наконец появилась реклама "нормальной" позиции в Индиане. Я вроде думал что у меня там есть хорошие шансы.

2. Brittany вчера сдала GRE: 170/170 math, 164/170 verbal. Совсем не плохо.

3. Мне кажется что я понял как надо ставить задачу для budget-constrained functional dependency. Я сегодня пытался сам с этим разобраться.

4 Связь с Саназ сегодня разорвалась и нам ничего не пришлось сделать.

10 ноября 2014 Понедельник

1. Вчера поздно вечером я выслал email Kelly Brooke Yancey. Мне бы хотелось с ней завести дружбу, как мне вроде бы удалось с Сарой Холброк. Конечно, Kelly старше Сары и она замужем, но думается обе эти фактора мне только на пользу.

2. Вчера к нам в гости неожиданно пришли Виталиана с Сергеем. Говорила про возможный поиск работы в академии для Сергея. Было бы удивительно если бы он что-то в этом направлении начал делать. Он кажется слишком заторможенным.

3. Виктория и Вероника в субботу ходили на уроки рисования на компьютере. Виктории всё это прискучило. Веронике тоже понравилось, но я больше волнуюсь за Тори, которая устала от Poolesville.

4. Удивительно, но "нормальная" позиция в Индиане исчезла. Не ясно появится ли она снова.

5. Я начал открывать счета на разных сайтах: LinkedIn, Academia.edu, Flickr. Хотя заменить статью про меня в McDaniel Free Press которая стала очень высоко подниматься на Google. Посмотрим что из этого выйдет.

6. За выходные я купил апгрейд от Omni Focus до Omni Focus 2 и стал им активно пользоваться.

11 ноября 2014 года вторник

1. Вчера мне сообщили что в ответ на мою апелляцию апелляционная комиссия решила встретиться с сотрудником campus safety, который проводил расследование.

2. Kelly ответила, написала как ей нравится UMD и что вскоре она собирается в Париж на месяц. Я ей уже снова написал. Надеюсь нам удастся завязать отношения. Мне, конечно, нужно было с ней раньше начать общаться, но я как-то был обижен за тот злополучный e-mail.

3. Проснулась Brittany. Она просит написать рекомендации в UMBC и Stanford. Сказала что сегодня ещё напишет про "lunch"

4. Сегодня у Лены выходной [illegible] ветеранов, так что мы дома сидим вместе. Должны будем пойти на lunch и купить подарок Ольге, к которой мы собираемся в субботу смотреть на новорожденного.

5. На почве работ полное затишье. Никто на мою web-~~ста~~ страницу больше не ходит. Лена думает что до дня благодарения мало что произойдёт.

12 ноября 2014 года среда

1. Kelly на мой второй e-mail пока не ответила. Ну да как хочет. Моё дело ~~предлож~~ протянуть руку. Возможно, вправду она была заинтересована в возможных вакансиях, а мой ответ звучал слишком негативно. В любом случае, ей надо учиться общаться.

2. Я получил e-mail от Jeffa. Он пишет что Ethan'а больше всего удивило что провост не получил добро от FAC

на то, что бы меня отстранить от работы.

14 ноября ~~сентября~~ 2014 пятница

1. Вчера была продлёнка, но ещё не окончательное понимание как делать budget-constraint dependence.

2. Мне кажется что анонимность нужно тоже делать с финансовым уклоном: price to remain anonymous. Это будет означать, что общество должно потратить кучу денег на то, что бы открыть/изобличить меня.

3. Сегодня мы с Ma так же начали говорить про то, что traceability/accountability можно формализовать на к finite transition systems. Т.е. по образцу динамических логик, но вместо транзиций — группы агентов.

4. Мне кажется что ещё интересно вместо транзиций маркировать переходы ценой. Т.е. $\Box^5 \varphi$ означает что если потратишь ≤5, то $\varphi$ останется верным.

17 ноября 2014 понедельник

1. Наконец, на мою web-страничку сходил кто-то из Питсбурга. Я предполагаю что речь идёт о фильтрах из СМИ. Первый заход вчера вечером, второй — сегодня утром. Оба с одного IP address. Из всех работ, эта, наверное остаётся самой интересной.

2. Пришла новая информация про мою аппеляцию. Они Теперь хотят встречаться с Jennifer Glennon, кто пока отвечает за весь процесс.

3. Kelly мне так больше не написала, так что я про неё решил забыть.

4. С Brittany мы наверное встретимся в следующий вторник на lunch.

18 ноября 2014 вторник

1. Пришли две очень приятные рецензии на Logic of Confidence. Надеюсь это такая же реакция будет на остальные работы по модальной логике с Ma.

2. В понедельник у нас будет ужин с Sarah во вторник — lunch с Brittany.

20 ноября 2014 года. четверг.

1. Вчера мы с Sanaz договорились подать нашу статью в TARK. Скелет доказательства готов. Мы так же нашли новое
2. название для того, чем мы занимались: Lighthouse Principle. В честь "lighthouse customers" - термина который используется наряду с "early adopters".

2. Пришло сообщение от Itab что в понедельник они будут проводить skype-собеседования на позицию Сары. Он ссылается на давление провоста. Мне кажется что это будет необжалованно. Забавно, так как не ясно каким образом они собираются объяснять мое отсутствие.

3. У Ia сегодня будет телефонное собеседование с Washington&Lee, а в начале декабря on-campus с James Madison University. Ей W&L нравится гораздо больше.

4. У меня никаких подвижек нет, на меня никто не хочет и не молчат. 15го был срок подачи заявок в Syracuse, на философию. У них там, правда, сейчас очень сильный снегопад и все закрыто.

1 декабря 2014 года. понедельник.

1. В прошлый вторник пришло сообщение что санкции на меня решили нарушить президент и что санкции состоят в увольнении. Кажется что он под полным контролем провоста. Теперь, наверное, дело до суда не дойдет. В среду мы с Леной консультировались по телефону у нового адвоката. Завтра поедем с ним лично встречаться.

2. Из-за телефонного разговора с юристом в прошлую среду мы отложили встречу с Sanaz.

3. Ia будет интервьюироваться в Washington & Lee в конце этой недели и в JMU в начале следующей. Вчера я слушал репетицию её доклада в W&L про "Price to be Forgotten".

4. На день Благодарения к нам приходил Ленин коллега с работы - Alex. А в субботу мы ходили к Виталию

3 декабря 2014 среда

1. Вчера встречались с адвокатом. Всё быстро продвигается к суду.
2. Понемногу работаем с Sanaz, но пока вроде бы всё получается.

10 декабря 2014 среда

1. В прошлый четверг подписали бумаги с адвокатом и он начал готовить иск в суд.
2. В минувшую пятницу Jeff встречался с председателем колледжа и передал ему список из 18 "concerns". В понедельник он встречался с MR по тому же поводу.
3. Я вчера написал и выслал рекомендацию Brittany в Stanford на магистерскую программу по CS.
4. Jia имела on-campus собеседование в Washington & Lee (прошлые пятница – суббота) и в JMU (вчера). В пятницу у неё телефонное собеседование с Rose-Hulman в Индиане. Пока ей лично особенно не нравится W&L тиран-chair, а в JMU очень большая нагрузка и не остаётся времени на науку. Вчера она мне сказала, что из всех этих мест она бы осталась ещё на год в Bryn Mawr.
5. У меня никаких подвижек на работе нет. Даже на мою страницу никто не ходит. Похоже что с CMU я пролетел. Может и с Syracuse. Остаётся надеяться что в CS рынок работ значительно лучше.
6. Поскольку похоже что весной я опять не еду, я хочу вернуться к идее написания учебника по логике. Сегодня я планирую это обсудить с Jia. У неё, конечно, времени меньше чем у меня.
7. Пока Jia путешествует на собеседования, я думал про subgroup anonymity. Мне кажется я вижу как доказывать полноту если от специфических групп перейти к кванторам по произвольным группам.

<u>11 декабря 2014 года четверг</u>

1. На выражали интерес насчёт учебник. Мне кажется весьма можно было бы сделать предложение в Springer.

2. "Logic of Transitions" выглядит, по существу, как "common knowledge". Может быть мне стоит вернуться к идее фиксированных групп.

3. От адвоката ничего не слышно, но и я ему сегодня планирую позвонить. В то же время Линн нашла ещё какую-то презентацию провоста выглядящую как воинствующий феминизм.

4. На меня вчера ~~[illegible]~~ (третий раз) ходили из U Iowa. Я даже думаю я знаю кто ходил. Ещё вчера кто-то зашёл из Ohio State. Других контактов пока нет. Многие места рекламируются по второму разу. Deepark from Bryn Mawr говорит на что он ожидает что в марте-апреле ощутится острая нехватка людей на CS рынке. Поживем-увидим.

5. Мы написали письмо в Bar-T что Вероника после рождества перестанет туда ходить. Планируется что я буду с ней пока сидеть.

А сегодня я её повезу петь на эллипсе около Белого дома.

Мне кажется что когда я с ней буду сидеть нужно завести распорядок дня, найти время для чтения и spell city. Вообще, постараться с ней больше заниматься.

<u>19 декабря 2014 года</u> <u>пятница</u>

1. Сегодня наконец должен быть подан судебный иск против McDaniel, президента и провоста на 3 миллиона долларов.

2. Jennifer требует от меня какое-то письмо для FAC, так и не говоря в чём меня обвиняют.

3. Мне отказали с философских факультетов CMU и Illinois. В то же время UMass Amherst запросил рекомендательные письма, мне прислали CC.

4. Мы вчера пытались пригласить Анну на Рождество или Новый Год но она пока говорит что у неё не осталось выходных дней.

5. Лиа с мужем уехали на каникулы на Флориду. После их возвращения мы продолжим совместную работу.

6. Мы дописали Price To Be Forgotten. Осталось будет добавить ссылки на наши другие работы если их примут до дня подачи на TARK.

## 24 декабря 2014 вторник

1. Вчера вечером я выслал письмо в FAC.

2. Сегодня адвокат подтвердил что судебный иск подан. Он похвалил нас за FAC письмо и назвал его "excellent".

3. Вся моя идея про анонимные высказывания через теорию групп кажется очень тривиальной. Я стал думать над K-анонимностью. Это кажется более перспективным.

## 7 января 2015 среда

1. Очень продуктивно работаем с Лиа. Основной упор сейчас статья про знание на графах. Мы её подаём в TARK. Кроме того, ~~наконец~~ наконец есть идея как делать анонимность через группы симметрий.

2. Как выяснилось, 23 декабря FAC поддержало идею меня уволить. Судебный иск уже подан. Ждём когда можно будет serve summons.

3. На меня 6(!) раз ходили из университета Айовы, но пока никаких других подвижек нет. Лиа отказали из Washington & Lee. Из JMU ей пока не ответили, но она туда всё равно не хочет. У Серёжи пока новостей тоже нет.

## 22 января 2015 четверг

1. Долго не писал в дневнике т.к. всё время уходило на работу с Лиа. Теперь у неё начались занятия и сегодня первый день за многие дни когда мы не работаем.

2. Закончили статью с Sanaz для

TARKa Получилось очень хорошо. Я за выходные планирую её очистить пару раз, но это всё. Нужно будет её спросить, хочет ли она продолжать.

3. Вера должны были "serve summons" проводу президенту и председателю Совета попечителей. Теперь мяч у них в руках.

4. Приняли две относительно разумные reviews из AAMAS. Думается, что они примут Budget Constrained Knowledge, а Logic of Economic Policies и другое более спорно. Возможно, придётся её ещё куда-нибудь сдать.

5. Я заказал две книжки с Amazon про поведение птиц и других животных в стаях. Хотелось бы попробовать поработать над социальными сетями животных.

6. UIowa ходила на мою очень много (12?) раз. Ли им звонила узнать, можно ли ещё подать документы. Они ей сказали, что комиссия соберётся в среду (т.е. вчера). Хотелось бы надеяться, что они меня теперь проконсультируют, но пока молчание.

Несколько раз на мою страничку заходили из Ohio State, но тоже без подвижек. Жду.

7. По предложению Лены я стал работать над iPhone app "Puzzle Academy". Это попытка найти дополнительный источник доходов, если меня всё-таки уволят.

8. Сломалась пружинка в опоре моего iMac. Сегодня повезу в Apple Store в Tysons Corner её ремонтировать.

12 февраля 2015 четверг

1. Приняли статью про budget-constrained knowledge на AAMAS. Вторую про экономические стимулы и рациональное поведение не приняли. Мы её послали в JLC.

2. Я безработный, поэтому на неделе

3. Ни каких успехов на поприще поиска работы нет. Я работаю над планом В. Хочу проверить рекомендации людей из McDaniel на местные/временные работы. Пока на примете Wesleyan.

4. С Ли мы начали работать над тем, как рекламные деньги влияют на диффузию в социальных сетях.

## 10 марта 2015 Вторник

1. McMaster University проконтактировал меня для Skype собеседования. Даже не верится, что что-то получается. Т.к. пока меня никто больше не интересовался.

2. Я стал рассылать аппликации в далёкие страны: Казахстан, Корея, Новая Зеландия.

3. Суд. Дело "removed" в федеральный суд. Сейчас поступило "Motion to dismiss".

## 13 октября 2015

Моя первая запись в William Paterson University. Вчера мне пришёл e-mail от провоста Illinois Wesleyan University - мне готовы сделать оффер предложение. IWU существенно лучше по уровню студентов чем McDaniel. Так что это было бы замечательным шагом в направлении постоянной работы в элитном колледже. У меня ещё есть заявка в Yale-NSU, но оттуда пока молчат.

Главная проблема с IWU, конечно, в том, что он очень далёк от дома.

## 3 января 2016 Columbus, OH

Я провёл ночь в Hampton Inn. Через несколько минут продолжу своё путешествие в Bloomington, IL.

**From:** Pavel Naumov
**Sent:** Sunday, August 26, 2012 9:03 AM
**To:** Sharon Morell
**Cc:** Jesse More; Elena Safirova
**Subject:** please, stay

"There's one sad truth in life I've found
While journeying east and west -
The only folks we really wound
Are those we love the best.
We flatter those we scarcely know,
We please the fleeting guest,
And deal full many a thoughtless blow
To those who love us best."

— Ella Wheeler Wilcox

==============================================

Sara,

Please, stay. I will make you happy again.

Pavel

