# Exhibit 8

**CONFIDENTIAL**

September 8, 2014

To:     **Jennifer Glennon, McDaniel College Director of Human Resources**
         **Title IX Coordinator**
From:  **Complainant in Formal Grievance under McDaniel College Title IX Policy**
         *(Name on File with Title IX Coordinator)*
Re:     **Description of Complaint to Accompany Grievance Form**

*Person responsible for creating situation (Name on File with Title IX Coordinator)*

**Essential Facts of the situation:**

As witnessed by multiple co-workers, a male faculty member has exhibited behaviors consistent with the institution's definition of prohibited stalking behavior, targeting a tenured female faculty member over a period of several years (approximately 2006 to 2014). The behaviors were witnessed on campus and were also demonstrated in email and written exchanges. The pattern of unwelcome behavior persisted for a number of years despite repeated requests for it to stop. The situation has been investigated fully by a trained investigator who is a member of the Department of Campus Safety at McDaniel College. The investigation revealed that there were multiple witnesses to the inappropriate conduct. The respondent has violated the College's Policy Against Stalking and Relationship Violence, within the College's Title IX Policy.

**Particular aspects of the policy that are relevant to this grievance are noted below, with footnoted references to the investigator's report:**

**Excerpt from McDaniel College Title IX Policy**
Policy version Updated: June, 2014 (pp 2-3)

**Policy Against Stalking and Relationship Violence**
Stalking and relationship violence are behaviors prohibited by McDaniel College.

Stalking is a repetitive pattern of willful and malicious conduct directed at a specific person over the course of time, which seriously alarms or annoys the person.[1] Stalking causes a reasonable person to fear for his/her physical safety or health or that of others; suffer substantial emotional distress; feel an imminent fear of death or bodily injury.[2]

Examples of stalking behaviors or activities include, but are not limited to:

---

[1] The tenured female faculty member noted her male colleague "drove her crazy", over approximately 8 years.
[2] The tenured female faculty member said she feared he would possibly retaliate, and that she is "afraid" of what he might do to her if he were to find out that she had contributed to a claim against him.

Non-consensual communication, including face-to-face communication, telephone calls, voice messages, e-mails, text messages, written letters, gifts, or any other communications that are unwelcome.[3]

Use of online, electronic or digital technologies in connection with such communication, including but not limited to:

- Posting of pictures or text in chat rooms or on websites;
- Sending unwanted/unsolicited email or talk requests;[4]
- Posting private or public messages on internet sites, social networks, and/or school bulletin boards;
- Pursuing, following, waiting, or showing up uninvited at or near a residence, workplace, classroom, or other places frequented by the person.[5]
- Surveillance or other types of observation including staring or "peeping"[6];
- Gathering information about an individual from friends, family, or co-workers;
- Accessing private information through unauthorized means.

---

[3] The tenured female faculty member cited a pattern of unwelcome comments by her male colleague (who also holds tenure) ; a pattern of unwelcome attention including walking her to her car, commenting on her physical appearance, making inappropriate comments such as, "I would marry you;" sending frequent and unwelcome emails on weekends; lingering for longer-than-needed conversations; listing and sharing "make [tenured female faculty member] happy" rules; sending the tenured female faculty member an unwelcome, 3-page, personal letter; demonstrating a "high intensity" of behavior. Others witnessed the male faculty member sitting with his laptop outside the tenured female faculty member's department office. The tenured female faculty member showed an administrative colleague four unwelcome and non-work-related cards and documents from the male faculty member.

[4] The tenured female faculty member commonly received unwelcome and unnecessary weekend emails. Other departmental co-workers witnessed that the male faculty member would seek out the female faculty member for frequent conversations. The male faculty member sent a "weird" email from to a job candidate in spring, 2013 (and he also demonstrated inappropriate attention to professional boundaries in another email string).

[5] The male faculty member would walk the tenured female faculty member to her car, despite his having been asked to stop. Co-workers witnessed that the male faculty member would constantly watch the tenured female faculty member at work in her office. A co-worker witnessed that the male faculty member would stand blocking the tenured female faculty member's office doorway to persist in holding a conversation she may not have desired.

[6] A departmental co-worker witnessed that the male faculty member would constantly watch the tenured  female faculty member at work.