# Exhibit 10



Office of Academic Affairs
2 College Hill
Westminster, MD 21157-4390

410/857-2248
410/857-2796 FAX
www.mcdaniel.edu

April 18, 2011

Dr. Pavel Naumov
Department of Mathematics and Computer Science

Dear Pavel,

At the April 16 meeting of the Board of Trustees, with the support of President Casey and me, and on recommendation of the Faculty Affairs Committee, the Academic Affairs Committee recommended that the Board approve your promotion to the rank of Associate Professor with tenure. This letter will officially inform you that the Trustees unanimously approved your promotion, which will become effective August, 2011.

On a personal note, let me extend my warmest congratulations and tell you how pleased I am with this decision. You have distinguished yourself as a teacher, mentor and scholar at McDaniel. I look forward to working with you in the years to come as a colleague and valued member of the community.

Sincerely,

Tom

Thomas M. Falkner
Provost and Dean of the Faculty

c:  Dr. Simonelli, Department Chair
    Dr. Casey, President

D01131