# Exhibit 12



# Title IX

Jennifer Glennon
**Director of Human Resources/Title IX Coordinator**
**410-857-2205**
**jglennon@mcdaniel.edu**

Susan Bloom
**Professor/Deputy Title IX Coordinator for Athletics**
**410-857-2597**
**sbloom@mcdaniel.edu**

## Title IX Advisors

**Susan Glore**
Director of Wellness Center
410-857-2243

**Maureen Meloche**
Director of Affirmative Action
Administrative
410-857-2207

**Julia Jasken**
Associate Provost,
Associate Professor, English
410-857-2431

**Steven Pearson**
Associate Professor, Art & Art
History
410-857-2770

**Debora Johnson-Ross**
Director of Affirmative Action
Faculty
410-386-4632

**Mary Rasche**
Director of Affirmative Action
Classified
410-857-2501

Updated: 6/1/2014, 3/2014, 9/2013

# Policy Against Discrimination and Harassment

McDaniel College strives to assist in the development of liberally educated persons who will have a commitment to responsible moral, social, and political action. To instill the desire for truth and to provide the tools by which truth may be pursued, students, faculty, and staff must maintain a relationship of mutual respect and integrity. Any conduct which violates this trust compromises the goals of this institution. Discrimination and harassment, including sexual harassment and sexual assault, are reprehensible wrongs that violate another person's rights and are unacceptable behavior. Such conduct destroys the academic climate by distorting the interpersonal and professional relationships among students, faculty, and staff.

**Definitions**

**Discrimination** refers to the unfair treatment of one person with respect to others in the same work or academic role, in terms of hiring, promotion, retention, grading, etc., because of that person's race, religion, creed, nationality, ethnicity, disability, age, gender, marital status, pregnancy, sexual orientation or veteran status.

**Harassment** refers to intimidating or hostile overtures, especially within a context of unequal power (for example, supervisor-employee, faculty-student, etc.). Overtures include retaliatory actions taken for refusal to comply with any imposed requirements for response. Harassment includes not only forcing physical, environmental, or verbal attention upon an unwilling recipient but also making discriminatory or offensive remarks.

**Sexual harassment** specifically refers to the imposition of sexual requirements, especially within a context of unequal power. Sexual harassment includes, but is not limited to: sexual remarks or behavior directed at an individual; inappropriate and offensive sexual advances; solicitation of sexual activity or other sex-linked behavior by promise of rewards or threats of punishment; unwanted or impermissible physical contact of a sexual nature; jokes, insinuating remarks, or references to physical characteristics; posters, pictures, calendars with sexual overtones or content displayed in the work or academic environment; and sexual assault.

# Policy Against Stalking and Relationship Violence

Stalking and relationship violence are behaviors prohibited by McDaniel College.

**Stalking** is a repetitive pattern of willful and malicious conduct directed at a specific person over the course of time, which seriously alarms or annoys the person. Stalking causes a reasonable person to fear for his/her physical safety or health or that of others; suffer substantial emotional distress; feel an imminent fear of death or bodily injury.

Examples of stalking behaviors or activities include, but are not limited to:

- Non-consensual communication, including face-to-face communication, telephone calls, voice messages, e-mails, text messages, written letters, gifts, or any other communications that are unwelcome.
- Use of online, electronic or digital technologies in connection with such communication, including but not limited to:
  o Posting of pictures or text in chat rooms or on websites;
  o Sending unwanted/unsolicited e-mail or talk requests;
  o Posting private or public messages on Internet sites, social networks, and/or school bulletin boards
  o Pursuing, following, waiting, or showing up uninvited at or near a residence, workplace, classroom, or other places frequented by the person.
  o Surveillance or other types of observation including staring or "peeping"
  o Gathering information about an individual from friends, family, or co-workers
  o Accessing private information through unauthorized means

**Relationship Violence**

**Dating violence** means violence by a person who has been in a romantic or intimate relationship with the victim. Whether there was such relationship will be gauged by its length, type, and frequency of interaction.

**Domestic Violence** includes asserted violent misdemeanor and felony offenses committed by the victim's current or former spouse, current or former cohabitant, person similarly situated under domestic or family violence law, or anyone else protected under domestic or family violence law.

**Bystander Intervention** Bystander intervention is an effective way for a campus community to identify and prevent sexual harassment, sexual assault, stalking, and relationship violence.

The term **bystander intervention** refers to safe and positive options that may be carried out by an individual or individuals to prevent harm or intervene in situations of potential harm when there is a risk of domestic violence, dating violence, sexual assault, or stalking against a person other than the individual.

Any time a member of the McDaniel Community sees another person in trouble or in potential trouble, or s/he has knowledge of a violent incident or assault that has already occurred, call the Department of Campus Safety (ext. 2202 or 410.857.2202) as soon as possible.

Students may refer to the Policy Against Sexual Assault/Violence for information and help in dealing with incidents of stalking or relationship violence. The McDaniel College Division of Student Affairs will include information and educational programming about stalking and relationship violence in its orientation program for incoming students and for all students throughout the academic year.

Updated: 6/1/2014, 3/2014, 9/2013

# Policy Against Sexual Assault and Sexual Violence

McDaniel College is committed to maintaining a safe and secure campus environment that is free from acts of violence, intimidation and fear.  Sexual assault, whether by stranger or by an acquaintance, threaten the personal safety, educational experience, and the well-being of members of the McDaniel College community.  McDaniel College will not tolerate violence or assault of any kind, including sexual assault.

If the College becomes aware of incidents of sexual harassment, sexual violence or sexual assault, the College will take immediate action to eliminate the sexual harassment, sexual violence or sexual assault, prevent its recurrence, and address its effects.  In addition, during new student orientation, sexual assault awareness month, and throughout the academic year, the Division of Student Affairs and student organizations sponsor a variety of educational programs focusing on sexual assault, sexual violence, sexual harassment, prevention, and awareness.  Similarly, new employees will receive training and education on sexual assault, sexual harassment, prevention, and awareness.  Continuing education of employees will be provided by the Office of the Title IX Coordinator.

**Definitions**

**Sexual assault** refers to forced or unwanted physical contact of a sexual nature without consent, including but not limited to non-consensual attempts or acts of rape (sexual intercourse), forced anal intercourse, forced oral copulation (oral-genital contact), forced penetration by a foreign object including a finger, acts of touching of an unwilling person's intimate parts such as genitalia, groin, breast or buttocks or the clothing covering these parts, or forcing an unwilling person to touch another's intimate parts.

- Sexual assault is committed against a person's will, as evidenced by refusal, lack of consent or the use of force, threat or intimidation.

- A respondent's level of intoxication shall not diminish his/her responsibility for sexual assault.

**Consent** refers to an affirmative decision to engage in mutually acceptable sexual activity given by clear actions or words. It is an informed decision made freely and actively by all parties.

- Individuals should not make assumptions about another individual's willingness to participate in sexual activities.

- If confusion or ambiguity regarding consent arises at any time during the sexual interaction, it is essential that each participant stops and clarifies, verbally, willingness to continue.

- Consent may not be inferred from, for example, silence, passivity, or lack of active resistance.

- A current or previous dating or sexual relationship is not sufficient to constitute consent.

Updated: 6/1/2014, 3/2014, 9/2013

- Consent must be given for each sexual act. Consent to one form of sexual activity does not imply consent to other forms of sexual activity.

- Conduct will be considered "without consent" if no consent, verbal or nonverbal, is given.

- **Impairment due to drugs or alcohol does not diminish each party's responsibility to obtain consent.**

**Incapacitation** refers to an individual's inability to freely consent to sexual activity. In some situations, an individual's ability to freely consent is taken away by another person or circumstance.

- Incapacitation includes, but is not limited to, when an individual is incapacitated due to alcohol or other drugs, scared, physically forced, passed out, intimidated, coerced, mentally or physically impaired, beaten, threatened, isolated, or confined.

**What to Do If You Are Raped or Sexually Assaulted**
- Go to a safe place.
- Get medical treatment as soon as possible to make sure that you are physically okay.
- Try to preserve all physical evidence.
- Call someone you trust.
- Remember that being assaulted is not your fault.

**Things to Consider After a Recent Sexual Assault**

- **Seek medical attention immediately** to provide options for the prevention of sexually transmitted infections, internal injuries, and the possibility of pregnancy. This medical examination, performed by a specially trained nurse, is available at Carroll Hospital Center (410-848-3000) or the Carroll County Rape Crisis Center (24 Hour Hotline: 410-857-7322).

- **Transportation** can be arranged by the Department of Campus Safety (410-857-2202 or Ext. 2202), or by calling the ambulance at 911.

- **Have evidence collected as soon as possible.** Evidence collection is necessary for the investigation of the crime. Even if you do not think you would like to pursue a criminal case now, you can have evidence collected so you can decide later whether filing a report with police is right for you.

- **Do NOT shower**, bath, brush your teeth, and if at all possible, avoid using the restroom prior to having a medical exam. This can allow important evidence to be collected. Place all clothing worn at the time of the assault in a paper, not plastic, bag to preserve any evidence present on the items. Do not apply medication to any injuries unless absolutely necessary.

**Confidential Resources to talk with about a Sexual Assault**

McDaniel College Wellness Center (located in Winslow Center): 410-857-2243
    Susan Glore, Wellness Center Director
    Erin MacDougall, PhD, Psychologist
    Dana Plevyak, Registered Nurse

Carroll Hospital Center: 410-848-3000

Carroll County Rape Crisis Center: 410-857-7322

**Other Resources**

    Maryland Coalition Against Sexual Assault (MCASA) www.mcasa.org (The website provides a detailed list of rape crisis centers located in Maryland.)

    National Sexual Assault Hotline 24/7 at **1-800-656-HOPE**. (This is a free and confidential hotline for incidents occurring outside of Maryland.)

    Please feel free to contact any of the resources listed above for assistance and support.

**Helping the Victim**
Remain calm and go to a safe place.
Seek medical treatment as soon as possible.
Help the victim to preserve all physical evidence.

Contact someone you trust to get help and support.
Listen and let the individual talk.
Reassure her/him that the rape or assault is not her/his fault.
Assure him/her that there is help available.

**How to Report a Sexual Assault/Incidence of Sexual Violence to the Local Authorities**

The College encourages full reporting of incidents of sexual assault and/or sexual violence as well as the full use of all available campus and off-campus resources. The College also recognizes that someone who believes that s/he has been sexually assaulted and/or experienced sexual violence has the right in most circumstances to decide whether to report the incident to College authorities and/or law enforcement and to decide what campus or community resources to use. The College cooperates with all investigative agencies. The College will do its best to comply with the wishes of someone who believes that s/he has been sexually assaulted and/or experienced sexual violence.

Updated: 6/1/2014, 3/2014, 9/2013

*Who do I talk with about reporting a sexual assault and/or incident of sexual violence to a local law enforcement agency?*

- The Department of Campus Safety (410-857-2202) and the Wellness Center (410-857-2243) counseling staff members will provide information, discuss the process, and help assess which resource would be best for you.
- The Carroll County Rape Crisis Center (410-857-7322) is a valuable off campus resource to discuss the process involved in making a report. Rape Crisis Staff will provide support throughout the total process of reporting an incident of sexual assault and/or sexual violence to a local law enforcement agency.
- In addition an individual can report directly to the Westminster Police Department (410-848-4646), Maryland State Police, or go to Carroll Hospital Center (410-848-3000). Carroll Hospital Center procedures require that all incidents of sexual assault be reported to the Westminster Police, unless an individual wishes to have a SAFE Exam anonymously as "Jane/John Doe".

**How to Report a Sexual Assault and/or Incident of Sexual Violence to the College**

A person who believes that she/he has been sexually assaulted and/or experienced sexual violence should contact the Department of Campus Safety (410-857-2202) or the College's Title IX Coordinator (410-857-2205).

Please note: if a person makes a report to a faculty or staff member, federal law requires that the information be reported to the Vice President of Student Affairs (410-857-2244) or the Title IX Coordinator (410-857-2205). Reports include the name of the individual who reported that s/he has been assaulted/violated, residence hall assignment (if applicable), date, time, and the location of the incident.

With limited exceptions, **the Wellness Center staff is exempt** from reporting regarding a sexual assault and/or incident of sexual violence. The Wellness Center Counseling staff members (listed above) will assist a person who believes that s/he has been sexually assaulted and/or experience sexual violence through the process if a person so chooses. A person can make contact with a Wellness Center Counselor through the Department of Campus Safety if a report has been made or by contacting the Wellness Center directly and scheduling an appointment.

**Support for a Person Who Believes S/he Has Been Sexually Assaulted and/or Experienced s/he Sexual Violence**

Anyone who believes that s/he has been sexually assaulted and/or experienced sexual violence has the following options:

- Choose to report the incident and press charges through a local law enforcement agency and/or file a report with the Department of Campus Safety.
- File a Peace Order with the Westminster District Court to prevent contact with the person alleged to have committed the sexual assault and/or sexual violence. The Department of Campus Safety staff is available to assist in this process.
- Utilize Campus Safety to be escorted on campus if feeling unsafe.
- Utilize counseling services at the Wellness Center.

Updated: 6/1/2014, 3/2014, 9/2013

**For Students**
- Request a change, when possible, to her/his campus housing assignment.
- Request a change, when possible, to his/her class schedule.
- Request a no contact order with the respondent(s)
- Utilize academic support through the Academic Affairs Office.

**For Employees**
- Access the Employee Assistance Program (EAP) Business Health Services (BHS) by contacting 1-800-327-2251 24/7. This service is free of charge and confidential.
- Request a change, when possible, to office location.
- Request a change, when possible, to the employee's supervisor.
- Request a no contact order with the respondent(s)
- Request a leave of absence from the College for the respondent.

**Procedures**

Due to the extremely private nature of sexual assault and/or sexual violence incidents, the College will not normally pursue charges of sexual assault and/or sexual violence unless the person who believes that he/she has been sexually assaulted/violated is involved in the process.

However, the College reserves the right, at its sole discretion, to pursue an incident of sexual assault to its conclusion in cases where not pursuing the incident would constitute a danger to the College community.

Actions by the police or criminal courts do not in any way prejudice the right of a person to bring a charge using the College's disciplinary procedures described below.

If a report is made to the Department of Campus Safety, the Title IX Coordinator will be notified that a report of sexual assault and/or sexual violence has been made.  This notification will usually include the names of the persons involved in the alleged sexual assault and/or sexual violence and the nature of the allegations.

All complaints of sexual assault and/or sexual violence will be investigated by the Department of Campus Safety.

**Retaliation Strictly Prohibited**
McDaniel College strictly prohibits retaliation of any kind against an individual who in good faith reports a possible incident of sexual assault and/or sexual violence or participates in an investigation.

- Retaliation includes, but is not limited to, personal attacks, social media postings, or any other mode or method of hostile communication attempting to influence another person to treat any party or witness to a sexual assault with hostility, negatively talking about any person involved or who witnessed the sexual assault, or causing physical or emotional harm to any person allegedly involved in the sexual assault and/or sexual violence.

Updated: 6/1/2014, 3/2014, 9/2013

- Reported incidents of retaliation will be investigated and addressed in accordance with the relevant disciplinary procedures.

- For students, retaliation is a violation of the Code of Student Conduct and possible sanctions include suspension or expulsion from the College.

- For employees, retaliation violates College policy and possible sanctions include suspension or dismissal from the College.

## Grievance Procedure for Complaints Alleging Discrimination, Harassment or Sexual Assault Against a College Employee

The following grievance procedure is established as a College wide system and provides any faculty member, employee, or student of the College with an opportunity for prompt and equitable adjudication of any grievances based on allegations of discrimination, harassment or sexual assault by a College employee.

Please note that the Informal Procedure and Formal Procedure set forth below only apply if the allegations are made against a College employee.  If the allegation is made against a student, the Code of Student Conduct and Student Conduct Process apply.

### I. Informal Procedure

The Informal Procedure applies to allegations of discrimination or harassment but does not apply to allegations of sexual assault.

### Reporting Grievances

Anyone in the College community who is approached by someone claiming to have been discriminated against or harassed is encouraged to direct or accompany the complainant to meet with one of the designated advisors. These advisors are clearly identified to the College community, readily available for consultation, and sensitive to the problems. The advisors are:

- The Affirmative Action Directors.

- The director of the Wellness Center.

- Two full-time members of the faculty, a woman and a man, named for two-year staggered terms by the Faculty Council.

Upon appointment, each advisor shall be informed about his/her responsibilities as an advisor and the details of these grievance procedures by the Title IX Coordinator.  A list of the names of these <u>advisors</u> is

Updated: 6/1/2014, 3/2014, 9/2013

included on the College's website, in the Human Resources Office, in the Wellness Center, in the Office of Student Affairs and in the Office of the Title IX Coordinator.

**Informal Resolution**

Any complaint must be reported to an advisor within 90 days of the occurrence. The complainant may approach the advisors without fear of censure or reprisal; to this end, both parties will be instructed to maintain confidentiality at this initial interview. However, complainants should recognize that complete confidentiality cannot be guaranteed.  The advisor will listen non-judgmentally to the complaint, try to establish the pertinent facts and assess the validity and extent of the complaint on the basis of information provided, and advise the complainant concerning available courses of action. No written records will be kept.

The advisor will discuss with the complainant the appropriate responses to discrimination or harassment, the feelings of the complainant about the problem, and whether the respondent is aware that his or her actions are perceived as discrimination or harassment. The seriousness and possible consequences of formal charges must be recognized.  The advisor will suggest options for informally resolving the complaint.  To the extent that an informal resolution is reached between the advisor, complainant and respondent, a record will be kept by the Title IX Coordinator.

**Initiation of a Formal Grievance**

If informal resolution is not affected within 30 days, the complainant may choose to drop the complaint or file a grievance form with the Title IX Coordinator. The Title IX Coordinator, at his/her sole discretion, may grant a 30-day extension for filing a formal grievance, if appropriate.

**II. Formal Procedure**

The Formal Procedure applies to allegations of discrimination or harassment that are not resolved by the Informal Procedure and ***all*** allegations of sexual assault.

Grievance forms are available in the Office of the Title IX Coordinator.  Completed grievance forms shall be submitted to the Office of the Title IX Coordinator within 30 days of the completion of the informal process. When the grievance is received, the Title IX Coordinator will appoint a Grievance Committee as follows:

- A chairperson without vote.

- Three persons from the classification of the respondent (staff or faculty).

- One person from the classification of the complainant or if both the complainant and the respondent are from the same classification, at the discretion of the chairperson.

The Title IX Coordinator, the Director of the Wellness Center, or an employee from the Human Resources Office may serve as a resource to the Grievance Committee, as appropriate to the case in terms of knowledge, training and/or responsibilities of particular populations.

A person who served as the advisor during the Informal Procedure in a case of discrimination or harassment may not serve on the Grievance Committee.

Each Grievance Committee must have appropriate representation to deal with the grievance. For instance, if the grievance is alleged sexual discrimination, sexual harassment, sexual assault, the Grievance Committee will have both male and female representatives, when possible. If the grievance is alleged discrimination on the basis of a person's race, religion, creed, nationality, ethnicity, disability, age, gender, marital status, pregnancy, sexual orientation or veteran status or any other form of discrimination, the Grievance Committee will have appropriately diverse representation, when possible.

All members of the appointed Grievance Committee shall be informed by the Title IX Coordinator about his/her responsibilities as a member of the Grievance Committee and the details of these Grievance Procedures.

**Preliminary Hearing**

A preliminary hearing will be held in which the advisor will present the complaint to the full committee. At this time, neither the identity of the complainant nor the respondent will be revealed to the Grievance Committee. After hearing the complaint, the Grievance Committee will decide either take no further action or institute a formal hearing. The advisor will inform the complainant of the decision. Any appeal of this decision should be made to the Title IX Coordinator and will be heard by the appeal panel, as set forth below. In cases of sexual assault, this preliminary hearing procedure does not apply.

**Formal Hearing**

If a formal hearing is instituted, the name of the complainant will be disclosed to the Grievance Committee; however, the formal hearing may be postponed until such time as the complainant is willing to be identified (*e.g.*, until final grades are in or appointment renewals made), at the discretion of the chairperson of the Grievance Committee. In the event that the complainant is unwilling to be identified, the formal hearing will be dismissed, no action will be taken and no report of any action will be filed.

Written notification that a formal grievance has been filed will be delivered in person to the respondent by the chairperson of the Grievance Committee and the Title IX Coordinator. The written notification will include the identity of the complainant and basic nature of the charge and allegations.

The Grievance Committee will pursue its investigation in separate hearings with the complainant, respondent, any witnesses or other persons with information regarding the allegations. The respondent will be provided ample opportunity to prepare for a hearing. All hearings will be recorded. Any action

taken by the respondent to penalize the complainant for initiating the formal grievance will be treated as a separate incident calling for separate and additional consideration by the Grievance Committee.

Upon completion of the investigation, the Grievance Committee will determine by a majority whether discrimination, harassment, or sexual assault occurred, using a preponderance of the evidence standard. In the case of a tied vote, the chairperson shall vote to break the tie.

Within 48 hours of a decision by the Grievance Committee, the Grievance Committee chair and the Title IX Coordinator will attempt to deliver written notification of the decision in person to both parties.  In the event that attempts to notify the parties in person within 48 hours of the decision are unsuccessful, the Title IX Coordinator shall email a copy of the decision to both parties.  A copy of the decision will be maintained by the Title IX Coordinator.

The Grievance Committee's decision must be made no more than 90 days after the formal hearing was instituted.  In cases of sexual assault, a hearing will normally take place within sixty (60) days of the receipt of the report.

Supervisors are required to keep all grievance information confidential once a grievance form is submitted.

If an employee is found to have intentionally deceived the Grievance Committee; such action may be viewed as grounds for dismissal.

**Special Procedures for Addressing Charges of Sexual Assault and Sexual Harassment Against College Employees**

If a Grievance Committee member's knowledge of either the complainant or the respondent prevents an objective decision, he/she must recuse himself or herself from a hearing.

Statements or questions regarding the past sexual history of both the complainant and respondent will not be information considered relevant at the hearing.  The respondent's employment record, including prior sanctions for sexual assault violations, may be relevant with regard to the sanctioning phase of the hearing with respect to subsequent violations of College policy.

Character witnesses are not permitted.

The Formal Procedure utilizes the preponderance of the evidence standard to determine if a respondent is responsible for a violation of the College policy.  If an employee is found responsible, sanctions will be imposed in accordance with this policy.

In complaints of sexual assault, both the complainant and respondent employee will:

- Be offered time for a pre-hearing conference meeting in order to receive an explanation of the complaint and the Formal Procedure as it relates to sexual assault hearings.

Updated: 6/1/2014, 3/2014, 9/2013

- Be offered an opportunity to review all relevant information that will be referenced during the hearing.

- Be given notification of the names of witnesses who will appear at the hearing.

- Be given notification of the names of the Grievance Committee members who will serve on the Grievance Committee and the name of the chairperson within 5 days of the hearing for purposes of permitting objections on the basis of potential conflicts of interest.

- Be allowed to object to a particular Grievance Committee member who has been assigned to serve on the Grievance Committee. All objections must be made in writing and delivered to the chairperson within 24 hours of receiving notification of the names of the Grievance Committee members or chairperson. Complainant or respondent should explain the conflict of interest. The chairperson will respond to the objection in writing within 48 hours with a decision, and if necessary, the name of the new Grievance Committee member assigned to replace the removed member.

- Be allowed to be present throughout the hearing, but not during the deliberations.

- Be allowed to choose a support person from the McDaniel College community (staff, faculty, or student who has not had formal legal training) to accompany her/him throughout the hearing.

- Within 48 hours of conclusion of the hearing, be informed in writing of the findings and any sanctions imposed, to the extent allowed by law.

**Sanctions**

If the Grievance Committee finds that discrimination, harassment, or sexual assault and/or sexual violence occurred, the sanctions may include, but are not limited to, reprimand, suspension, or dismissal, according to the seriousness of the offense. Sanctions may be incremental in nature; e.g., a first offense generally would have the least severe sanction. If the respondent is a faculty member, his/her tenure status is not a protection, since discrimination, harassment and sexual assault violate basic human rights guaranteed by law, and tenure is not a guarantee against sanction due to either established academic principles or civil or criminal laws. In cases in which it is recommended that a faculty member be dismissed, the President will seek the additional recommendation of the Faculty Affairs Committee; this is consistent with the role and function of that committee as indicated in the Faculty Handbook. The Faculty Affairs Committee will receive a copy of the record of the Grievance Committee's investigation and proceedings for consideration. The Faculty Affairs Committee shall conduct proceedings in accordance with the AAUP Guidelines, except that the complainant and witnesses who testified before the Grievance Committee shall not be required to testify again and the complainant and witnesses' statements shall not be disclosed to the faculty member in cases of discrimination, harassment and sexual assault and/or sexual violence.

A recommendation will be made by the Faculty Affairs Committee as to whether the faculty member should be dismissed. The President will transmit a full report of the Faculty Affairs Committee, stating

Updated: 6/1/2014, 3/2014, 9/2013

its recommendation, to the Board of Trustees. The Board of Trustees shall either affirm the recommendation of the Faculty Affairs Committee or may review the record of the hearings before the Faculty Affairs Committee and grant an opportunity for argument, oral or written, in the Board of Trustee's sole discretion. After review by the Board of Trustees, the Board of Trustees may affirm the recommendation of the Faculty Affairs Committee or state its objections to the recommendation. If the Board of Trustees does not affirm the recommendation, the Faculty Affairs Committee shall reconsider its recommendation in light of the Board of Trustee's objections. If, after reconsideration, the Board of Trustees does not agree with the recommendation of the Faculty Affairs Committee, the Board of Trustees shall make the final decision regarding dismissal of the faculty member.

**Records**

Records of formal grievance proceedings will be entrusted to the Title IX Coordinator and will be maintained on a confidential basis consistent with the College's legal requirements and appropriate legal requests for said documents.

**Appeals**

The complainant and the respondent have the right to appeal the findings of the Grievance Committee within 72 hours of the receipt of the findings and sanctions (if applicable) by filing an appeal form with the Office of the Title IX Coordinator. Within 72 hours of receipt of an appeal form, the Title IX Coordinator shall notify the appeal panel and the chair of the Grievance Committee that an appeal has been filed and shall deliver the record of the hearings created by the Grievance Committee to the appeal panel. The appeal panel shall consist of the Provost, the Vice President of Finance and the Vice President/ Dean of Student Affairs.

Appeals will be based upon the record of the hearings created by the Grievance Committee. The appeal is initiated when the person appealing the decision of the Grievance Committee submits an appeal form with the Office of the Title IX Coordinator, stating the basis for the appeal. Within 72 hours of an appeal being filed, the chair of the Grievance Committee and the Title IX Coordinator will attempt to deliver in person written notification that an appeal has been filed to the non-appealing party. The written notification shall include a statement that a written response to the appeal may be filed with the Office of the Title IX Coordinator within 72 hours of receipt of the notification. In the event that attempts to notify the non-appealing party in person within 72 hours of the filing of the appeal are unsuccessful, the Title IX Coordinator shall email a copy of the written notification to the non-appealing party.

At the discretion of the appeal panel, additional proceedings may be held, the form and nature of which is in the discretion of the appeal panel. Within 72 hours of receipt of the written response from the non-appealing party or expiration of the time for the non-appealing party to submit a written response to the Office of the Title IX Coordinator, the appeal panel shall issue a decision or set a date for further proceedings to be held and describe the form and nature of such proceedings, which shall be filed with the Title IX Coordinator. Written notification shall be delivered in person to both parties by the chair of

Updated: 6/1/2014, 3/2014, 9/2013

the Grievance Committee and the Title IX Coordinator within 48 hours of the decision or determination that further proceedings will be held being filed with the Title IX Coordinator.  In the event that attempts to notify the parties in person within 48 hours of the decision or request for further proceedings are unsuccessful, the Title IX Coordinator shall email a copy of the written notification to the parties.

If the appeal panel conducts further proceedings, it will issue a decision within 72 hours of the conclusion of the proceedings and file the decision with the Title IX Coordinator.  Written notification of the decision shall be delivered in person to both parties by the chair of the Grievance Committee and the Title IX Coordinator within 48 hours of the decision being filed with the Title IX Coordinator.  In the event that attempts to notify the parties in person within 48 hours of the decision are unsuccessful, the Title IX Coordinator shall email a copy of the written notification to the parties.

Appeals will be decided by a majority vote of the appeal panel.  The decision shall state whether the decision of the Grievance Committee was affirmed, overturned or whether the findings or sanctions will be revised.

**Special Procedures for Addressing Charges of Sexual Assault and Sexual Harassment**

Due to the sensitive nature of sexual assault incidents and guidance from the U.S. Department of Education, additional considerations are afforded to the complainant and respondent in cases involving sexual assault that are referred to the Student Conduct Process.

**Procedures**

A hearing of the Honor and Conduct Board in a sexual assault matter will be conducted in accordance with the rules and procedures established in the  Student Conduct Process, with special sensitivity to the nature of the charge and the best interests of the parties involved as outlined in these special procedures. Upon receiving a report of sexual assault and/or sexual violence, the Director of Campus Safety in conjunction with the Vice President for Student Affairs or designee will initiate an investigation and take actions deemed necessary to protect the emotional well-being of the students involved, as well as the educational environment of the College. These interim actions may include but are not limited to: changes of residence hall room assignment, placing restrictions on entrance into certain campus areas or buildings, changes to class schedule, or prohibiting contact between the complainant and the respondent. These interim actions will remain in effect until the resolution of the charges unless explicitly continued as a sanction imposed through the Student Conduct Process.

The hearing will normally take place within sixty (60) days of the receipt of the report.  If referred to the Honor and Conduct Board for resolution, the assigned hearing board will be comprised of both male and female board members, when possible.

If a hearing officer or board member's knowledge of either the complainant or the respondent prevents an objective decision, he/she must recuse himself or herself from a hearing.

Statements or questions regarding the past sexual history of both the complainant and respondent will not be information considered relevant at the hearing.  The respondent's student record, including prior

Updated: 6/1/2014, 3/2014, 9/2013

sanctions for sexual assault violations, may be relevant with regard to the sanctioning phase of the hearing with respect to for subsequent violations of the Code of Student Conduct.

Character witnesses are not permitted.

The Student Conduct Process utilizes the preponderance of the evidence standard to determine if a respondent is responsible for a violation of the Code of Student Conduct. If a student is found responsible, sanctions will be imposed in accordance with the Student Conduct Process.

In complaints of sexual assault, both the complainant and respondent student will:

- Be offered time for a pre-hearing conference meeting in order to receive an explanation of the complaint and the Student Conduct Process as it relates to sexual assault hearings.

- Be offered an opportunity to review all relevant information that will be referenced during the hearing.

- Be given notification of the names of witnesses who will appear at the hearing.

- Be given notification of the names of the Honor and Conduct Board members who will serve on the hearing board and the name of the hearing chair within 5 days of the hearing for purposes of permitting objections on the basis of potential conflicts of interest.

- Be allowed to object to a particular board member who has been assigned to serve on the hearing board. All objections must be made in writing and delivered to the hearing chair within 24 hours of receiving notification of the names of the hearing board members and the hearing chair. Complainant or respondent should explain the conflict of interest. The hearing chair will respond to the objection in writing within 48 hours with a decision, and if necessary, the name of the new board member assigned to replace the removed board member.

- Be allowed to be present throughout the hearing, but not during the deliberations.

- Be permitted to request participation in the hearing by alternative means (e.g.: different room, by phone, Skype, etc.) when one party does not wish to be present in the same room as another due to fear for personal safety, confrontation, etc. Such requests are granted at the discretion of the hearing chair.

- Be allowed to choose a support person from the McDaniel College community (staff, faculty, or student who has not had formal legal training) to accompany her/him throughout the hearing.

- Have the opportunity to ask relevant questions to any witness appearing at the hearing. The complainant and respondent are not permitted to ask questions directly to each other during the hearing but will be permitted to submit relevant questions to the hearing chair, who in turn, will ask the questions during the hearing. This procedure may also be used for witnesses, at the discretion of the hearing chair.

Updated: 6/1/2014, 3/2014, 9/2013

- Within 48 hours of conclusion of the hearing, be informed in writing of the findings and any sanctions imposed, to the extent allowed by law.

- The complainant and the respondent have the right to appeal the findings of the hearing board within 72 hours of the receipt of the findings and sanctions (if applicable). For Appeal procedures, see the section titled "Appeals Board".

**Limited Disciplinary Immunity for Complainants and Witnesses**

Individuals with information about a sexual assault may hesitate to come forward out of fear that their own violations of the Code of Student Conduct would be revealed in reporting a sexual assault.   Students should be encouraged to report incidents of sexual assault and assist a person involved in a sexual assault in times of crisis.  McDaniel College does not condone infractions of the Code of Student Conduct, but considers reporting incidents of sexual assault to be of paramount importance.  Therefore, the College may extend limited immunity for substance abuse violations to potential witnesses in order to facilitate reporting and resolution of sexual assault.

# Grievance Form

**I.  Name:**_____

**Category of grievant:**

____ Student                              Class year: _____        Academic advisor: _____

____ Faculty                              Dept.: _____         Dept. Chair: _____

____ Administrative Employee              Dept.: _____         Supervisor: _____

____ Classified Employee                  Dept.: _____         Supervisor:  _____

**Category of person(s) identified as responsible for alleged grievance:**

_____ Student _____ Faculty _____ Administrative Employee _____ Classified Employee _____ Other

**II. Nature of Complaint (Check all that apply):**

____ Sexual Harassment                          ____ Course grade-related

____ Intimidation/reprisal                      ____ Academic support-related

____ Employment/education referral              ____ Hostile environment

____ Exclusion                                  ____ Other employment-related

____ Harassment                                 ____ Sexual Assault and/or Sexual Violence

**III.  Complaint:** Attach a description of the complaint, including facts of the situation(s), date(s), time(s), place(s) of occurrence, person(s) responsible for creating situation, *etc.*  Include alleged basis for any acts of discrimination (race, sex, etc.).

**IV.  Policies:** Describe the specific college policies and practices believed to have been improperly applied, misinterpreted or violated? _____

**V.  Specific Corrective Action Desired:** _____

Options may include:   reprimand, suspension, dismissal, compensation, reversal of decision(s), retraction of statement(s), awareness training, counseling, etc.)

Signature: _____        Date: _____

Date filed in the Office of the Title IX Coordinator: _____

If filed by an advisor, name of the advisor: _____

Updated: 6/1/2014, 3/2014, 9/2013

**YOU HAVE THE RIGHT TO APPEAL THE DECISION OF THE GRIEVANCE COMMITTEE.  YOU MUST FILE AN APPEAL FORM WITH THE TITLE IX COORDINATOR WITHIN 72 HOURS OF RECEIPT OF THE DECISION.**

# Appeal Form

**I.**  Name:_____

**Category of appellant:**

_____ Student _____ Faculty _____ Administrative Employee _____ Classified Employee _____ Other

**Category of appellee:**

_____ Student _____ Faculty _____ Administrative Employee _____ Classified Employee _____ Other

**II.  Nature of Complaint (Check all that apply):**

____ Sexual Harassment                              ____ Course grade-related

____ Intimidation/reprisal                            ____ Academic support-related

____ Employment/education referral            ____ Hostile environment

____ Exclusion                                              ____ Other employment-related

____ Harassment                                          ____ Sexual Assault and/or Sexual Violence

**III.  Basis for the Appeal:** Attach a description of the basis for the appeal and the relief requests.

**IV.   Specific Corrective Action Desired** (*i.e.* overturning the decision of the Grievance Committee, revising the sanctions imposed, if any, and/or requesting sanctions):

_____

_____


Signature:_____          Date:_____

Date filed in the Office of the Title IX Coordinator: _____

If filed by an advisor, name of the advisor: _____

Updated: 6/1/2014, 3/2014, 9/2013

**To be completed by the appeal panel (do not write below this line):**

**DECISION OF THE APPEAL PANEL:**

___AFFIRMED   ___OVERTURNED

FINDINGS OR SANCTIONS REVISED AS FOLLOWS: _____

_____

_____

_____

Exhibits

| | |
|---|---|
| 1 | Plaintiff's Deposition |
| 2 | Grievance Committee Hearing Excerpts |
| 3 | Stewart Answers to Interrogatories |
| 4 | Stewart Notes (D0001-0008) |
| 5 | Safirina Deposition and Deposition exhibits 1,5 |
| 6 | Stewart Dep |
| 7 | Casey Dep |
| 8 | Title IX Complaint dated Sept 8, 2014 |
| 9. | Glennon Affidavit |
| 10. | Promotion letter |
| 11. | Glennon Deposition |
| 12. | McDaniel June 2014 Title IX policy |
| 13. | Dr. Casey Ans. to Interr |
| 14 | P00106 |
| 15. | Setp 29, 2014 letter to Plaintiff |
| 16. | Affidavit of Anna Susarina |
| 17 | Hines Dep |
| 18 | D00540-00541 |
| 19 | D00167-169; 00180-00183 |
| 20 | D00542 |
| 21 | D761-762 |
| 22 | P00107 |
| 23 | Oct 28, 2014 email to Glennon |
| 24 | Decion of Appeal Panel D00578-9 |
| 25 | D00575 |
| 26 | D00570-572 |
| 27 | D00626-7 |
| 28 | Notice to Plaintiff dated Dec 4, 2014 |
| 29 | D00639-640 |
| 30 | D00662 |
| 31 | Dismissal letter D00710-711 |
| 32 | Naumov Ans to Interrogatories |
| 33 | Dear Colleague letter |
| 34 | Glennon email to Plaintiff dated Sept 13, 2014 |

4836-0054-9935, v. 1