# Exhibit 14



**MCDANIEL**
COLLEGE
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

September 12, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

I received a Formal Title IX Grievance naming you as a Respondent. As you are aware, an attempt to resolve the grievance informally was unsuccessful. Therefore, we are moving to the Formal Procedure. I have enclosed a copy of the policy for your review.

The first step is to hold a preliminary hearing that will occur the week of October 6, 2014. The Grievance Committee will review the Grievance submitted by the Complainant and decide to schedule a formal hearing or take no further action. You will be notified in writing of the Grievance Committee's decision. In the event a formal hearing is scheduled, it will begin the week of October 6, 2014. I will provide you with the procedures that will be followed at that time.

You may contact the Faculty Ombudsman, Pam Regis, at 410-857-2437 or the Alternative Faculty Ombudsman, Jeff Marx, at 410-386-4619 to act as your advisor during the Formal Procedure.

You are reminded that you are strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance (including potential witnesses). If you intend to call any witnesses on your behalf at the formal hearing, should one be scheduled, please provide me in writing the names and any contact information you may have of those potential witnesses by September 29, 2014. You are also reminded that you are prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation with me with at least 48 hours' notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator



**McDANIEL**
COLLEGE
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

September 12, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

I received a Formal Title IX Grievance naming you as a Respondent. As you are aware, an attempt to resolve the grievance informally was unsuccessful. Therefore, we are moving to the Formal Procedure. I have enclosed a copy of the policy for your review.

The first step is to hold a preliminary hearing that will occur the week of October 6, 2014. The Grievance Committee will review the Grievance submitted by the Complainant and decide to schedule a formal hearing or take no further action. You will be notified in writing of the Grievance Committee's decision. In the event a formal hearing is scheduled, it will begin the week of October 6, 2014. I will provide you with the procedures that will be followed at that time.

You may contact the Faculty Ombudsman, Pam Regis, at 410-857-2437 or the Alternative Faculty Ombudsman, Jeff Marx, at 410-386-4619 to act as your advisor during the Formal Procedure.

You are reminded that you are strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance (including potential witnesses). If you intend to call any witnesses on your behalf at the formal hearing, should one be scheduled, please provide me in writing the names and any contact information you may have of those potential witnesses by September 29, 2014. You are also reminded that you are prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation with me with at least 48 hours' notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator

00106