# Exhibit 15



2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

September 29, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

**Update:** The preliminary hearing has been scheduled for the afternoon of October 7, 2014. As previously described, the Grievance Committee make a determination to schedule a formal hearing or take no further action. You will be notified in writing of the Grievance Committee's decision.

**Committee:** The chairperson assigned is Florence Hines, Vice President of Enrollment Management. The committee members are Jim Kunz, Associate Professor; Robert Lemieux, Associate Professor; Martine Motard-Noar, Professor and Chris Collins, Supervisor.

**Witness Information:** At this time, you **MAY** contact the individuals on the witness list you supplied to me on September 24, 2014 to prepare for the potential formal hearing. In the event that the decision at the Preliminary Hearing is to move forward with a formal hearing, the committee will need the list of the witnesses as well as the expected testimony that each one will offer. Please supply this information to me by **5pm on October 8, 2014** should the formal hearing be elected. The committee members will then determine if they would like to speak to the witnesses. You will not have an opportunity to cross examine witnesses. Should you wish to have questions presented to the witnesses, you may prepare the list and submit it to the committee. Lastly, because I am the Title IX Coordinator, I am unable to provide testimony on your behalf.

**Hearing Details:** The hearing details can be found in the Title IX policy that is attached.

**Formal Hearing Schedule:** In the event the Grievance Committee elects to move forward with a formal hearing, two dates have been scheduled in advance. There will be two separate hearing dates. The first date will be on October 10, 2014 at 3pm and will feature the complainant and witnesses for the complainant that approved by the committee. The second date will be on October 15, 2014 at 4pm and will feature the respondent and the witnesses for the respondent that are approved by the committee. Your attendance will be expected on October 15, 2014 should you wish to address the committee. More information will follow if the formal hearing is elected to occur.

You are reminded that you are strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance with exception to the witnesses aforementioned in this document that you provided to me via email on September 24, 2014. You are also reminded that you are prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation with me with at least 48 hours' notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator