# Exhibit 16

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **PAVEL NAUMOV,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MCDANIEL COLLEGE, INC.** ***et al.*****,**<br><br>**Defendants.** | **Civil Action No. 8:15-cv-00482 GJH** |

**AFFIDAVIT OF ANNA L. SUSARINA**

I, ANNA L. SUSARINA, BEING OF LAWFUL AGE, hereby depose, affirm and state as follows:

1. I have personal knowledge of, and am competent to testify to, the matters stated in this Affidavit.

2. I am currently employed by Jackson Lewis, P.C. at an attorney in the firm's White Plains, New York office.

3. I am a native Russian speaker.

4. I was asked by Jackson Lewis attorney, Eileen Riley, to translate, from Russian to English, handwritten notes which were produced during discovery by Dr. Pavel Naumov, Plaintiff in the above captioned litigation.

5. I used my best efforts to accurately translate the notes from Russian to English.

6. The attached two pages include several entries dated October 2, 2014 Thursday. I translate the third entry for October 2, 2014 to state,

> "I finally received the date of the hearing and the list of commission members. There are two women: Florence Hines and Martin. I doubt I could have found better candidates

myself. I am going to speak in front of them on the 15th. I hope everything will finish shortly thereafter (and maybe even sooner).

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY and upon personal knowledge that the statements made in the foregoing Affidavit are true.**

DATED at White Plains, NY this 30 day of March, 2016.

[signature]
Anna L. Susarina

братских праздников. Я оставляю Веронику сегодня на продлёнке на весь день, а завтра мы все поспим.

7. Я пыталась играть в логику анонимности, но это меня увлекает гораздо меньше чем дифференциация. Хотя с Sanaz мы расстались до понедельника, я продолжаю про всё это думать.

28 сентября 2014 Воскресенье

1. Вчера мы с Леной и девочками накатали 18 миль на велосипеде в районе Hancock, MD. Вероника нас с Леной поразила своей выносливостью. Лена её стала называть "trailblazer".

2. За прошлые четверг-пятницу мы установили новый кран на кухне вместо сломавшегося.

3. Мне наконец ответили про деньги из ESSLLI, говорят что на это уходит много времени, но должны прийти.

4. У меня вчера появилась новая идея про науку. Я всегда думал про информацию на не взвешенном графе. Но взвешенным можно изучать накопление ошибок. Т.е. вес показывает максимальную ошибку при передаче информации по каналу. Ошибку можно измерять в абстрактном метрическом пространстве.

5. Одно из мест где отрекламировали работу на прошлой неделе — Notre Dame University. Я им увлёкся — там вроде очень красиво.

2 октября 2014 Четверг

1. Parikh всё молчит. Если не ответит до выходных, то придётся его заменить.

2. Появилась новая работа которой я очень увлёкся — на философском факультете CMU. Там куча логиков и эпистемологов. Мне кажется что это лучший "fit" из всего, что я пока видел. Они в прошлом году наняли студента Halpern с тремя публикациями. Мне кажется в [illegible] на всем

параметрам очень он вписался.

3. Я наконец получил дати алуманий и состав комиссии. Там две женщины: Florence Hines и Martin. Вряд ли я он сам мог найти лучших кандидатов. Я буду перед ними выступать 15го. Надеюсь что всё вскоре после этого закончится (а может и раньше).

4. Интересный прогресс наметился с Sanaz. Я стал проводить много времени думая про этот топик сам но 90 minute с ней гораздо продуктивнее чем работать одному.

6 октября 2014 Понедельник

1. Переломный момент в работе с Sanaz. В пятницу я заметил (или в четверг?) что верна Shieldwall axiom. Сегодня мы вместе заметили что верно ещё более общее свойство когда внутри Shieldwall есть "traitor" с плохим/хорошим влиянием. Если влияние плохих элементов соединенных с врагом меньше влияния щита, то аксиома всё ещё верна. Это, как мне кажется, очень красивая работа, которую надо заслать в TARK или куда-нибудь ещё на том же уровне. Если всё пройдет, то можно попробовать подать Sanaz на ACM стипендию на конференцию.

2. Parikh всё молчит. Я написал черновик письма Артёмову.

Я так же нашёл ещё две работы на философских факультетах куда мне возможно надо проаплицировать: Syracuse U. и U of Illinois. В Сиракузах нужно был в ответе за междисциплинарную "minor" по логике. Мне кажется что позиция просто для меня, но Лена не уверена если они согласятся рассматривать не философа. В Иллинойсе нужен эпистемолог и она заинтересована в связях с другими дисциплинами вроде Computer Science. Лена считает что я туда лучше вписываюсь. Ла на философию поступать не хочет, т.к. у неё на это нет никаких оснований.

Я никогда не задумывался про работы