# Exhibit 17

IN THE UNITED STATES
DISTRICT COURT FOR MARYLAND
SOUTHERN DIVISION

DR. PAVEL NAUMOV,          :

  Plaintiff                 :    Case No.:
                                        8:15-cv-00482GJH
vs.                        :

MCDANIEL COLLEGE, INC.,    :
et al.,
  Defendants.               :    December 22, 2015

---------------------

      The deposition of FLORENCE HINES, taken on Tuesday, December 22, 2015, commencing at 10:24 a.m., at 5401 Twin Knolls Road, Suite 7, Columbia, Maryland 21045, before Shannon M. Wright, a Notary Public.

---------------------

Reported by:
Shannon M. Wright

1  people's names.  We knew no one.

2      Q   You didn't know anybody?

3      A   No.  This document was designed where a
4  faculty member, a faculty member.  When we first
5  read the grievance, we had no names.

6      Q   I see.  I see.

7          Isn't it true that on page 11 of that
8  Title IX document that I gave you that under,
9  "Formal Hearing" -- did you conduct a formal
10 hearing?

11     A   The -- the preliminary hearing we did
12 first, and -- the informal, and we determined
13 that there was means for a formal hearing, so
14 yes, we did.

15     Q   You did the informal hearing, too?

16     A   Isn't that what it's called?  Isn't
17 that what we were just referring to?  Informal
18 resolution.

19     Q   Okay.  Hold on.  No.  I think --

20     A   Preliminary hearing is what we did
21 first, yes.

Case 8:15-cv-00482-GJH   Document 53-19   Filed 04/04/16   Page 4 of 6

Page 23

1    Q    Okay.  Now --

2    A    See in the second sentence, At this
3    time, neither the identity of the complainant
4    nor the respondent will be revealed.  And it was
5    not.

6    Q    Okay.  Now, then you -- you had a
7    formal hearing; is that right?

8    A    We did.

9    Q    Now, it says -- under, "Formal
10   Hearing," the last sentence in that paragraph,
11   it says, In the event that the complainant is
12   unwilling to be identified, the formal hearing
13   will be dismissed, and no action will be taken,
14   and no report of any action will be filed.

15         Isn't that correct?

16         MS. RILEY:  Are you asking her if
17   that's what it states?

18         MR. STROUSE:  Yes.

19   A    It does state that.

20   Q    So why did you go forward with a formal
21   hearing when the complainant, the person against

1  reference to the date of the meeting.  This

2  witness hasn't testified that they're --

3      A    Yeah.  That's what --

4           MS. RILEY:  She said she didn't know

5  the dates of the meetings.

6      A    We met multiple times, so --

7      Q    Right.

8      A    -- which one is which or which date is

9  unclear to me.  We only met with Dr. Stewart the

10 one time we interviewed her.  So I don't know if

11 that was --

12     Q    First meeting?

13     A    -- October 7th or -- right.  It was not

14 first.  We had had preliminary hearings before,

15 so it could not have been a first meeting.

16     Q    Okay.  And with regard to the meeting

17 that you had, it says here October 10th, but

18 you're not sure --

19     A    I, you know --

20     Q    With regard to the meeting that

21 occurred when you -- when you went from informal

Page 78

1   to formal hearings, there was a separate
2   meeting; is that correct?
3       A   There were many meetings.
4       Q   There were a number of meetings.
5           Now, were all members of the committee
6   present at that second meeting, or --
7       A   All members of the committee were
8   present at all meetings.
9       Q   At all meetings?
10          Okay.  Do you have any idea how long
11  that meeting lasted?
12      A   Sorry.
13          MS. RILEY:  Which meeting are we
14  talking about?
15      A   Yeah.  Which one?
16      Q   The initial meeting on -- the initial
17  meeting on the --
18      A   On the grievance?  The anonymous one?
19      Q   The formal grievance, right.
20      A   That's not formal.
21      Q   No.  The formal grievance.  The initial