# Exhibit 18

## McDaniel College Title IX Preliminary Hearing

**Date:** October 7, 2014 2:30 pm

**Meeting Location:** Thompson Hall, Conference Room

**Date Grievance Received:** September 8, 2014

Chairperson, please have each party listed below acknowledge his/her attendance today by signing this form. Signature does not imply or indicate agreement with any outcome.

**Advisor Delivering Grievance:** Julia Jasken _[signature]_

**Chairperson:** Florence Hines, Vice President of Enrollment Management _[signature]_

**Committee Members:**

Jim Kunz, Associate Professor _[signature]_

Robert Lemieux, Associate Professor _[signature]_

Martine Motard-Noar, Professor _[signature]_

Chris Collins, Supervisor _[signature]_

**Chairperson please read:**

This is the preliminary hearing for a Title IX Grievance received on September 8, 2014. The purpose of today's meeting is to determine whether or not a formal hearing is warranted. At this time, neither the identity of the complainant nor the respondent will be revealed to the Grievance Committee. After hearing the complaint, the Grievance Committee will decide either take no further action or institute a formal hearing. The Chairperson will not have a vote unless there is a tie.

The Complainant and Respondent will both have the opportunity appeal the decision of the Grievance Committee. To file an appeal, the appealing party must submit an appeal form to the Title IX Coordinator within three business days of the decision.

Lastly, the Complainant and the Respondent have been supplied with the institution's policy on Title IX including the retaliation policy. Retaliation of any kind is strictly prohibited against any individual in the McDaniel community who, in good faith, has participated in this process. Should anyone have concerns regarding retaliatory behavior, he or she must report this immediately to the Title IX Coordinator. (Advisor) Julia, please give each member a copy of the grievance received. (Advisor) Julia, you may leave the hearing now.

After reviewing the grievance, we will then discuss if the complaint hits the threshold of our Title IX policy and make our determination.

Preliminary Hearing Decision:

We, the Grievance Committee set forth to evaluate the grievance received on September 8, 2014, have made the decision to:

[X] Institute a formal hearing          [ ] Take no further action

This decision was made on the basis of: the complaint, which alleges numerous incidents which if true, do violate the campus Policy Against Discrimination and Harassment and the Policy Against Stalking and Relationship Violence over an extended period of time.

Committee Members Signature:

Chairperson: Florence Hines, Vice President of Enrollment Management _____Florence Hines_____

Committee Members:

Jim Kunz, Associate Professor _____Jim Kunz_____

Robert Lemieux, Associate Professor _____Robert Lemieux_____

Martine Motard-Noar, Professor _____[signature]_____

Chris Collins, Supervisor _____[signature]_____