# Exhibit 19

PAVEL NAUMOV

October 8, 2014

Dear Martine, Florence, Jim, Robert, and Chris,

Per Jennifer's instruction, I have prepared the list of eight potential witnesses annotated by what accusations I expect their testimonies to address. Please, let me know if you need any additional information. I look forward to our meeting next Wednesday.

Yours,

Pavel

## Alumni

### Benjamin Sapp ('10)

Ben is ▓▓▓'s and mine co-author on two joint papers. He participated in summer research program that ▓▓▓ and I ran together in summer 09 and summer 10. He also has been doing research with us in fall 09 and spring 10. Dr. Stewart accuses me of stalking and harassing ▓▓▓ during 8 years (2006-2014). Ben had a chance to closely observe the interactions between ▓▓▓ and me for 18 months. I expect him to testify that he has not observed any behavior consistent with Dr. Stewart's stalking accusations during that period.

### Brittany Nicholls ('13)
### Andrew Yang ('13)

Brittany and Andrew participated in summer research program that ▓▓▓ and I ran in summer 10 and co-authored with us a peer-reviewed publication. (Later, Brittany and I co-authored 6 more peer-reviewed publications). They had a chance to closely observe the interactions between ▓▓▓ and me during that summer. I expect them to testify that they have not observed any behavior consistent with Dr. Stewart's stalking accusations during that period.

### Elizabeth McCaslin ('12)
### Becky Putnam ('12)

Lizzy and Becky did research with ▓▓▓ and me and meet with us twice a week for about an hour during fall 10 and spring 11. They have been awarded CRA-CREU grant to promote computer science research to undergraduate female students. Sara and I were faculty co-sponsors of this grant. I expect Lizzy and Becky to testify that the whole grant idea and involving me into it was done on ▓▓▓ initiative. I also expect them to testify that they have not observed any behavior consistent with Dr. Stewart's stalking accusations during fall 10/spring 11.


### Emeritus Faculty

**Robert Boner**

Bob has been the chair of the department from the moment I arrived on campus in fall 05 through spring 07. I expect him to testify that he, as the chair of the department, has never received any complaints from ▉▉▉ about my behavior. I also expect him to testify that he has not observed any behavior consistent with Dr. Stewart's stalking accusations up until his retirement in fall 07. Finally, I expect him to testify that the area outside ▉▉▉'s office is the department lobby where many faculty frequently sit and socialize with students; that due to the way the sofas are positioned in the lobby, ▉▉▉'s office is partially visible from any of these sofas.

### Staff

**Carolyn Boner**

Carolyn's remedial math classes are in the afternoon (MWF) and she normally leaves the department after me. Her office is next to mine, so she can see me leaving and I always say good bye to her before I leave. I expect Carolyn to testify that for many years I have been leaving the department at 5:30pm. ▉▉▉, constrained by her childcare arrangement, leaves the department at 4:10pm. I also expect Carolyn to testify that she has not observed any behavior consistent with Dr. Stewart's stalking accusations. Finally, I expect Carolyn to testify that the area outside ▉▉▉'s office is the department lobby where many faculty frequently sit and socialize with students; that due to the way the sofas are positioned in the lobby, ▉▉▉'s office is partially visible from any of these sofas.

### Faculty

**Italo Simonelli**

Italo has been the chair of the department since fall 07 through spring 12. He almost always stays at the department longer than me. Although his office is on the other end of the department, I always say good bye to him before I leave. I expect him to testify that for many years I have been leaving department at 5:30pm, well after ▉▉▉. expect him to testify that he has never received any complaints from ▉▉▉ on my behavior while he was the chair of the department. I expect Italo to testify that 12 peer-reviewed papers ▉▉▉ and I published together is well above average department publishing rate and that producing such number of publications in 8 years requires a lot of interaction, that Dr. Stewart has chosen to call "lingering for longer-than-needed conversations". I also expect him to testify that he has not observed any behavior consistent with Dr. Stewart's stalking accusations. Finally, I expect Italo to testify that the area outside ▉▉▉'s office is the department lobby where many faculty frequently sit and socialize with students; that due to the way the sofas are positioned in the lobby, ▉▉▉'s office is partially visible from any of these sofas.

October 8, 2014

To: Ms. Jennifer Glennon,
Director, McDaniel College Human Resources
Title IX Coordinator

From: Jeanine Stewart, Provost

Re: Complaint of Harassment (Stalking) by Pavel Naumov

Thank you for your recent communication regarding the complaint I filed for formal review, with Pavel Naumov as the respondent.

See below for a list of witnesses whose input supports the claim:

Jeanine Stewart, Provost
Sara More, Associate Professor of Computer Science (on leave, 2014-15)
Ms. Kathy Saghy, Assistant to Department of Mathematics & Computer Science
Lauren Dundes, Professor of Sociology
Janet Medina, Associate Professor of Education
Spencer Hamblen, Associate Professor of Mathematics
Italo Simonelli, Professor of Mathematics

Evidence also includes several email messages and detailed summaries of interviews with each of the above witnesses, conducted by Eric Immler of McDaniel College's Department of Campus Safety. The report (filed in Department of Campus Safety as #2014-0003-CID) contains details of the contributions to the case that each of these witnesses can provide (or has provided). I trust that you can obtain a copy of the full report from Detective Sergeant Immler for the committee's review.

# PAVEL NAUMOV

October 13, 2014

Dear Martine, Florence, Jim, Robert, and Chris,

Per Jennifer's instruction, I have prepared the list of questions for the witnesses on my side. Most of them have already confirmed their readiness to testify. I look forward to our meeting this coming Wednesday.

Yours,

Pavel

## Italo Simonelli

1. At what time would you, Sara, Pavel, and Carolyn usually go home after work?
2. In the past five years, have you seen Pavel and Sara leave the department either together or at about the same time? If yes, how often?
3. In the past five years, have you seen Pavel walking Sara to her car?
4. Have you ever heard Pavel commenting on Sara's appearance?
5. Have you ever heard Pavel making comments to Sara that you found inappropriate?
6. Have you ever seen Pavel sitting anywhere outside Sara's office rather than in the department lobby sofas or in a chair next to the "tea time" table in the lobby?
7. Is it true that Sara's office is partially visible from the department lobby sofas and from the chair next to the "tea time" table in the lobby?
8. Do any other faculty or students commonly sit in the department lobby?
9. Pavel's CV shows that he and Sara co-authored and published 12 peer-reviewed papers in period between 2009 and 2012. How does this number compare to the average research productivity of the other faculty at the department?
10. Do you think that the amount of time you have seen Pavel and Sara together is consistent with the amount of interaction needed to run a

two-faculty program in Computer Science, while publishing at the above rate?
11. Have you ever seen Pavel blocking Sara's office doorway to continue the conversation against her will?
12. The College defines stalking as "*a repetitive pattern of willful and malicious conduct directed at a specific person over the course of time, which seriously alarms or annoys the person. Stalking causes a reasonable person to fear for his/her physical safety or health or that of others; suffer substantial emotional distress; feel an imminent fear of death or bodily injury.*" Have you ever observed Pavel's behavior that would be consistent with this definition?

## Carolyn Boner

1. At what time would you, Sara, Pavel, and Italo usually go home after work?
2. In the past five years, have you seen Pavel and Sara leave the department either together or at about the same time? If yes, how often?
3. In the past five years, have you seen Pavel walking Sara to her car?
4. Have you ever heard Pavel commenting on Sara's appearance?
5. Have you ever heard Pavel making comments to Sara that you found inappropriate?
6. Have you ever seen Pavel sitting anywhere outside Sara's office rather than in the department lobby sofas or in a chair next to the "tea time" table in the lobby?
7. Is it true that Sara's office is partially visible from the department lobby sofas and from the chair next to the "tea time" table in the lobby?
8. Do any other faculty or students commonly sit in the department lobby?
9. Have you ever seen Pavel blocking Sara's office doorway to continue the conversation against her will?
10. The College defines stalking as "*a repetitive pattern of willful and malicious conduct directed at a specific person over the course of time, which seriously alarms or annoys the person. Stalking causes a reasonable person to fear for his/her physical safety or health or that of others; suffer substantial emotional distress; feel an imminent fear of death or bodily injury.*" Have you ever observed Pavel's behavior that would be consistent with this definition?

PAGE 3

## Robert Boner

1. Have you ever heard Pavel commenting on Sara's appearance?
2. Have you ever heard Pavel making comments to Sara that you found inappropriate?
3. Have you ever seen Pavel sitting anywhere outside Sara's office rather than in the department lobby sofas or in a chair next to the "tea time" table in the lobby?
4. Is it true that Sara's office is partially visible from the department lobby sofas and from the chair next to the "tea time" table in the lobby?
5. Do any other faculty or students commonly sit in the department lobby?
6. Pavel's CV shows that he and Sara co-authored and published 12 peer-reviewed papers in period between 2009 and 2012. Do you think that the amount of time you have seen Pavel and Sara together is consistent with the amount of interaction needed to run a two-faculty program in Computer Science, while publishing at the above rate?
7. Have you ever seen Pavel blocking Sara's office doorway to continue the conversation against her will?
8. The College defines stalking as "*a repetitive pattern of willful and malicious conduct directed at a specific person over the course of time, which seriously alarms or annoys the person. Stalking causes a reasonable person to fear for his/her physical safety or health or that of others; suffer substantial emotional distress; feel an imminent fear of death or bodily injury.*" Have you ever observed Pavel's behavior that would be consistent with this definition?

PAGE 4

Brittany Nicholls
Andrew Yang
Elizabeth McCaslin
Rebecca Putnam
Benjamin Sapp

(common list of questions)

1. How often and under what circumstances have you been able to observe interactions between Dr. More and Dr. Naumov?
2. How would you describe the style of their interactions?
3. The College defines stalking as "*a repetitive pattern of willful and malicious conduct directed at a specific person over the course of time, which seriously alarms or annoys the person. Stalking causes a reasonable person to fear for his/her physical safety or health or that of others; suffer substantial emotional distress; feel an imminent fear of death or bodily injury.*" Have you ever observed Dr. Naumov's behavior that would be consistent with this definition?