# Exhibit 20

Formal Hearing Decision

The members of the Title IX Grievance Committee evaluated the grievance received on September 8, 2014 naming Dr. Jeanine Stewart as the Complainant and Dr. Pavel Naumov as the Respondent. We met for deliberation on October 20, 2014 and October 27, 2014. We have determined by a majority vote that Dr. Naumov is:

Responsible for the complaint of harassment

Not responsible for the complaint of stalking

Responsible for the complaint of hostile environment

Responsible for the action of retaliation through filing a counter claim of harassment

Respectfully submitted,

Chris Collins, Supervisor _____ Date 10/27/14

Jim Kunz, Associate Professor _____ Date 10/27/14

Robert Lemieux, Associate Professor _Robert Lemieux_ Date 10.27.14

Martine Motard-Noar, Professor _____ Date 10-27-14

Florence Hines, Chair, Vice President _____ Date 10.27.14