# Exhibit 21



## McDANIEL COLLEGE
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

October 28, 2014

Dr. Jeanine Stewart
61 Monacan Court
Lexington, VA 24450

Dear Dr. Stewart,

The Grievance Committee has finished deliberations coming to a decision on October 27, 2014 regarding the Title IX grievance filed on September 8, 2014 naming you as the Complainant and Dr. Pavel Naumov as the Respondent.

The decision rendered is as follows:

1. Responsible for the complaint of harassment
2. Not responsible for the complaint of stalking
3. Responsible for the complaint of hostile environment
4. Responsible for the action of retaliation through a filing of a counter claim of harassment while in process

The procedures for appealing the Grievance Committee's finding can be found in McDaniel College's Title IX policy.

Dr. Naumov was reminded that he is strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance. He was also reminded that pending final resolution of this grievance, he is still prohibited from being on any property owned by McDaniel College unless he has pre-arranged the visitation with at least 48 hours' prior notice to me.

Should you have any questions or concerns, please contact me directly.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator