# Exhibit 23

-----Original Message-----
From: Pavel Naumov [mailto:pavel@pavelnaumov.com]
Sent: Tuesday, October 28, 2014 10:37 PM
To: jglennon
Cc: jmarx
Subject: violations of title IX policy

Dear Jennifer,

I am writing to you to bring to your attention two violations of the title ix policy made by you today. Namely, the policy clearly states:

"Within 48 hours of a decision by the Grievance Committee, the Grievance Committee chair and the Title IX Coordinator will attempt to deliver written notification of the decision in person to both parties. In the event that attempts to notify the parties in person within 48 hours of the decision are unsuccessful, the Title IX Coordinator shall email a copy of the decision to both parties. A copy of the decision will be maintained by the Title IX Coordinator."

First, Florence and you did not attempt to deliver the decision to me. Since you ban me from talking to the College employees, this is an important step as it would allow me to ask Florence clarifying questions about the decision made by the committee.

Second, the policy entitles me to the original written decision by the committee, not your summary/interpretation of this decision.

I request that you immediately correct these two violations of the College policy. I am CC'ing Jeff Marx who acts as faculty ombudsman in this case.

Yours,

Pavel