# Exhibit 24

## McDaniel College Title IX Appeal Review

**Date Grievance Received:** September 8, 2014

**Complainant:** Dr. Jeanine Stewart

**Respondent:** Dr. Pavel Naumov

**Original Grievance Committee Chairperson:** Florence Hines, Vice President of Enrollment Management

**Original Grievance Committee Members:** Jim Kunz, Associate Professor; Robert Lemieux, Associate Professor;

Martine Motard-Noar, Professor; Chris Collins, Supervisor

**Formal Hearing Decision on October 27, 2014:**

The members of the Title IX Grievance Committee evaluated the grievance received on September 8, 2014 naming Dr. Jeanine Stewart as the Complainant and Dr. Pavel Naumov as the Respondent. The Grievance Committee met for deliberations on October 20, 2014 and October 27, 2014. They determined that by a majority vote that Dr. Naumov is:

Responsible for the complaint of harassment

Not responsible for the complaint of stalking

Responsible for the complaint of hostile environment

Responsible for the action of retaliation through filing a counter claim of harassment

**Appeal Filed By:** Dr. Pavel Naumov          **Appeal Filing Date:** October 31, 2014

**Decisions Appealed:**

Responsible for the complaint of harassment

Responsible for the complaint of hostile environment

Responsible for the action of retaliation through filing a counter claim of harassment

**Appeals Panel:** Beth Gerl, Vice President, Student Affairs/ Dean of Students; W. Thomas Phizacklea, Vice President Administration/Finance and Jeanine Stewart, Provost/Dean of Faculty (recused)

**Appeals Panel Decision:**

The members of the Appeals Panel evaluated the appeal submitted by Dr. Naumov on October 31, 2014. On November 21, 2014, the Appeals Committee has determined the following:

1. On the determination of "Responsible for the complaint of harassment", the decision is Affirmed
2. On the determination of "Responsible for the complaint of hostile environment", the decision is Affirmed
3. On the determination of "Responsible for the action of retaliation through filing a counter claim of harassment", the decision is overturned

_____  11/21/14
Beth Gerl, Vice President, Student Affairs/ Dean of Students        Date

_____  11/21/2014
W. Thomas Phizacklea, Vice President Administration/Finance         Date