# Exhibit 25

## McDaniel College Title IX Sanctions Assignment

Date Grievance Received: September 8, 2014

Complainant: Dr. Jeanine Stewart          Respondent: Dr. Pavel Naumov

**Formal Hearing Decision on October 27, 2014:**

The members of the Title IX Grievance Committee evaluated the grievance received on September 8, 2014 naming Dr. Jeanine Stewart as the Complainant and Dr. Pavel Naumov as the Respondent. The Grievance Committee met for deliberations on October 20, 2014 and October 27, 2014. They determined that by a majority vote that Dr. Naumov is:

Responsible for the complaint of harassment

Not responsible for the complaint of stalking

Responsible for the complaint of hostile environment

Responsible for the action of retaliation through filing a counter claim of harassment

**Appeals Panel Decision November 21, 2014:**

The members of the Appeals Panel evaluated the appeal submitted by Dr. Naumov on October 31, 2014. On November 21, 2014, the Appeals Committee has determined the following:

On the determination of "Responsible for the complaint of harassment", the decision is upheld.

On the determination of "Responsible for the complaint of hostile environment", the decision is upheld.

On the determination of "Responsible for the action of retaliation through filing a counter claim of harassment", the decision is overturned.

**Sanctions Assigned:**

Based on the decisions concluded by the Appeals Panel, the following sanctions will be assigned to Dr. Naumov:

I recommend that Dr. Naumov be dismissed
- for reasons of serious professional misconduct consistent with moral turpitude.
- for deliberate violation of the rights and freedoms of fellow faculty members.

_____          11/24/14
Roger Casey, President                                    Date

D00575