# Exhibit 26

## jglennon

| | |
|---|---|
| From: | Pavel Naumov <pavel@pavelnaumov.com> |
| Sent: | Friday, November 28, 2014 7:17 AM |
| To: | jglennon |
| Cc: | jmarx |
| Subject: | appeal of sanctions |
| Attachments: | naumov-appeal.pdf |

Dear Jennifer,

Attached, please, find my appeal of the sanctions imposed. I am CC'ing Jeff Marx who is acting as a faculty ombudsman for this case. Could you, please, confirm the receipt of the appeal.

Yours,

Pavel

1

YOU HAVE THE RIGHT TO APPEAL THE DECISION OF THE GRIEVANCE COMMITTEE. YOU MUST FILE AN APPEAL FORM WITH THE TITLE IX COORDINATOR WITHIN 72 HOURS OF RECEIPT OF THE DECISION.

# Appeal Form

I. Name: _____Pavel Naumov_____

**Category of appellant:**

____ Student __X__ Faculty ____ Administrative Employee ____ Classified Employee ____ Other

**Category of appellee:**

____ Student ____ Faculty __X__ Administrative Employee ____ Classified Employee ____ Other

II. **Nature of Complaint (Check all that apply):**

____ Sexual Harassment                           ____ Course grade-related

____ Intimidation/reprisal                        ____ Academic support-related

____ Employment/education referral   __X__ Hostile environment

____ Exclusion                                            __X__ Other employment-related

__X__ Harassment                                      ____ Sexual Assault and/or Sexual Violence

III. **Basis for the Appeal:** Attach a description of the basis for the appeal and the relief requests.

IV. **Specific Corrective Action Desired** (*i.e.* overturning the decision of the Grievance Committee, revising the sanctions imposed, if any, and/or requesting sanctions):

_____
See attached document
_____

Signature: *Paul Naumov*          Date:     November 28th, 2014

Date filed in the Office of the Title IX Coordinator: _____

If filed by an advisor, name of the advisor: _____

Updated: 6/1/2014, 3/2014, 9/2013

# Appeal of Sanctions

Pavel Naumov

November 27, 2014

Since I was not given the opportunity to be heard by the president in my defense, his decision to recommend my termination has been made in violation of Faculty Handbook policy:

> Termination for cause of a continuous appointment, or the dismissal for cause of a teacher previous to the expiration of a term appointment, should, if possible, be considered by both a faculty committee and the governing board of the institution. In all cases where the facts are in dispute, the accused teacher should be informed before the hearing in writing of the charges and should have the opportunity to be heard in his or her own defense by all bodies that pass judgment upon the case.

and of 1940 AAUP Statement of Principles on Academic Freedom and Tenure from which the language of the policy is taken.

Furthermore, the president, by the reason of not being involved in the hearing in any way, is not familiar with the details of the case, and therefore can not pass an objective judgment upon the case. Additionally, my objections against the specific accusations, stated in the previous appeal, remain. Thereby, I request the sanctions to be overturned.

This appeal does not constitute exhaustive statement of my position nor is it a waiver of any of my rights and/or remedies in this and/or any other related matter.