# Exhibit 27

## McDaniel College Title IX Sanctions Appeal

Date Grievance Received: September 8, 2014

Complainant: Dr. Jeanine Stewart          Respondent: Dr. Pavel Naumov

### Formal Hearing Decision on October 27, 2014:

The members of the Title IX Grievance Committee evaluated the grievance received on September 8, 2014 naming Dr. Jeanine Stewart as the Complainant and Dr. Pavel Naumov as the Respondent. The Grievance Committee met for deliberations on October 20, 2014 and October 27, 2014. They determined that by a majority vote that Dr. Naumov is:

Responsible for the complaint of harassment

Not responsible for the complaint of stalking

Responsible for the complaint of hostile environment

Responsible for the action of retaliation through filing a counter claim of harassment

### Formal Hearing Appeals Panel Decision November 21, 2014:

The members of the Appeals Panel evaluated the appeal submitted by Dr. Naumov on October 31, 2014. On November 21, 2014, the Appeals Committee has determined the following:

On the determination of "Responsible for the complaint of harassment", the decision is upheld.

On the determination of "Responsible for the complaint of hostile environment", the decision is upheld.

On the determination of "Responsible for the action of retaliation through filing a counter claim of harassment", the decision is overturned.

### Sanctions Assigned November 24, 2014:

Dr. Casey recommended the sanction of dismissal to Dr. Naumov. The reasons cited include serious professional misconduct consistent with moral turpitude and deliberate violation of the rights and freedoms of fellow faculty members.

Sanction Appeals Panel: Beth Gerl, Vice President, Student Affairs/ Dean of Students; W. Thomas Phizacklea, Vice President Administration/Finance and Jeanine Stewart, Provost/Dean of Faculty (recusal)

**Sanction Appeals Panel Decision:**

The members of the Appeals Panel evaluated the sanctions appeal submitted by Dr. Naumov on November 28, 2014. On December 3, 2014, the Appeals Panel has determined the following:

1. On the recommended sanction of dismissal, the decision is **Upheld**

_____  
Beth Gerl, Vice President, Student Affairs/ Dean of Students

12-3-2014  
Date

_____  
W. Thomas Phizacklea, Vice President Administration/Finance

12-3-2014  
Date