# Exhibit 28



**MCDANIEL**
C O L L E G E
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ■ 410/876-2055
www.mcdaniel.edu

December 4, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

This communication is to provide you with an update regarding the appeal of the sanction you filed on November 28, 2014 regarding the Title IX Grievance filed on September 8, 2014 by Dr. Jeanine Stewart naming you as the respondent. The Appeals Panel has made the decision to uphold the sanction recommended by Dr. Casey. Attached, you will find the decision. In accordance with the institution's Title IX Policy, Dr. Casey will seek the additional recommendation of the Faculty Affairs Committee.

As was communicated previously, you remain strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance. You are still prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation with Director of Human Resources with at least 48 hours' notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator