# Exhibit 29

# McDaniel College Title IX Faculty Affairs Recommendation

Date Grievance Received: September 8, 2014

Complainant: Dr. Jeanine Stewart          Respondent: Dr. Pavel Naumov

### Formal Hearing Decision on October 27, 2014:

The members of the Title IX Grievance Committee evaluated the grievance received on September 8, 2014 naming Dr. Jeanine Stewart as the Complainant and Dr. Pavel Naumov as the Respondent. The Grievance Committee met for deliberations on October 20, 2014 and October 27, 2014. They determined that by a majority vote that Dr. Naumov is:

Responsible for the complaint of harassment

Not responsible for the complaint of stalking

Responsible for the complaint of hostile environment

Responsible for the action of retaliation through filing a counter claim of harassment

### Formal Hearing Appeals Panel Decision November 21, 2014:

The members of the Appeals Panel evaluated the appeal submitted by Dr. Naumov on October 31, 2014. On November 21, 2014, the Appeals Committee has determined the following:

On the determination of "Responsible for the complaint of harassment", the decision is upheld.

On the determination of "Responsible for the complaint of hostile environment", the decision is upheld.

On the determination of "Responsible for the action of retaliation through filing a counter claim of harassment", the decision is overturned.

### Sanctions Assigned November 24, 2014:

Dr. Casey recommended the sanction of dismissal to Dr. Naumov. The reasons cited include serious professional misconduct consistent with moral turpitude and deliberate violation of the rights and freedoms of fellow faculty members.

Sanction Appeals Panel: Beth Gerl, Vice President, Student Affairs/ Dean of Students; W. Thomas Phizacklea, Vice President Administration/Finance and Jeanine Stewart, Provost/Dean of Faculty (recused)

### Sanction Appeals Panel Decision:

The members of the Appeals Panel evaluated the sanctions appeal submitted by Dr. Naumov on November 28, 2014. On December 3, 2014, the Appeals Panel upheld the recommendation of dismissal.

Faculty Affairs Committee: Dr. Sharon Craig, Professor (recused); Dr. Lauren Dundes, Professor (recused); Dr. Donna Evergates, Professor; Dr. Ramona Kerby, Professor; Dr. Margaret McDevitt, Professor

Faculty Affairs Committee Recommendations:

The members of the Faculty Affairs Committee evaluated the recommendation of dismissal of Dr. Pavel Naumov as recommended by Dr. Casey and upheld by the Appeals Committee. The dates of deliberation were December 5, 2014, December 12, 2014, December 18, 2014, and December 23, 2014.

The Faculty Affairs Committee determined by a majority vote that the recommended sanction of dismissal of Dr. Pavel Naumov is appropriate.

_____        12-23-14
Dr. Donna Evergates, Professor              Date

_____        12-23-14
Dr. Ramona Kerby, Professor                 Date

_____        12-23-14
Dr. Margaret McDevitt, Professor            Date