# Exhibit 30

January 13, 2015

TO: Members of McDaniel Board of Trustees

In the past several months, the College administration initiated a McCarthy-ism-style campaign to force me to leave the College under a completely made-up pretense. While conducting this campaign of fear and intimidation, the administration violated the internal McDaniel regulations, the College's contractual obligations, AAUP guidelines, US Department of Education regulations, and the United States Constitution. A non-exhaustive list of these violations is provided in the attached letter to the Faculty Affairs Committee. At this point, I have essentially no other options left but to invoke the legal system to restore justice and to punish the perpetrators.

Pavel Naumov, Ph.D.

1

D00662