# Exhibit 31



**Executive Committee Meeting**
Wednesday, January 14, 2015
6:00-7:00 p.m.
Mr. Martin K. P. Hill Presiding

### ACTION SUMMARY

| Motion | Motion Made By | Vote |
|---|---|---|
| a. Approve Minutes from October 18, 2014 | Mr. Hill, Committee Chair | Unanimously approved |
| b. Uphold sanction of dismissal in Title IX Investigation | Mr. Preston, Member | Passed with 11 Yes votes, 3 No votes and 1 recusal |
| c. Authorize the college administration to hire such additional security as security professionals recommend for the duration and degree it feels appropriate. | Mr. Mezzanotte, Member | Unanimously approved |

### MINUTES

**Those in attendance:** Mary Lynn Durham (phone), Philip G. Enstice, Ralph O. Frith, Otto Guenther (phone), Kevin F. Hanley (phone), Martin K.P. Hill, Steve Kesler (phone), Albert J. Mezzanotte, Jr., Charles E. Moore, Jr. (phone), Chitrachedu Naganna, Christopher C. Newman (phone), Bruce H. Preston, Donald M. Rembert (phone), William J. Westervelt, Jr., Leslie A. Wiley (phone), voting trustees; Roger N. Casey, President; W. Thomas Phizacklea, Vice President for Administration and Finance; Jeanine Stewart, Provost and Dean of Faculty; Arthur S. Wisner, Treasurer; Geoff Pearson, Secretary of the Board

**Those not attending:** Sharon F. Manning, voting trustee; Beth R. Gerl, Vice President and Dean of Student Affairs (recused); Florence W. Hines, Vice President for Enrollment Management and Dean of Admissions (recused); Lori Lewis, Vice President for Institutional Advancement (recused)

**1. Call to Order**                                                        **Mr. Hill**

Mr. Hill convened the meeting at 6:00 p.m.

**2. Approval of Minutes**                                             **Mr. Hill**

Mr. Hill made a motion for approval of the October 18, 2014 minutes as presented.

**The motion was seconded and approved.**

**3. Budget Update**

D00710

Mr. Hill then turned to Mr. Phizacklea and Mr. Wisner for an FY15 budget update.

Mr. Wisner reported current projections show that the budget looks safe on the undergraduate side. The graduate numbers are still being worked out. Revenue from dining services is higher than expected at this point.

On the expenses side, legal and compliance fees are over budget for the year.

Dr. Casey stated that the local transportation company used by Athletics has gone out of business and there will likely be additional expenses as we transition to a new company.

At the conclusion of the budget update, Mr. Phizacklea, Dr. Stewart and Mr. Wisner recused themselves from the meeting.

### 4. Title IX Investigation

Ms. Jennifer Glennon, Title IX Coordinator, was invited into the meeting to share the results of a Title IX investigation related to a college employee.

Ms. Glennon presented a timeline of events, the results of the Title IX hearing process and subsequent appeals.

Mr. Preston made a motion to uphold the sanction of dismissal of the college employee.

Mr. Frith seconded the motion.

**Following discussion the Question was called by Mr. Westervelt. The motion passed with 11 Yes votes, 3 No votes. Mr. Mezzanotte recused himself from voting.**

Mr. Mezzanotte made a motion to recommend the college administration hire additional security as a result of this investigation.

Mr. Enstice offered an amendment to the motion to authorize the college administration to hire such additional security as security professionals recommend for the duration and degree it feels appropriate.

Mr. Mezzanotte accepted the amendment.

Mr. Enstice seconded the amended motion.

**The amended motion passed unanimously.**

Mr. Hill adjourned the meeting at 7:21p.

Respectfully submitted,

Geoff Pearson
Secretary of the Board