# Exhibit 32

## IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. PAVEL NAUMOV<br>5301 Musket Court<br>Rockville, MD  20853 | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case No.:  8:15-cv-00482GJH |
| McDANIEL COLLEGE, INC, et al..<br>2 College Hill<br>Westminster, Maryland 21157 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST REQUEST FOR INTERROGATORIES

COMES NOW, Plaintiff, Dr. Pavel Naumov, through counsel, James C. Strouse, Strouse Legal Service, and provides the following Answers to Defendant's First Request for Interrogatories:

1. Identify all persons known to you to have personal knowledge of the materials facts concerning any matter or issue relating to this action and describe in detail the nature and substance of each such person's knowledge.

**Answer:**   a.   Sara Miner More has personal knowledge that I have not harassed or stalked her.

    b.   Dr. Thomas Zipoli, who in the capacity of Provost, asked Sara about our relations.

    c.   Dr. Jeffrey Marx, who acted as Faculty Ombudsman.

    d.   Witnesses who testified at the Grievance Committee Hearing.

    e.   Defendant Stewart, who filed a false harassment/stalking claim.

his capacity as Faculty Ombudsman. I pointed out violations to the Grievance Committee, the Appeal Committee, the Faculty Affairs Committee (FAC), to the Board, personally (by email) to each member of the FAC, personally (be email) to Defendant Hill, personally (by email), to Trustee J. Lightner, personally (by email) to Trustee Albert J. Mezzanotte, Jr. I sent a letter to Defendant Casey demanding my final pay to be computed properly, the answer to which came from his lawyer.

6. Identify each person or entity (other than McDaniel) by whom you were employed or for whom you performed services since January 1, 2000, prior to and/or during your employment with McDaniel (including any periods of paid or unpaid leave), and describe in detail your employment by each identified person or entity, including, but not limited to, the position(s) held, the dates each position was held, the compensation (including salary, bonuses and fringe benefits) received by you, including the date and amount of any raises, the identity of the individuals(s) to whom you reported, and the date and reason your employment with each person or entity ended.

**Answer:** Montclair University, Assistant Professor, 1999-2000, about 55K + benefits, Dorothy Deremer (chair). I resigned in summer, 2000 to accept a position at Penn State Harrisburg to be closer to my wife and newborn daughter. Also, Penn State Harrisburg, Assistant Professor, 2000-2005, rising from abut 60K to about 70K + benefits. I do not remember the exact figures. Thang N. Bui (chair), my contract. My contract was not renewed after the 4th year review.

7. Identify each person by whom you were employed or for whom you performed services after your employment with McDaniel ended in January, 2015 (including any periods of paid for unpaid leave), and describe in detail your employment by each identified person, including, but not limited to, the position(s)

5

held, the dates each position was held, the compensation (including salary, bonuses and fringe benefits) received by you, including the date and reason your employment with each person ended.

**Answer:**   William Paterson University, visiting Associate Professor, 9-01-15 – present. $82,177.28 + benefits. John P. Najarian (chair). Employment has not yet ended.

8. Describe in detail all efforts by you to obtain any other employment and/or other work or compensable services since your employment with McDaniel ended on or about January 31, 2015, including, but not limited to, the identify and address of any employer, employment and/or other work or compensable services, the nature and the date of each such contact, the nature of the employment and/or other work of compensable services sought in each such contact (including the position and compensation), the substance of all communications regarding potential employment and/or other work or compensable services and the results of each such contact, including whether a job offer was extended, a description of the offer, including the date the offer was extended and the position and compensation offered, and the reason(s) why you declined such offer.

**Answer:**   I applied for the following positions:

1. January 25, 2015    Office of Financial research, U. S. Treasury
2. January 25, 2015    Louisiana State University (LSU) Baton Rouge
3. February 1, 2015    McMaster University
4. February 1, 2015    University of Florida
5. February 8, 2015    Victoria University of Wellington
6. February 8, 2015    Clarkson University
7. February 15, 2015   Clemson University
8. February 15, 2015   Springer

6

including, but not limited to, McDaniel College, from the start of your employment with McDaniel until the present, and state the precise amount, date, nature, and source of all such income or earnings.

**Answer:** This summer I made about 70 cents from selling an app on Apple App Store. I have also received unemployment benefits.

10. Identify each physician, psychologist, psychiatrist, hospital, nurse, counselor, social worker, therapist or other health care provider by whom you have been examined, treated, diagnosed or with whom you have otherwise consulted for any reason from the time your employment with McDaniel commenced to the present, including, but not limited to, such relating to the severe emotional distress referred to in Count II of the Amended Complaint. For each such health care provider, describe in detail your contact and communication with the health care provider, including the dates of each consultation, a description of any complaint, examination results, disability slips, diagnosis, treatment, prescription, medication and prognosis for each such consultation, and the identity of each report, note or other document generated as a result of such consultation, contact or communication.

**Answer:** None

11. If you have been examined by, treated by, diagnosed by or have otherwise consulted with any physician, psychologist, psychiatrist, hospital, nurse, counselor, social worker, therapist or other health care provider for a reason arising out of, or related in any way to, your employment with McDaniel or any of the conduct alleged in your Amended Complaint, then identify each such health care provider. For each such health care provider, describe in detail your contact and communication with the health care provider, including the dates of each

11

consultation, a description of any complaint, examination results, disability slips, diagnosis, treatment, prescription, medication and prognosis for each such consultation, and the identity of each report, note or other document generated as a result of such consultation, contact or communication.

**Answer:** None

12. Identify each physician, psychologist, psychiatrist, hospital, nurse, counselor, social worker, therapist or other health care provider by whom you have been examined, treated, diagnosed or with whom you have otherwise consulted for any reason from you date of hire with McDaniel to the present, including, but not limited to, any such person whom you have consulted in connection with, or who is otherwise aware of, any emotional distress and/or any other damages you allege to have suffered as a result of the alleged acts relating to your intentional infliction of emotional distress claim. For each such person, describe in detail your contact and communication with such person, including the dates of each contact or consultation, a description of any complaint, examination results, disability or leave slips, diagnosis, treatment, prescription, medication and prognosis for each such consultation, and the identity of each report, note or other document generated as a result of such consultation, contact or communication.

**Answer:** I did not consult with any psychologists, psychiatrists, counselors, social workers, or therapists regarding my health conditions. I did, however, see many doctors at several hospitals with regard to my cancer, mini-stroke, and other medical conditions not directly related to emotional distress. There were too many contacts to recall.

12

Respectfully Submitted,

/s/ James C. Strouse #09557
James C. Strouse, Ph.D., J.D.
Strouse Legal Services
5401 Twin Knolls Rd., Ste. 7
Columbia, MD 21045
410-730-7600
sstrousejc@aol.com
jstrouse@strouselegalservices.com

I swear under penalty of perjury that the foregoing answers are true to be best of my personal knowledge, information, and belief.

_____  Nov 13, 2015 date