# Exhibit 34

**From:** Pavel Naumov [mailto:pavel@pavelnaumov.com]
**Sent:** Monday, September 15, 2014 10:45 AM
**To:** jglennon
**Subject:** Re: Update on Process

Dear Ms. Glennon,

Attached, please, find my letter in reply to your earlier communication.

Yours,

Pavel Naumov


On Sep 13, 2014, at 12:39 PM, jglennon@mcdaniel.edu wrote:

> Dear Dr. Naumov,
>
> Please find a letter providing an update on the process as well as the current Title IX Policy.   Please let me know if you have any questions.
>
> Sincerely,
>
> Jennifer Glennon, MS, PHR
> Director of Human Resources
> Title IX Coordinator
> McDaniel College
> 2 College Hill
> Westminster, MD 21157
> 410-857-2205
>
> <Naumov Preliminary 2014-09-12.pdf><McDaniel College Title IX Policy 2014-06-01.pdf>