


BALTIMORE MD 212
12 FEB 2016 PM 10 L

Gil A. Abramson
Eileen Carr Riley
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209

21209976350

STROUSE LEGAL SERVICES
5401 Twin Knolls Road • Suite 7
Columbia, MD 21045