IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| DR. PAVEL NAUMOV | * |
| 5301 Musket Court | * |
| Rockville, MD 20853 | * |
| | * |
| v. | *   Case No.: 8:15-cv-00482 GJH |
| MCDANIEL COLLEGE, INC. | * |
| President, Board of Trustees for | * |
| McDaniel College | * |
| Dr. Roger N. Casey, President | * |
| Provost Jeanine Stewart | * |

\* \* \* \* \* \* \* \* \*

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO MCDANIEL COLLEGE, INC., et al.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, Dr. Pavel Naumov, by and through undersigned counsel, hereby requests that Defendant, McDaniel College, Inc., et al. respond to this second request and produce the requested documents and tangible things for inspection and copying to James C. Strouse, Ph.D, J.D., at the law office of Strouse Legal Services, 5401 Twin Knolls Rd., Suite 7, Columbia, Maryland 21045 within thirty (30) days of service of this request, in accordance with the following Definitions and Instructions.

1

received
2·16·2016

## INSTRUCTIONS

(a)   Your written response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified.

(b)   The documents shall be produced "as they are kept in the usual course of business", or you "shall organize and label them to correspond with the categories in the request."

(c)   These requests encompass all items within your "possession, custody or control".

(d)   These requests are continuing in character so as to require you to promptly amend or supplement your response if you obtain further material information.

(e)   If in responding to these requests you encounter any ambiguity in construing any request, instruction or definition, set forth the matter deemed ambiguous and the construction used in responding.

## DEFINITIONS

In accordance with Maryland Rules of Procedure §2-422, as used in these requests, the following items are to be interpreted in accordance with these definitions:

(a)     The term "person" includes any individual, joint stock company, unincorporated association, or society, municipal or other corporation, the State, its agencies or political subdivisions, any court or any other government entity.

(b)     The terms "you and/or "your" include the person(s) to whom these requests are addressed and all of that person's agents, representatives or attorneys.

(c)     The terms "document", "documents" or "documentation" include all "writings, drawings, graphs, charts, photographs, e-mails, recordings and other data compilations from which information can be obtained, translated, if necessary, by [you] through detection devices into reasonable usable form" and is specifically defined so as to include all things which may possibly be discovered, copied or reviewed, pursuant to Rule §2-422.

(d)     The term "Defendant" or other references to the party serving these Requests, includes the Defendant, its employees agents, contractors, attorneys or others acting on behalf of the Defendant.

(e)     "Expert" refers to any witness that will render expert opinion testimony under Maryland Rule§5-702, whether or not the opinion was developed in the course of or in the anticipation of litigation and whether or not the witness has or will receive any compensation for work performed in order to arrive at the opinion(s) to be expressed.

## **DOCUMENT REQUEST**

1. Please submit any and all documents whether written or email, regarding Dr. Stewart and Ms. Glennon and cataloguing Dr. Naumov's office materials.

2. Please submit a comprehensive list of catalogued items in Dr. Naumov's office.

3. Please submit any handwritten notes by Dr. Casey, Dr. Stewart, Ms. Glennon, and Dr. Hines regarding Dr. Naumov.

4. Please submit any communication, e-mail or written, concerning Dr. Stewart and Dr. Naumov, Dr. More, the case, or the Math and Computer Department.

5. Please submit any complaints, whether formal or informal, made against Dr. Casey and Dr. Stewart, from anyone since January 2013.

*[signature]*

James C. Strouse, Ph.D., J.D.
Strouse Legal Services
5401 Twin Knolls Rd., Ste. 7
Columbia, MD 21045
410-730-7600
sstrousejc@aol.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11th day of February 2016, a copy of the foregoing Plaintiff's Second Request for the Production of Documents was sent first class, postage prepaid, to:

Gil A. Abramson

Eileen Carr Riley

JACKSON LEWIS P.C.

2800 Quarry Lake Drive, Suite 200

Baltimore, MD 21209

*Counsel for Defendants*

*[signature]*
_____
James C. Strouse