IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

PAVEL NAUMOV,

    Plaintiff

v.                                           Civ. Act. No. 8:15-cv-00482 GJH

McDANIEL COLLEGE, INC., et al.

    Defendants

## ORDER

After consideration of the Plaintiff's Opposition to Defendants' Motion for Summary Judgment, it is hereby **ORDERED**:

The Defendant's Motion for Summary Judgment is **DENIED** as to Counts I, (Violation of Title IX) and Count IV (Violation of the Faculty Handbook).

**The Honorable George J. Haskel**
United States District Court Judge