# EXHIBIT 2

# McDaniel College

# *Faculty Handbook*

# 2014-2015

**Revised August 2014**

00004

*Ex. 2*

# CHAPTER 1    COLLEGE ORGANIZATION AND GOVERNANCE

## 1.1   Organizational Chart and Job Descriptions

The <u>organizational chart</u> of the College is maintained and made available by the Office of Human Resources. Job descriptions of all administrative officers of the College are available in the Human Resources Office. The principal academic positions are described briefly in this chapter.

## 1.2   Board of Trustees

The Board of Trustees of McDaniel College is a corporation established under the laws of the State of Maryland. It is the governing body of the College, charged with the responsibility for establishing its policies and overseeing its operation. Included in these responsibilities are the following:

- the determination and periodic review of the purposes and mission of the College and the corollary responsibility to establish, review, and approve changes in the educational programs of the College, making them consistent with the College's mission;

- the approval of policies and actions related to financial management as well as control of all property belonging to the College and to all contracts and agreements in the name of the College;

- the election of the President and the approval of the President's appointment and tenure decisions related to faculty members with the rank of Associate Professor and Professor;

- the approval of annual budgets and major revisions;

- the approval of tuition and general fees and all other charges made by the College to students; and

- the approval of degrees to be conferred.

The Board of Trustees consists of not more than forty-eight nor fewer than thirty members who are elected to serve terms of three years each. Trustees are eligible for re-election. In addition, three Faculty Visitors to the Board, elected by the faculty, have the right to attend meetings of the Board and have the privileges of the floor, although not the right to vote. Alumni and Student Visitors to the Board have the same status as Faculty Visitors. The Board's Bylaws provide for an annual meeting in April and two regular meetings, one in February primarily devoted to the budget-making process, and the other in October. The Board elects a Chair, Vice-Chair, and Secretary. Officers of the College are a President, a Provost and Dean of the Faculty; a Vice President for Administration and Finance; a Vice President for Institutional Advancement; a Vice President, Dean of Student Affairs; a Vice President for Enrollment Management, Dean of Admissions; a Secretary; and a Treasurer.

## 1.3   President of the College    .

1

1.4.3   **Academic Department Chairs**

    1.4.3.1   **Appointment**

The department chair is an administrative appointment made by the Provost and Dean of the Faculty in consultation with the President and members of the department. It is not a tenured position, and is subject to review at any time. Department chairs normally serve for a five-year period. If such is the case, the chair of each department is provided performance feedback by the Provost, after consultation with all members of the department, by the end of the third year of the appointment. The chair normally rotates among department members; such an action is intended to provide healthy, periodic shifts of duties and outlook within a department, to the benefit of the departmental program and personnel as well as to the College as a whole. However, should multiple terms be served by an individual, performance feedback should be provided during each term in the manner stated above.

    1.4.3.2   **Basic Duties**

Department chairs administer the programs of their disciplinary areas. In the exercise of this responsibility, they have a two-fold relationship: (1) to the Provost and Dean of the Faculty, to whom they report, and (2) to the other members of the department with whom they consult on important academic, budgetary, and departmental personnel matters. (Department Chair Guidelines are available on the Portal and in the Office of Academic Affairs.)

    1.4.3.3   **Stipend**

Department chairs are allowed a stipend and/or course release, depending on the size of the department and scope of the department's activities.

1.4.4   **Evaluation and Retention of Academic Officers**

Under the administration of the Faculty Council, faculty will be provided periodic opportunities to evaluate the performance of the President and the academic officers of the College. These evaluations will be forwarded to and seen only by the officers themselves and by their immediate supervisors. The purpose of such evaluation is to provide constructive communication in order to enhance performance.

As faculty are involved in the selection of the President and the academic officers of the College, so they will be involved in decisions concerning their non-retention.

1.5   **Other Officers of the College**

An organizational chart for the College is available in Appendix A.

Faculty will be provided periodic opportunities to evaluate the performance of these officers. As with evaluations of other administrative officers, these will be constructive in nature and seen only by the persons themselves and their immediate supervisors.

As faculty are involved in the selection of these officers, so they will be consulted concerning their non-retention.

1.6  **Governance**

McDaniel College believes in the concept of shared governance. In the words of the *Statement of Government of Colleges and Universities* (AAUP 1966),

> The variety and complexity of the tasks performed by institutions of higher education produce an inescapable interdependence among governing board, administration, faculty, students, and others. The relationship calls for adequate communication among these components, and full opportunity for appropriate joint planning and effort.

The American Association of University Professors recognizes that this statement is not a "blueprint for governance on a specific campus"; nevertheless, McDaniel College adheres to the statement in principle; and, except when otherwise specified in the Bylaws of the College or in these pages, it accepts the statement in practice.

1.6.1  **Jurisdiction of the Faculty**

The jurisdiction of the faculty is conferred by the Bylaws of the College (Article VII, Section 2):

- Establishing educational policy;
- Determining curriculum;
- Recommending faculty personnel policies and actions to the President for consideration by the Trustees; and
- Advising the administrative officers on the discipline and general welfare of the student body.

Only those with voting franchise (see 2.1) and College Librarians may serve in elective positions or on elective committees of the College.

1.6.2  **Presiding Officer of the Faculty**

The Presiding Officer of the Faculty is the President of the College or, in the President's absence, the Provost and Dean of the Faculty, or a designee determined by the President.

1.6.3  **Faculty Meetings**

Regular monthly meetings of the faculty will be held from September through May at a time and place to be established by the President. Special meetings may be called at any time by the President. All faculty meetings shall be operated in accordance with *Robert's*

4

*Rules of Order.* A quorum is defined as fifty percent of the franchised membership of the faculty. (See 2.) for definition of *franchise*.) All matters requiring faculty approval must be received by the faculty at least forty-eight hours (i.e. two business days) in advance of the faculty meeting at which they will be presented. In the event of unusual circumstances, this rule may be suspended by two-thirds majority approval of the franchised members of the faculty present.

### 1.6.4   Secretary of the Faculty

The Secretary of the Faculty is elected for a term of five years and is to keep the minutes, distribute agenda, and engross faculty statutes. The Secretary will be the chief source of information about all College statutes and regulations.

### 1.6.5   Parliamentarian

The Parliamentarian is a faculty member, elected for a term of five years, who rules on matters of proper parliamentary procedure at meetings of the Faculty.

### 1.6.6   College Marshals

The College Marshals act in conjunction with the Office of Academic Affairs to coordinate the several academic ceremonies during the College year and especially to plan for the participation of the faculty in academic processions for these events. Three Marshals are elected one a year for three-year terms. The President appoints a fourth marshal from the faculty, who will serve as Head Marshal for a five-year term.

### 1.6.7   Faculty Ombudsman

The Faculty Ombudsman is an advisor to those faculty who think they have not had due process or who believe they have been treated unfairly in their dealings with the administration or within the faculty itself. The ombudsman is not to decide the merits of complaints or cases but to help faculty members gain full, appropriate, and fair hearings of their grievances. The ombudsman's services are available to all full-time and part-time faculty.

The ombudsman, who must be tenured with at least five years of teaching at McDaniel College, will be elected by the faculty to serve a three-year term. The runner-up in that election will serve as an alternate in cases of conflict of interest. The ombudsman may not serve on the Faculty Affairs Committee.

### 1.6.8   Faculty Representatives to the Board of Trustees

Faculty Visitors to the Board of Trustees are three faculty (one elected by the faculty every year for a three-year term, with the faculty member receiving the second most votes each year serving as alternate for the year). They have the right of the floor without vote at plenary sessions of the Board and may be assigned to certain Board committees. They act as liaison between the faculty and the Board.

### 1.6.9   Faculty Membership on Committees Relative to Student Life

00009

### 1.6.9.1   Honor and Conduct Board

The Honor and Conduct Board considers complaints of misconduct as specified in the Code of Student Conduct including complaints that a student has violated a policy which governs the academic program of the College, e.g. cheating, plagiarism. The Honor and Conduct Board is comprised of 10 faculty members and 10 students, with a gender ratio no greater than 7 to 3 for either group. Eligible students shall have at least a 2.5 GPA, and their records shall be free of honor or conduct violations. Policies and practices relative to honor and conduct will be published in the *Student Handbook*.

### 1.6.9.2   Student Media Board

The Student Media Board exercises general supervision over the student media and assists in maintaining the best standard of collegiate journalism in the student media. Representatives of each media organization come together each semester to review the overall work of the various media organizations, as well as determining budget allocations. Included on the Board are the Chairs of the English and Communication and Cinema Departments. (See *Student Handbook* for complete description.)

## 1.6.10   Faculty Representation on Committees of the Administration

### 1.6.10.1   Campus Diversity Council

The Campus Diversity Council: (a) provides leadership, coordination and support for the range of the College's efforts on behalf of diversity, advising the College and recommending policy in this area; (b) serves as an advisory board for the Office of Diversity and Multicultural Affairs and as a planning group for its diversity projects, programs and initiatives; (c) recommends policy on equal opportunity employment and affirmative action to the President and the Affirmative Action Officer(s). The Council is composed of: (a) the Director of Diversity and Multicultural Affairs, the Vice President and Dean of Student Affairs, and the Associate Dean of Academic Affairs, who comprise the Diversity Leadership Team and are responsible for Council meetings and communications with the College community; and (b) three students, selected by the Dean of Student Affairs; three faculty members, elected by the Faculty for three year terms; a representative from Admissions; the three Affirmative Action Officers (for faculty, classified, and administrative staff); a representative from Athletics; and a representative from the Human Resources Office.

### 1.6.10.2   The Athletic Council

The Athletic Council is composed of two students (one male and one female); the Director of Athletics; the Senior Women's Administrator; the Provost and Dean of the Faculty; the Dean of Student Affairs; the NCAA Faculty Athletic Representative; and the Vice President of Administration and Finance, *ex officio*. The Council serves in an advisory capacity to the

0001(

Director of Athletics in matters relating to intercollegiate athletic programs. The NCAA Faculty Athletic Representative serves as liaison between the Department of Intercollegiate Athletics and the faculty. The Student Athlete Advisory Committee shall select the student representatives from its membership. The Athletic Council is co-chaired by the Director of Athletics and the NCAA Faculty Athletic Representative.

### 1.6.10.3   Strategic Thinking Group

The Strategic Thinking Group is convened regularly to discuss and develop the strategic priorities of the College and their implementation. In its composition, and through the range of reports, data and presentations by which it is informed, the Group seeks to develop a comprehensive understanding of the College, to identify its needs, and to plan effectively for its future development. The Group seeks to integrate the processes of strategic planning, institutional policy, and development of the budget and advises the President to this end. The President serves as Chair of the Group and selects administrative and staff representatives from offices and departments across the College. Faculty representation includes at least five members, each identified by the following faculty committees: Academic Planning Committee, Curriculum Committee, Faculty Affairs Committee, Faculty Council, and a representative from the Graduate program. An additional member of the Faculty is elected by the faculty for a two-year term.

### 1.6.11   Amendments to Faculty Governance Statutes

Faculty governance statutes in the first two chapters of *The Handbook* may be amended by a majority vote of the franchised faculty. The vote to change the governing statutes will occur not fewer than thirty days after the presentation to the faculty of the proposed changes. Amendments to proposed changes will not delay formal action beyond a minimum of thirty days. Normally, changes approved by the faculty will become effective immediately.

## 1.7   Standing Committees of the Faculty

Standing committees are created by, elected by, and responsible to the faculty. The faculty shall strive to make the composition of committees broadly representative across college constituencies to ensure they are both balanced and inclusive. They report committee business and submit to the faculty all matters requiring approval. Faculty committees are free to develop their procedures, but procedures of all faculty committees are subject to faculty review. The term of office for all committee members begins on the first day of each academic year.

### 1.7.1   The Academic Assessment Committee

The Academic Assessment Committee (AAC) is composed of five full-time, teaching faculty elected by the faculty for five-year terms, with one term expiring each year. Of the five, one must be from the natural sciences or mathematics, one from the humanities, and one from the social sciences. The Provost and Dean of the Faculty serves as an *ex*

7

*officio* member without vote; The Director of IR serves as an *ex officio* member without vote. Reflecting the principle that data collected for outcomes assessment are used to evaluate educational programs, not individual faculty, no faculty member can serve simultaneously on the AAC and the Faculty Affairs Committee. The Academic Assessment Committee:

- Fosters sound assessments of the College's academic programs;
- Encourages the collection of data that lead to action;
- Collects departmental assessment plans and reports, and responds to them as necessary;
- Assembles annually a workgroup to assess general education outcomes and determines which outcome to assess;
- Maintains continuity between annual general education assessments;
- Ensures that the College fully considers findings from the general education assessments and that the College pursues further assessments in areas of concern as needed; and
- Prepares the fifth-year report on general education assessment.

## 1.7.2  The Academic Planning Committee

The Academic Planning Committee is composed of the Provost and Dean of the Faculty, *ex officio*, and six faculty members, two elected every year for three-year terms. The Committee monitors and assesses the long-range academic development of the College, reports to other standing committees, when appropriate, and notifies the faculty of its deliberations. The Committee:

- Develops guidelines for and oversees Departmental Reviews;
- Receives requests for faculty positions and recommends allocations to the Provost and Dean of the Faculty;
- Reviews and recommends the introduction or withdrawal of majors, minors and other academic programs and submits its recommendations to the Curriculum Committee. The two committees then present their recommendations to the faculty and the Provost and Dean of the Faculty;
- Selects one of its members to serve as a representative to the College's Strategic Thinking Group, preferably for a two-year term.

## 1.7.3  The Curriculum Committee

The Curriculum Committee is composed of the Provost and Dean of the Faculty *ex officio*; the Registrar, *ex officio*, without vote; two students selected by the SGA, without vote; and six faculty, two elected every year for three-year terms. The Committee oversees the design and monitors the quality of the undergraduate curriculum. The Committee reviews, evaluates, and recommends to the faculty proposed changes to the curriculum, including: the introduction or withdrawal of courses, changes in course description, classification of courses, and changes to majors and minors. When the Academic Planning Committee recommends the introduction or withdrawal of majors, minors and other academic programs, the Curriculum Committee reviews the related courses. The two committees present their recommendations jointly to the faculty and

8

the Provost and Dean of the Faculty. The Committee selects one of its members to serve as a representative to the College's Strategic Thinking Group, preferably for a two-year term.

### 1.7.4   The Faculty Affairs Committee

The Faculty Affairs Committee is composed of five tenured, full-time, teaching faculty elected by the faculty for five-year terms, with one term expiring each year. The Provost and Dean of the Faculty serves as an *ex officio* member. The committee recommends for approval first by the faculty and subsequently by the President criteria and policies for employment, continuing appointment, tenure, promotion, termination of employment, sabbatical leaves, and the economic status of the faculty. The committee also applies these criteria and policies to individual cases; all of its recommendations on individual faculty members are subject to approval of the President and Board of Trustees and are not subject to faculty approval. (No member of the Faculty Affairs Committee may be promoted while serving on the Committee.) The Committee selects one of its members to serve as a representative to the College's Strategic Thinking Group, preferably for a two-year term.

### 1.7.5   The Faculty Council

The Faculty Council is composed of the President, the Provost and Dean of the Faculty the Faculty Secretary (*ex officio*, without vote) and the following elected faculty:  three professors, three associate professors, and three assistant professors. Each term lasts for three years with one term expiring each year in each rank. The Council must maintain this ratio of ranks. The Faculty Council shall be chaired by the President, or a person designated by the President. The duties of the Faculty Council are:

- to review items of faculty interest that the President, Provost and Dean of the Faculty, or other members of the faculty put before it; to refer those matters to standing or ad hoc committees when appropriate;  to consult with faculty committees in order to coordinate and expedite faculty business;

- to act in an advisory capacity when ad-hoc committees are created and to nominate members to standing and ad hoc committees;

- to prepare the agenda for faculty meetings;

- to keep the faculty informed of issues pertinent to its jurisdiction;

- to advise the President and administration regarding the academic calendar; and

- to appoint, from among its own members, three faculty representatives, one from each rank, to the All College Council; and

- to select one of its members to serve as a representative to the College's Strategic Thinking Group, preferably for a two-year term.

### 1.7.6   The Faculty Development Committee

9

The Faculty Development Committee is composed of six full-time faculty members, two elected every year for three-year terms. The Committee promotes scholarly research, creative activity, and instructional renewal and revitalization as equally valuable pursuits. The Committee also develops criteria for judging faculty development proposals, and recommends projects for financial support to the Provost and Dean of the Faculty.

### 1.7.7   The Faculty Technology Committee

The Faculty Technology Committee is composed of four (4) elected faculty members as well as the Chief Information Officer, *ex officio*, and an Instructional Technology Specialist, *ex officio*. The members serve three-year terms, elected on a rotating basis. One member must teach primarily at the graduate level. The Committee's mission is to promote effective use of technology among faculty. To support this mission, the Committee works with the Information Technology Office, the Instructional Technology Office, and the Center for Faculty Excellence. Primary responsibilities include the following:

- determining eligibility for and equitably distributing faculty technology funds;

- encouraging dialogue among faculty on the use of instructional technology;

- identifying emerging technology and assessing its potential for faculty use.

The four members also serve as the faculty representatives to the Campus Technology Committee and will inform the faculty of proposed changes affecting academic computing.

### 1.7.8   Graduate Academic Policy and Standards Committee

This committee is composed of the Dean of GPS, *ex officio*, the College Registrar or designee, *ex officio*, and four elected faculty members to include three faculty members with graduate program coordination or teaching responsibilities, and one faculty member with primarily undergraduate teaching responsibilities. This committee is responsible for the establishment and application of academic policies and standards for all graduate programs, including policies for admission and matriculation, the application of the Graduate Professional Ethics and Standards, and the resolution of student appeals for grades and dismissal. The faculty members serve three-year terms, elected on a rotating basis.

### 1.7.9   Graduate Curriculum and Planning Committee

This committee is composed of the Dean of GPS, *ex officio*, the College Registrar or designee, *ex officio*, the Administrator of Graduate Records, *ex officio*, the Director of Graduate Marketing and Enrollment Management, *ex officio*, the Assistant Director of Graduate Enrollment Management, *ex officio*, and four elected faculty members to include three faculty members with graduate program coordination or teaching responsibilities and one faculty member with primarily undergraduate teaching responsibilities. This committee is responsible for the review and approval of graduate

10

00014

courses and programs, the prioritization of position requests within GPS, and, in partnership with the Dean of GPS, the development of strategic plans and goals for GPS. This includes new programs, guidelines for online teaching, and the establishment of new community partnerships. The committee's decisions are advisory to either the Academic Planning Committee or the Curriculum Committee for any matter under that body's jurisdiction. The faculty members serve three-year terms, elected on a rotating basis.

### 1.7.10  Graduate Assessment Committee

This committee is composed of the Dean of GPS, *ex officio*, and four elected faculty members to include three faculty members with graduate program coordination or teaching responsibilities, and one faculty member with primarily undergraduate teaching responsibilities. This committee is responsible for collecting and reviewing data for accreditation and programmatic planning within the programs of GPS. The faculty members serve three-year terms, elected on a rotating basis.

### 1.7.11  The Honors Program Committee

The Honors Committee is composed of three faculty and the Director and Assistant Director of the Honors Program. The faculty serve on the Committee for three-year terms with one term expiring each year. The Committee oversees the design and monitors the quality of all academic aspects of the Honors Program. In addition, the Committee advises the Director of the Honors Program in matters relating to the social aspects of the Program.

### 1.8  Ad Hoc Committees; Task Forces

Faculty members who serve on ad hoc committees and task forces to deal with faculty matters are appointed by the President or the Provost and Dean of the Faculty with advice and nomination by the Faculty Council. The group or person to whom the ad hoc committee reports will be determined at the time of its creation. Such committees fulfill a specific charge and automatically disband upon completing the prescribed task, or are disbanded by the administrator who established the committee, or by the President of the College by notifying the members of the ad hoc committee and the Faculty Council. (These provisions do not apply to informal advisory committees.)

0001-

*CHAPTER 2      THE FACULTY: PERSONNEL POLICIES AND PROCEDURES*

2.1   **Definition of the Faculty**

The McDaniel College Faculty includes all individuals who teach one or more courses at the College. Voting franchise is limited to the Tenure Track Faculty, Senior Lecturers, Lecturers, Senior Coach Lecturers, the President, the Provost, the Director of the Library, and such others who are approved by vote of the faculty.

2.2   **Faculty Rights and Privileges**

2.2.1   **Academic Freedom and Tenure**

McDaniel College endorses the 1940 *Statement of Principles of Academic Freedom and Tenure* adopted jointly by the American Association of Colleges and the American Association of University Professors:

The purpose of this statement is to promote public understanding and support of academic freedom and tenure and agreement upon procedures to assure them in colleges and universities. Institutions of higher education are conducted for the common good and not to further the interest of either the individual teacher (The word "teacher" as used in this document is understood to include the investigator who is attached to an academic institution without teaching duties) or the institution as a whole. The common good depends upon the free search for truth and its free exposition.

Academic freedom is essential to these purposes and applies to both teaching and research. Freedom in research is fundamental to the advancement of truth. Academic freedom in its teaching aspect is fundamental for the protection of the rights of the teacher in teaching and of the student to freedom in learning. It carries with it duties correlative with rights.

Tenure is a means to certain ends; specifically: (1) freedom of teaching and research and of extramural activities, and (2) a sufficient degree of economic security to make the profession attractive to men and women of ability. Freedom and economic security, hence, tenure, are indispensable to the success of an institution in fulfilling its obligations to its students and to society.

**Academic Freedom**

1. Teachers are entitled to full freedom in research and in the publication of the results, subject to the adequate performance of their other academic duties; but research for pecuniary return should be based upon an understanding with the authorities of the institution.

2. Teachers are entitled to freedom in the classroom in discussing their subject, but they should be careful not to introduce into their teaching controversial matter which has no relation to their subject. Limitations of academic

12

C001E

freedom because of religious or other aims of the institution should be clearly stated in writing at the time of the appointment.

3. College and university teachers are citizens, members of a learned profession, and officers of an educational institution. When they speak or write as citizens, they should be free from institutional censorship or discipline, but their special position in the community imposes special obligations. As scholars and educational officers, they should remember that the public may judge their profession and their institution by their utterances. Hence they should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that they are not speaking for the institution.

## Academic Tenure

After the expiration of a probationary period, teachers or investigators should have permanent or continuous tenure, and their service should be terminated only for adequate cause, except in the case of retirement for age, or under extraordinary circumstances because of financial exigencies.

In the interpretation of this principle it is understood that the following represents acceptable academic practice:

1. The precise terms and conditions of every appointment should be stated in writing and be in the possession of both institution and teacher before the appointment is consummated.

2. Beginning with appointment to the rank of full-time instructor or a higher rank, the probationary period should not exceed seven years, including within this period full-time service in all institutions of higher education; but subject to the proviso that when, after a term of probationary service of more than three years in one or more institutions, a teacher is called to another institution it may be agreed in writing that the new appointment is for a probationary period of not more than four years, even though thereby the person's total probationary period in the academic profession is extended beyond the normal maximum of seven years. Notice should be given at least one year prior to the expiration of the probationary period if the teacher is not to be continued in service after the expiration of that period.

3. During the probationary period a teacher should have the academic freedom that all other members of the faculty have.

4. Termination for cause of a continuous appointment, or the dismissal for cause of a teacher previous to the expiration of a term appointment, should, if possible, be considered by both a faculty committee and the governing board of the institution. In all cases where the facts are in dispute, the accused teacher should be informed before the hearing in writing of the charges and should have the opportunity to be heard in his or her own defense by all bodies that pass judgment upon the case. The teacher should be permitted to

00017

be accompanied by an advisor of his or her own choosing who may act as counsel. There should be a full stenographic record of the hearing available to the parties concerned. In the hearing of charges of incompetence the testimony should include that of teachers and other scholars, either from the teacher's own or from other institutions. Teachers on continuous appointment who are dismissed for reasons not involving moral turpitude should receive their salaries for at least a year from the date of notification of dismissal whether or not they are continued in their duties at the institution.

5. Termination of a continuous appointment because of financial exigency should be demonstrably bona fide.

## 2.2.2   Equal Opportunity Statement and Affirmative Action

McDaniel College supports equal opportunity in admissions, education, employment, housing, and use of facilities by prohibiting discrimination in those areas based on age, color, disability, marital status, national origin, race, religion or creed, sex or gender, gender identity and gender expression, sexual orientation, veteran status, or any other basis in law. This policy implements state and federal laws (including Title IX); inquiries about it should be directed to the Director of Affirmative Action.

The Campus Diversity Council monitors faculty searches to ensure conformity to the spirit and letter of Equal Opportunity and Affirmative Action (see 1.6.10.1).

For a complete guide to McDaniel College's policies on equal employment and affirmative action, see *Affirmative Action/Equal Opportunity Manual*, available on the Portal.

## 2.2.3   Policy on Sexual Harassment and Sexual Discrimination

Sexual harassment is a reprehensible moral wrong that violates another person's integrity and civil rights and, for this reason, is unacceptable behavior. It is also expressly prohibited under provisions of Title IX of the Education Amendments of 1972, which protects students, and under Title VII of the Civil Rights Act of 1964, which protects faculty and staff. Furthermore it is contrary the AAUP *Statement on Professional Ethics* (1966)

The following statement is taken from the McDaniel College *Affirmative Action/Equal Employment Opportunity Manual*: Anyone in the College community who is approached by someone claiming to have been discriminated against or sexually harassed is encouraged to direct or accompany the aggrieved to meet with one of the designated advisors. These advisors are clearly identified to the College community, readily available for consultation, and sensitive to problems. The advisors are as follows: Director of Human Resources; Director of the Wellness Center; two full-time members of the faculty, a woman and a man, named for two-year staggered terms by the Faculty Council; any member of the AA/EEO Committee.

Resolution procedures are outlined in section 8.2.1.2 of the *Affirmative Action/Equal Opportunity Manual*: "Complainants may approach the advisor without fear of censure

14

or reprisal; to this end, both parties will be instructed to maintain confidentiality." The representatives will officially begin first informal and then possibly formal resolution procedures as outlined in the manual.

### 2.2.4   Faculty Development

McDaniel College routinely supports faculty development through a variety of workshops and initiatives. Faculty members may apply for institutional support for projects which will enhance their professional vitality. This support includes:

- Faculty Development Committee grants funds for scholarly or professional projects;

- An annual travel allowance granted to ranked faculty members (supplementary travel funds may be granted by the Provost and Dean of the Faculty when circumstances warrant);

- The Director of the Office of Academic and Government Grants, who publicizes off-campus sources of support (public and private grants, faculty exchanges, etc.) and actively assists faculty members in applying for grants.

### 2.2.5   Leaves of Absence

The President and the Provost and Dean of the Faculty grant leaves of absence. These do not count toward eligibility for sabbatical leave. Individuals taking leaves may request that leave time not be counted toward eligibility for tenure and promotion. For further information on extensions of the probationary period, see 2.7.1.5. For further information on compensation and benefits, see 3.6.3.

### 2.2.6   Sabbatical Leaves

McDaniel College normally grants sabbatical leaves for research, scholarship, and other creative and professional activity to encourage and subsidize the professional growth and development of its faculty. Sabbatical leaves are approved by the Board of Trustees upon the recommendation of the President and the Provost and Dean of the Faculty with the advice of the Faculty Affairs Committee.

#### 2.2.6.1   Eligibility

Normally, faculty members with tenure will be eligible for a sabbatical after the completion of six years of full-time teaching at McDaniel College. Senior Lecturers will be eligible for a sabbatical after the completion of six years of teaching at the Senior Lecturer level at McDaniel College.

#### 2.2.6.2   Duration and Stipend

Faculty may apply for a one semester's sabbatical leave at full pay or a full academic year's sabbatical leave at one half of full pay. During the sabbatical

15

00019

leave faculty members and McDaniel College will continue to pay their normal allotments to any fringe benefits.

### 2.2.6.3  Application Process

Faculty submit a letter of intent, which includes a brief description of the proposed sabbatical project, to the Provost and Dean of the Faculty. The submission deadline is the first Friday in May two years prior to the planned sabbatical.

Faculty submit a detailed application to the chair of the Faculty Affairs Committee by the first Friday in December of the academic year preceding the proposed sabbatical.

The Faculty Affairs Committee evaluates proposals according to the criteria set forth below and makes recommendations to the Provost and Dean of the Faculty and the President, who then recommend sabbatical proposals to the Board of Trustees. The Provost and Dean of the Faculty notifies applicants of sabbatical decisions.

### 2.2.6.4  Application Criteria

Applications for sabbatical leaves must include:

- the applicant's curriculum vitae;

- a letter from the applicant's Department Chair or Dean of Graduate and Professional Studies indicating awareness of the proposal and effect of the sabbatical on the department or program;

- a detailed description of the proposed sabbatical activity, including a description of the applicant's qualifications to undertake the proposed activity;

- a description of the expected outcome of the sabbatical -- in terms of research, scholarship, etc.-- as well as a statement, in lay terms, of the significance of the sabbatical project to the applicant's discipline or profession, or for McDaniel College;

- a twenty-five to fifty word abstract summarizing these proposed sabbatical activities and outcomes, to be copied to the Department Chair and to be presented to the Board of Trustees;

- a letter of recommendation from the applicant's department chair, publisher, project director, research or artistic associates, or another person informed of the applicant's plans; and

- an agreement in writing to return to McDaniel College for at least one academic year following the completion of the sabbatical.

16

In its recommendations, the Faculty Affairs Committee will consider the following:

- the length of time since the applicant's most recent sabbatical;

- the completion of any previous McDaniel College sabbatical projects, as detailed in the sabbatical reports and FAC reviews of those reports;

- the focus and lucidity of the application and the project;

- the possibility of realizing the proposed project;

- the total number of sabbaticals requested in a given semester/year, and;

- the needs of the academic division/department.

### 2.2.6.5   Responsibilities

Recipients of sabbatical leaves must submit a sabbatical report to the Faculty Affairs Committee within six weeks of the beginning of the semester following the leave. The report, which will be included in the individual's file, should detail the degree of completion of the proposed project as outlined in the sabbatical application and describe any additional work undertaken during the sabbatical. The Faculty Affairs Committee will compare this report with the original application. The FAC review will be sent to the faculty member by the end of the semester and will be included in the individual's file.

While on sabbatical leave faculty members are not expected to maintain office hours, serve on faculty committees, attend departmental or faculty meetings, or serve as student advisors. Departments are not expected to alter their organizational plans significantly (department meetings, etc.) to accommodate faculty members on sabbatical. The administration should not involve such faculty members on search committees, ad hoc committees, and other related appointments.

The Faculty Council nominates replacements for all committee members on sabbatical leave. Replacements for appointed committee posts, task forces, etc. will be filled by the individual or group responsible for the initial appointment.

## 2.3   Academic Duties and Responsibilities

McDaniel College believes that a faculty member's responsibility is to teach, research, and serve the College community. While these responsibilities cannot be strictly defined, they manifest themselves in a variety of forms. Franchised faculty members should, therefore, view the items below as the minimal expectations of McDaniel College.

### 2.3.1   Professional Ethics

The Faculty of McDaniel College endorses the _Statement on Professional Ethics_ of the American Association of University Professors (1966, revised 1987 and 2009):

17

00021

## Statement on Professional Ethics

The statement which follows was originally adopted in 1966. Revisions were made and approved by the Association's Council in 1987 and 2009.

### INTRODUCTION

From its inception, the American Association of University Professors has recognized that membership in the academic profession carries with it special responsibilities. The Association has consistently affirmed these responsibilities in major policy statements, providing guidance to professors in such matters as their utterances as citizens, the exercise of their responsibilities to students and colleagues, and their conduct when resigning from an institution or when undertaking sponsored research. The Statement on Professional Ethics that follows sets forth those general standards that serve as a reminder of the variety of responsibilities assumed by all members of the profession.

In the enforcement of ethical standards, the academic profession differs from those of law and medicine, whose associations act to ensure the integrity of members engaged in private practice. In the academic profession the individual institution of higher learning provides this assurance and so should normally handle questions concerning propriety of conduct within its own framework by reference to a faculty group. The Association supports such local action and stands ready, through the general secretary and Committee on Professional Ethics, to counsel with members of the academic community concerning questions of professional ethics and to inquire into complaints when local consideration is impossible or inappropriate. If the alleged offense is deemed sufficiently serious to raise the possibility of adverse action, the procedures should be in accordance with the 1940 *Statement of Principles on Academic Freedom and Tenure*, the 1958 *Statement on Procedural Standards in Faculty Dismissal Proceedings*, or the applicable provisions of the Association's *Recommended Institutional Regulations on Academic Freedom and Tenure*.

### THE STATEMENT

1. Professors, guided by a deep conviction of the worth and dignity of the advancement of knowledge, recognize the special responsibilities placed upon them. Their primary responsibility to their subject is to seek and to state the truth as they see it. To this end professors devote their energies to developing and improving their scholarly competence. They accept the obligation to exercise critical self-discipline and judgment in using, extending, and transmitting knowledge. They practice intellectual honesty. Although professors may follow subsidiary interests, these interests must never seriously hamper or compromise their freedom of inquiry.

2. As teachers, professors encourage the free pursuit of learning in their students. They hold before them the best scholarly and ethical standards of their discipline. Professors demonstrate respect for students as individuals and adhere to their proper roles as intellectual guides and counselors. Professors make every reasonable effort to foster honest academic conduct and to ensure that their evaluations of students reflect each student's true merit. They respect the confidential nature of the relationship between professor and student. They avoid any exploitation,

18

harassment, or discriminatory treatment of students. They acknowledge significant academic or scholarly assistance from them. They protect their academic freedom.

3. As colleagues, professors have obligations that derive from common membership in the community of scholars. Professors do not discriminate against or harass colleagues. They respect and defend the free inquiry of associate, even when it leads to findings and conclusions that differ from their own. Professors acknowledge academic debt and strive to be objective in their professional judgment of colleagues. Professors accept their share of faculty responsibilities for the governance of their institution.

4. As members of an academic institution, professors seek above all to be effective teachers and scholars. Although professors observe the stated regulations of the institution, provided the regulations do not contravene academic freedom, they maintain their right to criticize and seek revision. Professors give due regard to their paramount responsibilities within their institution in determining the amount and character of work done outside it. When considering the interruption or termination of their service, professors recognize the effect of their decision upon the program of the institution and give due notice of their intentions.

5. As members of their community, professors have the rights and obligations of other citizens. Professors measure the urgency of these obligations in the light of their responsibilities to their subject, to their students, to their profession, and to their institution. When they speak or act as private persons, they avoid creating the impression of speaking or acting for their college or university. As citizens engaged in a profession that depends upon freedom for its health and integrity, professors have a particular obligation to promote conditions of free inquiry and to further public understanding of academic freedom.

## 2.3.2   Academic Work Year

The academic year is defined in annual letters of appointment/reappointment and detailed in the current College catalog.

## 2.3.3   Faculty Availability

Faculty members are punctual in meeting all scheduled classes, conferences, laboratories, and other obligations. Courtesy to students and colleagues dictates that all classes and examinations end at the scheduled time.

Faculty Members are expected to be available on campus at least four days per week during the regular academic semesters (See 4.2.1).

Whenever possible, students are advised ahead of time when a faculty member will be absent (see 4.1.2). In general, faculty members should severely limit their absence from class for reasons other than sickness and, if absence from class for reasons other than sickness cannot be avoided, faculty members attempt to schedule make-up classes or make provisions to minimize the disruptions caused by their absence.

19

00025

Faculty members meet their courses at times and places assigned by their department chairs, the Registrar, and the Provost and Dean of the Faculty. Changes to the course schedule can be made only in consultation with the Department Chair and the Registrar.

Faculty members establish regular and adequate office hours distributed throughout the daily and weekly schedule. These hours are posted and made known to departmental secretaries and the Office of Academic Affairs. Additional office hours should be scheduled during registration and examination periods.

Faculty members attend all regular and special meetings of their departments and of the faculty, as well as designated events scheduled by the President or Provost and Dean of the Faculty. They attend all ceremonial occasions of the College (convocations, graduations, etc.) in appropriate academic regalia.

Faculty members in the vicinity during vacations make themselves available if the President deems it necessary to call an emergency faculty meeting.

### 2.3.4  Conduct of Courses

Appointment to the faculty is made on the basis of demonstrated academic expertise; however, academic departments, department chairs, the Dean of Graduate and Professional Studies, and the Provost and Dean of the Faculty plan and determine specific course offerings and teaching assignments. Every effort must be made to use an individual's expertise, but this must be done within the context of the department's curricular and staffing needs, and the curriculum of the College.

In the conduct of their courses, faculty members:

- clearly inform students of course requirements, absence policy, and methods of evaluation;

- submit all grades to the Registrar by the published deadline;

- observe all requirements of the McDaniel College Honor Code (see *Student Handbook*);

- provide all examination/evaluation results to students within a reasonable time;

- provide the opportunity during office hours or by special appointment for students to consult or to review the results of tests, papers, and other requirements; and

- treat grades and other student records with confidentiality and in accord with state and federal law. (See the FERPA guidelines for clarification.)

### 2.3.5  Student Advising

Academic advising is an important component of every faculty member's responsibilities. Faculty are expected to offer advice consonant with the College catalog.

00024

Advisors inform students of requirements to be met and, while respecting the individual desires of students, recommend loads that are manageable.

Advisors are alert to behavior and attitudes that might indicate a need for other types of advising. Students needing such advising should be referred to the Wellness Center or other offices as appropriate, and faculty should notify the Student Outreach Network of these students' names and circumstances.

Advisors of prospective seniors examine information from the Registrar's Office to ensure that their advisees will have met all requirements by commencement time.

As with student records, faculty advisors respect the confidentiality of their advisees' communications.

Descriptions of the knowledge and behaviors and dispositions of effective advisors, as well as those of accountable students, are outlined in Appendix C: Academic Advising.

2.3.6   **Teaching Load**

While the standard teaching load is three courses per semester, the College does not measure an individual faculty member's class load by the traditional measure of lecture-contact hours alone. Teaching can take place in a number of different contexts – in lecture halls, in laboratories, in the library, in seminars, in the theater, in the gymnasium, and so on. Academic departments and the Provost and Dean of the Faculty attempt to divide load equitably among all faculty members.

A faculty member may not shift from his or her original field of expertise without the approval of the member's department and the Provost and Dean of the Faculty, who will note it in the individual's personnel file.

2.3.7   **Extramural Employment**

Tenure track faculty members are full-time employees of McDaniel College and as such may not accept or pursue any other full-time employment.

Tenure track faculty members may serve as professional consultants with the following restrictions:

- they must fulfill their normal obligations without special concessions to extramural work (see section 2.3.3);

- their extramural schedule must not conflict with scheduled classes or any other responsibilities of the faculty as outlined above;

- in their extramural work they may not use College facilities or materials without the written consent of the Provost and Dean of the Faculty;

- their extramural work must not involve a conflict of interest with McDaniel College.

21

0002E

As a general rule, a full-time faculty member may not during any semester carry more than the equivalent of one four-credit hour undergraduate or three-credit hour graduate course overload in any activity, such as consultation, teaching, professional practice, or any non-academic employment.

Full-time faculty members who teach at institutions other than McDaniel College or who regularly engage in paid, extramural employment must obtain the approval of the Provost and Dean of the Faculty annually.

2.3.8   **College Regulations**

In accepting appointment to McDaniel College, faculty members contract to conform to the regulations adopted by the Faculty, the Administration, and the Board of Trustees.

2.3.9   **Employee Assistance Program (EAP) Mandatory Referral**

Employees are held accountable for their behavior while on the job. When the College has reason to believe that an employee may not be able to safely or effectively perform job duties, the College may make a mandatory referral to its EAP. Under a mandatory referral, the College requires the employee to participate in the EAP process as a condition of the employee's continued employment.

A mandatory referral to the EAP may be considered when either of the following conditions exist:

1. There is a basis to question the employee's ability to safely and/or effectively perform work responsibilities due to reasonable suspicion of substance and/or alcohol abuse, volatile behavior or violent behavior.

2. Termination for poor performance is warranted due to the employee's performance history and if all of the following exist:

    … there is no gross misconduct;

    … there is no foreseeable, significant safety risk by continuing the employee's employment; and

    … there is reason to believe that there is an underlying psychological condition contributing to the employee's performance problems that the EAP may be able to help the employee address.

When an employee receives a mandatory referral to the EAP, and the EAP prescribes a course of treatment for the employee to regain or maintain suitability for work, the employee is responsible for pursuing such a course of treatment in order to continue employment. The employee will sign a release to allow the EAP to notify the College as to whether the employee abides by the recommended course of treatment.

The Provost and Dean of the Faculty is required to approve the use of a mandatory referral.

22

00026

2.4   **Definition of Academic Titles and Ranks**

2.4.1   **The Tenure Track Faculty**

A tenure track faculty member is a full time employee of McDaniel College who has received a contract which specifies eligibility for tenure. A tenure-track faculty member:

- ordinarily has full-time teaching duties or has teaching and other relevant duties (e.g., research, academic administration, academic counseling, etc.) equivalent to a full-time teaching load with the proviso that a person who is ordinarily considered an officer of the administration does not automatically achieve ranked status by virtue of teaching part-time;

- fulfills the duties and responsibilities of a faculty member as specified above (see 2.3); and

- meets or exceeds the criteria for academic rank as detailed below.

2.4.1.1   **Instructor**

Instructors have completed the course work for a doctorate or appropriate professional degree or its equivalent (e.g., professional experience and recognition). It is understood that these individuals will be actively engaged in earning appropriate terminal degrees.

Faculty members appointed to the rank of Instructor must, by the date of the first faculty meeting of their fifth year at that rank, achieve promotion to the rank of Assistant Professor, or the fifth year at the rank of instructor will be terminal.

2.4.1.2   **Assistant Professor**

Assistant Professors must possess a doctorate or appropriate professional degree from a graduate institution of recognized standing. Exceptions may be made where artistic achievement is equally as important as academic attainment, where the individual has been unusually productive as a scholar, or where the individual has had highly unusual experience.

Except when there are defined special circumstances, faculty members must achieve promotion to the rank of Associate Professor by the beginning of their seventh year of full-time teaching at McDaniel College, or the seventh year at the rank of Assistant Professor will be terminal. For further information on extensions of the probationary period, see 2.2.5 and 2.7.1.5.

2.4.1.3   **Associate Professor**

Associate Professors must possess a doctorate or appropriate professional degree from a graduate institution of recognized standing. Exceptions may be made where artistic achievement is equally as important as academic

23

00027

attainment, where the individual has been unusually productive as a scholar, or where the individual has had highly unusual experience.

Associate Professors must meet or exceed the criteria for that rank as defined in section 2.7.1.5.

### 2.4.1.4 Professor

Professors must possess a doctorate or an appropriate professional degree from a graduate institution of recognized standing. Exceptions may be made where artistic achievement is equally as important as academic attainment, where the individual has been unusually productive as a scholar, or where the individual has had highly unusual experience.

Professors must meet or exceed the criteria for that rank as defined in section 2.7.1.6.

## 2.4.2 Non-tenure track faculty

Faculty who are not on a tenure track may be hired under one of the various categories that follow in this section (2.4.2.1, 2.4.2.2, 2.4.2.3, 2.4.2.4, and 2.4.2.5). They are not franchised to vote, unless indicated below.

### 2.4.2.1 Adjunct Faculty

Adjunct faculty are normally given the rank of Lecturer and are selected by the Department Chair in consultation with the Provost and Dean of the Faculty. Adjunct Lecturers are usually hired on a per course basis for a single semester. Service as an adjunct does not normally count toward tenure. Adjunct faculty are not eligible for the College's full-time employee benefits.

Adjunct Lecturers possess the same freedom and responsibilities in the conduct of their courses as do tenure-track faculty. They are also expected to be available to confer with students about matters related to the particular courses which they teach, and to observe the stipulations in the *Adjunct Faculty Handbook.*

### 2.4.2.2 Lecturers

There may be instances when the creation of a Lecturer position is mutually beneficial for the individual and the College. Lecturers are non-tenured but carry greater responsibility than adjunct lecturers and are eligible for the College's full-time employee benefits. They are given yearly contracts rather than contracts for individual courses. Lecturers are franchised to vote in faculty meetings, may serve on faculty committees, and may be assigned student advisees. Department chairs may request lecturer positions from the Academic Planning Committee.

24

0002£

In the spring semester of their second year, Lecturers undergo the same review procedures as those established for tenure-track faculty (see 2.7). Subsequent reviews will take place every five years. For salary and benefits, see 3.14.

### 2.4.2.3   Senior Lecturers

Senior Lecturers are non-tenured faculty who do not teach full loads but who carry greater responsibility than lecturers and are eligible for the College's full-time employee benefits. They are given yearly contracts rather than contracts for individual courses. Senior Lecturers are franchised to vote in faculty meetings, are eligible for sabbatical leave, may serve on faculty committees, and may be assigned student advisees.

In the spring semester of their initial second year, they undergo the same review procedures as those established for tenure-track faculty (see 2.7). Subsequent reviews will take place every five years. For salary and benefits, see 3.14.

### 2.4.2.4   Coach Lecturer

Coach Lecturers are untenured faculty members whose coaching and teaching are divided between the Department of Athletics and the Department of Exercise Science and Physical Education. They report to the Director of Athletics and to the Chair of the Exercise Science and Physical Education Department. Coach Lecturers are appointed by the President and the Provost and Dean of the Faculty on the nomination of the Director of Athletics and the Chair of the Department of Exercise Science and Physical Education. Coach Lecturers will be formally reviewed by the Director of Athletics and the Chair of the Exercise Science and Physical Education Department every three years and the results of that review will be submitted to the President and the Provost and Dean of the Faculty.

### 2.4.2.5   Senior Coach Lecturers

Senior Coach Lecturers are Coach Lecturers who have distinguished themselves both as coaches and as classroom instructors within the Exercise Science and Physical Education Department. They are non-tenured faculty who carry greater responsibilities and receive greater benefits than Coach Lecturers. Senior Coach Lecturers are franchised to vote at faculty meetings, may serve on faculty committees, and may be assigned student advisees. Senior Coach Lecturers are appointed by the President and the Provost and Dean of the Faculty on the nomination of the Exercise Science and Physical Education Department Chair and the recommendation of the Faculty Affairs Committee. They will be formally reviewed by the Director of Athletics and the Chair of the Exercise Science and Physical Education Department every three years and the results of that review will be submitted to the President and the Provost and Dean of the Faculty. To be eligible, an individual must have taught a minimum of seven years at McDaniel College and possess a Master's degree or the equivalent. Appointment to the position of Senior Coach

25

Lecturer is recognition for sustained superior teaching and professional pursuits, and for demonstrated interest in the life of the College.

### 2.4.2.6  Supporting Lecturers

There are other individuals in the College who provide direct instructional support to students, sometimes teach courses, yet are not members of the tenure track faculty and are not franchised to vote.  The appointment of these individuals often mirrors the academic calendar as dictated by the services they perform for students and the classes they teach.  Such positions include but are not limited to the following:  Director of Mathematics Placement, Director of the Writing Center, Director of Student Academic Support Services.

### 2.4.2.7  College Fellows

Independent Fellows (those not affiliated with other institutions on a full-time basis) may be affiliated with McDaniel College. These will be called College Fellows. They shall have made significant national or international contributions in their fields. They may have access to College research facilities, occupy an office as available when on campus, and use College letterhead for their professional correspondence. When in the area, they may be called on to give a public lecture in their fields or to meet with a class. The President and the Provost and Dean of the Faculty, upon receipt of a nomination or application for a person to be designated as College Fellow, will seek the advice of the Faculty Affairs Committee. These affiliations are renewable annually.

### 2.4.2.8  Visiting Faculty

Visiting Faculty may be hired as full-time or part-time faculty, generally for an entire academic year. They have the privilege of the floor, but are not franchised to vote.

### 2.4.3  Administrators and Academic Rank and Tenure

#### 2.4.3.1  Academic Rank
To receive academic rank, administrators must have the written approval of the appropriate department, meet the minimum requirements for that rank (see 2.5), and be recommended for that rank by the Faculty Affairs Committee.

#### 2.4.3.2  Tenure
To receive tenure, academic administrators must receive the written approval of the appropriate department, meet the minimum requirements (see 2.5), and be recommended for tenure by the Faculty Affairs Committee.

### 2.4.4  Librarians

Librarians are members of the administrative staff, who share many faculty prerogatives, duties and responsibilities. Librarians have the privilege to attend and speak at faculty

00030

meetings and are eligible to serve on appropriate committees and task forces by election or appointment. They possess academic freedom, but are not eligible for tenure. The Director of the Library may vote in faculty meetings. Librarians have their own system of rank (Assistant Librarian, Associate Librarian, and Librarian), which reflects both job performance and professional achievement.

For policies regarding the appointment and evaluation of librarians see Appendix E.

## 2.5   Policies on Position Allocation Searches for Faculty

The continued excellence of McDaniel College depends upon the recruitment of highly qualified, energetic, enthusiastic, and dedicated faculty members. The Academic Planning Committee makes allocation recommendations and Faculty Search Committees (as described below) make appointment recommendations to the Provost and Dean of the Faculty. The President and the Provost and Dean of the Faculty allocate and reallocate faculty positions and appoint new faculty members.

### 2.5.1   Determination of Positions

The Academic Planning Committee advises the Provost and Dean of the Faculty on the allocation or reallocation of all vacated faculty positions as well as the creation of new positions. Academic department chairs submit requests to fill vacancies or create new positions to the Committee, which judges the merits of the request and the needs of the faculty as a whole and makes recommendations to the Provost and Dean of the Faculty. Position Request Guidelines are available on the APC page of the Portal.

#### 2.511   Lecturer Positions

Lecturer positions are created by the President and the Provost and Dean of the Faculty after consultation with the Academic Planning Committee. The creation of a Lecturer position is contingent upon the demonstrated superiority of this staffing alternative given the needs of the College. Lecturer positions are not a long-term solution to staffing problems in a department where there is a demonstrable need for a full-time, tenure-track position. These positions will be allocated on a limited basis, typically when a full-time position is not warranted or when the curriculum would be well served by the participation of individuals with particular expertise in their field. When such need exists, Lecturer positions may from time to time be created to recognize long-serving Adjunct Lecturers who have distinguished records of sustained superior teaching and professional pursuits, and a demonstrated interest in the life of the College. Lecturer positions are normally allocated for a three-year term.

#### 2.5.1.2   Senior Lecturer Positions

Senior Lecturers are appointed by the President and the Provost and Dean of the Faculty on the nomination of department chairs and the recommendations of the Faculty Affairs Committee. Normally, to be eligible an individual must have served a minimum of six years at the rank of Lecturer at McDaniel College. Appointment to the position of Senior Lecturer is recognition for

27

sustained superior teaching and professional pursuits, and for demonstrated interest in the life of the College.

Senior Lecturers are not a long-term solution to staffing problems in a department where there is demonstrable need for a full-time tenure track position. Senior Lecturers serve three-year renewable terms. In the spring semester of their initial second year, they undergo the same review procedures as those established for tenure track faculty (see 2.7). Subsequent reviews will take place every five years. For salary and benefits, see section 3.14.

### 2.5.2   Advertisement and Search

Search procedures undergo annual review and revision. Searches to fill full-time, tenure-track faculty must follow the specific procedures in the Faculty Search Guidelines.

## 2.6   Criteria for Faculty Recruitment, Appointment, Reappointment, Tenure, and Promotion

McDaniel College faculty maintain a strong commitment to higher education in general and to liberal arts education in particular. In its evaluation of candidates for recruitment, tenure, and promotion, therefore, the College uses the following criteria:

### 2.6.1   Time in Rank

For time in rank for Instructors and Assistant Professors see sections 2.4.1.1 and 2.4.1.2.

Candidates for the rank of Professor normally must serve a minimum of eight years at the rank of Associate Professor.

### 2.6.2   Effective Teaching

Effective teaching is the primary requisite for all faculty members at McDaniel College. Faculty members are expected to excel as teachers in the classroom and to serve as challenging and supportive mentors to students. They are expected to supervise and encourage the academic progress of their students and be available for consultation outside the class period. The College considers the following to be characteristics of an effective teacher:

- Shows command of the subject;

- Demonstrates knowledge of current developments in the field and keeps courses up to date;

- Relates the subject to other areas of knowledge and endeavor;

- Provokes and broadens student interest in the subject matter;

- Uses effective and varied teaching methods and strategies;

28

00032

- Informs students clearly of course requirements, attendance policy, and methods of evaluation, preferably on a written course schedule or syllabus (see 2.3.4 and 4.1.14);

- Provides useful verbal and written feedback;

- Maintains accessibility for student consultation through regular, posted office hours (see 2.3.3 and 2.3.4) and is available on campus at least four days a week (see 4.2.1);

- Exhibits discipline, integrity, industry, open-mindedness, and objectivity in teaching (see 2.3.4);

- Recognizes and responds to the general and individual needs of students through appropriate mentoring;

- Extends teaching beyond the classroom through special studies, honors projects, review sessions, service learning and other opportunities;

- Develops teaching skills through participation in courses, seminars, or workshops (on and off campus);

### 2.6.3   Participation within the College Community

Faculty members at McDaniel College are expected to participate as colleagues in the larger college community in a number of ways. The College considers the following to be some of the characteristics of participation in the college community.

#### 2.6.3.1   Academic Advising

A faculty member provides students with sensitive and informed advising to support their intellectual and personal growth throughout their academic experience (see 2.3.5; 4.2.3).

An advisor:

- Understands the general education and specific degree requirements for a variety of programs and paths to a degree;

- Understands the College's academic policies and procedures including registration, drop/add, withdrawal, and residency requirements;

- Informs students of resources and support services available to students (such as the Student Academic Support Services, the Writing Center, departmental tutors, the CEO, and the Wellness Center);

- Participates in recruitment, initial academic advising, and retention initiatives (such as admissions programs and activities, orientation, first-

29

00033

year student programs, McDaniel College Families Weekend, etc.) (see 2.3.5; 4.2.2; 4.2.3; 4.2.7); and

- Serves as an advisor to groups of students with special academic interests (pre-professional organizations, language groups, political organizations, art clubs, honor societies, student publications, etc.)

For further descriptions of a faculty member's role as an academic advisor, see Appendix C: Academic Advising

### 2.6.3.2   Participation with the student community

A faculty member:

- Advises, plans, and participates in curricular-related enrichment activities outside of course requirements (film series, lectures, etc.);

- Advises students with academic, social or other special interests (honor societies, department clubs, professional organizations, fraternities, sororities, religious groups, minority and international students/groups, etc.);

- Participates in student-oriented activities as appropriate (musical and theater groups, intramural athletic activities, etc.);

- Supports activities of the College community through attendance at cultural, athletic, and other extra- and co-curricular campus events;

### 2.6.3.3   College Participation

A faculty member:

- Participates in departmental decision-making and departmental functions (meetings, committees, curriculum development, etc.);

- Participates in the business of the general faculty through regular attendance at faculty meetings (see 2.3.3);

- Serves effectively on standing committees;

- Participates regularly in ceremonial events of the College, (convocations, baccalaureate, graduation), and in other designated events as scheduled by the President and Provost and Dean of the Faculty (see 2.3.3);

- Serves as departmental and program chair or coordinator as needed; and

- Serves on special assignments — ad hoc committees, recruitment, fund-raising, alumni and community relations; and participates in the Education Department accreditation processes as needed.

30

### 2.6.4   Research, Creative Work, and Other Professional Activity

Research, creative work, and other professional activity refresh and enhance one's teaching and demonstrate one's membership in the learned community. Such activities enable the larger community to validate one's work and demonstrate the individual's and the College's commitment to the advancement of learning. They also bring faculty members into contact with the larger community of scholars and professionals. The College considers the following to be some characteristics of the individual's involvement with research, creative work, and other professional activity (see 2.4.1.2-2.4.1.4).

A faculty member:

- Publishes books, peer-reviewed articles, reviews, or columns in the field;
- Creates and disseminates software, films, audio or video production, etc. in the field;
- Carries out research projects and obtains grants;
- Presents research findings, reads papers, or serves as a moderator/ respondent at professional meetings;
- Participates in juried exhibits or artistic works and performances requiring auditions;
- Serves as an elected officer of a national, regional, or state professional organization;
- Serves as journal referee, judge of artistic works, professional consultant, etc.
- Edits publications and the writings of professional meetings.
- Continues course work in one's field, or post-doctoral education;
- Attends meetings of professional organizations, conferences, and institutes.

### 2.6.5   Duties and Responsibilities

In addition to the above criteria, candidates for reappointment, tenure, and promotion must observe the duties and responsibilities detailed in section 2.3.

## 2.7   Procedures for Reappointment, Review, Promotion, and Tenure

Reappointment is decided by the Provost and Dean of the Faculty, with the approval of the President. The decision is based on recommendation made by the Faculty Affairs Committee of whether an individual meets the criteria established in sections 2.4 and 2.6 for their rank (according to the procedures established below). The decision is also based on a judgment regarding the correspondence between the individual's expertise and the College's curricular needs. This judgment is made by the Provost and Dean of the Faculty in consultation with the department chair and approved by the President.

Tenure is awarded by the Board of Trustees on the recommendation of the Provost and Dean of the Faculty and the President. This decision is based on a recommendation by the Faculty Affairs Committee of whether the individual meets the criteria established in sections 2.4 and 2.6, and a judgment by the Provost and Dean of the Faculty in consultation with the Department Chair re-

31

00035

garding the correspondence between the individual's expertise and the College's educational needs.

Promotion to Assistant Professor is a decision made by the Provost and Dean of the Faculty and the President in consultation with the Faculty Affairs Committee. It follows upon completion of the appropriate terminal degree, as certified by the degree-granting institution, and takes effect within two pay periods following a written confirmation by the doctoral granting institution. (A faculty member must have achieved the rank of Assistant Professor by the date of the first faculty meeting of the fifth year of employment. [See 2.4.1.1] All other promotions take effect on the first day of the fall semester.)

Promotion to Associate Professor and Professor is a decision made by the Board of Trustees on the recommendation of the Provost and Dean of the Faculty and the President. This decision is based on a judgment by the Faculty Affairs Committee of whether the individual meets the criteria established in sections 2.4 and 2.6.

## 2.7.1   Criteria

Throughout the probationary period and the individual's subsequent career at McDaniel College, each faculty member is periodically evaluated (see Chart 1). Formal written evaluations are performed by the individual's department chair and the Faculty Affairs Committee. The department chair and the Faculty Affairs Committee will each evaluate the individual's performance relative to the criteria in section 2.6 (see 2.6.2, 2.6.3, and 2.6.4). In order that this evaluation be useful to the individual, a written assessment of performance on each of the criteria will be provided, with areas of particular concern specified.

| | | |
|---|---|---|
| 2.7.1.1 | **Teaching** | |
| LEVEL I | Excellent: performance that, if sustained, will be worthy of promotion to the rank of Professor, and of tenure and promotion to the rank of Associate Professor. | |
| LEVEL II.1<br>II.2<br>II.3 | Competent | |
| LEVEL III | Unacceptable: performance that does not meet the expectations the McDaniel College faculty has of its members. If improvement is not forthcoming, tenure and promotion will not be appropriate. | |
| 2.7.1.2 | **Participation within the College Community; and Research, Creative Work, and Other Professional Activity.** | |
| LEVEL I | Excellent: performance that, if sustained, will be worthy of promotion to the rank of Professor. | |
| LEVEL II.1<br>II.2<br>II.3 | Competent: performance that, if sustained, is deserving of tenure and promotion to the rank of Associate Professor. | |

32

LEVEL III    Unacceptable: performance that does not meet the expectations the McDaniel College faculty has of its members. If improvement is not forthcoming, tenure and promotion will not be appropriate.

### 2.7.1.3 Reappointment

To be eligible for reappointment, individuals must demonstrate either proven or presumptive potential for meeting the criteria for tenure.

### 2.7.1.4 Tenure

To receive tenure, an individual must have achieved the rank of Associate Professor and must have met the requirement for minimum time as a member of the McDaniel College faculty as stated in the original letter of appointment.

### 2.7.1.5 Associate Professor

To be promoted to the rank of Associate Professor an individual must have served six years as a tenure track faculty member unless otherwise specified in the terms of the initial appointment and must demonstrate sustained performance at Level I (see 2.7.1) in the category of Effective Teaching and sustained performance of at least Level II in the remaining two categories outlined in section 2.6 of this *Faculty Handbook* (see 2.6.2, 2.6.3 and 2.6.4).

A tenure-track faculty member may extend the six year probationary period up to one year for personal illness; child birth, adoption or guardianship; or domestic emergencies, including, but not limited to becoming a primary care giver to parent, sibling, child, or domestic partner. This extension may be provided with or without a full or partial leave of absence. Requests for such extensions must be made in writing to the Provost and Dean of the Faculty within a year of the event prompting the request.

### 2.7.1.6 Professor

To be promoted to the rank of Professor, individuals must have minimum eight years at the rank of Associate Professor and must demonstrate sustained performance at Level I (see 2.7.1) in the category of Effective Teaching and one other category outlined in section 2.6 of this *Faculty Handbook* (see 2.6.2, 2.6.3 and 2.6.4) and sustained performance of at least Level II in the remaining category.

### 2.7.1.7 Time in Rank at Other Institutions

In instances when newly hired faculty have accrued time in rank at other colleges, the Provost and Dean of the Faculty (in consultation with the

33

00037

department chair and with the approval of the President) may negotiate shortened requirements for time in rank at McDaniel College.

### 2.7.2   Letters of Appointment

Members of the faculty who are not already assured of a contract in the following year (including those on annual contracts and tenure track faculty in their first year of service) and whose contracts have been approved for continuation for the following year will receive letters of reappointment by March 15. If individuals choose to decline, they must do so, in writing, by April 15.

#### 2.7.2.1   Reappointment of Full-Time, Non-Tenured Faculty during the Probationary Period

Except when there are defined special circumstances (see 2.2.5 and 2.7.1.5), the probationary period for non-tenured faculty is six years; in the seventh year either tenure is received or that year is the final year of employment. Four reviews occur during the probationary period. The Initial Review takes place in the spring of the first year for newly hired faculty subject to the standard probationary period of six years. Candidates for evaluation will submit Course Evaluation Forms for the fall semester to their department chair. Following consultation with their department (see 2.7.3.2), department chairs will then submit a written evaluation including a recommendation concerning reappointment first to the faculty member and subsequently to the Provost and Dean of the Faculty and President, with a copy sent to the Chair of the Faculty Affairs Committee. If the faculty member is not recommended for reappointment, the department chair will forward evaluation materials to the Faculty Affairs Committee for review. If this review results in a negative decision, the faculty member will be notified by March 1 and employment will terminate at the end of that academic year. Faculty whose contracts specify a shorter period of time in rank at McDaniel College (see 2.7.1.7) will after one semester undergo, instead of the Initial Review, the Continuance Review, which is described below.

The Continuance Review takes place in the spring of the second year. Candidates for this and all subsequent reviews will submit the materials listed in section 2.7.3.1. The Pre-tenure Review takes place in the spring of the fourth year. The fourth and final review is the Tenure Review, which takes place in the spring of the sixth year. In the case of a positive decision on the Tenure Review, tenure becomes effective at the beginning of the next academic year upon formal approval by the Board of Trustees. If a negative decision results from the Continuance, Pre-tenure, or Tenure Review, the following year automatically will be a terminal appointment without further notice. Using the guidelines published in this *Faculty Handbook*, the Faculty Affairs Committee will evaluate individuals' progress toward tenure and will communicate its findings and any appropriate suggestions to the individuals, their department chairs, and the Provost and Dean of the Faculty upon the conclusion of each review. (See Chart 1)

34

00038

2.7.3    Evaluation Procedures

By the last week in the April prior to the review, the Provost and Dean of the Faculty will notify individual faculty members who have met time and degree requirements for promotion or tenure, and those who are scheduled for periodic review. A copy of this notice will also be sent to the Department Chair.

Individuals who possess the minimum criteria (degree status and time in rank) meet with their department chairs and should arrive at a joint decision regarding reappointment, promotion and tenure candidacy. In cases of disagreement, the department chair is still obligated to forward the individual's materials, along with the department chair's evaluation (see 2.7.3.2), to the Faculty Affairs Committee.

Candidates for reappointment must submit an annotated curriculum vitae and self evaluation to their department chairs by the second Friday in January of the review year. Attached to these will be selected course materials, supplementary materials, the names of three individuals, on or off campus, to serve as references, and Course Evaluation Forms for the previous three semesters.

Candidates for tenure consideration must submit to their department chairs an annotated curriculum vitae and self evaluation by the second Friday in January of the review year. Attached to these will be selected course materials, supplementary materials, the names of three individuals, on or off campus, to serve as references, and Course Evaluation Forms for the previous three semesters.

Candidates for promotion to professor must submit an annotated curriculum vitae and self evaluation to their department chairs by the third Friday in September of the review year. Attached to these will be selected course materials, supplementary materials, the names of three individuals, on or off campus, to serve as references and Course Evaluation Forms for the previous three semesters.

Individuals undergoing periodic review must submit an annotated curriculum vitae and self evaluation to their department chairs by the last Friday in September. Attached to these will be selected course materials, supplementary materials, and Course Evaluation Forms for the previous two semesters.

2.7.3.1    **Supporting Material to be supplied by the Faculty Member.**

2.7.3.1.1    **Annotated Curriculum Vitae.**

The annotated curriculum vitae should list and describe the individual's professional activities and accomplishments and service to the College community.

2.7.3.1.2    **Self-evaluation.**

The candidate must describe the materials being presented, reflect on them, and critically evaluate his or her performance as a teacher, scholar, and engaged community member by

35

articulating goals, describing activities, and providing evidence of outcomes and plans for growth or improvement.

2.7.3.1.3    **Course Evaluation Forms**

Faculty should select a student in each class to distribute the College's Course Evaluation Forms at the end of every semester. The student will read the directions, collect the forms when students are finished and deliver them to the department chair, either directly or through the department secretary. The Course Evaluation Forms will be reviewed by the department chair and returned to the faculty member only after grades are submitted.

Complete sets of Course Evaluation Forms (not photocopies) must be submitted to the FAC from all classes for the previous three semesters by those individuals undergoing review for reappointment, promotion, or tenure, and for two semesters by those undergoing periodic review.

2.7.3.1.4    **Selected Course Materials**

In addition to Course Evaluation Forms, faculty may choose to submit the following, which will aid in the evaluation of good teaching. These materials normally would be used by faculty as they conduct their courses in accordance with 2.3.4:

- course syllabi as described in 4.1.14 (typically syllabi may include course objectives, methods of evaluation, attendance policies, course requirements with due dates, etc.)

- reading lists

2.7.3.1.5    **Supplementary Materials**

Candidates should select at least two, but no more than three, items from the following list as evidence of effective teaching.

- Classroom Observation. Candidates may invite their department chairs into their classrooms, or, if the chair is to be evaluated, the Provost and Dean of the Faculty will serve in place. The Faculty Affairs Committee will choose an observer if the department chair (or the Provost and Dean of the Faculty) is unable to perform that function. The observer will discuss the evaluation of the visit with the candidate. If the observer is not the department chair, he or she will provide a written evaluation of the visit to both the department chair and the Faculty Affairs Committee. Visits will be scheduled in advance at the convenience of both the

36

00040

candidate and the observer. Sample observation tools can be found on the FAC page of the Portal.

- Student learning outcomes evidence. Candidates may submit sample projects and papers, examinations, summaries of student performance on assignments or tests, or results from research on classroom activities and outcomes, or results from departmental outcomes assessment efforts.

- Best practices. Candidates may submit evidence of unique or innovative classroom activities and assignments, including explanation of their contribution to course goals, student learning, and the College mission.

- Articles or presentations on pedagogy. Candidates may demonstrate their teaching effectiveness through conference presentations or publications about teaching innovations, emerging pedagogies, or applications of learning theory and research that is shared with colleagues at a local, regional, national or international forum. Candidates must describe how these have improved their own pedagogical practice.

- Evidence of teaching outside the classroom. Candidates may document their collaboration with students or supervision of significant independent work.

- Participation in professional development to enhance teaching skills. Candidates may choose to document their participation in local, regional, national or international workshops, symposia, or courses that are designed to enhance their effectiveness as a teacher. Individual work with mentors on or off campus might also be described in this category.  Candidates must describe how these have improved their own pedagogical practice.

- Evidence of course development or re-design. Effective teachers are constantly changing and seeking ways to enhance their courses or expand the opportunities for students to learn. Candidates may choose to describe the process of course revision or development including the identification of problems or gaps in the curriculum, development of course goals and objectives, selection of resources and materials, design of activities, and evaluation of outcomes.

- Evidence of course integration into the department or college curriculum. Candidates may choose to describe the degree to which they have collaborated with their colleagues to

37

integrate their course materials or methods with other courses to enhance the larger curriculum.

## 2.7.3.2   Evaluation by Department Chair

Faculty members will be evaluated by the department chair or Dean of Graduate and Professional Studies, as appropriate. When the faculty member to be evaluated is the Department Chair, the evaluation will be prepared by either the Provost and Dean of the Faculty or a designated senior (i.e., tenured) member of the department. In the term prior to the review, the department chair to be evaluated and the chair of the Faculty Affairs Committee will determine jointly who will prepare the review and will notify the Provost of the designated evaluator.

The Department Chair will prepare an objective evaluation of the individuals' total performance on a form that is available on the Portal. The form will be used to rate the candidates' performance on each of the criteria in section 2.6.

In order to assess faculty members' total performance, Department Chair (in the case of department chairs, the Provost and Dean of the Faculty or designated member of the department) or Dean of Graduate and Professional Studies will obtain pertinent information from a variety of sources, including:

- The individual's annotated curriculum vitae and Course Evaluation Forms;

- All members of their departments;

- Student advisees and students who have taken courses with the individual and any other source which provides objective evidence of the individual's performance on each of the criteria in section 2.6.

The evaluator will incorporate the information obtained in the written evaluation of the candidates.

The evaluator will give the candidate a copy of the written evaluation and discuss it with the candidate in such a way that confidentiality is maintained and the discussion is helpful to the candidate. This discussion will take place at least a week before the evaluator's submission of the material to the Faculty Affairs Committee. A candidate will have the following week to send the Faculty Affairs Committee and the evaluator any comments regarding the written evaluation.

The written evaluation, along with the candidate's supporting material (see Section 2.7.3.1), will be sent to the Chair of the Faculty Affairs Committee by the second Friday in October, or, in the case of tenure, by the second Friday in February.

00042

#### 2.7.3.3    Evaluation by the Faculty Affairs Committee

By the second Friday in October, or the second Friday in February in the case of tenure, the Provost and Dean of the Faculty will notify the Faculty Affairs Committee of any material in candidates' personnel files that the Dean has identified as appropriate and necessary for them to take into account during their deliberations.

The Faculty Affairs Committee will first determine if the material it receives on each candidate is complete and will not consider it unless all pertinent information is available. If any material is absent, the Committee will inform the source, and

- may accept a written explanation of the absence from the source in lieu of the material;

- if the source is the Chair and more complete information is not forthcoming by a date set by the Committee, the Committee will ask the Provost and Dean of the Faculty to substitute for the Chair and will have the option of placing a letter of censure in the Chair's personnel file;

- if the source is the candidate, the Committee may refuse to evaluate the incomplete material.

The Faculty Affairs Committee may invite department chairs making recommendations to meet with the Committee in order to clarify and amplify material from their evaluation and ratings.

The Faculty Affairs Committee may request such additional material as it deems necessary, in whatever form it deems appropriate, from persons on or off campus.

After reviewing material relevant to each candidate, the Faculty Affairs Committee will rate the candidate's performance on each of the criteria in section 2.6.

The Faculty Affairs Committee will submit its recommendations and ratings, along with copies of candidates' material, to the President and the Provost and Dean of the Faculty by the second Friday in December, in the case of promotion, and by the first week of April in the case of reappointment and tenure. The Committee, however, may defer to a later date its recommendation in specific cases where it is awaiting receipt of necessary additional information.

### 2.7.4    Appeal of Renewal, Tenure, or Promotion Decisions

Individuals desiring to appeal decisions with respect to reappointment, tenure, or promotion may benefit from the services of the Faculty Ombudsman (see 1.6.7).

00045

When the Faculty Affairs Committee does not recommend an individual for reappointment, promotion, or tenure, the Provost and Dean of the Faculty will meet with that individual to discuss the Committee's action and the Dean's decision regarding it

If individuals feel that substantive information was misinterpreted or not available, they may appeal to the Faculty Affairs Committee to review its recommendation. If the material was not submitted because of the oversight of the candidate, the Committee is not obligated to hear the appeal. Requests for Faculty Affairs Committee review must be presented to the Provost and Dean of the Faculty or the Chair of the Committee within 30 days of the faculty member's notification of the Committee's recommendation.

When prejudice or discrimination in the decision-making process is alleged, individuals should refer to the College's Title IX policy, or the Director of Human Resources for guidance on how to address those concerns.

Candidates may appeal the recommendations of the Faculty Affairs Committee and the Provost and Dean of the Faculty to the President. Appeals must be filed with the President's Office within 30 days of notification of the President's decision.

Once all avenues of campus appeal have been exhausted, individuals may petition the Board of Trustees to review their cases. The burden is on the individual to demonstrate the need for review by the Board. The Board of Trustees will first determine if there is sufficient cause to review the case and, if so, will establish procedures for hearing the appeal. Appeals to the Board of Trustees must be filed with the Chairman of the Board within 30 days of notification of a negative appeal decision by the President.

2.7.5   **Periodic Review of Tenured Faculty**

McDaniel College seeks to assist the professional growth and development of its faculty through periodic peer evaluations. Normally, such evaluations will be conducted of those faculty who have not been nominated for promotion during the past eight years.

In April of the calendar year before they are to be reviewed, the Provost and Dean of the Faculty will notify individuals to be reviewed so that they will begin to collect the College's Course Evaluation Forms to be used the following year.

Individuals to be reviewed must submit the following materials to their department chairs by the last Friday in September (or in the case of department chairs, the Provost and Dean of the Faculty or designated member of the department) and department chairs must submit their reports and individuals' material to the Faculty Affairs Committee by the second Friday in October.

- Department chair's (or the Dean or designated member of the department's) evaluation (a copy will also be given to the individual being evaluated);

- Faculty member's annotated curriculum vitae;

- Faculty member's self-evaluation;

40

- Course Evaluation Forms (originals, not photocopies) for the previous two semesters;

- Selected course materials, see 2.7.3.1.4; and

- Supplementary materials, see 2.7.3.1.5.

The Faculty Affairs Committee will review this material and report to the individuals being reviewed, their department chairs, and the Provost and Dean of the Faculty. In its report the Committee will attempt to suggest avenues which might enhance the individual's professional performance.

### 2.7.6   Deadlines for Sabbaticals, Reappointment, Promotion, Tenure, and Periodic Review

#### 2.7.6.1   Sabbatical Deadlines

*First Friday in May of year preceding Sabbatical Application:* candidates submit a brief description of their proposed sabbatical plans to the Provost and Dean of the Faculty.

*First Friday in December* individuals submit formal application for sabbatical to the Chair of the Faculty Affairs Committee.

*Within six weeks of the beginning of the semester following the leave:* sabbatical recipients must submit sabbatical reports to the Chair of the Faculty Affairs Committee.

#### 2.7.6.2   Reappointment and Promotion Deadlines

*Last Week in April:* Provost and Dean of the Faculty informs department chairs of where department members stand with respect to reappointment, tenure, rank, and periodic review.

*First Friday in May:* department chairs will inform department members who have met time and degree requirements for promotion or tenure, and those who are scheduled for review.

*Third Friday in September:* candidates for promotion to professor submit their material to department chairs.

*First Friday in October:* department chairs discuss their reports with candidates.

*Second Friday in October:* department chairs submit their reports and candidates' promotion materials to the Chair of the Faculty Affairs Committee.

41

0004ɛ

*Second Friday in October*: Provost and Dean of the Faculty informs the Faculty Affairs Committee of appropriate material in candidates' personnel files.

*Second Week in October:* candidates may respond to their department chair's report to the Faculty Affairs Committee.

*Second Friday in December*: the Faculty Affairs Committee submits its recommendations on promotion to the candidate, Provost and Dean of the Faculty and the President.

### 2.7.6.3  Reappointment and Tenure Deadlines

*Last Friday in April:* Provost and Dean of the Faculty notifies faculty members who have met time and degree requirements for reappointment or tenure, and those who are scheduled for review. Notification is also sent to each department chair.

*Second Friday in January:* candidates for initial review, reappointment and/or tenure submit their material to department chairs.

*First Friday in February:* department chairs discuss their reports with candidates.

*Second Friday in February:* department chairs submit their reports and candidates' materials to the Chair of the Faculty Affairs Committee.

*Second Friday in February:* Provost and Dean of the Faculty informs the Faculty Affairs Committee of appropriate material in candidates' personnel files.

*Second Week in February:* candidates may respond to their department chair's report to the Faculty Affairs Committee.

*First week in April:* the Faculty Affairs Committee submits its recommendations for tenure to the candidate, Provost and Dean of the Faculty and the President.

### 2.7.6.4  Deadlines for Periodic Review

*Last Friday in April:* Provost and Dean of the Faculty informs individuals who are to be reviewed the next year.

*Last Friday in September.* individuals to be reviewed submit materials to department chairs.

*Second Friday in October:* department chairs submit their reports and individuals' materials to the Faculty Affairs Committee.

00046

*Third Week in October:* department chairs discuss their reports with individuals being reviewed.

## 2.8   Policies and Procedures Relating to Separation

It is, at times, necessary for the College or individual faculty members to sever their professional relationship. McDaniel College seeks to make this process as fair and as equitable as possible. The College has the obligation of due process for all of its employees; individuals who choose to leave the service of the College are, likewise, obligated to do so in a manner considerate of the educational processes of the institution.

Members of the faculty who are not ensured of a contract in the following year (including those on annual contracts and tenure track faculty in their first year of service) whose contracts have been approved for continuation for the following year will receive letters of reappointment by March 15. If individuals choose to decline, they must do so, in writing, by April 15.

Faculty members on sabbatical leave contract to return to the College for the full academic year following their sabbaticals.

Although probationary faculty members do not have the safeguards of tenure, they do have the right of appeal should their departments or the Faculty Affairs Committee recommend their termination (see 2.7.4).

Tenured faculty members may be severed from the College for reasons of extreme financial exigency or for changes in the educational program. In the case of financial exigency, the College must scrupulously prove that all other avenues have been exhausted before it releases tenured faculty. In the case of changes in educational program, the College must demonstrate that such changes are neither capricious nor the result of short-term cycles. Additionally, before it severs tenured faculty members the College must either make good-faith efforts to retrain affected faculty or substantially assist them to find other places of employment.

Dismissal of tenured faculty members for cause can occur only when the College demonstrates adequate cause. The College may institute dismissal proceedings for one or more of the following reasons:

- Professional incompetence;

- Continued neglect of academic duties;

- Serious personal or professional misconduct;

- Deliberate violation of the rights and freedoms of fellow faculty members, administrative staff, or students.

Dismissal proceedings will follow the guidelines set forth in the American Association of University Professors' 1958 Statement on Procedural Standards in Faculty Dismissal Proceedings.

43

00047

*CHAPTER 3      BENEFITS OF EMPLOYMENT*
[Chapter 3 is meant to duplicate all the information in the employee handbook. Should there be any disparities between the two documents, the information in the employee handbook supersedes what is printed here.]

The Faculty Affairs Committee is charged to advise the College administration on the economic status of the profession. The campus chapter of the American Association of University Professors is invited to do the same. The Human Resources Office administers payroll procedures and fringe benefit plans. Circumstances beyond the College's control may require adjustments in some benefits between revisions of this handbook.

3.1   **Salary**

The College strives to maintain AAUP Level 1 ratings for all ranks, with Category IIB (General Baccalaureate Institutions) as its standard. Payment for part-time and overload instruction is made on the basis of the College's prevailing scale, which is reviewed annually and is available in the office of the Provost and Dean of the Faculty. An individual's salary records are confidential.

3.1.1   **Pay Periods**

Full-time faculty members, Senior Lecturers, and Lecturers are paid on the 15th and 30th of each month or on the Friday preceding that day, if the payday is on a weekend. Undergraduate Adjunct Lecturers are paid seven times during the semester in which they teach. Graduate Lecturers teaching on campus are paid seven times during the semester in which they teach and those teaching off campus receive a single payment. A single payment is made for instruction in January Term, when payment is in addition to normal pay; and a single payment is made for instruction in a summer session.

3.1.2   **Paychecks**

Paychecks are placed in campus mailboxes on payday.

3.1.3   **Withholdings**

The federal government and the states of Maryland and Pennsylvania require withholding of personal income tax in accordance with certificates of withholding allowances filed by the individual in the Human Resources Office. Additionally, the federal government requires the College to deduct and remit social security (FICA) tax from employee earnings and to make matching contributions to the fund. Except for court-ordered wage garnishments, these are the only deductions taken from employee paychecks without written authorization of the employee.

The College has a payroll deduction plan for AAUP dues (national, state, and local) and for annual and special gifts to the College.

3.2   **Retirement**

Faculty who have decided to retire should communicate their intent in writing to the Provost and Dean of the Faculty, who will acknowledge receipt in writing. Preferably, this notification should

00048

be given sufficiently in advance so the College can make appropriate arrangements for a replacement.

### 3.2.1 Emeritus Status

Emeritus status is conferred by the Board of Trustees, on nomination by the President, to tenured faculty who enter retirement immediately from McDaniel College. Emeritus faculty are honored at the time of their retirement with a citation and their names are engraved on a stone in Memorial Plaza.

### 3.2.2 Retirement Plans

A TIAA-CREF retirement annuity plan is available to regular full-time faculty upon completion of two years of continuous full-time service. Completion of the preliminary service period is not required of a new faculty member who was employed for two years at a related non-profit employer. Participation in the plan is required of all eligible employees.

The College contributes 5% of base pay. The employee may contribute 1% to 5% under a salary reduction agreement, and the College matches this contribution. (For example, if an employee contributes 5%, the College's total contribution is 10%.).

### 3.2.3 Supplemental Retirement Plan

A TIAA-CREF supplemental retirement annuity plan (SRA) is available to regular employees immediately upon hire. The plan allows participants to make tax-sheltered contributions to a retirement account by means of a salary reduction agreement. Investment and annuity options available to supplemental account holders are the same as those available to regular plan participants. For further details and information contact the Human Resources Office.

### 3.2.4 Early Retirement

#### 3.2.4.1 Phased Retirement Program

3.2.4.1.1 Effective July 1, 2004, members of the full-time faculty 55 and older with at least 15 years of continuous service may apply for and be accepted into the Phased Retirement Program.

3.2.4.1.2 Under this program, a full-time faculty member who meets the above criteria (3.2.3.1.1) may apply to the Provost and Dean of the Faculty for Phased Retirement. If granted, in exchange for an irrevocable commitment to retire from the faculty no later than the end of the academic year in which the faculty member achieves four years under this program, the College will permit a reduced workload of no less than one third or more than two thirds of full-time teaching work load each year. While the participant's salary will be reduced in proportion to the teaching workload, he/she will be eligible for all benefits accruing to full-time status (normal

45

00045

adjustments to base salary and the College's contribution to the participant's retirement plan will be under the existing formula. and will be calculated on the participant's [non-reduced] base salary).

3.2.4.1.3   A participant may elect to leave the program by taking full retirement at a date earlier than the completion of five years under the program or attainment of age 65. Should he/she apply for and be granted a Terminal Sabbatical as set forth below, the sabbatical pay will be based on the proportion of full-time pay earned in the academic year immediately prior to the Terminal Sabbatical.

3.2.4.1.4   Admission to this program is subject to the approval of the Provost and Dean of the Faculty who will annually approve the proposed teaching workload of each participant.

### 3.2.4.2   Terminal Sabbatical Program

A Terminal Sabbatical is granted by the Provost and Dean of the Faculty. The recipient of a Terminal Sabbatical makes an irrevocable commitment to retire from the full-time faculty at the end of the Terminal Sabbatical year with full pay equal to the salary in the last year of active full time service. Faculty will be nominated for emeritus status in their final year of active service to the College.

3.2.4.2.1   Effective July 1, 1990, a member of the full-time faculty between the ages of 55 and 62 with at least 15 years of continuous service may apply for and be granted a Terminal Sabbatical.

3.2.4.2.2   Under this program, a full-time faculty member who fulfills the conditions stated above (3.2.3.2.1), and who fulfills the eligibility requirements for a sabbatical as set forth in the *Faculty Handbook* (2.2.6.1), may apply to the Provost and Dean of the Faculty for a Terminal Sabbatical. Application must be made at least 9 months prior to the proposed starting date. The application for a Terminal Sabbatical is exempt from the academic criteria and conditions established for sabbaticals in the *Faculty Handbook* (2.2.6.2 to 2.2.6.5). If granted by the Provost and Dean of the Faculty, the recipient of a Terminal Sabbatical makes an irrevocable commitment to retire from the full-time faculty at the end of the Terminal Sabbatical year and receives a full academic year sabbatical with full pay and benefits issued at the usual intervals during that period.

### 3.2.4.3   Bridge Payment Program

3.2.4.3.1   Effective July 1, 1991, members of the full-time faculty, ages 62, 63 or 64, with at least 15 years of continuous service at McDaniel

46

College, may apply for and be accepted into the College's Early Retirement Program.

3.2.4.3.2  Under this program, a full-time faculty member who meets the above criteria may apply to the Provost and Dean of the Faculty for early retirement. Application must be made no later than November 1 of the year preceding the last full-time year of service. If granted by the Provost, the recipient has 30 days in which to make an irrevocable commitment to retire from the full-time faculty at the end of the requested year of retirement.

3.2.4.3.3  **Program Benefits**

A participant in the program receives benefit payments for each year of early retirement prior to age 65, based on compensation savings to the College. These savings are calculated as the difference between McDaniel College's mean AAUP annual compensation for her/his rank and the mean compensation for McDaniel College's assistant professor rank. AAUP compensation figures used are for the last academic year in which the participant is a full-time faculty member at the College. There is no annual increase for future years used in the calculation.

3.2.4.3.4  **Participant's Fringe Benefits**

A participant's fringe benefits will be based on the College's regular retirement benefit eligibility.

3.2.4.3.5  **Distribution of the Early Retirement Benefit**

Distribution of the Early Retirement benefit may be made in either of two ways:

1. Bi-monthly payments disbursed on the College's payroll schedule for the entire Early Retirement payout period. Benefit payments begin the payroll period immediately following the last payroll on which the participant received full-time pay.

2. A single lump sum payout based on the present value** of the savings to the College. Payment may be made to the participant in either the first payroll period of September of the year in which the participant retires or the first payroll period of the subsequent calendar year.

3.2.4.4  **General Conditions**

3.2.4.4.1  Application for the aforesaid programs is voluntary. Judgments on eligibility based on the criteria listed above will be made by the Provost and Dean of the Faculty. The Provost and Dean of the

47

00051

Faculty will base decisions relative to participation in either program upon both the individual faculty member's personal plans and the overall staffing needs of the McDaniel College faculty.

3.2.4.4.2   The Phased Retirement Program may be combined with the Bridge Payment Program provided that the integration of these two programs does not exceed five years duration. The Phased Retirement Program must begin first, and the subsequent Bridge Payments will be determined according to the procedures in 3.2.3.3.3.

3.2.4.4.3   Participants in these programs will be nominated to receive emeritus/a status from the Board of Trustees when their full retirement from McDaniel College takes effect.

3.2.4.4.4   Nothing contained herein will constitute a contract or agreement, and McDaniel College reserves the right to amend, modify, change or terminate the terms hereof unilaterally and without notice. Employees who have elected early retirement and are currently receiving benefits will not be adversely affected by any change, modification, deletion or termination of this policy as reserved above.

*\*\* Calculations assume bi-monthly payout commencing in September of the year of retirement; discount rate used will be the average yield on U.S. Treasury notes with a maturity date coinciding with the end date of the bridge period. The interest rate used will be that published in the Wall Street Journal on the first business day of September in the year which the individual retires.*

### 3.2.5   Benefits for Emeritus Faculty

Emeritus faculty are valued colleagues and a College resource. They enjoy the following privileges and benefits:

• They are listed in the College catalog.

• They are invited to faculty meetings, where they have the privilege of the floor; and to convocations of the faculty and, when appropriate, have the privilege of marching in processions in academic regalia.

• They may apply for Faculty Awards.

• They are entitled to continued participation in College activities and the use of the College's facilities and services as indicated in section 3.12 and 3.13. They are entitled to a parking sticker and a College identification card.

• They are entitled to a continuation of their tuition benefits at McDaniel College as indicated in section 3.9.

48

- When there is need, and on the approval of the relevant department chair and the Provost and Dean of the Faculty, emeritus faculty may be invited to teach.

- They may elect to keep their McDaniel e-mail account with access to the College's Intranet.

- They receive copies of *The Hill* from the Office of Communications and Marketing.

## 3.3  Insurance Benefit

### 3.3.1  Group Medical Insurance

Three group health medical options, dental, vision, and flexible spending accounts are provided to full-time faculty members. Enrollment is at either the time of employment or during an annual open enrollment period. Costs of the premiums are shared between the College and enrolled participants. Those who participate in the plan pay their portion of the premium costs through regular payroll reductions. Details and information including plan descriptions and brochures and premium rates are available from the Office of Human Resources.

#### 3.3.1.1  Medicare Supplemental

Retiree Health Care Program (effective July 1, 1994)

Employees hired prior to July 1, 1994 may, upon retirement at age 65 or older, purchase an individual Medicare supplemental plan from an independent source, such as the AARP, and the College will reimburse the retiree for the cost of the plan up to a maximum of $200 per month. Spouse and dependents who are under the age of 65 may remain on the College's group plan at the group subsidy level until they reach age 65. There is no group coverage provided for spouse and dependents after they reach age 65.

Employees under age 65 who elect one of the College's early retirement programs may continue coverage on the group plan at employee subsidized rates. Upon attainment of age 65, they may purchase an individual Medicare supplemental plan from an independent source, such as the AARP, and the College will reimburse the retiree for the cost of the plan up to a maximum of $200 per month. Under age 65 spouse and dependents may remain on the College's group plan at the group subsidy level until they reach age 65. There is no group coverage provided for spouse and dependents after they reach age 65.

Employees hired after July 1, 1994, do not receive a retirement health benefit from the College.

### 3.3.2  Life Insurance

The College insures all full-time employees with term life insurance coverage immediately upon hiring. The amount of insurance benefit is one and one-half times

49

annual base salary rounded up to the nearest $1,000, up to a maximum of $100,000. There is a double indemnity for accidental death and dismemberment. The College pays the full cost of the premiums for the insurance.

### 3.3.3   Group Disability Insurance

A group total disability benefits plan is available to full-time employees of the College who have completed two years of continuous full-time service. The two-year service requirement for eligibility may be waived for new employees who have been comparably insured by prior employers within the 90-day period immediately preceding employment with the College. The plan provides income protection and continuation of retirement annuity contributions following six months of total disability. Benefits and premium amounts are related to annual salary. The college pays two-thirds of the premium costs. The participating employee pays one-third of the cost of his or her premium through a regular payroll deduction.

#### 3.3.3.1   Long-Term Disability Waiting Period Coverage

The purpose of the plan is to provide compensation to full-time employees who are physician certified as totally disabled.

A regular full-time employee must successfully complete the College's 90 day probationary period in order to be eligible for the benefit. The employee must apply for Social Security permanent disability benefits (if eligible) and TIAA Long-Term Disability benefits (if eligible) at the time of disability.

Disability under this plan is defined as a condition which severely impairs the employee, either mentally or physically, to the degree where a substantial portion of the required duties cannot be performed. This impairment must be diagnosed to last at least twelve months. The disabling condition must not be the result of a job-related injury which qualifies under Workers' Compensation.

When a disabling condition occurs, an employee must present a written physician's certification of disability to the Director of Human Resources within seven business days of the diagnosed disability. During this certification period, the employee must expend other leave time (accrued sick and/or vacation days). Benefits begin with the approval of the Director of Human Resources upon evaluation of the physician's certificate. The Director of Human Resources reserves the right to have the physician certification of illness reviewed by a physician chosen by the College.

The maximum period of compensation is six months. Benefits are paid based on the following schedule:

1.  Participants in the College's TIAA Long-Term Disability plan receive a maximum of six months full pay under the plan.

50

2.  Non-participants in the College's TIAA Long-Term Disability plan receive the first three months at full pay and up to three additional months at half pay under the plan. Compensation is paid at the employee's rate or salary at the time of disability. Compensation under this program will terminate when either Social Security or TIAA benefit payments begin **or** upon reaching the end of the six month maximum payment period, which ever occurs first. Other College benefit plans will continue without change during the disability waiting period.

### 3.3.4    College Liability

McDaniel College maintains institutional liability coverage which includes faculty and staff as additional insureds.

### 3.35    AFLAC

The College offers three voluntary direct payment programs to regular employees through AFLAC. The Personal Cancer Protection Plan, the Personal Recovery Plus Plan and the Personal Accident Expense Plan offer financial assistance through reimbursement for expenses associated with various diseases. Premiums are paid by pre-tax payroll deductions. Employees may enroll only at hire or during Open Enrollment period.

## 3.4    Employee Assistance Program

The College offers an Employee Assistance Program (EAP). Employees and members of their households receive up to six totally confidential counseling sessions per occurrence of need during the plan year, July 1 through June 30. There is no cost to the employee for the first three counseling sessions.

## 3.5    Statutory Programs

All faculty, whether permanent or temporary, part-time or full-time are protected with benefits provided under these programs mandated by law:

### 3.5.1    Social Security

Each employee of the college, under Federal Law, is covered by social security (FICA). Benefits including retirement income, disability income, survivor and children's benefits, and so on. The employee and the College contribute to social security under rates established by the Federal government.

### 3.5.2    Unemployment Insurance

Each employee of the College is protected by the Unemployment Insurance Laws of the State of Maryland. This insurance is funded by the College. Income protection is provided as determined by the State Department of Employment Security.

### 3.5.3    Worker's Compensation

51

00035

The Worker's Compensation Law of the State of Maryland protects each employee of the College. In the case of injury on the job, medical expenses are paid by College insurance. Other benefits include payments for permanent disabilities and weekly income benefits during time lost from the job because of occupational injury.

In the case of injury on the job, all details of the injury must be reported immediately to the Director of Human Resources. Proper forms will be completed by that office for forwarding to the insurance company and the state.

## 3.6   Special Leaves

### 3.6.1   Family and Medical Leave Act of 1993

McDaniel College complies with the provisions of the Family and Medical Leave Act (FMLA) of 1993. The Act provides for a maximum of twelve weeks of unpaid leave during a twelve-month period beginning on the first day that the leave is used. To be eligible for FMLA leave, an employee must have twelve months of total service with the College and have worked at least 1,250 hours in the previous twelve months. College leave policies which offer more extensive benefits to the employee would be integrated with benefits required by the Act at the discretion of the College. Employees must provide medical documentation for use of FMLA leave prior to the start of leave. Employees who use FMLA leave for their own medical condition are required to produce a fitness-for-duty certification from their attending physician before returning to work.

### 3.6.2   Sick Leave

Paid leave for sickness is discretionary, and the Provost and Dean of the Faculty or Office of Human Resources may request a report from a physician in order to determine eligibility. Maximum paid sick leave is calculated according to the following schedule and may not be accumulated from year to year.

| | |
|---|---|
| First Year of Service | 20 days |
| Second Year of Service | 40 days |
| Third Year of Service | 60 days |
| Fourth Year of Service | 80 days |
| Fifth Year of Service | 100 days |
| Sixth Year of Service | 120 days |

After the sixth year of service, paid sick leave will remain at the 120 day maximum. Years of service will be counted as of the anniversary dates of employment. Paid sick leave may be used only for bona fide medical reasons (e.g., doctor's appointments, illness, hospitalization, recuperation from accidents or surgery, or child bearing) and may not be used for, or added to, vacations or terminal benefits.

#### 3.6.2.1   Extended Sick Leave Coverage

The purpose of this plan is to provide extended sick leave coverage for illnesses which do not qualify for long-term disability coverage.

52

00056

A regular, full-time employee must successfully complete the College's initial hire period in order to be eligible for the benefit.

Extended illness is any prolonged condition consistent with the College's current sick leave policy for which a physician can reasonably predict the recovery period. This condition must not be the result of a job-related injury which qualifies under Workers' Compensation.

When an illness or accident occurs, an employee must use accrued sick time as stated in the College's sick leave policy. If the illness extends beyond the amount of accrued sick leave available to the employee, the employee must submit a written request for extended sick leave to the supervisor and to the Director of Human Resources. A written physician certification of illness must be presented to the Director of Human Resources prior to the time that accrued sick leave ends. Benefits begin with the approval of the Director of Human Resources upon evaluation of the physician's certificate. The Director of Human Resources reserves the right to have the physical certification of illness reviewed by a physician chosen by the College.

Sick leave may be advanced to the employee up to a maximum of 60 working days per determination. Pay back shall be made at the rate it is earned. Employees separating from employment prior to full pay-back must reimburse the College for the balance of the advance sick leave taken.

### 3.6.3   Leave of Absence; Parental Leave

#### 3.6.3.1   Leave of Absence, Regular

Requests for personal or professional leave of absence without pay for up to 12 months for full-time faculty will be considered on an individual basis by the Provost and Dean of the Faculty and the President of the College. Each application is judged on its merit and the needs of the College. An approved leave of absence will not interrupt the period of continuous employment. The College will continue all benefits. In those cases in which there is an employee contribution, individuals will be billed unless other arrangements are made.

#### 3.6.3.2   Maternity Leave

Birth mothers who are eligible for full-time benefits may schedule six weeks of paid Maternity Leave for recovery from child bearing. In instances of documented medical necessity, additional leave is available as described in section 3.6.2 (Sick Leave). Up to three weeks of the paid Maternity Leave can be used immediately prior to the anticipated date of birth at the discretion of the birth mother, but maternity leave may start no later than the actual date of birth. Employees must notify their supervisor sixty days in advance of scheduling Maternity Leave to allow for adequate planning. Paid Maternity Leave is counted toward the employee's 12 weeks of FMLA leave.

Additional paid Parental Leave is available. See section 3.6.3.3.

53

00057

Nothing in the Maternity Leave policy shall diminish any of the rights and benefits provided under the Family and Medical Leave Act.  See section 3.6.1.

### 3.6.3.3   Parental Leave

In the twelve months after the birth of a child or the adoption of a child under six years of age, an employee eligible for full-time benefits who has at least one year of continuous service, and who is the primary caregiver* of the child, may schedule nine consecutive weeks of paid Parental Leave.  If the primary caregiver is the birth mother, Parental Leave immediately follows the Maternity Leave described in section 3.6.3.2.  Employees must notify their supervisors sixty days in advance of scheduling Parental Leave to allow for adequate planning.

Paid Parental Leave may not be taken more frequently than every two years. In the case of a couple employed by the College, only one of them may take paid Parental Leave within a 12-month period.

Paid Parental Leave is counted toward the employee's 12 weeks of FMLA leave.

Nothing in the Parental Leave policy shall diminish any of the rights and benefits provided under the Family and Medical Leave Act.  See section 3.6.1.

* The primary caregiver of a child is defined as the sole caretaker of his or her newborn or adopted child at least 20 hours per week, Monday through Friday, between the hours of 8:30 a.m. and 4:30 p.m.  The individual who intends to be the primary caregiver according to this definition must submit a letter to his or her supervisor attesting to this intention.

### 3.6.3.4   Bereavement

Employees may be granted up to three days with pay at the death of a member of immediate family: spouse, children, parents of employee or spouse, brothers, sisters, grandparents, and grandchildren.  Additional time without pay may be granted by the supervisor.

**Procedures for Bereavement Notices**
The death of a student, a member of the faculty or staff, active or emeriti, or visiting scholar of the College represents a loss for the campus community as well as for the family and friends of the deceased.  On the human level, the campus response to such a death will vary based on the decedent's public prominence and the circumstances of the death.  At the administrative level, the College's response will be based on the nature of the decedent's affiliation with the College.

The purpose of this policy is to establish certain responsibilities concerning the notifications that need to be made to the various campus administrative and

54

0005£

service departments in the event of the death of a member of the campus community and to coordinate such actions expeditiously and sensitively with regard to the feelings of the family, relatives, and friends of the deceased.

*This document does not address the crisis management that is needed should death of a campus member not be of natural or accidental causes. This information can be found in the Critical Incident Management Plan.*

Notifications should be made first to the appropriate Administrator (President, VP in respective areas, Graduate & Professional Studies or Athletics)

The President or respective Vice President will prepare a brief announcement to the campus community issued by email. Students (UG and GRAD) may be included if the notice refers to a current faculty member and/or senior member of leadership team. Should the Vice President not be familiar with disseminating campus-wide emails, he/she may contact Information Technology.

Communications and Marketing will prepare a media advisory (with the deceased family's permission) to major newspaper obit writers (within 48 hours) and if feasible, draft a formal memorial announcement for campus distribution. If the deceased is a trustee, that announcement will be prepared for the President's Office.

Family requests to hold a memorial service on campus will be made to Conference & Auxiliary Services. Waiver of any fees related to such memorial services are subject to review by the President's Office.

The Editor decides publication of abbreviated notices in the Hill magazine.

For **Faculty** (Current and Emeriti and immediate family members – spouse and children only*): *Provost and Dean of the Faculty or his/her designee*

- Must verify death with family member;
- Send notification (use template at end of document) to the campus community (faculty/staff/UG & GR students) by email and mail.
- If feasible, a follow-up memorial announcement will be prepared by Communications and Marketing and distributed to the campus community (same group as previous step).
- Any questions from the media are to be referred to Communications and Marketing.
- In lieu of flowers, a sympathy card will be sent to the family expressing the condolences of "President Casey and the McDaniel College Community" with a note "a donation will be made to the College library to further advance student learning". At the discretion of the President, flowers may be sent from the President's Office.

00059

### 3.6.3.5   General

Paid leaves of absence (including continuation of benefits as negotiated and within the limits of the law) may be granted only when College costs are compensated through external grants.

Leaves of absence do not count as eligibility time for sabbatical leaves. At the discretion of the Provost and Dean of the Faculty and provided the leave is directly related to one's professional development, the leave may count as eligibility time for promotion and tenure. This decision must be made in advance of the leave.

### 3.6.4   Jury/Military Duty Leave

For the two-week period fulfilling a reserve commitment or for the duration of jury duty service, the College is prepared to pay the difference between the service payment and College pay. The same applies if a faculty member is subpoenaed to appear as a witness, except as a party to the suit.

## 3.7   Moving Expenses

The College will reimburse new faculty for reasonable moving costs up to $2,000.

## 3.8   College Owned Housing

The College owns a limited number of residential dwellings that are made available to faculty below local rental rates. Vacancies are offered first to newly employed faculty and staff members in an effort to simplify their relocation to Westminster. After new employees are housed, any remaining vacancies are made available to current employees on a first-come, first-served basis. Applications should be submitted to the Conference and Facilities Management Office. These facilities are not intended to be permanent residences. They are subject to occupancy for two, or one-year leases, that is, for a reasonable time for adjustment to the community and the location of a permanent residence. Occupancy may be extended beyond the initial period on a year-to-year basis at the discretion of the College administration depending upon the demand for housing new employees or other special circumstances.

## 3.9   Tuition Benefits

### 3.9.1   At McDaniel College

Regular, full-time employees (active or retired) of McDaniel College and their spouses or eligible partners are entitled to take undergraduate and graduate course work at McDaniel College tuition-free (excluding fees) after three months of regular, full-time, continuous employment. Registration for courses is contingent upon approval by the supervisor and the Office of Human Resources. Determination for staff employees will be based on whether time lost from the job for class attendance, if necessary, may be permitted. Requests for tuition remission must be filed every semester. Forms are available in the Office of Human Resources.

56

00060

Eligible children of regular, full-time employees who have been in continuous employment at the College (or at another institution of higher education immediately prior to employment at McDaniel College) for two years or more may attend McDaniel College tuition-free, in the undergraduate Baccalaureate Program division only, provided they meet all entrance requirements and are admitted to the program. An eligible child means a child born of or legally adopted by the employee.

### 3.9.2    At Other Institutions

Tuition benefits at other institutions are limited to a total of 8 semesters. Benefits may be for tuition exchange, tuition grant or a combination of the two programs. Eligible children (as previously defined) of regular, full-time employees (active or retired) with at least five years of continuous full-time service at McDaniel College (or another institution of higher education immediately prior to employment at McDaniel College) who choose to attend another accredited college or university in a full-time undergraduate program, in pursuit of the first baccalaureate degree, are also entitled to the following educational benefits:

#### 3.9.2.1    Tuition Exchange

McDaniel College is one of a large number of accredited institutions participating in the tuition exchange plan, whereby eligible children of employees of one institution may receive tuition benefits from another member institution. The tuition exchange campus representative should be consulted when any eligible child desires to enter another institution under this plan.

#### 3.9.2.2    Tuition Grants

An eligible child attending another accredited undergraduate college or university on a full-time basis during the regular academic year will qualify for a grant from McDaniel College not to exceed $6,565 per year, subject to the following provisions: (a) If tuition at other institution is less than $6,565, the grant paid will be the lesser amount; (b) If a student receives a scholarship at another institution, the McDaniel College grant will be the equivalent of the difference between the scholarship and the full tuition charged by the other institution, but in no case to exceed $6,565.

The use of either tuition benefit at another institution for an eligible child precludes the concurrent use of the other benefit for the same child.

Surviving dependent spouses and eligible children of retirees or deceased employees who were actively at work or on approved leave at the time of death and had completed ten or more years of continuous full-time employment are entitled to tuition benefits. Tuition remission benefits for spouses taking graduate courses are treated as taxable income to the employee, according to tax regulations. Regular, part-time personnel are entitled to take course work at McDaniel College tuition-free at the rate of one course per 500 hours of continuous service completed up to a maximum of two courses per year.

57

Tuition remission for part-time coaches is determined by a schedule based on position and load.

### 3.9.3   Graduate Courses

Tuition remission benefits for spouses taking graduate courses are treated as taxable income to the employee, according to tax regulations. (All other tuition remission benefits are tax exempt.)

### 3.9.4   Eligible Children/Spouses/Eligible Partners of Deceased Faculty

The eligible children/spouses/eligible partners of deceased faculty members having at least ten or more years of continuous, full-time service will be given tuition benefits, provided the deceased parent/spouse/partner was actively at work or on approved leave, or held emeritus status at the time of his or her death.

### 3.9.5   Adjunct Lecturers

Part-time faculty are entitled to take course work at McDaniel College tuition free at the rate of one, four-credit undergraduate or three-credit graduate course for every course taught if taken within six months of the teaching assignment.

## 3.10   Domestic Partner Benefits

The following benefits are provided to same sex partners:
- Bereavement leave
- FMLA-type leave
- Health Insurance Coverage
- Tuition Remission
- Employee Assistance Program
- Use of College facilities

Contact the Office of Human Resources regarding registration for benefits and IRS taxation information.

## 3.11   Faculty Development

### 3.11.1   Sabbatical Leaves

The College is committed to the concept of sabbatical leaves for worthy projects as its most important contribution to faculty development. (See 2.2.6 for eligibility and procedures.)

### 3.11.2   Faculty Development Monies

A special fund is allocated competitively to members of the faculty and librarians by the Faculty Development Committee. The grants help defray the cost of material, equipment, and projects that meet the Committee's guidelines. These guidelines are distributed periodically to the faculty.

00062

### 3.11.3  Retraining Grants

Within budgetary limitations, the Provost and Dean of the Faculty awards grants for retraining faculty in areas of demonstrated curricular need.

### 3.11.4   Office of Academic and Government Grants

The McDaniel College Office of Academic and Government Grants maintains its own website within the College's main site. The purpose is to assist faculty, administrators, staff, and students in researching, writing, and administering grants. The site offers the user a range of support to supplement the Office's in-person support. At the site, the user will be able to search for funding opportunities, find quick links to grant writing guides, read "Frequently Asked Questions" about the grant development and submission process, learn about research regulations, and more. See http://www.mcdaniel.edu/grants.htm.

### 3.11.5   Professional Travel

A yearly budgeted amount is allocated for faculty travel to help defray part of the cost of attendance at conferences and professional meetings. Faculty members may get a cash advance for the money and then turn in receipts after the conference is over, or they may attend the conference first and be reimbursed.

## 3.12  College Activities and Facilities

### 3.12.1   Lectures, Films, and Similar Activities

Faculty members and their families are invited and welcomed to attend programs sponsored by the College, including concerts, lectures, films, shows, athletic events and other activities. Costs are normally free or nominal for faculty and their families.

### 3.12.2   Use of Facilities

Faculty members and their families are eligible to use many of the College's facilities. Family members may use the College's golf course, swimming pool, track, fitness center, playing fields, and courts; Hoover Library; chapels and meeting rooms. These privileges are, of course, subject to the rules and regulations articulated by the office or department responsible for the facility or equipment. Further information may be obtained from Conference and Auxiliary Services.

## 3.13  Other Services

### 3.13.1   College Store

Faculty members are entitled to discounts on selected items sold at the College Store.

### 3.13.2   College Post Office

The College Post Office provides normal postal services and coordinates a campus mail delivery system.

00065

---

### 3.13.3  United Parcel Service

The College Store operates a UPS pick-up station. Faculty may use this service for a nominal fee.

## 3.14  Salary and Benefits for Lecturers and Senior Lecturers

Lecturers and Senior Lecturers perform many of the same duties as full-time faculty (committee eligibility, other general duties). They will be paid 50% of the equivalent full-time faculty rank, such equivalent rank to be determined by the Faculty Affairs Committee. Overload teaching will be compensated the same as overloads for regular faculty.

Newly appointed Senior Lecturers and Lecturers should arrange a conference with the College's Human Resources Officer to make arrangements for benefits.

00064

*CHAPTER 4      A MISCELLANY OF POLICIES AND PROCEDURES*

This chapter does not cover every College policy and procedure, but rather attempts to list and comment on the more common ones, especially those that have a close relationship with the faculty's academic responsibilities.

The ultimate source of faculty statutes is the minutes of faculty meetings.

For additional information on College policies and procedures, one or more of the following may be consulted:  (Copies are available on the Portal [my.mcdaniel.edu])

> *Administrative Staff Handbook*
> *Affirmative Action Manual*
> *Classified Staff Handbook*
> *Student Handbook*

## 4.1   Academic Policies

### 4.1.1   Attendance/Absence Policy

Other than encouraging regular attendance and recommending that certain absences be excused, the College does not have a uniform policy on attendance and absence. Faculty should make their individual policies clear at the beginning of each term. *Class attendance should be emphasized and encouraged.*

McDaniel College is not committed to any particular religious traditions; nevertheless, observing religious holidays is legitimate reason for missing class. Arrangements for work that will be missed must be made in advance.

The Wellness Center does not provide excuses, but it will report, on request, a student who has asked for its services. Cases of extended illnesses and family emergencies are reported to faculty by either the Office of Student Affairs or the Office of Academic Affairs.

Faculty are encouraged to make allowances for students who have to miss class for field trips in other courses or because of athletic events. In such cases, students are obligated to see instructors in advance and make whatever special arrangements are necessary. The Department of Athletics makes every effort to minimize such absences. If student athletes are suspected of abusing this policy, the matter should be checked with the Director of Athletics.

Students may not be penalized for legitimate absences, but they are responsible for making up missed work in a timely manner.

### 4.1.2   Cancellation of Classes

Class Cancellation Policy for Bad Weather and Other Emergencies

Undergraduate Classes

00065

It is the policy of the College not to cancel classes for inclement weather except in extreme cases. About one-fourth of our undergraduate students do commute to campus, however, and on days when travel is difficult, faculty should be understanding with regard to attendance policy. Faculty should let students know that in the event that a class is cancelled, notification will be made by one or more of the following methods:

- a notice posted on the class Blackboard site
- a message on your campus telephone
- a call from a classmate using a "telephone tree"
- the departmental secretary.

*Under no circumstances should students be required to drive to campus when weather conditions are hazardous in their area.*

Graduate Classes

Normally, a decision will be made by 2:00 p.m. on weekdays and 6:00 a.m. on weekends as to whether graduate classes are cancelled.

### 4.1.3   Changes in Course Meeting Time and Place

Once established, the meeting time and place of courses may not be changed without the approval of the department chair and notification of the Registrar. In cases of concern, the Registrar will seek the approval of the Provost and Dean of the Faculty.

### 4.1.4   Classroom Conduct; Use of Tobacco

Eating, drinking, and the use of tobacco are not allowed in classrooms.

Students are expected to maintain appropriate classroom behavior. Students are expected to attend classes, to bring appropriate materials and textbooks, and to devote their attention to the subject of the course. Disruptive students may be removed from class and the faculty should then notify the Academic and Student Affairs Deans of the disciplinary problems. If the case is sufficiently serious or chronic, the faculty member may bring the case before the Honor and Conduct Board, following the usual procedures. For Smoke-Free Environment Policy, see 4.4.11.

### 4.1.5   Student Assistants and the Instructional Program

As described in the *Faculty Handbook*, effective teaching is the primary requisite for all faculty members at McDaniel College, and faculty members are expected to excel as teachers in the classroom. Students select McDaniel College because they understand that faculty members bear full responsibility for the program of instruction that it offers. Although student assistants and departmental assistants may support faculty members in this effort, students may not replace or substitute for faculty members in either of their two primary dimensions: classroom instruction and the formal evaluation of student work, whether presented in writing, orally, or in artistic performance or exhibition.

00066

The faculty recognizes appropriate ways in which students may support faculty members. Student assistants and departmental assistants *may*:

- tutor students in formal and informal settings
- offer presentations in a class
- serve as peer mentors in and out of the classroom
- assist in the classroom with facilitating group discussion, showing films, supporting student library research, and other group activities
- provide logistical and technological support
- assist in the "blind" (i.e., unattributed) grading of quizzes, tests, or homework assignments that are strictly objective in nature.

They may not:

- offer formal instruction (i.e., "teach" a class)
- have access to graded student work without the students' permission
- grade or otherwise evaluate any student work that involves matters of judgment or interpretation that are partially or wholly subjective in nature.

## 4.1.6   Examinations, Tests

In order for mid-term grades to have meaning, faculty should arrange some form of evaluation in time to make a valid appraisal of student progress at mid-term. Credit/fail courses, internships, independent studies, and senior capstone courses are exempt from this requirement.

According to faculty policy, there is to be a significant examination or other culminating experience during the regularly scheduled final examination time for each student in each course (with the possible exception of senior capstone experiences). Because students need time to prepare for other final examinations, undergraduates cannot be required to submit a take-home final assessment during the last regular week of classes. Such final assessments may be due no earlier than the scheduled final exam time. No test or quiz longer than 15 minutes is to be scheduled during the last week of classes. Times of final examinations for courses are not to be changed without the approval of the Provost and Dean of the Faculty, but faculty may allow individual students to take examinations at other times, consonant with the following policy (from the *Student Handbook*):

> The times of examinations may be changed only for medical reasons or to relieve students who have exams scheduled in three or more consecutive half-day periods.
>
> *Examinations will not be rescheduled to facilitate social, travel, or employment arrangements.* The Provost and Dean of the Faculty must authorize alterations in the examination program.

63

Students who have medical reasons or conflicts, as above, should discuss with the professor the possibility of taking the examination at another time with another section, or at a mutually agreeable time. This does not require the Dean's approval. If arrangements cannot be made this way, the student may petition the Provost and Dean of the Faculty for a change of examination.

4.1.7    **Grades**

Refer to the sections of the *Student Handbook* entitled "Grading System" and "Credit-No Credit Option" for complete details.

4.1.7.1    **Incompletes**

If, due to extenuating circumstances, a student is unable to complete the requirements of a course, the instructor and the student together may agree to a temporary grade of Incomplete (I) for the course. The instructor will stipulate the terms and deadline for completion of the requirements on an Incomplete Grade Request Form. The deadline may not extend beyond the end of the following semester. The instructor determines in advance what the course grade will be if the required work is not completed by the deadline. The instructor submits the form to the Registrar's Office, provides a copy to the student, and keeps a copy on file.

An incomplete (I) grade is not a substitute for a failing grade (F), but is rather an indication that the coursework could not be completed by the end of the semester. Extenuating circumstances include, but are not limited to, a family emergency, a documented illness, or the unavailability of needed materials to complete an assignment.

Students may not graduate with a grade of I on their academic record.

4.1.7.2    **Grade Appeals**

Students may appeal grades they receive in courses by talking first with the faculty member, then, if necessary, with the department chair, and, if unsatisfied, in writing to the Provost and Dean of the Faculty. Normally, no appeal will be accepted unless the student verifies mathematical error in the computation of the grade or evidence of prejudice or caprice. (See "Change of Grade" in the *Student Handbook.*) Appeals must be initiated by the last day of classes of the semester following the term during which the course was taken.

4.1.8    **Holidays**

See Section 4.1.1 above.

4.1.9    **Honor System**

The Honor System at McDaniel College requires the cooperation of students and faculty. An Honor Board has been established to correct academic honor violations. Academic violations consist of cheating in course work and misuse of library materials and

· 00068

borrowing privileges. For a complete discussion of the Honor System and the Honor Board, see the sections so marked in the *Student Handbook*.

Obligations of faculty include the following:

- Establishing guidelines for course work at the beginning of every course.

- Making it physically difficult to cheat. In some courses this might simply mean removing temptation; in others, it might involve more stringent procedures, such as simultaneously administering all examinations regardless of course sectioning. In some courses, it might mean proctoring examinations.

- Having students sign an honor pledge on all course work: "I have neither given nor received unauthorized aid on this piece of work, nor have I knowingly tolerated any violation of the Honor Code."

- Reporting suspected honor violations, with details, to the Provost and Dean of the Faculty.

- Report a grade of "NR" at the end of a semester for a student who has a case pending before the Honor and Conduct Board.

The appropriate parties will be notified of the outcome of an Honor and Conduct Board regarding academic dishonesty and any decisions will be properly observed. Student Affairs will notify: the student, the faculty member, the Registrar, and the student's academic advisor of those decisions.

Finally, an honor system does not mean that there will be no cheating. What it means is that the College community affirms its commitment to the ideals of personal integrity and community honor in all aspects of campus life. Any honor system requires cooperation and vigilance.

### 4.1.10  Internships and Independent Studies

A form, available in the Registrar's Office for Internships or Independent Studies courses, must be completed before a student may register for Internships or Independent Studies Courses. It is essential that these courses be as rigorous as other courses. It is most desirable for campus internship sponsors to visit the internship site during the course.

### 4.1.11  Mid-term Reports

It is essential for all faculty to report grades for students requiring grades at mid-term. (See Section 4.1.6). Without such information, it is difficult for advisors and the Office of Academic Affairs to perform their advising functions properly.

### 4.1.12  Quality of Student Work

Except for work done under the pressure of time in class, student papers and other written assignments should be computer-printed or typed on appropriate paper and proofread for spelling and other common errors. Shoddy work should not be tolerated.

-- - 00069

Students are expected to spend an average of two hours outside of class in preparation for each hour of class.

4.1.13 **Course Evaluation Forms**

McDaniel College provides a Course Evaluation Form which individual faculty members are required to distribute and may be helpful to improve their teaching.

In order for student evaluations to have value, they must be completed close to the end of the term, with the instructor absent from the room. The students must know that another student will deliver the completed forms to the departmental chair or secretary, and that the instructor will not review the evaluations until after grades are submitted to the Registrar's Office. See 2.7.3.1.3 above for further information.

4.1.14 **Syllabi**

Faculty are asked to provide students with a course syllabus, which includes a schedule of assignments, evaluations, and other expectations.

4.1.15 **Writing Assignments**

Faculty are strongly encouraged to assign writing in each of their courses. Such writing need not be evaluated primarily from the point of view of English grammar, usage, and mechanics, but rather for the strength of the thesis; the relevance, organization, and amount of supporting detail; the clarity of the communication; and the quality of the thinking processes. Students whose writing skills are deficient should be referred to the Director of the Writing Center.

4.1.16 **Student concerns about a class or an instructor**
A student who has issues or concerns about a class in which he or she is enrolled is encouraged (1) to discuss them directly with the faculty instructor, whether after class or during office hours. If this is impossible because the issue is the instructor or if the student finds the response of the instructor unsatisfactory, the student should (2) meet with the department chair. If after this meeting the concerns are not resolved, the student should (3) go to the Office of Academic Affairs to schedule a meeting with the appropriate dean. Students are also encouraged to seek the advice of their faculty advisor.

4.2 **Faculty Responsibilities**

4.2.1 **Weekly Schedule**

Unless faculty have been granted released time or special schedules approved by the Provost and Dean of the Faculty to accommodate special professional projects, they are expected to be available throughout the week, at a minimum of four days per week (see 2.3.3). Departments should distribute courses throughout the day and week. Faculty should be willing to meet with students and with committees at times when their courses are not scheduled.

00070

### 4.2.2   Admissions Activities

Everyone associated with McDaniel College is a part of its admissions and retention endeavors. The image faculty present to prospective students will have a bearing on their decision about enrolling at McDaniel College. Specifically, departments are expected to participate in special activities by providing faculty representatives at College Days, by writing letters to prospective students, and the like.

### 4.2.3   Advising

McDaniel College provides its students with sensitive and informed academic advising on an individualized basis. Faculty advisors have a manifold role:  they advise students about basic requirements and the liberal arts curriculum, they advise students about departmental majors, and they advise students about professional careers. Faculty advisors also direct students to other services on campus, in particular those services offered by the Office of Student Affairs. (See 2.3.5.)

### 4.2.4   Book Orders/Desk Copies

Faculty are asked to observe the Bookstore's deadlines for turning in book orders. It is the faculty member's responsibility to obtain desk copies. If desk copies do not arrive in time, the Bookstore will advance a copy, which, if not replaced, will be charged against the department's budget.

### 4.2.5   Copyright Information

Permission must be obtained from the appropriate person before copyrighted material can be copied. The college asks persons on campus to sign release forms before copying such material in the Copy Center. The individual is responsible for obtaining the proper permission to use the copyrighted material.

#### 4.2.5.1   Copyright Law Guidelines

Single copies of the following materials *not* in the public domain may be made:
- One chapter of a book;
- One article from a newspaper or periodical;
- A short story, short essay or short poem whether or not from a collective work;
- A chart, graph, diagram, drawing, cartoon, or picture from a book, periodical, or newspaper.

For multiple copies of material not in the public domain, all the following conditions must be met:

- No more than one copy per student in a course;

- Notice of copyright must be included;

67

00071

- The test of brevity must be met.

(1) For poetry, a complete poem may be duplicated if it is less than 250 words. If the poem is longer, only 250 words may be copied. This limit may be exceeded to complete a line of the poem.

(2) For prose, a complete article, story, or essay may be copied if it is less than 2500 words. For excerpts, no more than 10% or 500 words (whichever is more) may be copied. If 10% is more than 1000 words, then 1000 is the allowable upper limit. Again, as with poetry, slightly more can be reproduced to complete a paragraph.

- The test of spontaneity must be met:

  The decision by the instructor to use the material and the moment of its use for maximum teaching effectiveness are so close that it would be unreasonable to expect a timely reply to a request for permission. This means it is proper for an instructor to reproduce an 800 word article from a current issue of *Time* magazine for distribution to a class. However, if a Management professor decides in the summer to distribute an excerpt from a current book to a fall semester class, written approval should be obtained.

- The cumulative effect test must be met:

  (1) The duplicated material can be used in only one course at the college;

  (2) Not more than one short poem, article, story, or essay (or two excerpts) by the same author, nor more than three from the same collective work may be copied in the same class term;

  (3) Not more than nine instances of copying can occur for one course during one class term unless the copying involves current new sources.

Copying should not be used to substitute for the purchase of anthologies, collected works or compilations. (See the Director of Hoover Library for additional information.)

### 4.2.5.2   Video Movie Cassettes and Copyright Laws

The following are recent legal opinions:

*"One who buys or rents a cassette may not, without specific authorization from the owner of the copyright, perform that cassette publicly.* The right to public performance is among the rights reserved to the copyright owner even when the copyright work is sold or leased. Under the definition of public performance in the Copyright Act, the purchaser of a cassette may not perform it at any place that is *open to the public or at any place where a substantial number of persons outside of a normal circle of a family and its social acquaintances is gathered.* Performance of a copyrighted work in such areas as

68

·· - 00072

lounges and commons is public performance, the exclusive right to which is reserved by the Copyright Act to the copyright owner and is not transferred by the purchase or rental of a cassette. Accordingly, performances of cassettes in lounges, commons, recreational areas and auditoriums infringe the exclusive right of copyright owners to perform the copyrighted work publicly (17 U.S. C. §106[4]) unless such performances are authorized pursuant to separate licenses from the copyright owners or other parties authorized to issue such separate licenses."

"From a legal standpoint, it is extremely difficult to determine whether any campus showing would qualify as a private rather than a public performance. It would be wise to seek clearance from the copyright owner if the videotape was originally distributed only for home use."

In short, "For Home Use Only" means just that.

### 4.2.5.3   Computer Software and Copyright Laws

Unauthorized copying of software is illegal. Copyright law protects software authors and publishers, just as patent law protects inventors.

Unauthorized copying of software by individuals can harm the entire academic community. If unauthorized copying proliferates on a campus, the institution may incur a legal liability. Also, the institution may find it more difficult to negotiate agreements that would make software more widely and less expensively available to members of the academic community.

Just as we do not tolerate plagiarism, we do not condone the unauthorized copying of software, including programs, applications, databases and code.

## 4.2.6   Finances – The Handling of College Money

Anyone entrusted with College money – for January Term trips, field trips, or for whatever reason – must make a full and accurate accounting of such money, with appropriate receipts. Faculty may not use money collected for courses to hire instructors for any portion of those courses except as planned and approved in advance by the department chair and the Provost and Dean of the Faculty or the Dean of Graduate and Professional Studies.

## 4.2.7   McDaniel College Families Weekend Participation

McDaniel College Families Weekend is one of the major events of the fall semester. All faculty, part-time as well as full-time, are expected to be present.

## 4.2.8   Student Records

The *McDaniel College Policy on Access To and Release of Student Records* is available in Hoover Library, the Office of Graduate and Professional Studies, the Registrar's

69

Office, and the Office of Student Affairs. The procedures and guidelines adopted comply fully with the Family Educational Rights and Privacy Act (FERPA) of 1974.

The Family Educational Rights and Privacy Act is a federal law designed to protect the privacy of educational records, to establish the right of students to inspect and review their records, and to provide guidelines for the correction of inaccurate or misleading data through informal and formal hearings.

Educational records are those records, files, documents, and other materials that contain information related to a student and are maintained by McDaniel College or by one of its agents. These include, but are not limited to, records retained by the Registrar, the Office of Student Affairs, Office of Graduate Studies, Career Services, and faculty advisors. Students may ask the individual or office responsible for maintenance of these records for access to them. Under college policy, they will be produced within a maximum period of 21 days. In most instances the student will be shown the record on request.

McDaniel College personnel with a "need to know" do have access to a student's record. However, they must not give such information to non-College persons without the student's permission, nor pass such information on to other College persons unless they, too, have a legitimate need to know it.

For further information see *Appendix D* of this handbook or our College website under "Registrar's Office, Academic Records."

## 4.3   Support Services and Staff

### 4.3.1   Routine Supplies and Services

Departmental secretaries will be able to obtain the following for departmental faculty or else refer faculty members to the appropriate office:

| | |
|---|---|
| Audio-visual needs | Identification cards |
| Check requests | Keys |
| Classroom supplies | Purchase orders |
| Computer and library services | Routine maintenance (light bulbs, etc.) |
| Custodial needs | Reservations for college cars, rooms, etc. |
| Duplicating services | Special food service |

### 4.3.2   Use of College Services

Campus mail is limited to College business. Postal, duplication, telephone, stationery, and vehicle services for College business are charged against departmental budgets. Faculty requiring such services for professional projects should include the cost of the services in applications to the Faculty Development Committee.

### 4.3.3   Personal Use of College Services, Support Staff, and Facilities

Personal use of College services and materials should be authorized by the appropriate supervisor or department chair, and, when a cost is involved, duly paid for by the

70

individual. College services, facilities, staff, and materials may not be used to support one's personal business enterprise unless duly authorized. The name of the College may not be used in connection with any personal business enterprise unless authorized.

### 4.3.4   Secretarial Support

McDaniel College provides basic secretarial and clerical support for faculty through departmental secretaries. The first priority of secretarial support is for classroom instruction and departmental and College business in general. If time permits, they may assist faculty with their professional activities and publications. If time does not permit, the faculty should seek financial support through development grants. Secretaries should not be asked to assist faculty members with their personal business.

## 4.4   General Information

### 4.4.1   Faculty Awards

#### 4.4.1.1   Ira G. Zepp Distinguished Teaching Award

The Ira G. Zepp Distinguished Teaching Award is given annually at the Honors Convocation to a member of the faculty who has distinguished himself or herself as an outstanding teacher at McDaniel College.  The criteria are:

1. Ability to communicate ideas, knowledge, and enthusiasm for learning to students in and out of the classroom;
2. Competence in the field and demonstrated professional involvement in the discipline;
3. Appreciation of and commitment to the liberal arts as related to the individual's own discipline;
4. Emphasis on the relationship between theory and practice.

The procedure is determined by the Provost and Dean of the Faculty in consultation with the Faculty Development Committee and includes both faculty and student representation. Funds for the award are generated from the restricted endowment fund established for this purpose and administered according to the College's endowment withdrawal policy.

#### 4.4.1.2   Ira G. Zepp Teaching Enhancement Grant

The Ira G. Zepp Teaching Enhancement Grant is designed to encourage a significant project that will enhance teaching and is awarded annually at the Honors Convocation.

The recipient of the award is selected by the Faculty Development Committee on the basis of applications submitted by faculty. The Faculty Development Committee distributes the application procedure and selection criteria to the faculty no later than the beginning of the spring semester. A faculty member may apply for this award more than once; however, a recipient may not win this grant more frequently than once every five years. Funds for the award are generated from the

71

restricted endowment fund established for this purpose and administered according
to the College's endowment withdrawal policy.

### 4.4.1.3  Faculty Book, Scholarly Publications, Creativity, and Special Achievement Awards

These awards are presented by the President, who, in consultation with the Provost
and Dean of the Faculty, will make final decisions on the awards. They are
intended to recognize outstanding achievement on the part of individual members
of the College faculty (part-time, full-time, emeritus). Each spring, faculty will be
asked to submit material establishing their eligibility. Faculty are urged, in order to
avoid embarrassment, to check their applications carefully against the following
guidelines.

#### 4.4.1.3.1  Faculty Book Award

Presented to full-time or part-time members of the faculty, active or
emeritus, who have original or book-length manuscripts published by
nationally recognized publishers. (This does not include books published
at one's own expense.)

#### 4.4.1.3.2  Scholarly Publications Award

Presented to full-time or part-time members of the faculty, active or
emeritus, who publish five or more articles in recognized publications
over a three-year period. (Reviews are not included. Delivering papers
at professional meetings is not included unless the paper is published in
full in a journal or a record of the meeting's proceedings. Newspaper
and commercial magazine articles must number ten over a two-year pe-
riod and must be related to one's professional discipline.)

#### 4.4.1.3.3  Faculty Creativity Award

Presented to full-time or part-time members of the faculty, active or
emeritus, typically in an area of the fine or performing arts, who receive
unusual recognition. It may include publishing music, poetry or other
literary works with a nationally recognized publisher, or exhibiting or
performing beyond position-related obligations, and in such a way as to
elicit critical reviews in major metropolitan newspapers or major
periodicals.

#### 4.4.1.3.4  Special Achievement Award

Presented to any member of the College community who reflects
unusually high credit upon the College through exceptional and
substantial achievement. This award is intended for voluntary service of
an exceptional and substantial nature.

72

0007E

4.4.1.4   **Faculty Grants Award**

Presented to faculty who have proposed and received significant grants from external sources (agencies, organizations, foundations) in the past year. Normally, two awards will be given each year. Criteria include:
- innovation in the approach and methods of the proposal
- outreach to the larger community, whether on or off campus
- potential effect on the discipline or field

No application is necessary: all grants awarded during the previous year will be considered.

## 4.4.2   College Cars

The use of College vehicles for departmental activities (field trips, for example) is charged to the department and should thus be anticipated when budgets are prepared. College vehicles are not available for student use in traveling to libraries, meeting internship obligations, and the like.

## 4.4.3   Keys

Keys may be issued to students upon the permission of the department chair and notification of Campus Safety, but only for brief periods of time and necessary business. Students are not normally allowed to have keys to buildings at times when there is no faculty or staff supervision in the buildings. Lost keys must be reported to the Physical Plant Office immediately.

## 4.4.4   Parking

Faculty members must register their vehicles with Campus Safety and must display appropriate parking permits on them.

The College attempts to provide adequate parking for faculty and makes every effort to keep students and visitors from using lots and spaces designated for faculty parking.

### 4.4.4.1   Parking Regulations

There are a number of locations on campus where parking is absolutely prohibited:

- fire lanes (red lines)

- handicapped spaces

- on the grass

- in front of dumpsters

- in the spaces marked **"RESERVED PARKING"**

73

00077

Any vehicle parked in these areas will be ticketed and/or towed. Faculty will be billed for unpaid tickets.

### 4.4.5  Solicitation

Faculty are not allowed to solicit business from students or otherwise to make business contacts on campus. Students at the College have every right to assume that they will not be subjected to undue intrusions upon their privacy. In order to minimize such intrusions, the College allows no solicitation by salesmen, fund raisers, or any persons engaged in similar activities in any of the living units under the control of the College. Any solicitation by any persons in Decker College Center or other classroom or common buildings must have prior approval from the Director of College Activities.

Faculty who observe violations of these policies are asked to report them to Campus Safety or the Office of Student Affairs.

### 4.4.6  Student Awards

The College presents as many awards, prizes, and endowed scholarships as possible. When public recognition of such awards is desired at Honors or other convocations, they must be of sufficient magnitude and prestige to avoid overburdening the ceremonies and thus detracting from the achievements of the winners. Smaller awards, prizes, and recognitions will be presented at luncheons or at other special occasions as determined by the department or office concerned. All new awards, prizes, and the like must be approved by President's Council upon the recommendation, when necessary, of the Faculty Council.

#### 4.4.6.1  Endowed named scholarships

To be of significant value, these will be endowed in the amount of $5,000 or more. Memorial scholarship gifts of less than $5,000 will be placed in a general McDaniel College Endowed Scholarship Fund in the name of the person being honored. Special recognition will be given in the year of the gift. In the case of continuing contributions, when the amount reaches $5,000, it will become a named scholarship.

#### 4.4.6.2  Endowed Awards

If an endowed award is desired by the donor(s), it must first be approved by President's Council. If approved, the award will require a minimum of $2,000. If the final donations total is less than $2,000, the award will be made for as long as the principal will carry the award.

### 4.4.7  Grievances, Complaints

The day-to-day transactions of College business may give rise to complaints and grievances from one member of the faculty or staff against another. The best safeguard against grievances and complaints is for all members of the College community to perform their duties in a courteous, civil, and professional manner. Special sensitivity is

74

required in relations between people of unequal position and between people of different administrative divisions of the College.

When a grievance is alleged to be discrimination or harassment, procedures outlined in the *Affirmative Action Manual* will be followed. Otherwise, when the grievance or complaint concerns faculty members alone, and when the faculty members or their Chairs are unable to resolve it, the Faculty Ombudsman (if necessary, in consultation with the Provost and Dean of the Faculty) will informally effect a resolution, or, if necessary, proceed formally by creating an advisory panel to do so.

When the grievance or complaint involves one or more faculty members and one or more members of the administrative or classified staff, the Faculty Ombudsman and the College's Human Resources Officer will attempt to resolve the matter by involving whatever other officers should be involved, or they will create an advisory panel to do so.

When necessary, grievances and complaints will be reported as follows:
- Faculty - to Chair and, if unresolved, to Faculty Ombudsman
- Administrative and Classified Staff - to supervisor and, if necessary, to the College's Human Resources Officer

### 4.4.8   McDaniel College AIDS Policy

In response to the epidemic of infection with Human Immunodeficiency Virus, HIV, McDaniel College has appointed a committee to develop policy and address campus concerns. The College is committed to all its constituents to prevent the spread of infection, to limit the consequences of established infection and to provide compassionate care for all concerned individuals. This commitment is consistent with the First Principles of the Institution.

1.  The primary response of the College to the HIV epidemic must be education. Academic Affairs, Student Affairs and Human Resources Administrators will facilitate the implementation of programs for the entire campus community, which are designed to increase awareness and provide education to prevent further spread of the virus.

2.  Students who become infected with HIV will be allowed regular class attendance, athletic participation and use of all College facilities. The College will not tolerate harassment, abuse of, or discrimination against persons perceived or known to be infected with HIV.

3.  The College does not support mandatory testing of current or prospective students, faculty or staff. Information regarding referral for confidential HIV testing will be made available to the College community in the Wellness Center.

4.  The College will release no information regarding a student's health, including HIV testing, infection or counseling without his/her written consent as required by the Family Education Rights and Privacy Act of 1974. Nor will the College release information regarding employees. Public health reporting of AIDS cases will follow the requirements of the Centers for Disease Control and the State of Maryland.

75

5. Universal safety precautions as proposed by the U.S. Public Health Service for the handling of blood and body fluids from all persons will be followed. (Reference: *Morbidity and Mortality Weekly Report*, June 24, 1988/Vol.37/No. 24). Education regarding such precautions will be the responsibility of the Human Resources Office and Student Affairs Division.

6. Support services for those with concerns regarding HIV infection will be readily available through The Wellness Center for students and through the Employee Assistance Program for employees.

7. The College Physician will work with each HIV infected individual to provide clinical, psychological and educational support so that his or her needs are met and the general welfare of the College community is maintained. This will be done in accordance with the guideline on confidentiality.

8. McDaniel College will abide by the provisions of the Maryland Human Immunodeficiency Virus Omnibus Bill of 1989 which establishes the "knowing transfer, or attempt to transfer" the AIDS virus from an infected person to another person as a misdemeanor, punishable upon conviction by a fine up to $2,500, imprisonment of up to three years or both. College health care professionals will request that persons testing HIV-positive notify sexual or needle-sharing partners that they are at risk of the infection.

9. All inquiries from outside the McDaniel College community concerning AIDS policy, programs or cases will be directed to the Office of Communications and Marketing.

### 4.4.8.1  Employment of persons infected with AIDS

1. AIDS is an infectious disease; however, current medical evidence with respect to how the disease is transmitted indicates that an individual cannot be infected by casual contact. In a usual work setting, infected employees pose no threat to other employees. Therefore, no action shall be taken against an infected employee based on the fear of contamination. The College takes the position that it will not discriminate in its employment practices to employees or in the delivery of services to a client, claimant or applicant who has AIDS or is believed, suspected or alleged to have AIDS.

2. As long as an AIDS-infected employee is able to meet acceptable work performance standards, the College shall reasonably accommodate the employee. In order to be qualified as reasonable, however, any accommodation shall not create an undue hardship for the College.

### 4.4.8.2  Benefits of Employees with AIDS

1. Employees infected with AIDS or AIDS-related conditions are entitled to all existing benefits provided by health and disability insurance policies currently in effect for them.

76

2. All benefits extended to employees through their annual and extended sick leave policies shall be extended to AIDS-infected employees on the same basis as any other medically disabled employee.

### 4.4.8.3  Confidentiality of Employees with AIDS

1. Medical information concerning an AIDS-infected employee shall not be released to any person or group without the written consent of the employee.

The preceding guidelines are subject to change in accordance with any changes or new developments in the three governing factors – medical information, applicable Federal and/or State laws, and employees' rights to privacy.

### 4.4.9  McDaniel College Drug-Free Workplace and Substance Abuse Testing Policy

#### 4.4.9.1  Policy

1. The College is committed to maintaining a safe work place free from alcohol and drug abuse. For this reason, the College prohibits its employees from possessing, using, distributing and/or working under the influence of alcohol or other intoxicant or illegal or prescription drug, other than one lawfully prescribed by a physician and taken in accordance with that prescription. This policy covers all employees of the College, including student employees.

The unlawful manufacture, distribution, dispensation, possession or use of a controlled substance (usually referred to as illegal drugs listed under the federal Controlled Substance Act) is prohibited on College property and is cause for employee discipline up to and including termination from employment.

For purposes of this policy, "Substance Abuse" shall include reporting for duty, possessing, distributing or being on duty after having used, abused or ingested alcohol and/or illegal drugs (e.g., marijuana, cocaine, crack, narcotics, PCP, hallucinogens, or other controlled substances), lawful drugs and/or medications taken without a valid prescription or not in accordance with the prescription for that drug or medication. For purposes of this policy, whenever an applicant or employee tests "positive," he or she will be considered as using, abusing or ingesting the prescribed substances in violation of this policy. "Possession" shall include possession in lockers, clothing, other property or vehicles parked or located on the College premises.

2. In compliance with the Drug-Free Workplace Act of 1988, and as a condition of employment with the College, all persons employed by the College are required:

A. To abide by the prohibition contained in item 1, above; and

B. To notify the Director of Human Resources of any criminal drug statute conviction for a violation occurring on College property no later than five days after such conviction.

00081

3. Any employee whose use of controlled substances away from the College can reasonably be established to be the cause of poor attendance or performance problems is to be counseled to seek rehabilitation from available College or community resources.

4. When notice of a criminal drug statute conviction of an employee for a violation occurring on College property is received, the Director of Human Resources will coordinate compliance with the reporting requirements of the Drug-Free Workplace Act of 1988.

5. An employee convicted of the criminal drug statues occurring on College property is subject, within 30 days of notice of such conviction, to disciplinary action up to and including termination, and/or the employee will be required to complete a drug rehabilitation program.

6. The Office of Human Resources shall maintain and periodically publish available College and community resources for drug abuse assistance or rehabilitation programs. In addition, the Office of Human Resources shall provide employees with information about the dangers of drug abuse in the workplace.

#### 4.4.9.2 When Substance Abuse Testing Will Occur

Employees are subject to the following testing:

Random Testing: All Campus Safety and HVAC employees are subject to random substance abuse testing, and will be selected in a manner as determined by the College.

Suspicion Testing: All employees may also be required to undergo substance abuse testing, if in the sole opinion of the College, the employee's behavior, work performance or other factors warrant such testing.

Post Accident/Injury Testing: The College may require a substance abuse test for any employee incurring an on-the-job injury requiring medical attention and/or treatment. Employees damaging property by accident or carelessness may also be subject to testing.

#### 4.4.9.3 Substance Abuse Testing Procedure

All testing will be conducted pursuant to the requirements of applicable law. In particular, the College will generally follow these procedures:

Reporting for Test: The applicant and/or employee will be directed to report immediately (within 1/2 hour) to the designated testing facility and/or a medical clinic. Transportation will be provided for the employee by the College, and the employee will remain "on-the-clock" during the testing procedure.

78

00082

3. Any employee whose use of controlled substances away from the College can reasonably be established to be the cause of poor attendance or performance problems is to be counseled to seek rehabilitation from available College or community resources.

4. When notice of a criminal drug statute conviction of an employee for a violation occurring on College property is received, the Director of Human Resources will coordinate compliance with the reporting requirements of the Drug-Free Workplace Act of 1988.

5. An employee convicted of the criminal drug statues occurring on College property is subject, within 30 days of notice of such conviction, to disciplinary action up to and including termination, and/or the employee will be required to complete a drug rehabilitation program.

6. The Office of Human Resources shall maintain and periodically publish available College and community resources for drug abuse assistance or rehabilitation programs. In addition, the Office of Human Resources shall provide employees with information about the dangers of drug abuse in the workplace.

### 4.4.9.2 When Substance Abuse Testing Will Occur

Employees are subject to the following testing:

Random Testing:  All Campus Safety and HVAC employees are subject to random substance abuse testing, and will be selected in a manner as determined by the College.

Suspicion Testing:  All employees may also be required to undergo substance abuse testing, if in the sole opinion of the College, the employee's behavior, work performance or other factors warrant such testing.

Post Accident/Injury Testing:  The College may require a substance abuse test for any employee incurring an on-the-job injury requiring medical attention and/or treatment. Employees damaging property by accident or carelessness may also be subject to testing.

### 4.4.9.3 Substance Abuse Testing Procedure

All testing will be conducted pursuant to the requirements of applicable law. In particular, the College will generally follow these procedures:

Reporting for Test:  The applicant and/or employee will be directed to report immediately (within 1/2 hour) to the designated testing facility and/or a medical clinic. Transportation will be provided for the employee by the College, and the employee will remain "on-the-clock" during the testing procedure.

78

00082

Conduct of the Test:   A medical professional or other appropriate person will conduct the test in accordance with all applicable standards and/or regulations.

Test Results:   In the event of a positive result, the applicant and/or employee will be given (1) a copy of the results, (2) a copy of this Policy, (3) written notice of the College's intention to terminate, and, (4) the following notice:

*Verification of test results.--(1) A person who is required to submit to job-related testing may request independent testing of the same urine or blood sample for verification of the test results by a laboratory that:*
*(i) Holds a permit under Maryland law; or*
*(ii) If located outside of the State, is certified or otherwise approved for use under Maryland law.*

### 4.4.9.4  Positive Test Results

A substance abuse test shall be considered "positive" if it reveals the presence of illegal drugs, lawful drugs and/or medications taken without a valid prescription or not in accordance with the prescription, or the presence of alcohol in a degree which, in the College's opinion, would impair the individual's ability to effectively perform his or her job or otherwise present a safety risk to the individual or others.

For any Employee With Less Than Five Years Service:   Any employee who receives a positive test result who has been with the College for less than five years or works in Campus Safety or HVAC will be subject to immediate termination.

For Any Employee With Five or More Years Service:   Any employee who receives a positive test result who has been with the College for more than five years who does not work in Campus Safety or HVAC will also be subject to immediate termination.  The College may, however, suspend this action upon a review of the case by the division vice president and the Director of Human Resources, with a decision to require the employee to enroll in a substance abuse treatment program approved by the College. Treatment must be paid for by the employee or the employee's health insurance coverage.  The employee will not be allowed to return to work until he or she successfully completes the treatment program.  If the employee fails to complete the treatment program, he or she will be subject to immediate termination.  In the event the employee fails a subsequent substance test, he or she will be subject to immediate termination without any further treatment opportunity.

### 4.4.9.5  Refusal To Take A Requested Test

Any employee refusing to be tested upon request, shall also be subject to immediate termination, regardless of the employee's tenure with the College. Any employee who unreasonably delays taking a test, provides false or incomplete information in connection with the test or otherwise refuses to

00085

cooperate in taking the test will be considered as having refused to be tested and will be subject to immediate termination.

### 4.4.10   Smoke-Free Environment Policy

There is considerable scientific evidence of serious health hazards for smokers and others caused by second hand smoke. In order to comply with Maryland State Law, the College has established the following smoke-free environment policy. All indoor public areas of the College are designated as non-smoking except residence hall rooms where both occupants permit smoking and where the room door is closed. The policy is designed to protect the health and well being of the entire community.

### 4.4.11   McDaniel College Employee Electronic Communication Policy

The College's phone mail system and the McDaniel College electronic communication network are the property of McDaniel College. The College will make every effort to respect the privacy of all members of the community; however, the College reserves the right to have access to recorded messages, e-mail or any other transmitted information stored on its systems.

These systems must not be used to transmit or download harassing or otherwise disruptive messages or materials, including, but not limited to those that contravene McDaniel College's policies as stated in the College's *Faculty Handbook*, *Employee Handbooks*, and *AA/EEO Manual*.

Any employee found in violation of this policy may be subject to disciplinary action.

### 4.4.12   Animal Policy

Pets may be welcome visitors to the campus if cared for properly.

No animals may be kept on campus, other than those approved by the Administration for medical (guide dogs, for example) or academic purposes. For health, sanitation, and safety reasons, animals are not permitted in college buildings.

Animals being walked on campus must be kept on a leash at all times and are not allowed on the college outdoor track, athletic fields or golf course. Owners must not leave animals unattended and must clean up after them.

### 4.4.13   Employee Protection (Whistleblower) Policy

If any employee reasonably believes that some policy, practice, or activity of McDaniel College is in violation of law, a written complaint must be filed by that employee with the President or the Chair of the Board of Trustees.

It is the intent of McDaniel College to adhere to all laws and regulations that apply to the organization and the underlying purpose of this policy is to support the organization's goal of legal compliance. The support of all employees is necessary to achieving compliance with various laws and regulations. An employee is protected from retaliation only if the

80

00084

employee brings the alleged unlawful activity, policy, or practice to the attention of McDaniel College and provides McDaniel College with reasonable opportunity to investigate and correct the alleged unlawful activity. The protection described below is only available to employees that comply with this requirement.

McDaniel College will not retaliate against an employee who in good faith, has made a protest or raised complaint against some practice of McDaniel College, or of another individual or entity with whom McDaniel College has a business relationship, on the basis of a reasonable belief that the practice is in violation of law, or a clear mandate of public policy.

McDaniel College will not retaliate against employees who disclose or threaten to disclose to a supervisor or a public body, any activity, policy, or practice of McDaniel College that the employee reasonably believes is in violation of a law, or a rule, or regulation mandated pursuant to law or is in violation of a clear mandate or public policy concerning the health, safety, welfare, or protection of the environment.

### 4.4.14  Information Security Policy

All full-time and part-time regular College employees are required to complete on-line information security training within their initial hire probation period.

The use of campus information is critical to support campus functions from teaching through admissions, registration, retention, residential life, financial transactions, health care, employment and all aspects of college business. Thus it is essential that we protect institutional data and the privacy of all personal data through appropriate use. The loss, alteration, inappropriate disclosure, or exposure of information can hinder the College's operation, trigger business disruptions, lead to identity theft, damage the College's reputation, or result in financial penalties. Information must be protected, not only when it is created, but also when accessed, stored, modified or transmitted. It is every employee's responsibility and obligation to ensure the integrity of College information and the protection of personal data. Failure to do so, or intentional disclosure, could result in disciplinary consequences up to and including termination of employment, as well as, criminal and civil penalties imposed by law.

McDaniel College employees potentially have access to considerable confidential information. This information requires protection by various College, State, and Federal policies and laws. These regulations include but are not limited to, *Family Education Right and Privacy Act* (FERPA), *Health Insurance Portability and Accountability Act* (HIPPAA), *Red Flag Rules, Maryland Personal Information Protection Act* (PIPA), *Payment Card Industry Data Security* (PCI-DSS), *Gramm-Leach Bliley Act* (GLB). (See below for more information.)

To comply with all of these regulations the College has determined that all personal information is considered confidential except what is considered "directory information." For all students, directory information includes the student's name, dates of attendance, previous institutions(s) attended, major field of study, awards, honors, (includes Dean's List), degree(s), past and present participation in officially recognized sports and activities,

81

0008E

height and weight of athletes, hometown and photographs. For all employees, directory information includes name, title, department, office phone number, and office location. This information is for in-house use only and is not to be given or sold to individuals, organizations, or agencies for the purpose of soliciting those persons listed.

**Protected information includes, but is not limited to information in the following areas:**
**Family Education Rights and Privacy Act (FERPA):** College Employees may have access to one or more of the following legally protected categories of personally identifiable information protected by the Family Educational Right and Privacy Act (FERPA) of 1974 as amended. This information includes, but is not limited to: social security number, student identification number, grades, letters of recommendation, disciplinary action records, etc. FERPA prohibits the unauthorized release of this information.
**Health insurance Portability and Accountability Act (HIPAA):** Employees may have access to "protected health information" which includes, but is not limited to: information that relates to the past, present, or future physical or mental health condition of an individual, and that identifies the individual or for which there is a reasonable basis to believe the information can be used to identify the individual. PHI includes information on persons living or deceased. PHI may be in any form, including but not limited to, oral, written or electronic.
**Red Flags Rule:** This Federal Trade Commission rule requires protection from identity theft with regard to financial transactions. Under the rule, "identifying information" is defined to mean any name or number used alone or in conjunction with other information to identify a specific person, including: name, social security number, date of birth, official state or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number, biometric data (such as fingerprint, voice print, retina or iris image, or other unique physical representation). It also covers unique electronic identification numbers, addresses, routing codes and telecommunication identifying information. Using the identifying information of another person without their permission is prohibited.
**Maryland Personal Information Protection Act (PIPA):** Protected "personal information" is defined as: first and last name in combination with a social security number, driver's license number, financial account number or individual taxpayer identification number. The law requires that if there is a data security breach of this information, it must be reported to the individuals affected and that reasonable measures be taken to protect against the unlawful use of the information.
**Payment Card Industry Data Security Standard (PCI-DSS):** Employers must keep cardholder data secure. Protected data includes: primary account number, cardholder name, expiration date and service code.
**Gramm-Leach Bliley Act (GLB):** Requires safeguards for records of financial information used by the institution. Employees are required to guard against the unauthorized access to or use of such information that could result in substantial harm or inconvenience to any customer (i.e. student, alumnus, donor, employee, etc.).

4.4.15 **Safe Work Environment Policy**

All College employees--faculty, staff and administration--share in the responsibility to provide a safe campus and work environment. Employees should note carefully any

82

0008E

specific safety-related responsibilities in their position descriptions. Additionally, employees who observe situations either physical or behavioral in nature that pose a significant risk to health or safety should report these to the appropriate party. In emergency situations, reports should be directed to the Office of Campus Safety. Otherwise, employees should direct safety concerns to their immediate supervisor, preferably in writing. Supervisors should promptly acknowledge receipt of such reports and, within a reasonable period of time, share with the employee any follow-up action that has resulted. In special circumstances when either the supervisor is not available or the employee believes a different procedure is warranted, employees may direct reports to their divisional vice-president.

### 4.4.16   Alcohol Policy

Only with administrative approval may alcoholic beverages be available at on-campus events held by College personnel. Such approval will be from the respective senior administrator (President, Provost, Vice President, or his or her designated representative), who will provide clear guidelines for the event. Under no circumstances may alcoholic beverages be served or made available to underage students at on-campus events, and College personnel who observe what they believe to be underage drinking should report this to the appropriate office. Failure to comply with this policy may result in disciplinary action.

Information on third-party vendors and the College's contractual obligations with Sodexo are available through the Office of Student Affairs.

[Internal note: Senior administrators who have approved the use of alcohol at a given campus event should notify the Director of the Department of Campus Safety, with copy to the Vice President of Student Affairs and Dean of Students.]

### 4.4.17   Personal Use of Campus Facilities

Only with administrative approval may campus facilities be used by College personnel for personal parties and social events (e.g., office parties). Such approval will be from the immediate supervisor of the person hosting the event and others who are responsible for the facility itself. When the event includes guests or others not employed by the College, the room must be reserved through the College's scheduling process. Failure to comply with this policy may result in disciplinary action.

83

00087



APPENDIX A:
Organizational Chart

84

00038

*APPENDIX B: KEY DATES AND DEADLINES*

## KEY DATES AND DEADLINES FOR 2014-2015

| Dates | Description |
| --- | --- |
| August 19, 2014 | Opening Faculty Meeting and President's State of the College Address |
| August 20, 2014 | Introduction Convocation |
| August 20-24, 2014 | New Student Orientation |
| August 25, 2014 | Fall Undergraduate classes begin |
| September 1, 2014 | Labor Day – no classes |
| September 3, 2014 | Last day for students to add an Undergraduate class |
| September 9, 2014 | Faculty Meeting |
| September 15, 2014 | Last day for Undergraduate course drops and credit/fail option |
| September 19, 2014 | Materials due to Department Chair for periodic review |
| September 22, 2014 | Jan Term registration begins |
| September 26-28, 2014 | Families Weekend |
| October 7, 2014 | Faculty Meeting |
| October 6-10, 2014 | Candidates for review may respond to chair's report to the FAC |
| October 10, 2014 | Chairs submit report and materials for periodic review to FAC |
| October 3, 2014 | Sabbatical reports due for those returning from sabbatical leave |
| October 13-14, 2014 | Fall break – no classes |
| October 15, 2014 | Mid-semester grades due on Archway, 12 Noon |
| October 25, 2014 | Homecoming |
| October 27, 2014 | Last day for withdrawal from Undergraduate courses with "W" grade |
| November 3, 2014 | Registration begins for spring classes |
| November 4, 2014 | Faculty Meeting (McDaniel Lounge) |
| November 14, 2014 | Departmental review data due to APC |
| Nov 26-Dec 1, 2014 | Thanksgiving recess |
| December 2, 2014 | Faculty Meeting |
| December 5, 2014 | Formal application for 2014-13 sabbatical leave due to Chair of FAC |
| December 8-12, 2014 | Exam week |
| December 16, 2014 | Undergraduate final grades due on Archway |
| December 24-January 2 | Winter Holiday – College closed |

85

00089

| Date | Event |
|---|---|
| January 5, 2015 | January Term begins |
| January 6, 2015 | Last day for Jan Term course changes |
| January 7, 2015 | Last day for withdrawing from Jan Term courses with "W" grade |
| January 9, 2015 | Candidates for review or tenure submit materials to department chairs |
| January 9, 2015 | Requests for new faculty positions due to APC |
| January 19, 2015 | Martin Luther King, Jr. day – no classes |
| January 23, 2015 | January Term ends |
| January 26, 2015 | Spring UG semester classes begin |
| January 30, 2015 | January Term final grades due in the Registrar's Office |
| February 3, 2015 | Last day to add an Undergraduate class |
| February 5, 2015 | Faculty Meeting |
| February 2-6, 2015 | Candidates for review may respond to chair's report to the FAC |
| February 6, 2015 | Chairs to submit their reports and review materials to the Chair of FAC |
| February 16, 2015 | Last day for Undergraduate course drops and credit/fail |
| March 3, 2015 | Faculty Meeting |
| March 14-23, 2015 | Spring recess |
| March 27, 2015 | Last day for withdrawal from Undergraduate courses with "W" grade |
| April 7, 2015 | Faculty Meeting |
| April 26, 2015 | Spring Undergraduate Awards |
| May 5, 2015 | Faculty Meeting |
| May 1, 2015 | Brief description of sabbatical intent due to Provost and Dean of the Faculty |
| May 11-15, 2015 | Exam week |
| May 19, 2015 | Undergraduate final grades due on Archway |
| May 18-22, 2015 | Senior week |
| May 22, 2015 | Senior Investiture and Honors Convocation |
| May 23, 2015 | Commencement |

00090

*APPENDIX C· ACADEMIC ADVISING*

**Academic Advising at McDaniel College**

McDaniel College provides all students with sensitive and informed academic advising to support their intellectual and personal growth throughout their college experience. Faculty advisors work closely with students to help them realize the full benefits of a liberal education and to fulfill the College's aspirations as stated in the First Principles. Faculty advisors model a passion for lifelong learning; encourage and challenge students to become independent, socially aware, and responsible; and facilitate their success and satisfaction after graduation. Although the ultimate responsibility for making decisions about educational plans and life goals rests with individual students, faculty advisors have a central role in helping to clarify goals and values, identify and assess alternatives, and explore the opportunities and consequences of different choices. Both students and faculty advisors are supported in this work by a variety of individuals, offices and services.

**In order to fulfill these responsibilities an effective advisor strives to have the specific knowledge, demonstrate behaviors appropriate to the role, and reflect supportive attitudes. More specifically:**

Knowledge:

- Understands both the general education and specific degree requirements for a variety of programs and paths to a degree
- Appreciates the resources and support services that are available to students including academic support, counseling, career, and health services
- Recognizes the many connections between academic and personal life
- Understands the College's academic policies and procedures including registration, drop/add, withdrawal, and residency requirements
- Recognizes the needs of students at different stages in their academic and personal development
- Understands the use of the tools and technology provided to assist in the advising process
- Understands the needs of students from a variety of cultural and personal backgrounds
- Recognizes the requirements of state and federal legislation including FERPA and the Civil Rights Act
- Uses College documents (both electronic and in print) including the *College Catalogue* and *Student Handbook*

Behavior:

- Makes themselves consistently available to meet with students
- Welcomes new advisees to the College community and facilitates their successful integration
- Engages students in the liberal arts and helps them to see the interconnectedness between disciplines
- Listens in order to understand the student's interests, needs, concerns, strengths and weaknesses
- Helps students to understand the First Principles and identify the opportunities and experiences that will help them to fulfill them

87

00091

- Refers advisees to appropriate support services when the student's needs exceed the advisor's skill and expertise
- Facilitates an ongoing process of exploration and discovery and help students to identify courses of action that meet their needs and align with their interests
- Advocates as appropriate for the student with faculty colleagues, employers, staff and administrators
- Serves as a mentor helping the student to develop new skills, explore new opportunities, exploit strengths and strengthen areas of weakness
- Acts as an agent of the College explaining and interpreting college policies, degree requirements and departmental expectations
- Facilitates students' registration, drop/add, and withdrawal when necessary
- Develops appropriate communication and mentoring skills needed to work with a variety of students
- Participates in ongoing professional development to enhance and update the knowledge and skills needed in advising
- Complies with College policies as well as state and federal regulations
- Monitors student progress and performance, addresses the circumstances that are interfering with academic progress, and helps students to "get back on their feet"

Dispositions:

- Cares about the well-being and success of all advisees
- Is professional and fair, recognizing appropriate boundaries and interactions
- Celebrates students' success; reflects concern for their struggles
- Respects students as unique individuals with particular needs, goals, strengths and weaknesses
- Demonstrates patience, openness and acceptance
- Recognizes his/her professional responsibility for effective advising
- Believes that all students can learn and persists in helping students achieve academic success
- Remains sensitive to cultural values and norms and uses culturally sensitive communication with students
- Respects students' privacy and the confidential nature of the advising relationship
- Promotes student ownership and responsibility

### An Accountable Student

In order to make informed decisions and fulfill personal goals, students must take a responsible and active role in their own advising. More specifically:

Knowledge:

- Understands graduation and general education requirements
- Understands major and minor requirements
- Is familiar with general college academic and behavioral policies
- Has a sense of academic and career interests, learning strengths and weaknesses, and educational needs

88

00092

Behavior:

- Meets regularly with advisor
- Comes to appointments on time
- Registers in a timely fashion
- Follows through with registration, add/drop, and withdrawals in a timely fashion
- Checks communication regularly
- Responds to communication
- Is an effective self-advocate

Dispositions:

- Works cooperatively
- Is open to new ideas and willing to explore curricular options
- Is interested and dedicated to major
- Believes in the value of being responsible and accountable

00095

*APPENDIX D: New FERPA Policy*

**McDaniel Undergraduate Student FERPA Policy and Notification of Rights under FERPA**

The Family Educational Rights and Privacy Act (FERPA) afford students certain rights with respect to their education records.  These rights include:

(1)   **The right to inspect and review** the student's education records within 45 days of the day the College receives a request for access. A student should submit to the registrar, dean, head of the academic department, or other appropriate official, a written request that identifies the record(s) the student wishes to inspect.  The College official will make arrangements for access and notify the student of the time and place where the records may be inspected.  If the records are not maintained by the College official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

(2)   **The right to request the amendment** of the student's education records that the student believes is inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA. A student who wishes to ask the College to amend a record should write the College official responsible for the record, clearly identify the part of the record the student wants changed, and specify why it should be changed. If the College decides not to amend the record as requested, the College will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment.  Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

(3)   **The right to provide written consent** before the College discloses personally identifiable information from the student's education records, except to the extent that FERPA authorizes disclosure without consent.  The College may disclose education records **without** a student's prior written consent under the FERPA exception for disclosure:

   •   *to school officials* with legitimate educational interests.  A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibilities for the College.

      A school official is a person employed by the College in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); *a person or company* with whom the College has contracted as its agent to provide a service instead of using College employees or officials (such as an attorney, auditor, reporting or collection agent); a person serving on the Board of Trustees; a student serving on an official committee, such as a disciplinary or grievance committee; or a person assisting another school official in performing his or her tasks.

   •   *the parent of a student* who claims the student as a dependent based on the IRS Code of 1986 Section 152. McDaniel College values the role of parents as partners in the education of our students. Our institutional philosophy is to encourage communication between students and parents about the student experience at McDaniel.  To that end, the College may notify parents of dependent students when they have knowledge of situations adversely affecting a student.  Such situations include academic deficiency (warning, probation,

00094

dismissal) and those exceptions permitted under FERPA regarding alcohol and illegal drug policy violations. Accordingly, parents of dependent students should direct questions to the Office of Academic Affairs or Student Affairs.

Students must complete the attached form before attendance at the student's first class, certifying whether the student is a dependent for federal tax purposes and if not a tax dependent, whether the student consents to the disclosure of personally identifiable information to his/her parents. The student is responsible for updating this form with the Registrar's Office to reflect any changes in the student's tax dependency or the student's consent to the disclosure of personally identifiable information. The College has the right to rely on the student's initial certification and/or consent to the disclosure of personally identifiable information unless the student has submitted an updated form to the Registrar's Office.

- *to officials of another school or school system* in which the student seeks or intends to enroll.

- *to appropriate parties* in a health and safety emergency.

(4)   **The right to elect to opt out** of the release of a student's directory information. The College may release directory information without the student's written consent. Directory information includes the student's name, dates of attendance, previous institutions(s) attended, major field of study, awards, honors, (includes Dean's List), degree(s), past and present participation in officially recognized sports and activities, height and weight of athletes, hometown and photographs. Students may elect to opt out of the release of directory information—the relevant form is available at the Registrar's Office.

(5)   **The right to file a complaint** with the U.S. Department of Education concerning alleged failures by the College to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

Family Policy Compliance Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-5901

91

*APPENDIX E: APPOINTMENT AND EVALUATION OF LIBRARIANS*

### Evaluation of Librarians

*Criteria of Evaluation*: Criteria for evaluating job performance include but are not limited to productivity, accuracy, creativity, initiative, and professional integrity. Librarians are required to be professionally active and to engage in appropriate forms of scholarship and creative work. Insofar as Librarians provide formal classroom presentations or individual instruction, they are evaluated for teaching effectiveness. Insofar as their schedules permit, Librarians will also be evaluated for their service to the College.

*Evaluation Procedure:* Annual evaluation will take place in the spring semester following the first year of service for the first five years or until librarians achieve Associate Librarian rank; evaluation will be conducted biennially thereafter. After the rank of Librarian is achieved, evaluation will take place every third year.

Supporting material to be supplied by the Librarian and submitted to the Director of the Library by February 1 of the review year:

- A self-evaluation and list of accomplishments
- A list of goals or plan for growth or improvement

Evaluation by the Director of the Library:

- A letter of evaluation containing details assessing the Librarian's performance

After the Librarian and the Director of the Library discuss the evaluation documents, they will be submitted to the Provost and Dean of the Faculty. The Provost and Dean of the Faculty will then send a letter of recommendation to the Librarian, a copy of which will be sent to the Director of the Library and Human Resources for their confidential files.

### Procedures for Reappointment

Reappointment decisions are made by the Provost and Dean of the Faculty in consultation with the Director of the Library, and with the approval of the President. Notification of reappointment decisions will be provided to the Librarian through Human Resources. Librarians are expected to fulfill the duties as delineated in their job descriptions. They are expected to understand how the work they accomplish contributes to the operation of the library, and to seek opportunities for collaboration and continuous improvement.

Librarians are expected to understand how their teaching contributes to the education of information literate students. They are expected to be thoughtful about their teaching and what they intend to accomplish through it.

The range of positions in an academic library requires librarians to perform multiple roles in support of student learning. Librarians are expected to understand how their professional responsibilities in the library contribute to this overall goal, and to perform these responsibilities in an effective and timely manner.

0009E

## General Criteria for Library Rank and Promotion

*Degree Status*: All Librarian ranks require the degree of Master of Library or Information Science, which is considered the terminal degree in the practice of academic librarianship, from an American Library Association (ALA) accredited program.  Exceptions may be made for individuals who have had extensive library related work experience.

*Time in Rank:* Normally a decision to apply for promotion will be made jointly between the Librarian and the Director of the Library. Candidates for the rank of Associate Librarian must serve a minimum of four years at the rank of Assistant Librarian. Assistant Librarians must be recommended for promotion in their sixth year or that year will be terminal. Candidates for the rank of Librarian must serve a minimum of five years at the rank of Associate Librarian before they may be considered for the rank of Librarian.

## Specific Criteria for Library Rank and Promotion

*Assistant Librarian* Appointment to the rank of Assistant Librarian is based on individuals' degree status and their potential to meet the criteria for Associate Librarian.

*Associate Librarian*: In addition to degree status and time in rank, those recommended for the rank of Associate Librarian must demonstrate a high level of competence and diligence in his or her assigned areas of responsibility. Among the factors to be considered are consistency of performance, ability to plan and organize work, initiative, ability to work effectively with others, thoroughness in the execution of any plan or project, ability to coordinate a variety of responsibilities to accomplish assignments within set deadlines, response to criticism through improvement, dependability, accuracy, verbal and written skills, professional attitude, and adaptability.

In addition, performance should be considered in regard to the following criteria:

- Responsiveness to the needs of the academic community and a high level of commitment to providing effective service to students, faculty, and staff.
- Effectiveness and collegiality as a liaison with faculty, e.g., collaboration with the discipline faculty when designing library instruction, working with classroom faculty outside the classroom, developing library resources in their disciplines, etc.
- Creative development in a specific area of the work of the library and ability to innovate.
- Effective contribution to the library's educational role, including: demonstrating consistently sound and effective teaching practices that are responsive to the desired outcomes of the course, while incorporating sound information literacy principles.
- Professional development through active participation in workshops and professional conferences, and professional growth as indicated by participation in or contributions to library profession.
- Demonstrated service to McDaniel College and willingness to become involved in the community beyond the Library.

*Librarian:* In addition to degree status, time in rank and consistent performance outlined in the criteria for Associate Librarian, those recommended for the rank of Librarian must demonstrate outstanding performance in regard to most of the following criteria:

93

00097

- A high degree of expertise and professional skills, and understanding of current techniques and technologies used in libraries.
- Professional growth as evidenced by the vigorous pursuit and accomplishment of significant library improvements through research, resourcefulness, and breadth of vision, or by equivalent efforts in an academic discipline.
- Proven ability to articulate library problems and solutions to peers in the library community and to faculty and administrators outside of the library.
- Evidence of leadership within the library, the profession, or other specialized subject area.
- Outstanding contributions to the work of the library.
- Demonstration of a range of library and information science activities using initiative, sound judgment, and independence to solve unique problems, and to develop innovative approaches.
- Contributes to library scholarship by sharing their knowledge and experience through presentations and publications.
- Demonstrated expertise in teaching as evidenced through student or instructor assessment measures.
- If applicable, demonstrated excellence in supervision as evidenced by their ability to effectively train, lead, organize work and special projects, and nurture supportive relationships with those they supervise.
- Demonstrated excellence in liaison activities as evidenced by their dedication and ability to form and nurture strong relationships with discipline faculty, collaboration with departments, and commitment to building and maintaining robust collections in various formats—e.g., print, electronic, video—that meet the needs of faculty and students.
- Ongoing record of service to the College and community.  This will include leadership roles on departmental and college-wide committees, in workshops, lectures or presentations.

**Procedures for Promotion**

If the Librarian will be entering his or her sixth year and has not yet attained rank of Associate Librarian, the office of the Provost and Dean of the Faculty will send a letter in October indicating the need to prepare review materials.

By February 1 in the year seeking promotion, the Librarian will prepare review materials as outlined in section 2.4.4.6 and submit them to the Director of the Library, who will review the documents and provide a letter of evaluation.

The dossier will then be submitted to the Provost and Dean of the Faculty by March 1.  Before reaching a decision the Provost and Dean of the Faculty will share the promotion materials and consult with the Faculty Affairs Committee, who may offer evaluative comments in regard to the merits of promotion based upon the Librarian's teaching and research support of the college.

Upon completion of the review process, the Provost and Dean of the Faculty will notify the candidate in a written letter about the results of the promotion review and send copies to the Director of the Library and Human Resources.

**Supporting Material to be supplied by the Librarian**

94

000098

**Annotated Curriculum Vitae**:  The annotated curriculum vitae should list and describe the individual's professional activities and accomplishments and service to the College community. Sample annotated curriculum vitae from McDaniel College faculty members are available in the Office of Academic Affairs, and Librarians are encouraged to refer to them when preparing their supporting materials.

**Self evaluation**:  The candidate must describe the materials being presented, reflect on them, and critically evaluate his or her performance as a teacher, scholar, and engaged community member by articulating goals, describing activities, and providing evidence of outcomes and plans for growth or improvement.

**Previous Review**:  Copies of all previous evaluation documents conducted since last promotion review.

**Letters of Reference**:  The candidate must include a minimum of three but no more than five letters of reference from a variety of colleagues. The letters of reference should be prepared by colleagues that can focus on any area of a candidate's performance about which the evaluator is well informed. These letters can be solicited from junior or senior librarians or faculty within or outside the College community and may focus on a person's librarianship, service, scholarly/ professional/creative activities, or other features of the Librarian's professional performance.

In the case of an individual applying for promotion to Librarian, two letters assessing the candidate's librarianship must be solicited from beyond the College community.

**Materials documenting librarianship**:  These materials may include results of student evaluations (narrative or quantitative summaries), course materials such as representative syllabi, assignments, study or subject guides, etc., special project or statistical reports, ILS improvements, loader specifications, Web project screen shots, etc.

**Evidence of Teaching Effectiveness**:  Teaching includes library reference consultations, liaison to academic departments, development of instructional resources, and direct instruction sessions.  Examples of materials to include:

- opinions of course instructors on the Librarian's effectiveness as seen in student performance in presentations and research papers (e.g., letters from faculty);
- results of classroom assessment findings (as available);
- methods employed to improve teaching effectiveness;
- letters of evaluation from students with whom the candidate has interacted in any capacity;
- peer or supervisor classroom observations;
- sample projects and papers, examinations, summaries of student performance on assignments or tests, or results from research on classroom activities;
- participation in professional development to enhance teaching skills. Candidates may choose to document their participation in local, regional, national or international workshops, symposia, or courses that are designed to enhance their effectiveness as a teacher. Candidates must describe how these activities have improved their own pedagogical practice.
- evidence of effective training and development of supervised staff for librarians who are primarily supervisors.

95

00099

**Materials Documenting Service to the College community:**  These materials may include committee reports written all or in part by the candidate, awards for college service, unsolicited letters, brochures or other material evidence of service.

**Materials documenting professional and scholarly activity**:  These materials may include:
- scholarly publications;
- papers presented at professional meetings;
- articles on creative and intellectual topics in journals, magazines, newspapers, or non-print venues such as professional blogs;
- documentation of exhibitions and presentations;
- additional material such as announcements or reviews relevant to a person's literary creations, exhibitions and presentations;
- writings on educational issues; textbooks and other books of an intellectual character authored or edited by the person;
- documentation concerning the development and organization of scholarly symposia, conferences, or other events that enhance the intellectual life at or outside the College and concerning addresses delivered at such events;
- consulting or adjudicating reports of a professional nature and reviews of professional work;
- external grant proposals;
- information concerning study or training that expands the competence of the librarian member into new areas of librarianship;
- information regarding other expressions of continuing professional involvement and growth;
- documentation of recognition by peers at or outside the College of the Librarian's professional work.

## Appeals

The appeal process will follow the general procedure as outlined in section 2.7.4.

## Vacation

Effective July 1, 1992, Librarians receive 20 annual paid vacation days based on the College's fiscal year (prorate for the first year of employment). Vacations are to be taken at times mutually agreeable to the employee and the College. Employees are not entitled to compensation in lieu of vacation time. Unused vacation days may not be carried over from one fiscal year to the next. Unused vacation days at the time of separation from employment are not payable to the employee

00100

Chart 1

**Schedule for Review of Tenure-Track Faculty during the Probationary Period**

|  | Fall | Spring |  |
|---|---|---|---|
| First year |  | r | Initial Review |

| Second year |  | R | Continuance Review |

| Third year |  |  |

| Fourth Year |  | R | Pre-tenure Review |

↓ * must have achieved rank of Assistant Professor by the date of the first faculty meeting.

| Fifth Year |  |  |

| Sixth Year |  | R | Tenure Review |

| Seventh Year |  |  |

↑

Tenure and promotion to Associate Professor, if above requirements are successfully met.

r =   a brief review consisting of Course Evaluation Forms and letter from the department chair.

**R** =   a detailed review encompassing all of the materials described in 2.7.3.1 of the *Faculty Handbook*.

\*      Typically this is based upon earning terminal degree in the discipline.

To be promoted to the rank of Professor, individuals must have minimum eight years at the rank of Associate Professor (see 2.7.1.4).

A Periodic Review will be conducted of those faculty who have not been nominated for promotion during the past eight years (see 2.7.5).

97

00101

AAUP, 4, 14, 44, 47
AAUP dues, 44
*AAUP statement*, 4
Academic Assessment Committee, 7
Academic duties, 17
Academic freedom, 12
Academic officers, 2, 3, 84
Academic Planning Committee, 8, 27
Academic rank, 26
Academic titles, 23
Academic work year, 19
Activities, 59
Ad hoc committees, 9, 11
Adjunct Lecturers, 24, 44
Adjunct Lecturers tuition benefit, 58
Administration and Finance, 1, 6, 87
Administrators, 26
Admissions, 67
Advising, 20, 29, 67, 91
Affirmative Action, 14, 61, 75
**affirmative action committee**, 6
Affirmative Action Director, 88
AFLAC, 51
AIDS policy, 75
AIDS-benefits of employees, 76
AIDS-confidentiality, 77
AIDS-employment of persons, 76
**Alcohol Policy**, 83
Alumni Relations, 88
Animal policy, 80
Annotated curriculum vitae, 35, 99
Appeal, 39
Application criteria for sabbatical leave, 16
Appointment, 28
Assistant Dean for First Year Students, 84
Assistant Librarian, 27, 97
Assistant Professor, 23, 28, 32
Associate Dean of Academic Affairs, 84
Associate Dean of Student Academic Life, 84
Associate Dean of Student Affairs, 86
Associate Librarian, 27, 97
Associate Professor, 1, 23, 24, 28, 32, 33
Athletic Council, 6
Athletic events, 61
Athletics, 25, 88
Attendance policy, 61
Availability-Faculty, 19
Awards, 72, 74
Benefits, 47, 50, 53, 56, 60
Bereavement, 54
**Board of Trustees**, 1, 2, 5, 9, 15, 22, 31, 32, 34, 40,
   48
Book orders, 67
Bridge payment, 46, 48
Campus mail, 70
Campus Safety, 73, 74
Cancellation of classes, 61
Chief Information Officer, 84
Class attendance, 61
Classroom conduct, 62
Clerical support, 71
Coach Lecturers, 25

College Activities, 59
College cars, 73
College Fellows, 26
College liability, 51
**College Marshals**, 5
College money, 69
College owned housing, 56
College policies, 61
College regulations, 22
College services, 70
College Store, 59
Collegial participation, 30
Complaints, 5, 74, 75
Computer software, 69
Conduct of courses, 20
Conferences, 59
Continuing appointment, 9
Copyright law, 67, 68, 69
Course Evaluation Forms, 34, 36, 66
Course materials, 36
Course meeting time, 62
Creative work, 31
Creativity award, 72
Criteria for promotion, 32
Curriculum Committee, 8
Dean of Admissions, 1, 87
Dean of Graduate and Professional Studies, 85
Dean of Student Affairs, 1, 6, 86
Decker College Center, 74
Definition of the Faculty, 12
Department Chair, 3
**Department Chair appointment**, 3
**Department Chair basic duties**, 3
**Department Chair stipend**, 3
Desk copies, 67
Determination of positions, 27
Development, 88
Director of Academic and Government Grants, 85
Director of Athletics, 88
Director of Common Ground on the Hill, 85
Director of Diversity and Multicultural Affairs, 85
Director of Honors Program, 85
Director of Hoover Library, 12, 86
Director of Instructional Technology, 84
Director of Student Academic Support Services, 84
Domestic Partner benefits, 58
Drug free workplace, 77
Early retirement, 45, 47
Educational records, 70
Effective teaching, 28
Electronic communication policy, 80
Eligibility for sabbatical leave, 15
Emeritus faculty benefits, 48
Emeritus status, 45
Employee Assistance Program, 22, 51, 76
Employee protection policy, 80
Endowed award, 74
Endowed scholarships, 74
Enrollment Management, 1, 87
Equal opportunity, 14
**Evaluation and retention of academic officers**, 3
Evaluation by department chair, 38

Evaluation by Faculty Affairs Committee, 39
Evaluation procedures, 35
Examinations, 19, 63, 65
Extramural employment, 21
Facilities, 56, 59, 70
Faculty Affairs Committee, 9, 15, 16, 17, 26, 31, 32,
    34, 38, 39, 40, 41, 42, 43, 44
Faculty availability, 19
Faculty awards, 71
Faculty book award, 72
Faculty Council, 3, 9, 11, 17, 74
Faculty Development, 15, 58
Faculty Development Committee, 9, 10
**Faculty governance**, 7
Faculty meetings, 4, 9
Faculty representation on committees, 6
Faculty Secretary, 9
Faculty Technology Committee, 10
Fall semester, 32
Families Weekend, 30, 69
Family and Medical Leave, 52
Family emergencies, 61
FERPA, 70, 94
Final examination, 63
Finances, 69
Financial services, 87
**Governance**, 4
Grade appeals, 64
Grades, 64
Grievances, 5, 74, 75
Group disability insurance, 50
Group life insurance, 49
Holidays, 64
Honor and Conduct Board, 6
Honor system, 64
Honors Committee, 11
Human Resources, 1, 44, 49, 50, 52, 60, 75, 76, 87
Inclement weather, 62
Incompletes, 64
Independent Studies, 65
Information security policy, 81
Institutional Advancement, 1, 87, 88
Instructor, 23
Insurance benefit, 49
Internships, 65
Job descriptions, 1
**Jurisdiction of the faculty**, 4
Jury duty leave, 56
Key dates, 89
Keys, 73
Leave of absence, 15, 53, 56
Lecturers, 12, 24, 44, 60
Legitimate absences, 61
Letters of appointment, 34
Librarian appeals, 100
Librarian appointment, 97
Librarian criteria for promotion, 97
Librarian evaluation, 96
Librarian job performance, 96
Librarian procedures for promotion, 98
Librarian procedures for reappointment, 96
Librarian self evaluation, 99

Librarian supporting material, 98
Librarian vacation, 100
Librarians, 26, 27, 97, 100
Long-term disability, 50
Maternity Leave, 53
Medical insurance, 49
Medicare supplemental, 49
Mid-term grades, 65
Military duty leave, 56
Moving expenses, 56
NCAA Faculty Athletic Rep., 6
Office of Academic Affairs, 2, 20, 61
Office of Academic and Government Grants, 59
Office of Student Affairs, 61, 67, 70, 74, 76
Ombudsman, 5, 75
Organizational chart, 1
**Other officers of the college**, 3
Parental leave, 53, 54
Parking, 73
Parking regulations, 73
Parliamentarian, 5
Participation in college community, 29
Participation in student community, 30
Pay periods, 44
Paychecks, 44
Payroll, 44, 47, 49, 50
Periodic review, 40, 41
Periodic review deadlines, 42
Personal assistance counseling, 51
**Personal Use of Campus Facilities**, 83
Personnel matters, 3
personnel office, 6
Phased retirement, 45, 48
Policies for employment, 9
Post Office, 59
President, 1, 2, 3, 4, 9, 11, 12, 15, 16
Presiding Officer of the Faculty, 4
Probationary period, 34
Professional ethics, 17
Professional travel, 59
Professor, 1, 23, 24, 28, 32, 33
Promotion, 9, 28
Promotion decisions, 39
Provost and Dean of the Faculty, 1, 2, 3, 4, 6, 8, 9, 10,
    11, 12, 15, 16, 46, 47, 98
Quality of student work, 65
Ranks, 23
Reappointment, 27, 28, 31, 33, 34, 41, 42
Reappointment and promotion deadlines, 41
Recruitment, 28
Registrar, 8, 86
Released time, 66
Research, 31
Retention, 3, 4
Retiree health care program, 49
Retirement, 45, 47
Retirement benefits, 47
Retirement fringe benefits, 47
Retirement plans, 45
Retraining grants, 59
Review, 31, 34, 41
Rights and privileges, 12

Sabbatical deadlines, 41
Sabbatical leave application process, 16
Sabbatical leave responsibilities, 17
Sabbatical leave stipend, 15
Sabbatical leaves, 9, 15, 58
Safe work environment policy, 82
Salary, 44, 60
Scholarly publications award, 72
Search advertising, 28
Secretarial support, 71
**Secretary of the faculty**, 5
Self evaluation, 35
Senior Coach Lecturers, 12, 25
Senior Lecturers, 12, 25, 28, 44, 60
Separation procedures, 43
Sexual harassment, 14
Sick leave, 52
Smoke-free environment, 80
Social Security, 50, 51
Solicitation, 74
Special achievement award, 72
Standing Committees, 7
*Statement of principles*, 12
*Statement on professional ethics*, 14, 17
Statutory programs, 51
Strategic Thinking Group, 7
Student advising, 20
Student assistants, 62
Student awards, 74
Student concerns, 66
Student Media Board, 6
Student records, 69
Substance abuse testing, 77, 78, 79
Supplemental retirement plan, 45
Supplementary materials, 36
Support services, 70

Supporting Lecturers, 26
Supporting material, 35
Syllabi, 66
Task forces, 11
Teaching load, 21
Tenure, 1, 5, 9, 12, 21, 23, 26, 28, 31, 33, 34, 39, 41
Tenure deadlines, 42
Tenure track faculty, 12, 21, 23
Tenure track schedule, 101
Terminal sabbatical, 46
Termination of employment, 9
Textbooks, 62
TIAA, 45, 50, 51
Time in rank, 28, 33
Travel, 59
Treasurer, 1, 87
Trustees, 1, 2, 4, 5, 9
Tuition benefits, 56
Tuition Exchange, 57
Tuition grants, 57
Tuition remission, 58
Unemployment insurance, 51
UPS, 60
Use of facilities, 59
Use of tobacco, 62
Visiting Faculty, 26
Visitors to the Board, 1
Voting franchise, 4
Weekly schedule, 66
Wellness Center, 21, 75
Withholdings, 44
Worker's compensation, 51
Writing assignments, 66
Zepp Enhancement Grant, 71
Zepp Teaching Award, 71

00104



**MCDANIEL**
C O L L E G E
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

October 7, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

**Update:**

The preliminary hearing was conducted by the Grievance Committee on October 7, 2014. They have made the decision to move forward with the Formal Hearing.

**Witness Information:**

At this time, you **MAY** contact the individuals on the witness list you supplied to me on September 24, 2014 to prepare for the potential formal hearing. Please send me, by 5pm on October 8, 2014, the list of witnesses as well as the expected testimony that each one will offer. The committee members will then determine if they would like to speak to the witnesses. You will not have an opportunity to cross examine witnesses. Should you wish to have questions asked of the witnesses, you may prepare the list and submit it to me by 10 am on October 10, 2014.

**Formal Hearing Schedule:**

There will be two separate hearing dates. The first date will be on October 10, 2014 at 3pm and will feature the complainant and witnesses for the complainant that approved by the committee. You attendance will not be needed.

The second hearing will be on October 15, 2014 at 4pm in the Conference Room in Thompson Hall. Your attendance will be expected at this hearing should you wish to address the committee. Please confirm to me by 5pm on October 8, 2014 your intentions to attend. Also, if the committee wishes to speak with any of the witnesses provided to me by 5pm on October 8, 2014, they will be expected to be available at this time as well.

You are reminded that you are strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance with exception of the witnesses aforementioned in this document. You are also reminded that you are prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation with me with at least 48 hours' notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator

00105