# EXHIBIT 3



**McDANIEL**
C O L L E G E
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

October 28, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

The Grievance Committee has finished deliberations coming to a decision on October 27, 2014 regarding the Title IX grievance filed on September 8, 2014 naming you as the Respondent and Dr. Jeanine Stewart as the Complainant.

The decision rendered is as follows:

1. Responsible for the complaint of harassment
2. Not responsible for the complaint of stalking
3. Responsible for the complaint of hostile environment
4. Responsible for the action of retaliation through a filing of a counter claim of harassment while in process

The procedures for appealing the Grievance Committee's finding can be found in the McDaniel Title IX policy.

You are reminded that you are strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance. You are also reminded that pending final resolution of this grievance, you are still prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation by providing me with at least 48 hours' prior notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator

00107