# EXHIBIT 5



**MCDANIEL COLLEGE**

*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 • 410/876-2055
www.mcdaniel.edu

November 17, 2014

Dr. Pavel Naumov
5301 Musket Court
Rockville, MD 20853

Dear Dr. Naumov,

This communication is to provide you with an update regarding the status of the appeals process. As noted previously, the Grievance Committee rendered a decision on October 27, 2014 regarding the Title IX grievance filed on September 8, 2014 naming you as the Respondent and Dr. Jeanine Stewart as the Complainant. On October 31, 2014, you initiated an appeal of this decision.

The Appeals Panel has reviewed the appeal information and determined that additional proceedings are warranted. The Appeals Panel will be interviewing Jennifer Glennon on November 18, 2014. The Appeals Panel will then render a decision within 72 hours of the conclusion of the additional proceedings.

As was communicated previously, you remain strictly prohibited from attempting to communicate in any form or retaliate against any employee or person otherwise related to this grievance. You are still prohibited from being on any property owned by McDaniel College unless you have pre-arranged the visitation with Director of Human Resources with at least 48 hours' notice.

Sincerely,

Jennifer Glennon
Director of Human Resources
Title IX Coordinator


Florence Hines
Chairperson of the Title IX Grievance
Vice President of Enrollment Management

Ex. 5