# EXHIBIT 7

```
                IN THE UNITED STATES
             DISTRICT COURT FOR MARYLAND
                   SOUTHERN DIVISION


DR. PAVEL NAUMOV,              :

    Plaintiff                  :    Case No.:
                                    8:15-cv-00482GJH
    vs.                        :

MCDANIEL COLLEGE, INC.,        :
et al.,
    Defendants.                :    December 18, 2015


                    ------------------

        The deposition of JEANINE STEWART, taken

on Friday, December 18, 2015, commencing at 10:06

a.m., at 2800 Quarry Lake Drive, Suite 200,

Baltimore, Maryland 21209, before Shannon M.

Wright, a Notary Public.



                    ------------------




Reported by:
Shannon M. Wright
```

Ex. 7

1  obligations as I understood them on the advice
2  of counsel.
3      Q   Isn't it true, though, that there's no
4  discussion in this document that gives anyone
5  the right to stand in place of the person who
6  underwent whatever actions occurred?
7      A   If that is your reading of the
8  document, I accept that.
9      Q   Okay.  Now, with regard to Dr. Naumov,
10 he was not interviewed by Mr. Immler; is that
11 correct?
12     A   I don't know whether he ever was.  I
13 did not -- I did not review any document that
14 would demonstrate that Dr. Naumov had spoken
15 with Mr. Immler.
16     Q   Okay.  And isn't it true that
17 Dr. Naumov was on campus during this time of the
18 investigation?
19     A   I don't know.
20     Q   Let me just -- let --
21         MR. STROUSE:  I want this marked as, I