# EXHIBIT 8



**McDANIEL COLLEGE**

*Founded in 1867 as Western Maryland College*

Office of Academic Affairs
2 College Hill
Westminster, MD 21157-4390
410/857-2248
410/857-2796 FAX
www.mcdaniel.edu

March 18, 2005

Dr. Pavel Naumov
2029 Burnside Drive
Frederick, MD 21702

Dear Pavel,

On the recommendation of Dr. Robert Boner, Chair for the Department of Mathematics and Computer Science, it is my pleasure to offer you an appointment as Assistant Professor of Computer Science.

This is a tenure track position with reviews for reappointment as indicated in the *Faculty Handbook*. You will be given two years credit toward the tenure decision. Therefore, the review schedule for tenure track is as follows: an initial review in Spring 2006, a continuance and pre-tenure review in Spring 2007, and a tenure review in Spring 2009. If approved, tenure will take effect September 1, 2009.

Your specific responsibilities will include a full teaching load as assigned by Dr. Boner. Please note that you may occasionally be asked to teach courses in Mathematics, as needed. The dates for your primary obligation to the College are from the opening faculty meeting on August 24, 2005 to Commencement on May 20, 2006. General duties of the College's faculty are described in the *Faculty Handbook*.

Your salary will be $60,000 a year and full benefits: for more information concerning these benefits, please contact the Office of Human Resources (phone 410-857-2229). The College will reimburse you for relocation expenses up to $2,000. In addition you will receive an allowance of $2,500 for professional expenses and start-up funds.

If the above terms are satisfactory, please indicate your acceptance by signing and returning one copy of this letter by March 25, 2005. This letter, when signed by you, will serve as the basis of our agreement.

We look forward to welcoming you into the College community. If you have questions, please do not hesitate to call or e-mail me.

Sincerely,

Thomas M. Falkner
Provost and Dean of the Faculty

Accepted _____   3/22/05   ████████
                (signature)                (date)      (Social Security)

P. 8



Office of Academic Affairs
2 College Hill
Westminster, MD 21157-4390

410/857-2248
410/857-2796 FAX
www.mcdaniel.edu

April 18, 2011

Dr. Pavel Naumov
Department of Mathematics and Computer Science

Dear Pavel,

At the April 16 meeting of the Board of Trustees, with the support of President Casey and me, and on recommendation of the Faculty Affairs Committee, the Academic Affairs Committee recommended that the Board approve your promotion to the rank of Associate Professor with tenure. This letter will officially inform you that the Trustees unanimously approved your promotion, which will become effective August, 2011.

On a personal note, let me extend my warmest congratulations and tell you how pleased I am with this decision. You have distinguished yourself as a teacher, mentor and scholar at McDaniel. I look forward to working with you in the years to come as a colleague and valued member of the community.

Sincerely,

Thomas M. Falkner
Provost and Dean of the Faculty


c:  Dr. Simonelli, Department Chair
    Dr. Casey, President



# MCDANIEL
## COLLEGE
*Changing Lives Since 1867*

2 College Hill
Westminster, MD 21157-4390

410/848-7000 ▪ 410/876-2055
www.mcdaniel.edu

April 22, 2011

Dr. Pavel Naumov
Department of Mathematics and Computer Science

Dear Pavel,

In conjunction with the Board of Trustees and the Provost I wish you congratulations on being granted tenure and promotion to the rank of Associate Professor. Your commitment to your students and the McDaniel Community makes me proud to be your colleague. I wish you continued success in the years to come. You are McDaniel!

Best regards,

Roger N. Casey
President

RNC:pl