# EXHIBIT 9

From: jglennon@mcdaniel.edu
Subject: RE: intimidation
Date: October 21, 2014 at 11:30 AM
To: Pavel Naumov (pavel@pavelnaumov.com) pavel@pavelnaumov.com

Dear Pavel,

In response to your questions below, your original email doesn't appear to be related to new Title IX issue. As noted in my original email, the complaint that you are describing against the Provost is not based on any of those protected statuses that involves Title IX. Rather, It is something that is already being addressed by the Grievance Committee and therefore would not be appropriate to consult with an advisor. The procedures that you reference below are intended for introducing new Title IX grievances unrelated to an ongoing grievance investigation. As a result, I don't believe it would be appropriate or necessary to consult with a Title IX Advisor at this time.

Sincerely,

Jennifer Glennon, MS, PHR
Director of Human Resources
Title IX Coordinator
McDaniel College
2 College Hill
Westminster, MD 21157
410-857-2205

McDaniel College Open Enrollment Fair: Thursday, October 16th, 11am-1pm Wahrhaftig Room and Skybox

McDaniel College Open Enrollment: October 20, 2014-November 14, 2014


-----Original Message-----
From: Pavel Naumov [mailto:pavel@pavelnaumov.com]
Sent: Monday, October 20, 2014 6:03 PM
To: jglennon
Subject: Re: intimidation

Dear Jennifer,

My email below is not a complaint, but an expression of my personal believes, which I am free to express under the First Amendment. I am not asking you to judge the merits of my believes or which policy they might or might not fall under, although I appreciate your thoughts below.

According to the McDaniel's Title IX Policy that you have emailed to me,

"The complainant may approach the advisors without fear of censure or reprisal; to this end, both parties will be instructed to maintain confidentiality at this initial interview. ... The advisor will listen non-judgmentally to the complaint, try to establish the pertinent facts and assess the validity and extent of the complaint on the basis of information provided, and advise the complainant concerning available courses of action." [page 10, subset Informal Resolution]

Thus, all that I want to do at this point is to approach a Title IX advisor and to have a conversation with this person that I am entitled to have by the above policy. I am sure the advisor will advise me on any possible conflicts with retaliation or any other policies that might exist.

Could you, please, tell me how this should be done in order not to violate any restrictions imposed by my suspended status?

Yours,

Pavel

On Oct 20, 2014, at 3:44 PM, jglennon@mcdaniel.edu wrote:

Ex. 9

On Oct 20, 2014, at 3:44 PM, jglennon@mcdaniel.edu wrote:

Dear Pavel,

Thank you for allowing me some time to review our policies. As you know, Title IX was enacted to eradicate discrimination and harassment primarily based on sex and/or gender from college campuses. The complaint that you are apparently making against the Provost is not based on any of those protected statuses. Rather, it focuses on specific actions taken during the Grievance Procedure by the Complainant and as such is immune from such claims. Indeed, the College's Title IX Procedure, consistent with federal law, expressly prohibits retaliation of any kind and "any action taken by the respondent to penalize the complainant for initiating the formal grievance will be treated as a separate incident calling for separate and additional consideration by the Grievance Committee." Because your most recent complaint against the Complainant appears to be retaliatory and in violation of the College's Grievance Procedures, it will be forwarded to the Grievance Committee for their consideration and appropriate action.

Sincerely,

Jennifer Glennon, MS, PHR
Director of Human Resources
Title IX Coordinator
McDaniel College
2 College Hill
Westminster, MD 21157
410-857-2205

McDaniel College Open Enrollment Fair: Thursday, October 16th, 11am-1pm Wahrhaftig Room and Skybox

McDaniel College Open Enrollment: October 20, 2014-November 14, 2014

-----Original Message-----
From: Pavel Naumov [mailto:pavel@pavelnaumov.com]
Sent: Sunday, October 19, 2014 9:17 PM
To: jglennon
Subject: intimidation

Dear Jennifer,

I believe that during past several months Jeanine Stewart abused her power to create a conflict of interest situation. In my opinion, she did it in order to intimidate me and to force my resignation from the College prior to the initiation of the formal grievance procedure. Intimidation of an employee by the direct supervisor is classified as harassment by the College Title IX policy. As I have recently discovered, this is not the first time she breached common ethical norms. I believe she intentionally omitted an important piece of information from her job application to McDaniel, that could have easily swayed the search committee toward another candidate.

I find your actions in this matter very professional and I have no reasons to blame you for anything related to this situation. My only complaint is against Jeanine Stewart.

Given the 45-day time limitation in McDaniel Title IX policy, I would like to start the informal procedure that precedes filing of the formal grievance complaint. As I understand, my first step is to meet with a Title IX advisor. Could you, please, advise me on how this should be done in order not to violate any restrictions imposed by my suspended status?

Yours,

Pavel