# EXHIBIT 10

```
 1                    IN THE UNITED STATES
                 DISTRICT COURT FOR MARYLAND
 2                     SOUTHERN DIVISION

 3    DR. PAVEL NAUMOV,              :

 4        Plaintiff                  :
                                         Case No.:
 5    vs.                            :   8:15-cv-00482GJH
                                     :
 6    MCDANIEL COLLEGE, INC.,        :
      et al.,
 7        Defendants.                :
                                         December 22, 2015
 8

 9                    - - - - - - - - - - - - - - - -

10
             The deposition of JENNIFER GLENNON, taken
11
      on Tuesday, December 22, 2015, commencing at 1:24
12
      p.m., at 5401 Twin Knolls Road, Suite 7, Columbia,
13
      Maryland 21045, before Shannon M. Wright, a Notary
14
      Public.
15

16
                      - - - - - - - - - - - - - - - -
17

18

19

20    Reported by:
      Shannon M. Wright
21
```

Q  Isn't the complainant defined as the person who allegedly experienced the violation?

A  That's what it says.

Q  Okay.

A  But, again, this policy was revised after Dr. Naumov's grievance was filed.

Q  Okay. Did you make these changes because of the Naumov case?

A  No. As I said that before, it was related to the VAWA and Clery act changes.

Q  The -- the which changes?

A  VAWA, Violence Against Women Act.

Q  Oh, okay. Now, with regard to Dr. Naumov, how did you hear about his case? If you remember.

A  I believe it was reported to me by Dr. Jeanine Stewart.

Q  Dr. Stewart, who was the provost at that time?

A  At the time.

Q  And what was your role, if anything, in