# Exhibit 11

Deposition of Jennifer Glennon          Dr. Pavel Naumov v. McDaniel College, Inc. and Martin Hill, Chairman of the Boar

```
 1              IN THE UNITED STATES
             DISTRICT COURT FOR MARYLAND
 2                SOUTHERN DIVISION

 3   DR. PAVEL NAUMOV,            :

 4      Plaintiff                 :   Case No.:
                                      8:15-cv-00482GJH
 5   vs.                          :

 6   MCDANIEL COLLEGE, INC.,      :
     et al.,
 7      Defendants.               :   December 22, 2015

 8

 9                       -------------------

10        The deposition of JENNIFER GLENNON, taken

11   on Tuesday, December 22, 2015, commencing at 1:24

12   p.m., at 5401 Twin Knolls Road, Suite 7, Columbia,

13   Maryland 21045, before Shannon M. Wright, a Notary

14   Public.

15

16                       -------------------

17

18

19

20   Reported by:
       Shannon M. Wright
21
```

1   coordinator of Title IX?

2       A   Title IX coordinator.

3       Q   Does that mean that you develop all the
4   Title IX documents?

5       A   Yes.

6       Q   Okay.  And did you do the most recent
7   revision?

8       A   Myself and Beth Gerl and Liz Towle.
9   And also consultation with our attorney as well.

10      Q   Okay.  Your most recent -- what were
11  the major changes you made?  If you recall.

12      A   Well, there were some changes to the
13  Violence Against Women Act that was
14  reauthorized.  And there were some Clery Act
15  changes, so we had to modify our policy
16  to comply with those changes.

17      Q   Did you do away with the 90-day
18  requirement of the occurrence to complain?

19      A   Can you show me what you're referring
20  to?

21      Q   Well, in the Title IX policy -- I guess

Page 8

1   we've given these out before. -- on page 10,
2   it --
3           MR. STROUSE: This will be 1
4   Plaintiff's.
5           MS. RILEY: Take this one?
6           MR. STROUSE: Yeah. Yeah. I'm sorry.
7       Q   On page 10, it says, I believe, that
8   under the informal resolution that any complaint
9   must be reported to an advisor within 90 days of
10  occurrence.
11          Did you do away with that?
12      A   Based on the legal advice that we
13  received, we have an obligation, under Title IX,
14  to respond to any concerns that come to any
15  employee of the college no matter when they
16  occurred.
17      Q   No matter when they occurred? So if
18  they occurred several years previously, that
19  would be okay?
20      A   That's correct.
21      Q   Isn't that against Title IX policy or

1    Q   Isn't the complainant defined as the
2    person who allegedly experienced the violation?
3    A   That's what it says.
4    Q   Okay.
5    A   But, again, this policy was revised
6    after Dr. Naumov's grievance was filed.
7    Q   Okay.  Did you make these changes
8    because of the Naumov case?
9    A   No.  As I said that before, it was
10   related to the VAWA and Clery act changes.
11   Q   The -- the which changes?
12   A   VAWA, Violence Against Women Act.
13   Q   Oh, okay.  Now, with regard to
14   Dr. Naumov, how did you hear about his case?  If
15   you remember.
16   A   I believe it was reported to me by
17   Dr. Jeanine Stewart.
18   Q   Dr. Stewart, who was the provost at
19   that time?
20   A   At the time.
21   Q   And what was your role, if anything, in