# Exhibit 17

```
 1                IN THE UNITED STATES
              DISTRICT COURT FOR MARYLAND
 2                  SOUTHERN DIVISION

 3   DR. PAVEL NAUMOV,              :

 4      Plaintiff                   :   Case No.:
                                        8:15-cv-00482GJH
 5   vs.                            :

 6   MCDANIEL COLLEGE, INC.,        :
     et al.,
 7      Defendants.                 :   December 22, 2015

 8

 9                      --------------------

10        The deposition of FLORENCE HINES, taken

11   on Tuesday, December 22, 2015, commencing at 10:24

12   a.m., at 5401 Twin Knolls Road, Suite 7, Columbia,

13   Maryland 21045, before Shannon M. Wright, a Notary

14   Public.

15

16                      --------------------

17

18

19

20   Reported by:
        Shannon M. Wright
21
```

Page 5

1    A    To answer your questions to the best of
2    my memory, and tell the truth.
3    Q    Okay.  Would you please give -- give me
4    your name and address?
5    A    Yes.  It's Florence Hines.  641
6    Matterhorn Road, Westminster, Maryland.
7    Q    Okay.  And what do you do at McDaniel?
8    A    I'm the vice president for enrollment.
9    Q    Okay.  And what are the duties for VP
10   for enrollment?
11   A    I supervise the offices of admissions,
12   financial aid, and communications and marketing.
13   Q    Okay.  So if you have a low enrollment,
14   it's all your fault?
15   A    Every time.
16   Q    And what positions did you hold before
17   you were vice president of enrollment at
18   McDaniel?
19   A    I was vice president of enrollment at
20   Spring Hill College in Mobile, Alabama; dean of
21   admission at Cornell College in Mount Vernon,

...

Page 44

```
 1     Q    Okay.  Who asked you to be the chair of
 2   the committee?
 3     A    Jenny Glennon.
 4     Q    Okay.  And how did it happen?  Did she
 5   just give you a call or something?
 6     A    A call or an email.
 7     Q    Okay.  Did you object to it at all?
 8     A    No.  I just asked questions.
 9     Q    Oh, okay.  Do you have any idea why you
10   were asked to chair this committee?
11     A    Because the president's council at the
12   college are the people who are the group of --
13   the small group you would use to pick the chair
14   from.
15     Q    Uh-huh.  Okay.  So you're on the
16   president's council then?
17     A    Yes.
18     Q    How about other members of the
19   committee?  Did you select other members?
20     A    I did not.
21     Q    You did not?
```

Page 48

1   A   I think -- I'm not completely sure.  We
2   had the results of Dr. -- of Eric Immler's
3   investigation early on, but I can't remember if
4   we had -- at which phase we got which pieces of
5   information.
6   Q   Okay.
7   A   That might have been later because it
8   would have had names in it.  In the first part,
9   we truly did not know --
10  Q   Who the names were?
11  A   -- who the people were.
12  Q   Okay.  Was the committee supposed to
13  find out -- find Dr. Naumov as responsible for
14  harassment, stalking, or hostile environment?
15  Was it -- was -- was the committee -- let me
16  just -- since Dr. Stewart was the -- was the
17  provost and the complainant, didn't this bias
18  proceedings in that all of you report to
19  Dr. Stewart?
20  A   I don't.
21  Q   Except you.

```
 1      A    And Chris Collins doesn't.
 2      Q    Chris Collins is a security guy?
 3      A    Correct.
 4      Q    Oh, okay.  Did you -- did you think
 5   that the committee was supposed to find for --
 6   against Dr. Naumov?
 7      A    No.
 8      Q    Did anyone tell you that you need to
 9   decide against Dr. Naumov?
10      A    They did not.
11      Q    Okay.  Was the committee supposed to
12   assign sanctions if it found Dr. Naumov
13   responsible?
14      A    No.  Sanctions were not part of our
15   charge.
16      Q    It was not part of your charge?
17      A    They were not.
18      Q    Okay.  And so you made no
19   recommendation on sanctions, and you didn't
20   discuss sanctions at all?
21      A    That's correct.
```