# Exhibit 35

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MCDANIEL COLLEGE, INC. *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 8:15-cv-00482 GJH |

## SECOND AFFIDAVIT OF JENNIFER GLENNON

I, JENNIFER GLENNON, BEING OF LAWFUL AGE, hereby depose, affirm and state as follows:

1. I have personal knowledge of, and am competent to testify to, the matters stated in this Affidavit.

2. I am currently employed by McDaniel College ("McDaniel" or the "College") as Director of Human Resources and Title IX Coordinator. I have held this position since approximately July 2014, before which I served as the Interim Director of Human Resources and Title IX Coordinator for McDaniel for several months.

3. McDaniel enacted a revised Title IX policy in December 2014 to update the June 2014 policy which was in effect when Dr. Pavel Naumov's Grievance proceedings took place. The December 2014 policy contained definitions for both Complainant and Responsible Person which did not exist in the prior Title IX policies.

4. If the December 2014 Title IX *had* been the policy in effect during Dr. Naumov's grievance proceedings, it is McDaniel's understanding that Provost Jeanine Stewart could still have pursued a grievance against Dr. Naumov. However, because of the new definitions

1

introduced by the December 2014 version of the policy, Dr. Stewart would not have been referred to as the "Complainant", but would have been referred to as a "Responsible Person" under the new definitions introduced in December 2014.

5. It was not McDaniel College's intention in enacting the December 2014 Title IX policy to eliminate the opportunity or responsibility for a person other than the victim to pursue a grievance against a Respondent, nor does McDaniel believe it has done so.

6. Of the fifteen members of the Executive Committee of the Board of Trustees who voted to uphold Dr. Naumov's termination, thirteen are male.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY and upon personal knowledge that the statements made in the foregoing Affidavit are true.**

DATED at Westminster, MD this 10th day of May, 2016.

_____
Jennifer L. Glennon

4852-7367-4289, v. 1

2