# Exhibit 36



# MCDANIEL
## C O L L E G E

### McDaniel College Title IX Policy

In accordance with Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.* and its implementing regulations, 34 C.F.R. Part 106, McDaniel College ("McDaniel College" or "the College") does not discriminate on the basis of sex in any of the College's educational programming and activities. The College is committed to preserving an educational and employment environment that is free from gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, and relationship violence and stalking. Accordingly, the College maintains comprehensive policies and procedures to ensure that all students, faculty and staff are afforded all of the rights available under Title IX. Inquiries concerning the application of Title IX may be referred to the College's Title IX Coordinator at 410-857-2205 or to the Office of Civil Rights of the United States Department of Education at:
http://www2.ed.gov/about/offices/list/ocr/index.html.

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00941

## Table of Contents

I.   McDaniel College Title IX Contacts and Resources

    A.   On Campus Title IX Contacts

    B.   On Campus Confidential Resource for Students

    C.   Confidential Resource for Employees

    D.   Confidential Resources External to the College

II.   Policy Statements and Definitions

    A.   Policy Against Gender-Based Discrimination, Gender-Based Harassment, Sexual Harassment, Sexual Violence, Relationship Violence and Stalking ("Title IX Violations")

    B.   Policy Against Retaliation

    C.   Definitions

III.   Sexual Violence: Resources and Reporting to External Authorities

    A.   What To Do If You Experience an Act of Sexual Violence

    B.   Helping a Person Who Has Experienced Sexual Violence

    C.   How to Report Incidents of Sexual Violence to the Local Authorities

IV.   Reporting Policy Violations to the College

    A.   How to Report Incidents of Gender-Based Discrimination, Gender-Based Harassment, Sexual Harassment, Sexual Violence, Relationship Violence or Stalking to the College

    B.   How to Report Incidents of Discrimination or Harassment that Is Not Based on Gender to the College

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00942

V.      Interim Measures During an Investigation and Resolution of a Report of a Title IX Violation

VI.     Investigation of Alleged Title IX Violations

VII.    Grievance Procedure for Alleged Title IX Violations against a Non-Student (College Employee or Third Party)

        A.    Informal Procedure

        B.    Formal Procedure

              1.    The Grievance Committee

                    a.    Appointing the Chairperson of the Grievance Committee

                    b.    Appointing the Grievance Committee

              2.    Preliminary Hearing

              3.    Notice of the Grievance

              4.    Formal Hearing

                    a.    Pre-Hearing Process

                    b.    Hearing

                    c.    Deliberations and Decision

              5.    Sanctions

              6.    Appeals

              7.    Dismissal of a Faculty Member

              8.    Records

VIII.   Grievance Procedure for Alleged Title IX Violations against a Student

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00943

IX,    Appendices

Title IX Grievance Form

Title IX Appeal Form

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00944

I.   **McDaniel College Title IX Contacts and Resources**

    A.   **On Campus Title IX Contacts**

Title IX Coordinator: Jennifer Glennon, 410-857-2205, jglennon@mcdaniel.edu, McDaniel College, 2 College Hill, Westminster, MD 21157

Department of Campus Safety: 410-857-2202

    B.   **On Campus Confidential Resource for Students**

McDaniel College Wellness Center (located in Winslow Center): 410-857-2243

        Susan Glore, Wellness Center Director
        Erin MacDougall, PhD, Psychologist
        Dana Plevyak, Registered Nurse

    C.   **Confidential Resource for Employees**

Employee Assistance Program (EAP) Business Health Services (BHS):  1-800-327-2251 (24 hours a day/7 days a week)

    D.   **Confidential Resources External to the College**

Carroll Hospital Center: 410-848-3000  (Please note that Carroll Hospital Center procedures require that all incidents of sexual assault be reported to the Westminster Police, unless an individual wishes to have a SAFE Exam anonymously as "Jane/John Doe")

Carroll County Rape Crisis Center: 410-857-7322

Maryland Coalition Against Sexual Assault (MCASA) www.mcasa.org  (The website provides a detailed list of rape crisis centers located in Maryland.)

National Sexual Assault Hotline 24/7 at 1-800-656-HOPE.  (This is a free and confidential hotline for incidents occurring outside of Maryland.)

II.   **Policy Statements and Definitions**

    A.   **Policy Against Gender-Based Discrimination, Gender-Based Harassment, Sexual Harassment, Sexual Violence, Relationship Violence and Stalking ("Title IX Violations")**

McDaniel College strives to assist in the development of liberally educated persons who have a commitment to responsible moral, social, and political action.  To instill the desire for truth and to provide the tools by which truth may be pursued, students, faculty, and

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

staff must maintain a relationship of mutual respect and integrity. Any conduct which violates this trust compromises the goals of the College. Gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence and stalking ("Title IX Violations") are reprehensible wrongs that violate another person's rights and constitute unacceptable behavior. Such conduct destroys the academic climate by distorting the interpersonal and professional relationships among students, faculty, and staff. Any individual who believes that s/he has been the object of any of these prohibited acts, including retaliation, or has witnessed such acts may use these procedures to make a report or file a grievance. McDaniel will use these procedures to investigate any reported incidents, regardless of the sex of the complainant or respondent, including when the complainant and respondent are members of the same sex.

McDaniel College is committed to maintaining a safe and secure campus environment . that is free from acts of violence, intimidation and fear. Sexual violence, whether committed by a stranger or by an acquaintance, threatens the personal safety, educational experience, and the well-being of members of the McDaniel College community. McDaniel College will not tolerate violence or assault of any kind, including sexual assault.

If the College becomes aware of incidents of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, and relationship violence or stalking, the College will take immediate action to eliminate the discrimination, harassment, or violence, prevent its recurrence, and address its effects.

During new student orientation, sexual assault awareness month, and throughout the academic year, the Division of Student Affairs and student organizations sponsor a variety of educational programs focusing on gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking and prevention and awareness of such acts. Similarly, new employees will receive training and education on gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking and prevention and awareness of such acts. Continuing education of students and employees will be provided by the Office of the Title IX Coordinator.

**B.**      **Policy Against Retaliation**

McDaniel College strictly prohibits retaliation of any kind against an individual who in good faith reports a possible Title IX Violation, participates in an investigation, engages in bystander intervention or participates in the resolution of a grievance.

- Reported incidents of retaliation will be investigated and addressed in accordance with the relevant disciplinary procedures.

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00946

- For students, retaliation is a violation of the Code of Student Conduct and possible sanctions include suspension or expulsion from the College.

- For employees, retaliation violates College policy and possible sanctions include probation, suspension or dismissal from the College.

### C.   Definitions

**Gender-Based Discrimination** refers to the unfair treatment of one person with respect to others in the same work or academic role, in terms of, including but not limited to, hiring, promotion, retention, grading, *etc.* because of that person's gender, including, but not limited to, pregnancy, gender identity or failure to conform to stereotypical notions of masculinity or feminity.

**Gender-Based Harassment** includes, but is not limited to, acts of verbal, nonverbal, or physical aggression, intimidation, or hostility based on sex or sex-stereotyping, even if those acts do not involve conduct of a sexual nature.

**Sexual Harassment** is unwelcome conduct of a sexual nature.  It includes unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal, or physical conduct of a sexual nature.  Sexual harassment includes, but is not limited to, sexual remarks or behavior directed at an individual, inappropriate and offensive sexual advances, solicitation of sexual activity or other sex-linked behavior by promise of rewards or threats of punishment, unwanted or impermissible physical contact of a sexual nature, jokes, insinuating remarks, or references to physical characteristics, posters, pictures, or calendars with sexual overtones or content displayed in the work or academic environment, and sexual violence.

**Sexual Violence** refers to physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent (see Definition of "Consent" below) due to the complainant's use of drugs or alcohol.  An individual also may be unable to give consent due to an intellectual or other disability.  A number of different acts fall into the category of sexual violence, including, but not limited to, rape, sexual assault, sexual battery, sexual abuse and sexual coercion.  Sexual coercion refers to forcing an unwilling person to touch another's intimate parts.

**Sexual Assault** refers to an offense that meets the definition of rape, fondling, incest, or statutory rape.  Rape is defined as the penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the complainant.  Fondling is defined as the touching of the private body parts of another person for the purpose of sexual gratification, without the consent of the complainant, including instances where the complainant is incapable of giving consent because of his/her age or because of his/her temporary or permanent mental

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00947

incapacity. Incest is defined as sexual intercourse between persons who are related to each other within the degrees wherein marriage is prohibited by law. Statutory rape is defined as sexual intercourse with a person who is under the statutory age of consent.

- Sexual assault is committed against a person's will, as evidenced by refusal, lack of consent or the use of force, threat or intimidation.

- A respondent's level of intoxication shall not diminish his/her responsibility for sexual assault.

**Relationship Violence** includes dating violence and domestic violence.

**Dating Violence** means violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the complainant. The existence of such a relationship shall be determined based on the complainant's statement and with consideration of the length of the relationship, the type of relationship, and the frequency of interaction between the persons involved in the relationship. Dating violence includes, but is not limited to, sexual or physical abuse or the threat of such abuse. Dating violence does not include acts covered under the definition of domestic violence.

**Domestic Violence** means a felony or misdemeanor crime of violence committed by a current or former spouse or intimate partner of the complainant, by a person with whom the complainant shares a child in common, by a person who is cohabitating with, or has cohabitated with, the complainant as a spouse or intimate partner, by a person similarly situated to a spouse of the complainant under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred, or by any other person against an adult or youth complainant who is protected from that person's acts under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred.

**Stalking** is engaging in a course of conduct directed at a specific person that would cause a reasonable person to fear for his/her safety or the safety of others or suffer substantial emotional distress. Examples of stalking behaviors or activities include, but are not limited to: (1) non-consensual communication, including face-to-face communication, telephone calls, voice messages, e-mails, text messages, social media postings, written letters, gifts, or any other communications that are unwelcome; (2) inappropriate use of online, electronic or digital technologies, including but not limited to, posting of pictures or text in chat rooms or on websites, sending unwanted/unsolicited e-mail or talk requests, and posting private or public messages on Internet sites, social networks, and/or school bulletin boards; (3) pursuing, following, waiting, or showing up uninvited at or near a residence, workplace, classroom, or other places frequented by the person; (4) surveillance or other types of observation including staring or "peeping"; (5) gathering information about an individual from friends, family, or co-workers; and (6) accessing private information through unauthorized means.

**Course of Conduct** means two or more acts, including, but not limited to, acts in which the stalker directly, indirectly, or through third parties, by any action, method, device or

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00948

means, follows, monitors, observes, surveils, threatens, or communicates to or about a person, or interferes with a person's property.

**Reasonable Person** means a reasonable person under similar circumstances and with similar identities to the complainant.

**Substantial Emotional Distress** means significant mental suffering or anguish that may, but does not necessarily, require medical or other professional treatment or counseling.

**Consent** refers to an affirmative decision to engage in mutually acceptable sexual activity given by clear actions or words. It is an informed decision made freely and actively by all parties.

- Individuals should not make assumptions about another individual's willingness to participate in sexual activities.

- If confusion or ambiguity regarding consent arises at any time during the sexual interaction, it is essential that each participant stops and clarifies, verbally, willingness to continue.

- Consent may not be inferred from, for example, silence, passivity, or lack of active resistance.

- A current or previous dating, sexual or marital relationship is not sufficient to constitute consent.

- Consent must be given for each sexual act. Consent to one form of sexual activity does not imply consent to other forms of sexual activity.

- Conduct will be considered "without consent" if no consent, verbal or nonverbal, is given.

- <u>Impairment due to drugs or alcohol does not diminish each party's responsibility to obtain consent.</u>

**Incapacitation** refers to an individual's inability to freely consent to sexual activity. In some situations, an individual's ability to freely consent is taken away by another person or circumstance. Incapacitation includes, but is not limited to, when an individual is incapacitated due to alcohol or other drugs, scared, physically forced, passed out, intimidated, coerced, mentally or physically impaired, beaten, threatened, isolated, or confined.

**Retaliation** is defined as any act or attempt to counterattack or seek retribution from any individual who in good faith reports a possible Title IX Violation, participates in an

D00949

investigation, engages in bystander intervention or participates in the resolution of a grievance. Acts of retaliation may include, but are not limited to, personal attacks, social media postings, or any other mode or method of hostile communication attempting to influence another person to treat any complainant, witness or respondent to a complaint of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking with hostility, negatively talking about any person involved or who witnessed the alleged acts, or causing physical or emotional harm to any person allegedly involved in the gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking.

Bystander Intervention refers to safe and positive options that may be carried out by an individual or individuals to prevent harm or intervene when there is a risk of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking. Bystander intervention includes recognizing situations of potential harm, understanding institutional structures and cultural conditions that facilitate violence, overcoming barriers to intervening, identifying safe and effective intervention options and taking action to intervene.

Responsible Person refers to all Divisional Vice Presidents, all Deans and Associate Deans, all employees in the Human Resources Department, and all employees in the Student Affairs Division, including but not limited to, administrators, resident advisors ("RAs") and Peer Mentors. Faculty members and other staff members not set forth above are not included in the definition of responsible persons.

Hostile Environment refers to instances in which a Title IX Violation creates an environment that would be intimidating, hostile, or offensive to a reasonable person.

Complainant refers to the person who allegedly experienced a Title IX Violation.

Respondent refers to the person who has allegedly committed a Title IX Violation.

III.    Sexual Violence: Resources and Reporting to External Authorities

A.    What To Do If You Experience an Act of Sexual Violence

Go to a safe place. Call someone you trust for support. Remember that being assaulted is not your fault.

Seek medical attention immediately to provide options for the prevention of sexually transmitted infections, internal injuries, and the possibility of pregnancy. A medical examination, performed by a specially trained nurse, is available at Carroll Hospital

D00950

Center (410-848-3000) or the Carroll County Rape Crisis Center (24 Hour Hotline: 410-857-7322).

Transportation can be arranged by the Department of Campus Safety (410-857-2202 or Ext. 2202), or by calling the ambulance at 911.

Have evidence collected as soon as possible. Evidence collection is necessary for the investigation of the crime. Even if you do not think you would like to pursue a criminal case now, you can have evidence collected so you can decide later whether filing a report with police is right for you.

Do NOT shower, bath, brush your teeth, and if at all possible, avoid using the restroom prior to having a medical exam. This can allow important evidence to be collected. Place all clothing worn at the time of the assault in a paper, not plastic, bag to preserve any evidence present on the items. Do not apply medication to any injuries unless absolutely necessary.

B.    Helping a Person Who Has Experienced Sexual Violence

Remain calm and go to a safe place.

Help the individual seek medical treatment as soon as possible.

Help the individual preserve all physical evidence.

Contact someone you trust to get help and support.

Listen and let the individual talk.

Reassure her/him that the sexual assault is not his/her fault.

Assure her/him that there is help available.

C.    How to Report Incidents of Sexual Violence to the Local Authorities

The College encourages full reporting of incidents of sexual violence as well as the full use of all available campus and off-campus resources. The College also recognizes that someone who believes that s/he has experienced sexual violence has the right in most circumstances to decide whether to report the incident to College authorities and/or law enforcement and to decide what campus or community resources to use. The College cooperates with all investigative agencies. The College will do its best to comply with the wishes of someone who believes that s/he has experienced sexual violence.

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00951

*Who do I talk with about reporting a sexual assault and/or incident of sexual violence to a local law enforcement agency?*

- The Wellness Center (410-857-2243) counseling staff members are available for students and will provide information, discuss the process, and help assess which resource would be best for you. This is a confidential resource.

- The Department of Campus Safety (410-857-2202) can provide information on the process and link you to external agencies.   It is important to note that this initial contact will start an internal investigation at the College.

- The Carroll County Rape Crisis Center (410-857-7322) is a valuable off campus resource to discuss the process involved in making a report. Rape Crisis Staff will provide support throughout the total process of reporting an incident of sexual violence to a local law enforcement agency.

- An individual can report directly to the Westminster Police Department (410-848-4646), Maryland State Police (410-386-3000), Carroll County Sheriff's Office (410-386-2900) or go to Carroll Hospital Center (410-848-3000). Carroll Hospital Center procedures require that all incidents of sexual violence be reported to the Westminster Police, unless an individual wishes to have a SAFE Exam anonymously as "Jane/John Doe".

- An individual can file a Peace Order with the Westminster District Court to prevent contact with the person alleged to have engaged in a crime. The Department of Campus Safety staff is available to assist in this process.

IV.   **Reporting Policy Violations to the College**

    A.   **How to Report Incidents of Gender-Based Discrimination, Gender-Based Harassment, Sexual Harassment, Sexual Violence, Relationship Violence or Stalking to the College**

Anyone who believes that s/he has experienced an incident of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking may initiate an investigation by reporting the incident to as follows:

| STUDENTS | EMPLOYEES OR THIRD PARTIES |
|---|---|
| Department of Campus Safety (410-857-2202) | Department of Campus Safety (410-857-2202) |
| Any member of the Division of Student Affairs (410-857-2244) | Any member of the Human Resources Department (410-857-2229) |
| Any Dean, Provost or Associate Dean | Any Dean, Provost or Associate Dean |
| Any Vice President | Any Vice President |
| Title IX Coordinator (410-857-2205) | Title IX Coordinator (410-857-2205) |

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00952

Each individual listed above shall be informed about his/her responsibilities and the details of these grievance procedures by the Title IX Coordinator upon appointment to his/her position.

- **Please note that if a person makes a report to a responsible person, federal law requires that the information be reported to the Vice President of Student Affairs (410-857-2244) or the Title IX Coordinator (410-857-2205).** Reports include the name of the individual who alleged experienced an incident of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking, the residence hall assignment of that individual (if applicable), and the date, time, and location of the incident.

- With limited exceptions, professional counselors are exempt from reporting regarding incidents of Title IX Violations. A professional counselor is defined as an individual whose official responsibilities include providing mental health counseling to members of the College's community and who is functioning within the scope of the counselor's license or certification. Students can access this type of professional counselor through the Wellness Center. The Wellness Center Counseling staff members will assist a student who believes that s/he has experienced a Title IX Violation through the reporting process if the student so chooses. A student can make contact with a Wellness Center Counselor through the Department of Campus Safety if a report has been made or by contacting the Wellness Center directly and scheduling an appointment. Employees can access a professional counselor through the Employee Assistance Program (EAP) at 800-327-2251. The EAP Counselor can assist the employee who believes that s/he has experienced a Title IX violation through the reporting process should the employee choose to do so.

- Anyone who has experienced a Title IX Violation may utilize Campus Safety to be escorted on and off campus if feeling unsafe.

Anyone in the College community who is approached by someone claiming to have experienced an incident of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking is encouraged to direct or accompany the complainant to meet with one of the individuals listed above or to make a report themselves.

B.    How to Report Incidents of Discrimination or Harassment that Are Not Based on Gender to the College

Allegations of discrimination or harassment that are believed to be on the basis of race, color, religion, national origin, age, disability or genetic information against a College employee will be investigated and resolved using the College's

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00953

EEOC/Affirmative Action Policy. Allegations of discrimination or harassment that are believed to be on the basis of race, color, religion, national origin, age, disability or genetic information against a student will be investigated and resolved using the Student Conduct Process. For students, employees and third parties, if allegations of discrimination or harassment include multiple grounds, at least one of which is based on gender or pregnancy, this Title IX policy will be used to resolve the grievance.

V.    Interim Measures during an Investigation and Resolution of a Report of a Title IX Violation

For Students, the following interim measures may be implemented to the extent that they are deemed reasonable, feasible, and necessary, based on the circumstances:

- Request a change, when possible, to his/her campus housing assignment or the campus housing assignment of the respondent(s).

- Request a change, when possible, to his/her class schedule or the class schedule of the respondent(s).

- Request a no contact order with the respondent(s).

- Request a restriction be placed on entrance into certain campus areas or buildings.

- Request escort services while on campus.

- Request academic support through the Academic Affairs Office.

- Request counseling services at the Wellness Center.

- Request a leave of absence through the Academic Affairs Office and Financial Aid Office (Note that a Leave of Absence may impact a student's eligibility to receive financial aid, to remain in the United States under a student visa, and/or to participate in intercollegiate athletics. Consult a member of the Academic Affairs Office and Financial Aid Office staff for additional information.)

To request an interim measure, a student may contact the Title IX Coordinator or the Vice President or Associate Dean of Student Affairs.

For Employees, the following interim measures may be implemented to the extent that they are deemed reasonable, feasible, and necessary, based on the circumstances:

D00954

- Request a change, when possible, to his/her office location or the office location of the respondent(s).

- Request a change, when possible, to the employee's supervisor.

- Request a no contact order with the respondent(s).

- Request escort services while on campus.

- Request a leave of absence from the College for the complainant or the respondent.

To request an interim measure, a staff employee may contact the Title IX Coordinator and faculty may contact the Provost.

**VI.     Investigation of Alleged Title IX Complaints**

A complainant may report an incident of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking ("Title IX Violations") without fear of censure or reprisal.

If a report of a Title IX Violation is made as set forth above, the Title IX Coordinator will be notified that a report has been made. This notification will usually include the names of the persons involved in the alleged incident and the nature of the allegations. The Title IX Coordinator will instruct the recipient of the initial report to maintain confidentiality with respect to the initial interview of the complainant. Complainants should recognize, however, that complete confidentiality cannot be guaranteed.

Upon review of the initial report, the Title IX Coordinator, Department of Campus Safety, Vice President of Student Affairs or the Provost may initiate an investigation. No other employees are authorized to initiate an investigation of any alleged Title IX Violation. All complaints of Title IX violations will be investigated by the Department of Campus Safety.

Upon initiation of an investigation, the investigator assigned by the Department of Campus Safety will provide the complainant with the following:

- McDaniel College Title IX Policy
- The Investigator's Contact Information
- The Notice of Complainant's Rights
- MD Crime Victims and Witnesses brochure (if applicable)
- Rape Crisis Intervention Services Information Packet (if applicable)

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00955

- Information on filing peace and/or protective orders with Carroll County (if applicable)

If the person who allegedly experienced a Title IX Violation requests confidentiality or asks that the complaint not be pursued, the College will take all reasonable steps to investigate and respond to the complaint consistent with the request for confidentiality or request not to pursue an investigation. If the person who allegedly experienced a Title IX Violation insists that his/her name or other identifiable information not be disclosed to the respondent, the College's ability to respond to the Title IX Complaint may be limited. Requests for confidentiality should be directed to the Title IX Coordinator.

The College reserves the right, in its sole discretion, to pursue an incident of sexual violence to its conclusion in cases where not pursuing the incident would constitute a danger to the College community.

Actions by the police or criminal courts do not in any way prejudice the right of a person to bring a Title IX Complaint using the College's disciplinary procedures described below.

The investigation will be completed within 60 days of initiation. If the investigation must be extended beyond the 60 days, the complainant and Title IX Coordinator will be notified in writing. Upon the conclusion of the investigation, the investigator assigned by the Department of Campus Safety will prepare a written report to be submitted to the Title IX Coordinator.

The role of the respondent shall dictate which process will be followed.

If the respondent is a College employee or third party, the complainant shall have the option of instituting the informal or formal procedure of adjudication by submitting a Grievance Form to the Office of the Title IX Coordinator upon completion of the investigation. The informal procedure is not available for allegations of sexual violence. Specific procedures are indicated below.

If the respondent is a student, the complainant shall have the option of instituting the Student Conduct Process upon completion of the investigation by contacting the Associate Dean of Students upon completion of the investigation. Additional information can be found in the by accessing the Student Conduct Process Policy in the College Catalogue (http://catalog.mcdaniel.edu/content.php?catoid=23&navoid=1181)

VII.   Grievance Procedure for Alleged Title IX Violations against a Non-Student (College Employee or Third Party)

Once the College receives a report of an alleged Title IX Violation, the following grievance procedures will be followed if the respondent is a non-student (College employee or third

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00956

party). These procedures have been established as a College wide system to provide an opportunity for prompt, impartial and equitable adjudication of any grievances based on allegations of a Title IX Violation against a non-student, including a College employee or third party.

If the Title IX Coordinator is in the role of the complainant or the respondent the President shall appoint any person in the College community who is knowledgeable regarding McDaniel College's Title IX Policy, in his/her sole discretion, to fulfill all of the roles and responsibilities of the Title IX Coordinator as set forth in this Policy.

### A. Informal Procedure

If the alleged incident does not involve allegations of sexual violence, upon completion of the investigation, the complainant will have the option to resolve his/her grievance through the Informal Procedure. If the alleged incident involves allegations of sexual violence, the complainant will be informed of his/her right to resolve his/her grievance through the Formal Procedure.

The Informal Procedure begins with a meeting between the Title IX Coordinator or his/her designee and the complainant to discuss the allegations and results of the investigation. The Title IX Coordinator or his/her designee will suggest options, in his/her discretion, for informally resolving the complaint, including the possibility of sanctions against the respondent, if appropriate. Possible sanctions include, but are not limited to, a verbal warning, a written warning, a written apology from the respondent, probation, suspension or dismissal. If the Title IX Coordinator or his/her designee and the complainant agree to a proposed resolution, the Title IX Coordinator or his/her designee will meet with the respondent to discuss the complaint, the investigation and the proposed resolution. If the respondent agrees to the proposed resolution, the Informal Procedure will be concluded and any agreed-upon sanctions will be imposed. If the respondent does not agree to the proposed resolution, the Title IX Coordinator or his/her designee will attempt to reach an alternative resolution between the complainant and the respondent.

The complainant has the right to end the Informal Procedure at any time and begin the Formal Procedure. If no informal resolution can be reached among the parties within 30 days from the completion of the investigation, the Title IX Coordinator or his/her designee will inform the complainant of his/her options to initiate the Formal Procedure by initialing next to the option for the Formal Procedure on the Grievance Form or to drop the complaint. The Title IX Coordinator, at his/her sole discretion, may grant a 30-day extension for initiating the Formal Procedure, if appropriate.

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

## B. Formal Procedure

The Formal Procedure applies to any alleged Title IX Violation for which the complainant requests to use the Formal Procedure. The complainant has the option of using the Informal Procedure before instituting a formal grievance for any allegations of gender-based discrimination, gender-based harassment, sexual harassment, relationship violence or stalking. All allegations of sexual violence, however, may only be resolved using the Formal Procedure.

If the complainant does not wish to participate in the Informal Procedure or if the alleged incident involves allegations of sexual violence, the complainant may initiate the Formal Procedure by submitting a Grievance Form to the Office of the Title IX Coordinator and initialing next to the option for the Formal Procedure on the Grievance Form. If the Informal Procedure did not result in a resolution, the complainant may initiate the Formal Procedure by submitting a Grievance Form to the Office of the Title IX Coordinator and initialing next to the option for the Formal Procedure on the Grievance Form within 30 days of the completion of the Informal Procedure. Supervisors are required to keep all grievance information confidential once a Grievance Form is submitted.

1.   The Grievance Committee

When the grievance is received, the Title IX Coordinator will appoint a Grievance Committee as follows:

- A chairperson without vote.

- Three individuals from the pool of potential Grievance Committee Members based on the respondent's classification, as set forth below.

   a.    Appointing the Chairperson of the Grievance Committee

The chairperson may be selected from the following:

- Any Divisional Vice President that is not the complainant or the respondent, unless the respondent is the President or a Member of the Board of Trustees

- If the respondent is the President or a Member of the Board of Trustees, the Chair of the Board of Trustees shall appoint a person in the College community who is not an employee or is external to the

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00958

College community, in his/her sole discretion, to serve as the chairperson of the Grievance Committee

**b.      Appointing the Grievance Committee**

If the respondent is the President or a Member of the Board of Trustees, the Grievance Committee Members may be selected from the following group:

- Any Members of the Board of Trustees that is not the complainant or the respondent

If the respondent is a Divisional Vice President, the Director of Human Resources, or the Title IX Coordinator, the Grievance Committee Members may be selected from the following group:

- Any Divisional Vice President that is not the complainant or the respondent

- If there are not enough Divisional Vice Presidents available to convene a Grievance Committee, the Chair of the Board of Trustees shall appoint any person(s) in the College community, in his/her sole discretion, to fill any vacant seat(s) on the Grievance Committee

If the respondent is a faculty member, the Grievance Committee Members may be selected from the following group:

- Those faculty members who have been elected by their peers to serve on committees or in positions with responsibility for determining or advising on personnel and governance matters (e.g. Faculty Council, elected Faculty Visitors to the Board of Trustees, the elected Secretary of the Faculty, members of a personnel review committee such as the Faculty Affairs Committee, etc.) Academic administrative appointees who hold faculty status with tenure (e.g. Deans, Associate Deans, Associate Provost, etc.)

For all other employees, the Grievance Committee Members may be selected from the following group:

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00959

- Academic Administrative Appointees (e.g. Deans, Associate Deans, Associate Provost, etc.) with, or without faculty status and with or without tenure
- Associate Dean of Student Affairs
- Director of Residence Life
- Director of Student Engagement
- Chief Information Officer
- Senior Supervisor, Campus Safety
- Director of Diversity and Multicultural Affairs
- Chair of the Staff Advisory Board

Each Grievance Committee will have both male and female representatives, when possible. A person who served in any role during the initial report, investigation or support process during the Informal Procedure, if applicable, may not serve on the Grievance Committee. For reviews of tenured or tenure-track faculty members, a person who serves on an elected faculty committee that would be involved in evaluating a recommended sanction of dismissal may not serve on the Grievance Committee.

All members of the appointed Grievance Committee shall be informed by the Title IX Coordinator about his/her responsibilities as a member of the Grievance Committee and the details of these Grievance Procedures.

The Title IX Coordinator, or an employee from the Human Resources Office may serve as a resource to the Grievance Committee, as appropriate to the case.

The Title IX Coordinator shall make every effort to appoint the chairperson and members of the Grievance Committee within two business days of the initiation of the Formal Grievance procedures.

2.    **Preliminary Hearing**

A preliminary hearing will be held in which the Title IX Coordinator will present the complaint to the Grievance Committee. At this time, neither the identity of the complainant nor the respondent will be revealed to the Grievance Committee. After hearing the complaint, the Grievance Committee will decide to either take no further action or institute a formal hearing. The Title IX Coordinator will provide the result of the preliminary hearing to the complainant via email.

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

Any appeal of this decision must be submitted in writing to the Office of the Title IX Coordinator within three business days of the decision. Appeal Forms are available in the Office of the Title IX Coordinator and are included in the Appendices to this Policy. All appeals will be heard by the appeal panel, as set forth below.

In cases of sexual violence, this preliminary hearing procedure does not apply and a formal hearing will be held by the Grievance Committee.

3.      Notice of the Grievance

If the Grievance Committee decides to institute a formal hearing, the Title IX Coordinator or his/her designee and the chairperson of the Grievance Committee shall provide written notice to the respondent (in person if possible) within two business days of the decision to institute a formal hearing. In cases of sexual violence in which the preliminary hearing procedure does not apply, the Title IX Coordinator or his/her designee and the chairperson of the Grievance Committee shall provide written notice to the respondent (in person if possible) within two business days of the appointment of the Grievance Committee.

If two attempts to provide written notice to the respondent in person are unsuccessful, the written notice shall be sent to the respondent via email and first-class mail to the last known email address and mailing address on record at the College.

The written notification will include the identity of the complainant, unless the complainant has requested dismissal of the formal hearing, the basic nature of the charge and allegations and the name and email address of the chairperson of the Grievance Committee, and a copy of the Notice of Respondent's Rights.

All other notices required to be provided in this Policy shall be made via email.

4.      Formal Hearing

If a formal hearing is instituted, the name of the complainant will be disclosed to the Grievance Committee; the formal hearing as well as written notice to the respondent, however, may be postponed until such time as the complainant is willing to be identified (e.g. until final grades are in or appointment renewals are made), at the discretion of the chairperson of the Grievance Committee. Should postponement be warranted, the Title IX Coordinator shall document the postponement period, reasoning and expected date that formal hearing should occur.

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

In the event that the complainant is unwilling to be identified, the complainant may request that the formal hearing be dismissed via email to the Title IX Coordinator. If a request for dismissal of the formal hearing is made, the Title IX Coordinator, in consultation with the Vice President of Student Affairs and/or the Provost, may decide to take no further action or to continue with the formal hearing without identifying the complainant. The Title IX Coordinator will evaluate the request to dismiss the formal hearing in the context of the College's responsibility to provide a safe and nondiscriminatory environment for all students and College employees. The Title IX Coordinator will weigh the request for confidentiality against the following factors: the seriousness of the alleged acts, whether there have been other Title IX Complaints against the same individual, whether the same individual has a history of arrests or records from a prior school indicating a history of violence, whether the individual is alleged to have threatened future Title IX Violations or violence against the complainant or others, whether the alleged Title IX Violation was committed by multiple persons, whether the Title IX Violation was committed with a weapon, whether the College possesses other means to obtain relevant evidence (e.g. security cameras or personnel or physical evidence) and whether not pursuing the incident would constitute a danger to the College community.

If it is determined that the Grievance Committee will move forward with a formal hearing without identifying the complainant, the Title IX Coordinator or his/her designee will act on behalf of the College to put forward the complainant's case without identifying the complainant. Because the facts and circumstances of the alleged incident will be revealed during the formal hearing, confidentiality cannot be guaranteed. If the College determines that it must disclose the complainant's identity to the respondent, the Title IX Coordinator will inform the complainant prior to making the disclosure and will take whatever interim measures are necessary to protect the complainant and ensure the safety of others. If the complainant requests that the College inform the respondent that the complainant asked the College not to investigate or seek discipline, the Title IX Coordinator will inform the respondent that the College made the decision to go forward with the investigation and disciplinary proceedings.

A complainant who initially requested confidentiality may revoke the request at any time and request that a full investigation be conducted by emailing the Title IX Coordinator.

a.   Pre-Hearing Process

Both the complainant and respondent employee will equally receive:

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

- An opportunity to request that the other party not be present during his/her presentation of his/her case. Such requests must be made in writing (or via email) to the Grievance Committee chairperson no less than five (5) days before the formal hearing is scheduled to take place. If such a request is made, the Grievance Committee chairperson in his/her sole discretion, may allow the complainant, respondent and/or witnesses to testify outside the presence of the complainant and/or respondent and may permit the other party to attend by telephone, Skype, NetMeeting, closed circuit television or other means of communication. The Grievance Committee chairperson will notify the complainant and respondent of his/her decision regarding such a request via email no later than one (1) day before the formal hearing is scheduled to begin.

- An opportunity to have a pre-hearing conference meeting with the Title IX Coordinator or his/her designee in order to receive an explanation of the allegations, Title IX Violations and the relevant procedures.

- An opportunity to review the Title IX Grievance Form.

- Notification via email of the names of witnesses who will appear at the hearing.

- Notification via email of the names of the chairperson and the members who will serve on the Grievance Committee no less than five (5) business days before the formal hearing.

- An opportunity to object to the chairperson or any particular member who has been assigned to serve on the Grievance Committee. All objections must be made in writing via email to the chairperson and the Title IX Coordinator within one business day of receiving notification of the names of the Grievance Committee members and chairperson. The objecting party should explain the conflict of interest. If a Grievance Committee member's knowledge of either the complainant or the respondent prevents an objective decision, he/she must recuse himself or herself from a hearing by notifying the chairperson of the Grievance Committee in writing (or via email) within one business day of the disclosure. The Title IX Coordinator will respond to the objection or recusal in writing (or via email) within two business days with a decision, and if necessary, shall email the

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00963

name of the new Grievance Committee member assigned to replace the removed member to both the complainant and the respondent.

- An opportunity to have an advocate or advisor his/her choice present at any meeting or hearing during the Formal Procedure. The advocate/advisor will not be permitted to speak on behalf of the complainant or respondent during the formal hearing but may be present to consult with during the formal hearing.

- An opportunity to prepare for the formal hearing.

b.    Hearing

A formal hearing will normally take place within sixty (60) days after receipt of the report, unless the Informal Procedure was used before the filing of a formal grievance. In cases of sexual violence, a formal hearing will normally take place within sixty (60) days after receipt of the report investigation.

The Grievance Committee will conduct the formal hearing with the complainant, respondent, any witnesses or other persons with information regarding the allegations. The complainant, or the Title IX Coordinator or his/her designee, will present the complaint and may call any witnesses s/he wishes to call. The respondent will, then, present his/her response and may call any witnesses s/he wishes to call. It is the burden of the complainant and/or the respondent to fully justify to the grievance committee the potential relevance of any witness to be called related to the complaint filed. Character witnesses are not permitted. Proposed witnesses for both the complainant and the respondent must be submitted to the Title IX Coordinator or his/her designee in no less than five business days prior to the hearing. The Grievance Committee, in its discretion, may also permit any other witnesses or persons with information regarding the allegations to testify.

All hearings will be recorded. Both parties will be permitted to be present during the formal hearing, unless a request to allow the complainant, respondent and/or witnesses to testify outside the presence of the complainant and/or respondent is granted as set forth above. The complainant and respondent are not permitted to ask questions directly to each other or the other party's witnesses during the formal hearing but will be permitted to submit relevant questions to the chairperson, who in turn, will ask the questions during the formal hearing. The chairperson, in

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00964

his/her discretion, may reject any question s/he deems to be inappropriate or improper.

Statements or questions regarding the past sexual history of both the complainant and respondent will not be information considered relevant at the formal hearing. The respondent's employment record, including prior sanctions for sexual violence, will not be information considered relevant at the formal hearing. This information, however, may be relevant with regard to the sanctioning phase of these procedures.

Any action taken by the respondent to penalize the complainant for initiating the grievance will be treated as a separate incident calling for separate and additional consideration by the Grievance Committee. If an employee is found to have intentionally deceived the Grievance Committee, such action may be viewed as grounds for dismissal.

c. **Deliberations and Decision**

Neither party will be permitted to be present during deliberations of the Grievance Committee. Deliberations of the Grievance Committee will not be recorded.

Upon completion of the formal hearing, the Grievance Committee will determine by a majority whether the alleged acts occurred, using a preponderance of the evidence standard. If the Grievance Committee finds that a Title IX Violation has occurred, the Grievance Committee will also be asked to recommend a sanction during the deliberation period. The procedures set forth the next section will apply when recommending the sanction. The Grievance Committee chairperson shall email the decision of the Grievance Committee to the Title IX Coordinator within one business day of the decision.

If the Grievance Committee finds that no Title IX Violation occurred, the Title IX Coordinator will provide simultaneous written or emailed notice of the decision to the complainant and the respondent within two business days of receiving the decision.

5. **Sanctions**

If the Grievance Committee finds that a Title IX Violation occurred, the Grievance Committee will be asked to recommend (an) appropriate sanction(s) at the same time the Grievance Committee submits the grievance decision to the Title IX Coordinator. The Grievance Committee will consult with the

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00965

respondent's supervisor and the supervising Divisional Vice President or Provost before recommending the appropriate sanction(s).

The sanctions available are a verbal warning, written warning, probation, suspension or dismissal, according to the seriousness of the offense. Sanctions may be incremental in nature (*i.e.*, a first offense generally would have the least severe sanction). Information regarding the respondent's employment record, including prior sanctions for Title IX Violations, may be considered.

If the respondent is a faculty member, the Grievance Committee will consult with the Provost before determining the recommended sanction(s). If the respondent is a faculty member, his/her tenure status is not a protection, since gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence and stalking violate basic human rights guaranteed by law, and tenure is not a guarantee against sanction due to either established academic principles or civil or criminal laws.

If the respondent is a Divisional Vice President, the Director of Human Resources, or the Title IX Coordinator, , the Grievance Committee will consult with the President before determining the recommended sanction(s). If the respondent is a Member of the Board of Trustees, the Grievance Committee will consult with the Chair of the Board of Trustees before determining the recommended sanction.

If the respondent is the President, the Grievance Committee will consult with the Chair of the Board of Trustees before determining the recommended sanction(s).

The Grievance Committee will submit its decision and recommendation regarding sanctions to the Title IX Coordinator in writing (or via email) within one business day of the decision. Within two business days of receipt of a decision and recommended sanction(s) by the Title IX Coordinator, the Title IX Coordinator will email the decision and recommended sanction(s) to the respondent and the complainant.

6.    Appeals

The complainant and the respondent have the right to appeal the decision of the Grievance Committee within three business days of the notice of the decision. If neither the complainant nor the respondent files an appeal, the recommended sanctions will be imposed.

An appeal is initiated by submitting an appeal form to the Office of the Title IX Coordinator, stating the basis for the appeal. The appeal form can be found in the

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00966

Appendices to this Policy or can be obtained from the Office of the Title IX Coordinator. Within three business days of an appeal being filed, the Title IX Coordinator will give written notification via email that an appeal has been filed to the non-appealing party. The written notification shall include a statement that a written response to the appeal may be submitted to the Office of the Title IX Coordinator within three business days of the date of the Title IX Coordinator sent the email notifying the non-appealing party that an appeal had been filed.

Within three business days of receipt of an appeal form, the Title IX Coordinator also shall notify the chairperson of the Grievance Committee in writing (or via email) that an appeal has been filed, convene an appeal panel, inform the non-appealing party that an appeal has been filed and deliver a copy of the appeal form and the record of the formal hearing to the appeal panel. The non-appealing party will have three business days from the notice of the appeal to file a written response to the Title IX Coordinator. If a timely written response is submitted by the non-appealing party, a copy of the written response shall be delivered to the appeal panel within one business day of receipt by the Title IX Coordinator.

For employees, including faculty members, the appeal panel shall consist of three Divisional Vice Presidents who will be designated by the Title IX Coordinator that did not serve in any capacity during the investigative or formal hearing process. The chairperson of the Grievance Committee cannot serve on the appeal panel. If there are not enough Divisional Vice Presidents available to convene an appeal panel, the President shall appoint any person(s) in the College community, in his/her sole discretion, to fill any vacant seat(s) on the appeal panel.

If the respondent is a Divisional Vice President, Director of Human Resources or the Title IX Coordinator, the appeal panel shall consist of three Members of the Board of Trustees who will be designated by the Chair of the Board of Trustees. If the respondent is the President or a Member of the Board of Trustees, the appeal panel shall consist of the Executive Board of the Board of Trustees.

Appeals will be based upon the record of the formal hearing. Appeals may be made on the basis of perceived procedural error, the discovery of new information and to adjust the severity of sanctions. At the discretion of the appeal panel, further proceedings may be held, the form and nature of which is in the discretion of the appeal panel. If the appeal panel wishes to hold further proceedings, it shall submit a statement regarding the form, nature and date of the further proceedings to the Title IX Coordinator via email within six business days of the appeal panel being convened. If further proceedings are to be held, written notification of the date, form and nature of such further proceedings will be emailed by the Title IX Coordinator to the complainant and respondent within two

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

business days of the Title IX Coordinator's receipt of the appeal panel's statement.

Appeals will be decided by a majority vote of the appeal panel. The appellate decision shall state whether the decision of the Grievance Committee was affirmed or overturned and whether the findings or sanctions, if any, will be revised. The appellate decision shall be made within three business days of the date that the written response from the non-appealing party is delivered to the appeal panel or expiration of the time for the non-appealing party to submit a written response to the Office of the Title IX Coordinator. If further proceedings are held, the appellate decision shall be made within three business days of the completion of such proceedings.

The appellate decision will be submitted to the Title IX Coordinator via email. Within two business days of the decision, the Title IX Coordinator shall email written notification to the complainant and respondent.

If the appeal panel affirms the recommended sanction(s) or issues revised sanction(s), the sanction(s) will be imposed upon notice of the decision to the respondent via email. If the respondent is a staff member or non-tenure track faculty member, or if the sanction is short of dismissal for a tenured tenure track faculty member, the process will conclude with this step.

If the respondent is a tenured or tenure track faculty member and the sanction(s) include dismissal, the Title IX Coordinator will submit the decision and sanction recommendation of the grievance committee and the appeal panel (if applicable) in writing to the President of the College, with a copy to the Provost and to the parties. The procedures set forth in the next section will apply before the sanction is imposed.

7.    Dismissal of a Tenured or Tenure Track Faculty Member

If the respondent is a tenured or a tenure track faculty member and the sanction recommended for the respondent is dismissal, additional steps will be taken to satisfy remaining AAUP guidelines and the terms of the McDaniel Faculty Handbook will apply after the Appeals process in the previous section is satisfied. (The appeal process may be satisfied by either the complainant and/or the respondent asserting his or her rights to file an appeal resulting in a decision made by the appeal committee or by neither the complainant or the respondent asserting his or her right to file an appeal and the period of time to file an appeal has expired. ) Further review of the appropriateness of the sanction will be performed by an elected faculty committee and appropriate members of the Board of

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00968

Trustees as provided by the AAUP guidelines and the Faculty Employee Handbook.

Upon receipt of the sanction recommendation, the President will draft a statement with reasonable particularity of the grounds proposed for dismissal and provide the statement to the elected faculty committee charged with review of personnel actions pertaining to tenured or tenure track faculty members (hereafter "the Committee").

The Committee will be charged by the President with reviewing the record of the formal hearing, and issuing a recommendation regarding the appropriateness of the hearing procedures undertaken in the case, and of the sanction of dismissal. If the Committee requires additional information in order to render its findings, it will conduct proceedings in accordance with AAUP Guidelines, subject to and consistent with the requirements of Title IX. Specifically, the Committee may not request additional testimony from the complainant and witnesses who testified before the Grievance Committee. The complainant and witnesses' statements shall not be disclosed to the respondent in cases of discrimination, harassment and sexual assault and/or sexual violence. The Committee's deliberations will not be recorded.

At the conclusion of its review, the Committee will submit a written notice to the President regarding whether the faculty respondent should be dismissed. A copy will be provided to the Title IX Coordinator who will provide the written notice to the faculty respondent within three business of receipt of notice.

The President will transmit the Committee's written notice to the Board of Trustees Executive Compensation Committee ("BTECC"). The BTECC, in its sole discretion, may review the record of the hearings before the Grievance Committee, review the details and recommendations of the Committee's review, or grant the faculty member an opportunity for argument, oral or written. The BTECC shall make the final decision as to whether to dismiss the faculty member or to recommend an alternative course of action. The BTECC will charge the President with carrying out its recommended action(s), which shall not be subject to further review or appeal.

8.     Records

Records of grievance proceedings will be entrusted to the Title IX Coordinator and will be maintained on a confidential basis consistent with the College's requirements and appropriate legal requests for said documents. The Title IX Coordinator will maintain a copy of the Grievance Form, the decision of the

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00969

Grievance Committee, the recording of the formal hearing, the recommended sanction(s), the notices provided to the parties as well as any records generated during an appeal or proceedings before the FAC.

## VIII.   Grievance Procedure for Alleged Title IX Violations against a Student

Complaints of gender-based discrimination, gender-based harassment, sexual harassment, sexual violence, relationship violence or stalking against a student will be handled in accordance with the Student Conduct Process, which can be found at:

http://catalog.mcdaniel.edu/content.php?catoid=23&navoid=1181

## IX.   Appendices

Title IX Grievance Form

Title IX Appeal Form

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00970

Title IX Grievance Form

I.  Name:_____

**Category of Complainant:**

____ Student                    Class year: _____    Academic advisor: _____

____ Faculty                    Dept.: _____         Dept. Chair: _____

____ Administrative Employee    Dept.: _____         Supervisor: _____

____ Classified Employee        Dept.: _____         Supervisor: _____

**Category of Respondent:**

____ Student ____ Faculty ____ Administrative Employee ____ Classified Employee ____ Other

**II.  Nature of Complaint (Check all that apply):**

____ Gender-Based Discrimination          ____ Course grade-related

____ Gender-Based Harassment              ____ Academic support-related

____ Sexual Harassment                    ____ Other employment-related

____ Sexual Violence                      ____ Intimidation/reprisal

____ Relationship Violence                ____ Retaliation

____ Stalking

**III.  Complaint:** Attach a description of the complaint, including facts of the situation(s), date(s), time(s), place(s) of occurrence, person(s) responsible for creating situation, *etc.*

**IV.  Policies:** Describe the specific college policies and practices believed to have been improperly applied, misinterpreted or violated? _____

**V.  Specific Corrective Action Desired:** _____

Options may include:  verbal warning, written warning, probation, suspension, dismissal, expulsion, compensation, reversal of decision(s), retraction of statement(s), awareness training, counseling, etc.

Signature:_____          Date:_____

Date filed in the Office of the Title IX Coordinator: _____

Consent to Use the Informal Procedure: (n/a sexual violence cases): _____Initials _____Date

Initiation of the Formal Procedure:          _____Initials _____Date

Initiation of the Student Conduct Process:   _____Initials _____Date

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013

D00971

## Title IX Appeal Form

YOU HAVE THE RIGHT TO APPEAL THE DECISION OF THE GRIEVANCE COMMITTEE.
YOU MUST FILE AN APPEAL FORM WITH THE TITLE IX COORDINATOR WITHIN
THREE BUSINESS DAYS OF DATE THE DECISION WAS EMAILED TO YOU.

I.  Name:_____

Category of appellant:

_____ Student _____ Faculty _____ Administrative Employee _____ Classified Employee _____ Other

Category of appellee:

_____ Student _____ Faculty _____ Administrative Employee _____ Classified Employee _____ Other

II.  Nature of Complaint (Check all that apply):

____ Gender-Based Discrimination          ____ Course grade-related

____ Gender-Based Harassment .            ____ Academic support-related

____ Sexual Harassment                    ____ Other employment-related

____ Sexual Violence                      ____ Intimidation/reprisal

____ Relationship Violence                ____ Retaliation

____ Stalking

III.  Basis for the Appeal: Attach a description of the basis for the appeal and the relief requested.

IV.  Specific Corrective Action Desired (*i.e.* overturning the decision, revising the sanctions imposed, if
any, and/or requesting sanctions):

_____

Signature:_____    Date:_____

Date    filed    in    the    Office    of    the    Title    IX    Coordinator:
                                            Title          IX        Coordinator

Signature:_____    Date:_____

Members of Appeal Panel Assigned:_____

_____

_____

Updated: 12/22/2014, 6/1/2014, 3/2014, 9/2013