

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**George Jarrod Hazel**
**UNITED STATES DISTRICT JUDGE**

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0637

## MEMORANDUM

TO:        Counsel of Record

FROM:   Ashley Migliore
            Judicial Assistant to Judge George Jarrod Hazel

RE:        Naumov v. McDaniel College, Inc. et al
            Civil No. GJH - 15-482

DATE:   November 15, 2016

\* \* \* \* \* \* \*

Please be advised that a **Motions Hearing** has been scheduled for **Thursday, February 2, 2017 at 9:30 a.m.** (for specific location, refer to court website:www.mdd.uscourts.gov/calendar/calendar.asp) The parties will be allotted two hour(s) for total argument.

Please note, however, that Judge Hazel may choose to decide this motion on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text.

Judge Hazel and his law clerks spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision. The parties are advised that they must inform the Court at least ten (10) days prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay or cancellation of hearing.