IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. PAVEL NAUMOV,

    Plaintiff,

v.

McDANIEL COLLEGE, INC., et al.

    Defendants.

Case No. 8:15-cv-00482GJH

## DEFENDANT JEANINE STEWART'S ANSWERS TO PLAINTIFF'S INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Dr. Jeanine Stewart ("Stewart") by her undersigned counsel, hereby responds to Plaintiff Pavel Naumov's Interrogatories as follows:

### PRELIMINARY STATEMENT

(a) The information supplied in Defendant's Answers to Plaintiff's Interrogatories (the "Answers") is not based solely upon the knowledge of Defendant, but includes knowledge of the party's agents, representatives, and attorneys, unless privileged.

(b) The word usage and the sentence structure is that of the attorneys who have prepared these Answers, and said language is not purported to be the exact language of the Defendant.

(c) These Answers have been prepared pursuant to a reasonable and duly diligent investigation and search for the necessary information.

(d) Some information may be responsive to more than one interrogatory. Whenever such information is furnished in response to one interrogatory that information also is being

1

## ANSWERS TO INTERROGATORIES

**Interrogatory No. 1.** Please state whether Sara K. More complained to Provost Jeanine Stewart about Plaintiff and, state in greatest detail by what means the complaint was made (oral, in writing, electronic transmission, or other), and the date(s) such complaint(s) was made.

**Answer to Interrogatory No. 1.** Sara More met with Dr. Stewart at More's request on April 28, 2014, with no one else present. During that meeting, Dr. More told Dr. Stewart that she planned to accept a non-tenure-track position at Johns Hopkins University for the upcoming academic year. Dr. Stewart asked her why she planned to leave her tenured position at McDaniel and she said she desired a shorter commuting time from her home near Baltimore. Dr. Stewart then asked whether Dr. More would re-consider the decision if anything were different about her work environment at McDaniel, and she said that she would probably not have considered leaving McDaniel's employment if her colleague, Pavel Naumov were not still present. Dr. Stewart told Dr. More that she respected the challenge of the decision that she faced, and that Dr. Stewart would like to have an opportunity to speak with More again to hear anything she may wish to share. Meanwhile, Dr. Stewart asked Dr. More to consider whether she would take a leave of absence from McDaniel, preserving her right to return to her tenured position, rather than resigning at that time. Dr. More ultimately did choose to take a leave of absence and defer the effective date of her resignation until after the fall term at Johns Hopkins. Stewart and More scheduled another appointment and spoke again on May 5, 2014.

Dr. More shared her complaint regarding Dr. Naumov's behavior with Dr. Stewart in two additional meetings which were held in Dr. Stewart's office on May 5 and May 28, 2014, during which More described her concerns orally. Dr. Stewart prepared notes of those two meetings which will be produced.

**Interrogatory No. 2.** Please state whether Provost Stewart ever encouraged Sara K. More to file a complaint, when this occurred, by what means it occurred, and what was Ms. More's response, if any?

**Answer to Interrogatory No. 2.** No, Dr. Stewart does not recall ever encouraging Sara More to file a complaint. During the meetings described above, Dr. Stewart only shared with More the College's Title IX policy and the fact that her concerns would be heard and investigated respectfully and with attention to her desire for confidentiality. Dr. Stewart informed Dr. More that the information she had shared could possibly obligate Dr. Stewart to file a complaint on behalf of the College. Dr. More said that she understood and accepted that possibility, but she did not wish to file a complaint herself, which Dr. Stewart respected.

7

As to the Responses:

## VERIFICATION

I, Jeanine Stewart, hereby declare, under penalty of perjury, that to the best of my knowledge, the facts stated in the foregoing Answers are true and represent the best information available at the time that the Answers were prepared.

Date: 11-20-2015

Dr. Jeanine Stewart

4834-5263-7994, v. 1

18