James,

Here is email from Sara about leave of absence.

Pavel

> Begin forwarded message:
>
> **From:** smore <smore@mcdaniel.edu>
> **Subject: Re: contacting Jeanine**
> **Date:** May 4, 2014 at 3:11:09 PM EDT
> **To:** pnaumov <pnaumov@mcdaniel.edu>
>
> Pavel,
>
> I haven't formally given Jeanine my notice (actually, my request for a leave of absence) yet. I have asked Barbara Clinton for a meeting with Jeanine next week (as Jeanine asked of me), but I haven't heard back yet about when we'll meet.
>
> I think it would be fine if you prepared a note for her (from you, as I don't really have a formal say in what happens after I leave). I can also informally plant this seed when she and I speak. And then you could send it right after I give my formal notice.
>
> Does that sound okay?
>
> Sara
> --
> Sara Miner More, Ph.D.
> Associate Professor, Computer Science and
> Chair, Mathematics and Computer Science
> McDaniel College
> Email: smore@mcdaniel.edu
> Web: http://www2.mcdaniel.edu/smore
>
>
> On 5/2/14 10:24 PM, "pnaumov" <pnaumov@mcdaniel.edu> wrote:
>
>> Sara,
>>
>> After talking to Italo, Spencer, and Ben, it seems to me that a somewhat consensus is that we should ask for one year visiting position in CS. Looking at current job announcements, it appears that visiting CS job market has not even started yet. I think the most reasonable would be an email to Jeanine signed by both of us, but I can also write her myself

and CC you, or you can write and CC me. Whatever you are more comfortable with. I can prepare an ad and run it by the math faculty if Jeanine gives preliminary OK.

More importantly, I am not sure if such a request would be appropriate before you formally resign, especially if it coming from me alone.

Please, let me know what you think when you have time,

Yours,

Pavel