From: **Pavel Naumov** pnaumov@mcdaniel.edu
Subject: lunch
Date: May 12, 2014 at 7:47 PM
To: Sara Miner More smore@mcdaniel.edu



Sara,

As I have said previously, I would love to take you out for a lunch to commemorate 8 years of our work together. I know, these year have not always been easy, but I think we can celebrate a full-fledge CS program that we, essentially, built from scratch.

Perhaps the easiest to schedule time would be right before commencement. However, I would be happy to drive up to McDaniel (or anywhere else) on some other day.

Yours,

Pavel