IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

PAVEL NAUMOV,

 Plaintiff,

v.

MCDANIEL COLLEGE, INC., *et al.*,

 Defendants.

Case No.: GJH-15-482

* * * * * * * * * * * * * * *

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Defendant's Motion for Summary Judgment, ECF No. 53, is GRANTED, in part, and DENIED, in part;

2. Counts I and IV are merged and will proceed as to the alleged breach caused by naming Dr. Stewart as the complainant;

3. Counts II and III are dismissed; and

4. Defendants Dr. Casey, Dr. Stewart and Mr. Hill are dismissed as defendants.

Dated: March 31, 2017

GEORGE J. HAZEL
United States District Judge