IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>**Plaintiff,**<br><br>v.<br><br>MCDANIEL COLLEGE, INC., ET AL,<br>**Defendant.** | Civil Action No. 8:15-CV-00482 GJH |

### DEFENDANT MCDANIEL COLLEGE'S MOTION TO STRIKE
### PLAINTIFF'S UNTIMELY EXPERT DESIGNATION

Defendant McDaniel College, Inc. ("McDaniel"), by and through its counsel, respectfully moves this Court for the entry of an Order striking any Expert Designation or Expert Opinion by Plaintiff for all purposes in this action, including for use at trial. As grounds for this motion, McDaniel states as follows:

1. The Court issued a scheduling order in this case on October 15, 2015. (ECF 48.)

2. Plaintiff's deadline to designate the identity of an expert witness was December 14, 2015; and no expert was identified.

3. The Parties filed a joint status report on March 3, 2016, confirming that all discovery had been completed. (ECF 51.)

4. Discovery in this case closed more than one year ago, on March 7, 2016.

5. The Court ruled on Defendant's dispositive motion on March 31, 2017.

6. On April 6, 2017, this Court issued a Pretrial Scheduling Order and set this case for trial beginning on September 12, 2017. (ECF 75.)

7. The Parties attended a settlement conference in this case on June 20, 2017.

1

8. On June 29, 2017, Plaintiff Pavel Naumov first notified Defendant McDaniel of the identity of an expert witness. Plaintiff provided no explanation for his untimely expert designation, except to state that, "[t]his is to inform you that in keeping with our obligation to supplement discovery requests, our Economics Expert on damages is ..."

9. Plaintiff's untimely designation of an expert witness is in flagrant disregard of the Court's scheduling order and would severely prejudice Defendant, and would require rescheduling the trial to accommodate expert reports, reciprocal expert designation and additional discovery.

10. There is no justification, much less a substantial justification, for Plaintiff's untimely expert designation only ten weeks prior to the start of trial.

11. Plaintiff's untimely expert designation is not harmless and is highly prejudicial to McDaniel.

WHEREFORE, the Court should enter an Order striking any expert designation by Plaintiff and excluding any expert reports, and the expert opinions contained therein for all purposes in this action, including for use at trial.

Date: July 5, 2017

Respectfully submitted,

/s/ Eileen Carr Riley
Eileen Carr Riley (Bar No. 23758)
Donald English (Bar No. 27534)
JACKSON LEWIS PC
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
Eileen.Riley@jacksonlewis.com
Donald.English@jacksonlewis.com

*Counsel for Defendant,*
*McDaniel College, Inc.*

4814-9262-0875, v. 1