IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PAVEL NAUMOV,**<br><br>    Plaintiff,<br><br>v.<br><br>**MCDANIEL COLLEGE, INC.** *et al.***,**<br><br>    Defendants. | Civil Action No. 8:15-cv-00482 GJH |

## PROPOSED ORDER

Upon consideration of Defendant, McDaniel College, Inc.'s Motion to Strike Plaintiff's Untimely Expert Designation, and any opposition thereto, it is for good cause shown, this _____ _____ day of July 2017,  ORDERED that:

Plaintiff's untimely Expert Designation is Stricken and Plaintiff is Precluded from Offering Expert Opinion for any purposes in this action, including for use at trial.

IT IS SO ORDERED.

_____
The Honorable George J. Hazel
United States District Judge

4844-5438-9835, v. 1