*VOIR DIRE*
*PAVEL NAUMOV*


**Trial Date January 23rd, 2018**


1.  Do you know any of the attorneys in this case?

2.  Have you gone to classes at McDaniel College for any reason?

3.  Have you graduated from McDaniel College for any degree or certificate?

4.  Do you know anyone who has graduated from McDaniel College? Would this prejudice you for or against McDaniel?

5.  Do you know any faculty or administrators from McDaniel College?

6.  If you find McDaniel violated Dr. Naumov's contract, are you willing to award damages?

7.  If an expert or faculty member of McDaniel attributes damages to Dr. Naumov for his loss of tenure, are you willing to assess damages for his loss of tenure?

8.  If an expert or faculty member of McDaniel finds loss to his professional reputation, are you willing to assess damages for his loss of professional reputation?

9.  Have you ever had a dispute with a college professor?

10. Have you or anyone in your immediate family had a claim against anyone for damages?

11. Have you or anyone in your immediate family had a claim for damages <u>against</u> them?

12. Do you know any of the following persons who may be called to testify in this case?   (Read witness list)

13. Would knowing _____ prejudice you in any way in deciding this case?

14. Do you know of any reason why you think you could not sit in this case and render a just, fair, honest, and impartial verdict?

15. Were you ever involved in a sexual harassment case?

16. Were you ever sexually harassed?

17. Have you ever heard of the "Me too" movement?

Respectfully Submitted,

/s/  James C. Strouse  #09557
James C. Strouse, Ph.D., J.D.
Strouse Legal Services
5401Twin Knolls Road, Ste. 7
Columbia, Maryland 21045
410-730-7600
sstrousejc@aol.com