CASE NUMBER: GJH-15-0482
CASE NAME: Naumov v. McDaniel College, Inc.

2018 JAN 26  P 5: 20

We have reached a verdict.

**SIGNATURE REDACTED**

**JUROR NUMBER:** 4 , **Foreperson**

**DATE:** January 26, 2018
**TIME:** 3:05 a.m./p.m.

For Court Use Only:
Recv'd by: _____   DATE: 1/26/2018   TIME: 3:10
Court Exhibit #: _____

Jury Note (Rev. 2/2009)