IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2018 JAN 26 P 5: 20

PAVEL NAUMOV,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )   Civil Action No. 8:15-CV-00482 GJH
                                 )
MCDANIEL COLLEGE, INC.,          )
                                 )
        Defendant.               )
                                 )

## VERDICT FORM

1.      Did Plaintiff, Dr. Pavel Naumov, establish by a preponderance of the evidence that Defendant, McDaniel College, breached its contract / Title IX Policy by not requiring Dr. More to bring the grievance as the complainant?

        YES_____ NO____✓____

*(If you answer "YES," then go on Question 2. If you answer "NO," then you need go no further and the Foreperson should sign the Verdict Form).*

2.      Did Dr. Naumov establish by a preponderance of the evidence that he suffered damages that were reasonably foreseeable as a result of McDaniel College's breach of contract / Title IX Policy?

        YES_____ NO_____

*(If you answer "YES," then go on Question 3. If you answer "NO," then you need go no further and the Foreperson should sign the Verdict Form).*

3.      What amount do you find will compensate Dr. Naumov for the damage suffered?

_____

So Say We All.

**SIGNATURE REDACTED**

Foreperson's Signature

DATE: ___1/26/2018___