IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:15-CV-00482 GJH |
| MCDANIEL COLLEGE, INC., | ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this 29th day of January, 2018, **ORDERED**,

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

George J. Hazel
United States District Judge

1