IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAVEL NAUMOV,

    Plaintiff,

v.

MCDANIEL COLLEGE, INC.,

    Defendant.

Civil Action No. 8:15-cv-00482 GJH

## AFFIDAVIT OF EILEEN CARR RILEY

I, Eileen Carr Riley, being of lawful age, do hereby state:

1. I am one of the attorneys representing the Defendant, McDaniel College, Inc., in the above-captioned action.

2. Pursuant to 28 U.S.C. § 1924, I hereby verify that the fees and costs identified in Defendant's Memorandum In Support Of Bill Of Costs are correct and were necessarily incurred in the case. I further verify that the services for which the fees and costs have been charged were actually and necessarily performed.

**IN ACCORDANCE WITH 28 U.S.C. § 1746, I SOLEMNLY DECLARE AND AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Feb. 2, 2018
_____
Date

_____
Eileen Carr Riley

4820-1382-1275, v. 1