IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>   Plaintiff,<br><br>v.<br><br>MCDANIEL COLLEGE, INC.,<br><br>   Defendant. | Civil Action No. 8:15-cv-00482 GJH |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF BILL OF COSTS**

  Defendant, McDaniel College, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1920, Rule 54(d)(1) of the Federal Rules of Civil Procedure, and Local Rule 109, respectfully requests that costs in the amount of **$6,355.31** be taxed against Plaintiff, Pavel Naumov, and be included in the judgment. Defendant respectfully submits this Memorandum in Support of the attached Bill of Costs.

**I. DEFENDANT IS THE PREVAILING PARTY, ENTITLED TO COSTS.**

  Federal Rule of Civil Procedure 54(d)(1) provides that "costs - other than attorney's fees - should be allowed to the prevailing party." On March 31, 2017, this Court entered judgment in favor of Defendant McDaniel College on two of Plaintiff's claims and dismissed the Complaint as to three individual defendants. (*See Docket Index No. 72.*) On January 29, 2018, this Court entered judgment in favor of Defendant McDaniel on Plaintiff's only remaining claim, following a jury verdict in favor of Defendant. (*See Docket Index No. 129.*)

  As the prevailing party, Defendant is entitled to recover from Plaintiff its costs under Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920 and Local Rule 109. *Wyne v. Medo Industries, Inc.*, 329 F.

Supp. 2d 584, 589 (D. Md. 2004). Accordingly, Defendant requests reimbursement for the following costs:

| | |
|---|---:|
| Fees of the court reporter for the stenographic transcript of **Plaintiff Pavel Naumov** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgment | $2,697.69 |
| Fees of the court reporter for the stenographic transcript of **Plaintiff's Witness Elena Safirova** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgment | 445.30 |
| Fees of the court reporter for the stenographic transcript of **Defense Witness Jennifer Glennon** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgment | 374.50 |
| Fees of the court reporter for the stenographic transcript of **Defense Witness Jeannine Stewart** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgment | 206.10 |
| Fees of the court reporter for the stenographic transcript of **Defense Witness Florence Hines** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgment | 319.15 |
| Fees of the court reporter for the stenographic transcript of **Defense Witness Roger Casey** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgment | 226.30 |
| Fees for coping costs of **Plaintiff's Document Production** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgement and during trial | 2,086.27 |
| TOTAL | $ 6,355.31 |

II.  **DEFENDANT IS ENTITLED TO THE FEES FOR THE COURT REPORTER FOR THE DEPOSITIONS NECESSARILY OBTAINED FOR USE IN THIS CASE.**

Pursuant to 28 U.S.C. §1920(2), Defendant is entitled to be reimbursed for the fees for the court reporter incident to the taking of the deposition used by Defendant in this case, in the amount of $4,269.04. *See, e.g., Charry v. Champion Int'l Corp.*, 186 F.3d 442, 449 (4th Cir. 1999); *LaVay Corp. v. Dominion Federal Savings & Loan*, 830 F.2d 522, 528 (4th Cir. 1987); *AM Properties v. Town of Chapel Hill*, 202 F. Supp.2d 451, 457 (M.D.N.C. 2002); *Jop v. City of Hampton*, 163 F.R.D. 486 (E.D. Va. 1995); *Thomas v. Treasury Management Assoc.*, 158 F.R.D. 364, 372 (D. Md. 1994); *J.T. Gibbons, Inc. v. Crawford Fitting Co.*, 102 F.R.D. 73, 80-82 (E.D. La. 1984), *aff'd in part, rev'd in part on other grounds by* 760

F.2d 613 (5th Cir. 1985); *Advance Business Systems & Supply Co. v. SCM Corp.*, 287 F. Supp. 143, 165 (D. Md. 1968), *aff'd*, 415 F.2d 55 (4th Cir. 1969).

The fees for which Defendant seeks reimbursement were paid to the court reporter for the transcript of Plaintiff's deposition, Elena Safirova's deposition, Jennifer Glennon's deposition, Jeanine Stewart's deposition, Florence Hines' deposition and Roger Casey's deposition, all of which was used in support of Defendant's successful Motion for Summary Judgment in dismissing two counts of Plaintiff's complaint, in dismissing three individual defendants, and in narrowing Plaintiff's claim for breach of contract, and were thus necessarily obtained for use in this case. *See Jeffries v. Georgia Residential Finance Authority*, 90 F.R.D. 62 (N.D. Ga. 1981), *aff'd*, 678 F.2d 919 (11th Cir. 1982); *Lepore v. Ramsey*, 1993 WL 46832, at *2 (4th Cir. 1993). Each of these transcripts were attached to Defendants' Memorandum in Support of Motion for Summary Judgment and/or Defendants' Reply Memorandum in Further Support of Motion for Summary Judgment. (*See Docket Index Nos. 53-1 and 61.*) Clearly, copies of these depositions were necessary for Defendant to obtain, and Defendant is entitled to be reimbursed for the cost of the copies of these transcripts.

Accordingly, the following fees were necessarily obtained for use in this case and are properly reimbursable:

| Deponent | How Used | Fee |
|---|---|---|
| Pavel Naumov (Deposition Date: 12/04/15)<br><br>Original Transcript and Exhibits<br>(Invoice No. M-039820)<br><br>See Ex. 1 | Memorandum in Support of Defendants' Motion for Summary Judgment (filed April 4, 2016), pages 7, 8, 13, 14, 16, 17, 20, 21, 23, 24, 27, 28, 31, 32, 40, 42, 45, 46.<br><br>Reply Memorandum in Further Support of Defendant's Motion for Summary | $2,697.69 |

| | | |
|---|---|---|
| | Judgment (filed May 12, 2016), pages 5, 6, 7, 8, 9, 20, 21, 22. | |
| Elena Safirova (Deposition Date: 02/18/16)<br><br>Original Transcript and Exhibits<br>(Invoice No. M-051224)<br><br>See Ex. 2 | Memorandum in Support of Defendants' Motion for Summary Judgment (filed April 4, 2016), pages 8, 17, 31, 44.<br><br>Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment (filed May 12, 2016), page 13. | $445.30 |
| Jennifer Glennon (Deposition Date: 12/22/15)<br><br>Original Transcript and Exhibits<br>(Invoice No. 72138)<br><br>See Ex. 3 | Memorandum in Support of Defendants' Motion for Summary Judgment (filed April 4, 2016), pages 12, 15, 16, 17, 19, 29, 36, 42, 43, 45, 46.<br>Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment (filed May 12, 2016), pages 14, 15, 21, 22, 25. | $374.50 |
| Jeanine Stewart (Deposition Date: 12/18/15)<br><br>Original Transcript and Exhibits<br>(Invoice No. 72116)<br><br>See Ex. 4 | Memorandum in Support of Defendants' Motion for Summary Judgment (filed April 4, 2016), pages 8, 11, 15, 16, 19, 21, 22, 29, 37, 39, 40, 44, 45.<br><br>Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment (filed May 12, 2016), pages 12, 16, 19, 25. | $206.10 |
| Florence Hines (Deposition Date: 12/22/15)<br><br>Original Transcript and Exhibits<br>(Invoice No. 72138)<br><br>See Ex. 3 | Memorandum in Support of Defendants' Motion for Summary Judgment (filed April 4, 2016), page 18.<br><br>Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment (filed May 12, 2016), page 21. | $319.15 |
| Roger Casey (Deposition Date: 12/18/15)<br><br>Original Transcript and Exhibits<br>(Invoice No. 72116)<br><br>See Ex. 4 | Memorandum in Support of Defendants' Motion for Summary Judgment (filed April 4, 2016), pages 8, 11, 15, 20, 21, 22, 23, 29, 39. | $226.30 |

| | Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment (filed May 12, 2016), page 19. | |
|---|---|---|
| | TOTAL: | $4,269.04 |

Copies of documentation and itemization for the requested transcript costs are attached to the Bill of Costs as Exhibits 1 - 4.

### III. DEFENDANT IS ENTITLED TO THE FEES FOR PRINTING AND/OR COPYING PLAINTIFF'S DOCUMENTS FOR USE IN THIS CASE.

Pursuant to 28 U.S.C. §1920(3) and §1920(4), Defendant is entitled to be reimbursed for printing and/or copying materials for use in this case, in the amount of $2,086.27. In November, 2015, Plaintiff produced in discovery a computer flash drive containing 32,803 documents which Defendant was required to print in order to review. Several documents from that production were used as trial exhibits. Had Plaintiff produced copies of these documents, Defendant would not have been required to have the documents printed.

Accordingly, the following fee was necessarily incurred for use in this case and is properly reimbursable:

| Fees for coping costs of **Plaintiff's Document Production (32,803 pages)** necessarily obtained for use in this case and relied upon in Defendant's Motion for Summary Judgement and during trial | $2,086.27 |
|---|---|

Copy of the invoice for these copies is attached to the Bill of Costs as Exhibit 5.

### IV. CONCLUSION

WHEREFORE, Defendant respectfully requests that costs be taxed in the amount of **$6,355.31**, and that such costs be included in the judgment.

Respectfully submitted,

/s/
_____
Donald E. English (27534)
Eileen Carr Riley (23758)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209
Phone:  (410) 415-2000
Donald.English@jacksonlewis.com
Eileen.Riley@jacksonlewis.com
*Counsel for Defendant*

4851-5594-4283, v. 1