# EXHIBIT 1

**DTI**

**INVOICE**

Phone: 800-292-4789

Jackson Lewis P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore, MD  21209

| | |
|---|---|
| Invoice #: | M-039820 |
| Invoice Date: | 12/31/15 |
| Our Order #: | WDC-066265-01 |
| Customer #: | 100995 |

Attn:  EILEEN RILEY

Terms: Due upon receipt

Case No: 8:15-CV-00482-GJH

Naumov vs. McDaniel College, Inc., et al

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 12/04/15 | | | | |
| Deponent: Pavel Naumov | | | | |
| Exhibit Scanning - PDF-Pg-STD | 75 | PAGE | $0.10 | $7.50 |
| Deposition Transcript - Original-Pg | 421 | PAGE | $6.39 | $2,690.19 |
| | | | Subtotal: | $2,697.69 |
| | | | Sales Tax | $0.00 |
| | | | Total Invoice USD | $2,697.69 |

**Depo Location:**   2800 Quarry Lake Drive
Suite 200
Baltimore, MD  21209

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793