# EXHIBIT 2



INVOICE

Phone: 800-292-4789

| | |
|---|---|
| Jackson Lewis P.C. | Invoice #: M-051224 |
| 2800 Quarry Lake Drive | Invoice Date: 02/29/16 |
| Suite 200 | Our Order #: WDC-074878-01 |
| Baltimore, MD 21209 | Customer #: 100995 |

Attn: EILEEN RILEY

Terms: Due upon receipt

Case No: 8:15-CV-00482-GJH

Naumov vs. McDaniel College, Inc., et al

Job Date: 02/18/16
Deponent: Elena Safirova, M.D.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Exhibit Scanning - PDF-Pg-STD | 79 | PAGE | $0.10 | $7.90 |
| Deposition Transcript - Original-Pg-STD | 108 | PAGE | $4.05 | $437.40 |
| | | | Subtotal: | $445.30 |
| | | | Sales Tax | $0.00 |
| | | | **Total Invoice USD** | **$445.30** |

Depo Location:   2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

Thank You. Your Business is appreciated.

OFFICE _Balt 48_
APPROVED BY _[signature]_
AMOUNT APPROVED _$445.30_
DATE _2.29.2016_

CLIENT MATTER TO BE CHARGED
# _305197 / 321242_
NAME _McDaniel College Naumov_
**ACCOUNTING USE ONLY**
VENDOR # _____
GL ACCT # _____

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793