# EXHIBIT 3

# INVOICE

**CRC SALOMON**
9515 Deereco Road, Suite 200
Timonium, MD 21093
410.921.4888 (Ph)
410.921.4889 (Fax)
www.crcsalomon.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 72138 | 1/8/2016 | 17572 |
| **Job Date** | **Case No.** | |
| 12/22/2015 | 8:15-CV-00482GJH | |

| Case Name |
|---|
| Dr. Pavel Naumov v. McDaniel College, Inc. and Martin Hill, Chairman of the Boar |

| Payment Terms |
|---|
| Due upon receipt |

*PAID per Lisa Johnson @ CRC 3/31/2016*

Eileen C. Riley
Jackson Lewis, P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore MD  21209

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Florence Hines | 118.00 Pages | @ | 2.65 | 312.70 |
| Etranscript ONLY-No hard copy | | | 0.00 | 0.00 |
| Exhibits - PDF | 43.00 | @ | 0.15 | 6.45 |
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Jennifer Glennon | 136.00 Pages | @ | 2.65 | 360.40 |
| Etranscript ONLY-No hard copy | | | 0.00 | 0.00 |
| Exhibits - PDF | 94.00 | @ | 0.15 | 14.10 |

**TOTAL DUE >>>**                    **$693.65**

Thank you for your business!     We accept all major credit cards.

eTranscript only, no hard copies requested
Transcript file emailed 1/07/2016 (SW)

(-) Payments/Credits:           693.65
(+) Finance Charges/Debits:       0.00
(=) New Balance:                 $0.00

Tax ID: 46-4015200

Phone: 410-415-2000    Fax:410-415-2001

*Please detach bottom portion and return with payment.*

Eileen C. Riley
Jackson Lewis, P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore MD  21209

Invoice No.    : 72138
Invoice Date   : 1/8/2016
**Total Due**  : **$0.00**

.emit To:  CRC Salomon, Inc.
           9515 Deereco Road
           Suite 200
           Timonium MD  21093

Job No.     : 17572
BU ID       : CRC Hold
Case No.    : 8:15-CV-00482GJH
Case Name   : Dr. Pavel Naumov v. McDaniel College, Inc. and Martin Hill, Chairman of the Boar