# EXHIBIT 4

# INVOICE



9515 Deereco Road, Suite 200
Timonium, MD 21093

410.821.4888 (Ph)
410.821.4889 (Fax)
www.crcsalomon.com

SALOMON

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 72116 | 1/4/2016 | 17573 |
| Job Date | Case No. | |
| 12/18/2015 | 8:15-CV-00482GJH | |
| Case Name | | |
| Dr. Pavel Naumov v. McDaniel College, Inc. and Martin Hill, Chairman of the Boar | | |
| Payment Terms | | |
| Due upon receipt | | |

Eileen C. Riley
Jackson Lewis, P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore MD  21209

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Roger Casey | 84.00 Pages | @ | 2.65 | 222.60 |
| Etranscript ONLY-No hard copy | | | 0.00 | 0.00 |
| Exhibits - PDF | 38.00 | @ | 0.15 | 5.70 |
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Jeanine Stewart | 75.00 Pages | @ | 2.65 | 198.75 |
| Etranscript ONLY-No hard copy | | | 0.00 | 0.00 |
| Exhibits - PDF | 49.00 | @ | 0.15 | 7.35 |
| TOTAL DUE >>> | | | | $434.40 |

Thank you for your business!   We accept all major credit cards.

eTranscript only, no hard copies requested
Transcript file emailed 1/4/2016 (SW)

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  $434.40

Tax ID: 46-4015200

Phone: 410-415-2000   Fax:410-415-2001

*Please detach bottom portion and return with payment.*

Eileen C. Riley
Jackson Lewis, P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore MD  21209

OFFICE Balt 48
APPROVED BY [signature]
AMOUNT APPROVED $434.40
DATE 3/3/2016
CLIENT MATTER TO BE CHARGED
# 321242
NAME McDaniel/Naumov
**ACCOUNTING USE ONLY**
VENDOR #
GL ACCT #

Invoice No.  : 72116
Invoice Date : 1/4/2016
Total Due   : $434.40

Job No.   : 17573
BU ID     : CRC Hold
Case No.  : 8:15-CV-00482GJH
Case Name : Dr. Pavel Naumov v. McDaniel College, Inc. and Martin Hill, Chairman of the Boar

Remit To:  CRC Salomon, Inc.
           9515 Deereco Road
           Suite 200
           Timonium MD  21093