# EXHIBIT 5

Page 1 of 1

# RICOH

## INVOICE

Ricoh USA, Inc. - Baltimore, MD
Phone: (410) 752-4555   Fax:
Federal ID: 230334400

| Invoice # | BAL15110033 |
|---|---|
| Invoice Date: | 11/30/2015 |
| Due Date: | 12/30/2015 |
| Terms: | Net 30 Days |
| Account: | 19222580 |
| Natl ID: | 70235 |

BILL TO / SHIP TO:
JACKSON LEWIS LLP
Attn: Accounts Payable
2800 QUARRY LAKE DR STE 200
BALTIMORE, MD 21209

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| McDaniel/Naumon (CHUBB) | | | David Brown |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1511-0072 | 11/24/2015 | Kim Rocknak - JACKSON LEWIS LLP | | | |
| 728 | Prints w/ Assembly | | 32,803.00 | 0.0600 | 1,968.18 |

Valued Customer:
Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders. This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh. We thank you for your business and appreciate your understanding the necessity of this policy.

Please Pay From This Invoice
Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

| Taxable Sales: | 1,968.18 |
|---|---|
| Sales Tax: | 118.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| PAY THIS AMOUNT $ | 2,086.27 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} _____  {Signature} _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
JACKSON LEWIS LLP
2800 QUARRY LAKE DR STE 200
BALTIMORE, MD 21209

Amount Enclosed
$

Invoice: BAL15110033
Invoice Date: 11/30/2015
Due Date: 12/30/2015
Account: 19222580
natl id: 70235

Please Remit To:
Ricoh USA, Inc.
Northeast District - BAL
P O Box 827577
Philadelphia, PA 19182-7577

PAY THIS AMOUNT   $ 2,086.27