## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAVEL NAUMOV,<br><br>               Plaintiff,<br>v.<br><br>MCDANIEL COLLEGE, INC.,<br><br>               Defendant. | Civil Action No. 8:15-CV-00482 GJH |

### JOINT STIPULATION AND NOTICE OF WAIVER OF APPEAL AND WITHDRAWAL OF PROPOSED BILL OF COSTS

Plaintiff, Dr. Pavel Naumov ("Plaintiff") and Defendant McDaniel College, Inc. ("Defendant"), by and through their undersigned counsel, hereby notify the court of their mutual desire to end any further litigation of this matter. Specifically, the parties have settled any remaining claims between them. Defendant hereby withdraws its Proposed Bill of Costs (ECF 130). In exchange, Plaintiff stipulates and agrees not to appeal this Court's judgment against him (ECF 129). The Parties have entered into and executed a Settlement Agreement and General Release, whereby any pending and unasserted claims have been compromised and fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

DATED this __1__ day of __March__, 2018.

Respectfully submitted,

_/s/ James C. Strouse_  
James C. Strouse (09557)  
Strouse Legal Services  
5401 Twin Knolls Road, Suite 7  
Columbia, Maryland 21045  
Phone: (410) 730-7600  
Fax: (410) 964-9018  
Email: sstrousejc@aol.com  
Fax: (410) 415-2001  

Counsel for Plaintiff  
Dr. Pavel Naumov

_/s/ Eileen Carr Riley_  
Eileen Carr Riley (23758)  
Donald English (27534)  
Jackson Lewis PC  
2800 Quarry Lake Drive  
Suite 200  
Baltimore, Maryland 21209  
Phone: (410) 415-2000  
Donald.English@jacksonlewis.com  
Eileen.Riley@jacksonlewis.com  

Counsel for Defendant,  
McDaniel College, Inc.

4818-3621-4366, v. 1